# In The United States Court of Federal Claims

No. 02-796C

(Filed: April 13, 2005)

---

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On April 12, 2005, this court issued an order granting defendant's cross motion for partial summary judgement. On or before May 16, 2005, the parties shall file a joint status report, indicating how the remaining portions of this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge