# In the United States Court of Federal Claims

No. 02-1278T

(Filed: April 14, 2005)

---

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Trial was held in this case on March 7, 2005, at the United States Courthouse Annex, Courtroom 1, 110 East Court Street, Des Moines, Iowa. At close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on March 29, 2005, and proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge