# In the United States Court of Federal Claims

No. 02-1278T

(Filed: April 14, 2005)

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

As agreed upon by the parties at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before May 31, 2005, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before July 1, 2005, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. In drafting the post-trial briefs, the parties are instructed to identify with specificity the page or pages of the documentary record or transcript on which any factual assertion is based.

4. The court will contact the parties telephonically to arrange mutually acceptable dates for oral argument on the briefs, if necessary.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge