# In the United States Court of Federal Claims

**NOTICE**

**PRINCIPAL LIFE,**

**No. 02-1278T**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** March 7, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Francis M. Allegra

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Exhibits (five volumes- Plaintiff's 1-8, Joint Exhibits 1-204) filed at Washington, D.C., on March 7, 2005.

Brian Bishop

Brian Bishop Clerk