# In the United States Court of Federal Claims

**02-1278T**

**Filed: 3/29/05**

**PRINCIPAL LIFE**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Taken at Des Moines, Iowa**
**Before Judge Francis M. Allegra on 3/7/05**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.