IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE FOR FILING SIMULTANEOUS POST-TRIAL BRIEFS AND PROPOSED FINDINGS

Defendant, the United States, respectfully moves the Court for an extension of the deadline for filing the parties' simultaneous post-trial briefs and proposed findings of uncontroverted fact for three days from May 31, 2005, to and including June 3, 2005. This is the first extension requested for this purpose. If this motion is granted, we also request that the July 1, 2005 filing date for the filing of the parties' simultaneous reply briefs be extended by four days, to July 5, 2005. We are authorized to state that plaintiff's counsel consents to the granting of this motion.

As reason for its request, defendant states that, although defendant's counsel

anticipated being able to complete defendant's brief and proposed findings in time for filing on May 31, by doing final preparation on it over the Memorial Day weekend, she learned that her mother (who lives in Florida) had a heart attack over the weekend and is having surgery today (May 31). Defendant's counsel has been coordinating with other family members and is also attempting to determine, in conjunction with their schedules, when she should fly to Florida. Accordingly, her final preparation of the documents due to be filed today was interrupted. She believes, however, that she will be able to complete the work in time for filing on June 3, if this motion is granted.

Respectfully submitted,

s/Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
WILLIAM K. DREW
Reviewer

s/William K. Drew

May 31, 2005

Of Counsel