# In the United States Court of Federal Claims

No. 02-1278T

(Filed: June 1, 2005)

---

PRINCIPAL LIFE INSURANCE
COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On May 31, 2005, defendant filed an unopposed motion for extension of the deadline for the parties to file post-trial briefs. This motion is hereby **GRANTED**. Accordingly, the schedule for post-trial briefing has been modified as follows:

1. On or before June 8, 2005, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before July 11, 2005, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge