# In the United States Court of Federal Claims

No. 02-1278T

(Filed: January 13, 2006)

---

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic oral argument will be held in this case on Friday, January 27, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled argument time. At this oral argument, the parties should be prepared to address the following in detail:

(i) How, at least insofar as relevant herein, the various provisions of 26 U.S.C. §§ 453, 453A, and 453B interact, and how the latter provisions interact with the applicable consolidated return regulations;

(ii) How the aforementioned installment sale and consolidated return rules apply to the transaction(s) in question;

(iii) Defendant, in particular, shall be prepared to discuss, with specificity, exactly what parts of the transaction it believes should be collapsed or ignored under its "step transaction doctrine" theory, and the treatment of the "collapsed" transaction under §§ 453, 453A, and 453B, as well as the applicable consolidated return regulations; and

(iii) The impact herein of the Federal Circuit's recent opinion in *Falconwood Corp. v. United States*, 422 F.3d 1339 (2005) and, in particular, the relationship discussed therein between the step transaction doctrine and business purpose.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge