**Brown, Winick, Graves, Gross,**
**Baskerville and Schoenebaum, P.L.C.**
ATTORNEYS AT LAW

666 GRAND AVENUE, SUITE 2000
DES MOINES, IOWA 50309-2510

TELEPHONE: (515) 242-2400
FACSIMILE: (515) 283-0231

URL: www.ialawyers.com

Offices in:
West Des Moines, Iowa
Pella, Iowa

Bruce Graves
Steven C. Schoenebaum
Harold N. Schneebeck
Paul D. Hietbrink
William C. Brown
Richard K. Updegraff
Paul E. Carey
Douglas E. Gross
John D. Hunter
James H. Gilliam
Robert D. Andeweg
Alice Eastman Helle
Michael R. Blaser
Thomas D. Johnson
Christopher R. Sackett
Sean P. Moore
Nancy S. Boyd
James L. Pray
Brenton D. Soderstrum
Michael D. Treinen
Scott L. Long
Ronni F. Begleiter
Miranda L. Hughes
Kelly D. Hamborg
William E. Hanigan
Mary A. Ericson
Michael J. Green
Michael A. Dee
Danielle Dixon Smid
Brian P. Rickert
Valerie D. Bandstra
Ann Holden Kendell
James S. Niblock
Brian M. Green
Dustin D. Smith
Alexander M. Johnson
Rebecca A. Brommel
Mark E. Roth
Tina R. Thompson
Catherine C. Cownie
Laura N. Martino
Amy R. Piepmeier
Elizabeth A. Coonan
Britney L. Schnathorst
Sara L. Keenan
Rebecca A. Reisinger
Leanna Daniels Whipple
Justin T. Lange
Patents and Trademarks
G. Brian Pingel
Camille L. Urban
Adam W. Jones
Of Counsel:
Richard W. Baskerville
Walter R. Brown (1921-2000)

WRITER'S DIRECT DIAL NO.
(515) 242-2403
WRITER'S DIRECT FAX NO.
(515) 323-8503
WRITER'S E-MAIL ADDRESS
graves@ialawyers.com

February 3, 2006

The Honorable Francis M. Allegra
U.S. Court of Federal Claims
717 Madison Place, N.W., Suite 709
Washington, D.C. 20001

Re: Principal Life Insurance Company and Subsidiaries v. United States of America, No. 02-1278T

Dear Judge Allegra:

This letter is simply to call to the Court's attention the decision by the Fourth Circuit yesterday in *Black & Decker Corporation v. United States*, 2006 WL 241073 (4th Cir. (Md.))

Sincerely,

s/Bruce Graves

Bruce Graves

BG:klr