# In the United States Court of Federal Claims

**02-1278T**

**Filed: February 10, 2006**

**PRINCIPAL LIFE INSURANCE CO.
& SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)
Held in Washington, D.C.
January 27, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.