IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S POST-TRIAL SUBMISSION**
**REGARDING PRINCIPAL FC, LTD.**

Pursuant to the Court's Order filed February 15, 2006, Plaintiff, Principal Life Insurance Company, for purposes of this submission regarding the expenditures and employees of Principal FC, Ltd., states to the Court as follows:

1. Plaintiff's counsel and the outside copying service used by Plaintiff's counsel forwarded all of the documents referred to herein (with the exception of Plaintiff's Exhibit 9, the Hittner affidavit) to Defendant's counsel by email or overnight courier on February 24, 2006. Defendant's counsel has advised Plaintiff's counsel that she did not receive such documents until yesterday afternoon.

2. Because of the shortness of time, Plaintiff and Defendant have been unable to agree upon a joint stipulation regarding the matters referred to in such documents and in the Court's Order. Attached hereto and filed herewith is the proposed Second Stipulation that Plaintiff's counsel forwarded to Defendant's counsel on February

24, 2006. Based on the documents submitted herewith, Plaintiff is willing to enter into such Second Stipulation with Defendant, and this may be taken as Plaintiff's agreement to such Second Stipulation in the event Defendant signifies its agreement with it.

3. Plaintiff's Exhibit 9 submitted herewith is an affidavit of Plaintiff's employee, Jill Hittner, regarding the documents and exhibits submitted herewith.

4. Plaintiff's Exhibit 10 submitted herewith is an affidavit of Plaintiff's employee, Melinda Hanrahan, regarding employees of Principal FC, Ltd.

5 There is no Plaintiff's Exhibit 11.

6. Plaintiff's Exhibit 12 submitted herewith consists of the records reflecting expenditures by Principal FC, Ltd. during the years 1991-2002 for purchases of securities on 45 separate occasions. Such securities were debt instruments of unrelated issuers, including General Electric Capital Corporation Notes, Associates Corporation of North America Notes, American Express Credit Corporation Notes, and U.S. Treasury Notes. The records in Plaintiff's Exhibit 12 are preceded by a summary of the transactions. None of such expenditures or transactions involved an amount less than $99,000.00, the majority were in excess of $200,000 each, and 11 were in excess of $900,000.00 each.

7. Plaintiff's Exhibit 13 submitted herewith consists of the records relating to Principal FC, Ltd.'s expenditures for reimbursement of Principal Life Insurance Company for its share of the affiliated group's federal and state income taxes during the years 1991-2002, preceded by a summary thereof.

8. Plaintiff's Exhibit 14 submitted herewith consists of the records relating to expenditures by Principal FC, Ltd. during the years 1991-2002 for payment of its corporate maintenance fees, preceded by a summary thereof.

9. Plaintiff's Exhibit 15 submitted herewith consists of Principal FC, Ltd.'s interim and year-end financial statements prepared during the years 1991-2002. Such statements show the expenses incurred by Principal FC, Ltd. during those years.

10. Plaintiff's Exhibit 16 submitted herewith consists of Principal FC, Ltd.'s general journal and ledger during the years 1991-2002 in which its transactions and expenditures were recorded.

11. Plaintiff's Exhibit 17 submitted herewith consists of Principal FC, Ltd.'s check register during the years 1991-2002 showing its expenditures.

12. Joint Exhibit 88, Page 629 is a trial balance report taken from the books of Principal FC, Ltd. as of December 31, 1991, shortly after the transaction with Prudential, showing the accrual of federal income tax and state income tax expenditures to be paid by Principal FC, Ltd. as well as a bond asset acquired by the corporation.

Dated March 1, 2006.

Respectfully submitted,

*s/ Bruce Graves*

Bruce Graves

Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
Suite 2000, Ruan Center
666 Grand Avenue
Des Moines, Iowa 50309
Telephone: 515/242-2400
Fax: 515/283-0231

ATTORNEY FOR PLAINTIFF

Filed electronically