IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S EXHIBIT 10**
**AFFIDAVIT OF MELINDA HANRAHAN**

STATE OF IOWA )
) ss
COUNTY OF POLK )

The undersigned, Melinda Hanrahan, being duly sworn on oath, hereby deposes and states as follows:

1. I am an employee and officer of Principal Life Insurance Company ("Principal Life") and hold the title of Director, Investment Accounting – Securities.

2. have been employed by Principal Life since 1989 and have worked in the Investment Accounting department since 1989. During the years 1991 – 2002, the titles I held were as follows: 1990 Inv. Acct. II; 1992 Asst. Mgr. Inv. Acctg.; 1994 Mgr. Inv. Acctg. & Treasury; 1999 Asst. Director Security Acctg.; 2000 Director Security Acctg.

3. I am familiar with Principal FC, Ltd., a corporation established by Principal Life in 1991, and that I was involved in the creation and operations of that corporation;

4. During the years 1991 through 2002, the operations of Principal FC, Ltd., was conducted by employees of Principal Life. Principal FC, Ltd., had no employees during the years 1991 through 2002.

5. Principal Life had approximately 33 domestic subsidiaries as of December 31, 1991, and that the following subsidiaries had no employees on that date:

Principal National Life Insurance Company
Principal Holding Company
Petula Associates, Ltd.
Patrician Associates, Ltd.
Principal Development Associates, Inc.
Princor Financial Services Corporation
Princor Management Corporation
Principal Investors Corporation
Invista Capital Management, Inc.
The Principal Financial Group, Inc.
Principal Marketing Services, Inc.
Principal Casualty Insurance Company
Principal Financial Advisors
Principal International, Inc.
Principal Spectrum Associates, Inc.
Principal FC, Ltd.

6. That it was (and still is) customary for employees of Principal Life to provide services to operating subsidiaries (i.e., those engaged in business) established by Principal Life, rather than have each subsidiary hire and employ its own employees, in order to minimize various administrative expenses that would be incurred in maintaining separate employees and payrolls for each affiliate and the federal and state reporting for taxes, unemployment insurance, and other statutory obligations that would apply in the event each subsidiary had its own employees.

7. I have attended various meetings and seminars during the course of my employment at Principal Life and I have engaged in discussions with my counterparts in the investment accounting departments of other large corporations. From these contacts,

as well as my own investigation and studies, I have come to believe that Principal's manner of operating its subsidiaries as described above, i.e., through employees of a parent corporation rather than through employees specific to the subsidiary, is usual and customary in the world of large business enterprises with multiple subsidiaries.

8. Principal Life, through its employees, recorded the expenses incurred by or on behalf of Principal FC, Ltd., and allocated those expenses to Principal FC, Ltd., on its financial statements, and received reimbursements for those expenses.

Dated and signed at Des Moines, Iowa, on this 23rd day of February, 2006.

Melinda Hanrahan

Melinda Hanrahan

Subscribed and sworn to before me on this 23rd day of February, 2006.

Cynthia D McDonough

Notary Public

NOTARIAL SEAL IOWA
CYNTHIA D McDONOUGH
Commission Number 186887
My Commission Expires
10/7/08