**PRINCIPAL FC LTD.**
**Summary of Securities Purchased**
**1991-2002**

| Date | Security Purchased | Yield Rate | Amount Paid | Due Date/ No. of Days |
|---|---|---|---|---|
| 12/18/91 | General Electric Capital Corp Notes | 4.5 | 946,397.92 | 01/17/92 |
| | | | | |
| 01/17/92 | General Electric Capital Corp Notes | 3.9 | 986,568.00 | 02/18/92 |
| 02/18/92 | General Electric Capital Corp Notes | 3.9 | 971,790.62 | 03/19/92 |
| 03/18/92 | General Electric Capital Corp Notes | 4.1 | 971,206.17 | 04/21/92 |
| 04/21/92 | General Electric Capital Corp Notes | 3.7 | 971,953.12 | 05/21/92 |
| 05/21/92 | General Electric Capital Corp Notes | 3.6 | 971,123.56 | 06/29/92 |
| 06/29/92 | General Electric Capital Corp Notes | 3.7 | 971,993.75 | 07/29/92 |
| 07/29/92 | General Electric Capital Corp Notes | 3.1 | 972,099.38 | 09/01/92 |
| 09/01/92 | Associates Corp of North America Notes | 3.0 | 999,833.33 | 09/03/92 |
| 09/03/92 | Associates Corp of North America Notes | 2.9 | 999,918.06 | 09/04/92 |
| 09/03/92 | U.S. Government Treasury 5.625% Note | 5.4 | 905,762.52 | 08/31/97 |
| 09/04/92 | General Electric Capital Corp Notes | 2.9 | 99,745.97 | 10/05/92 |
| 10/05/92 | General Electric Capital Corp Notes | 2.8 | 99,754.58 | 11/05/92 |
| 11/05/92 | General Motors Acceptance Corp Notes | 3.2 | 99,715.56 | 12/07/92 |
| 12/07/92 | General Electric Capital Corp Notes | 3.5 | 99,708.33 | 01/06/93 |
| | | | | |
| 01/06/93 | Associates Corp of North America Notes | 3.0 | 99,716.67 | 02/09/93 |
| 02/09/93 | General Electric Capital Corp Notes | 2.9 | 99,758.33 | 03/11/93 |
| 03/11/93 | General Electric Capital Corp Notes | 2.9 | 99,734.17 | 04/13/93 |
| 04/13/93 | General Electric Capital Corp Notes | 2.9 | 99,756.67 | 05/13/93 |
| 05/13/93 | General Electric Capital Corp Notes | 2.8 | 99,746.67 | 06/14/93 |
| 06/14/93 | General Electric Capital Corp Notes | 3.0 | 99,741.67 | 07/15/93 |
| 08/03/93 | General Electric Capital Corp Notes | 3.0 | 99,700.00 | 09/08/93 |
| 09/08/93 | General Electric Capital Corp Notes | 2.9 | 99,726.11 | 10/12/93 |
| 10/12/93 | American Express Credit Corp Notes | 3.0 | 99,716.67 | 11/15/93 |
| 11/15/93 | American Express Credit Corp Notes | 3.0 | 99,750.00 | 12/15/93 |
| 12/15/93 | General Electric Capital Corp Commercial Paper | 3.1 | 124,031.25 | 03/15/94 |
| | | | | |
| 03/16/94 | General Electric Capital Corp Notes | 3.7 | 123,843.75 | 06/14/94 |
| 06/14/94 | General Electric Capital Corp Notes | 4.3 | 123,646.88 | 09/12/94 |
| 09/12/94 | General Electric Capital Corp Notes | 4.8 | 172,898.78 | 12/12/94 |
| 12/12/94 | General Electric Capital Corp Notes | 6.7 | 145,070.83 | 06/12/95 |
| | | | | |
| 06/12/95 | General Electric Capital Corp Notes | 5.8 | 184,615.08 | 12/08/95 |
| 12/08/95 | General Electric Capital Corp Notes | 5.4 | 204,497.24 | 06/04/96 |
| | | | | |
| 06/04/96 | General Electric Capital Corp Notes | 5.4 | 204,446.32 | 12/02/96 |

| Date | Security Purchased | Yield Rate | Amount Paid | Due Date/ No. of Days |
|---|---|---|---|---|
| 12/05/96 | General Electric Capital Corp Notes | 5.3 | 233,760.00 | 06/03/97 |
| | | | | |
| 06/03/97 | General Electric Capital Corp Notes | 5.7 | 242,986.25 | 12/01/97 |
| 12/29/97 | General Electric Capital Corp Notes | 5.6 | 267,325.67 | 06/29/98 |
| | | | | |
| 06/29/98 | General Electric Capital Corp Notes | 5.5 | 291,764.50 | 12/28/98 |
| 12/30/98 | General Electric Capital Corp Notes | 4.8 | 317,281.25 | 06/28/99 |
| | | | | |
| 06/28/99 | General Electric Capital Corp Notes | 5.2 | 341,788.61 | 12/09/99 |
| 12/09/99 | General Electric Capital Corp Notes | 5.9 | 339,920.00 | 06/06/00 |
| | | | | |
| 06/06/00 | General Electric Capital Corp Notes | 6.8 | 362,556.25 | 12/04/00 |
| 12/04/00 | General Electric Capital Corp Notes | 6.4 | 397,148.78 | 06/04/01 |
| | | | | |
| 06/04/01 | General Electric Capital Corp Notes | 3.7 | 412,164.90 | 12/03/01 |
| 12/03/01 | General Electric Capital Corp Commercial Paper | 1.8 | 455,767.49 | 06/03/02 |
| | | | | |
| 06/04/02 | General Electric Capital Corp Commercial Paper | 1.7 | 473,014.10 | 08/30/02 |
| | | | | |

TRADE DATE: 12/18/91 SETTLEMENT DATE: 12/18/91

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 01/17/92

DAYS TO CALL DATE: 30 PHYSICAL ________

INTEREST RATE: 4.550000% DTC ________

PAR AMOUNT: 950,000.00 CUSIP # ________

DISCOUNT: 3,602.08

COST: 946,397.92

PRICE: 99.6208333333

BOND EQUIVALENT YIELD: 4.567318%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ________

VERIFIED #'S ________ BY: ________

PL.EX.12 001

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/18/1991

| TRADE DATE | REFERENCE NO |
|---|---|
| 12/18/91 | 512107 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 950,000.00 | | 01/17/1992 | 99.6208333 | 4.631 | 4.55 | 12/18/91 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 946,397.92
PROMISSORY NOTE

DATED 12/18/91

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | +30 GE1213A02 | 506 | 327951 | 070-51-417 |

MDY P1 S&P A1+

0014 PRINCIPAL FC LTD 0010
ATTN MIKE THOMPSON
801 GRAND AVE
DES MOINES IA 50309

**NET AMOUNT** 946,397.92

**PAYMENT AND DELIVERY INSTRUCTIONS**

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131949 07

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

TRADE DATE: 01/17/92 SETTLEMENT DATE: 01/17/92

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 02/18/92

DAYS TO MATURITY: 32 PHYSICAL X

INTEREST RATE: 3.900000% DTC ______

PAR AMOUNT: 990,000.00 CUSIP # ______

DISCOUNT: 3,432.00

COST: 986,568.00

PRICE: 99.6533333333

BOND EQUIVALENT YIELD: 3.913567%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM X

VERIFIED #'S X

BY: [signature]

PL.EX.12 003

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 01/17/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 01/17/92 | 513624 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 990,000.00 | | 02/18/1992 | 99.6533333 | 3.968 | 3.90 | 01/17/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 986,568.00
PROMISSORY NOTE

DATED 01 17 92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 42-[illegible] | GB011[illegible]A01 | 506 | 327951 | 070-51-41[illegible] |

M01 [illegible] S&P A1
3914 PRINCIPAL FG LTD 0010
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 986,568.00

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

104200 C7 0 0000008800 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 004

0600 3914 122

NORWEST BANK M...NESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**

CUSTOMER COPY

RECEIPT DATED: 01/17/92
DATE ACQUIRED: 01/17/92
ORIGINAL

CUSTOMER: 327951
RECEIPT: 513624

TAX ID: NR

PAYMENT: 070-51-417

ACCOUNT

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION

GENERAL ELECTRIC CAPITAL CORP
PROMISSORY NOTE

PAR 990,000.00
PRIN 986,568.00

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0117A01 | 01/17/1992 | | 02/18/1992 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 3,432.00 |

NO. OF PIECES AND DENOMINATIONS

√ BH 1/28/92

PL.EX.12 005

TRADE DATE: 02/18/92 SETTLEMENT DATE: 02/18/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 03/19/92 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | X |
| INTEREST RATE: | 3.950000% | DTC | |
| PAR AMOUNT: | 975,000.00 | CUSIP # | |
| DISCOUNT: | 3,209.38 | | |
| COST: | 971,790.6~~1~~2 | | |
| PRICE: | 99.6708333333 | | |
| BOND EQUIVALENT YIELD: | 3.963045% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM X

VERIFIED #'S X

BY: [signature]

PL.EX.12 006

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 02/18/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 02/18/92 | 515085 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 03/19/1992 | 99.6708333 | 4.018 | 3.95 | 02/18/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,790.62
PROMISSORY NOTE

DATED 02/18/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0218A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,790.62

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123241 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 007

TRADE DATE: 03/18/92 SETTLEMENT DATE: 03/18/92

PURCHASE: XXX SALE: ____

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____ CUSIP NO. ____

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 04/21/92

DAYS TO MATURITY: 34 PHYSICAL ✓

INTEREST RATE: 4.120000% DTC ____

PAR AMOUNT: 975,000.00 CUSIP # ____

DISCOUNT: 3,793.83

COST: 971,206.17

PRICE: 99.6108888889

BOND EQUIVALENT YIELD: 4.136094%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓ BY: [signature]

VERIFIED #'S ✓

PL.EX.12 008

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 03/18/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 03/18/92 | 516569 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 04/21/1992 | 99.6108889 | 4.194 | 4.12 | 03/18/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,206.17
PROMISSORY NOTE

DATED 03/18/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0318A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,206.17

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

121743 07 0 000000308 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 009

TRADE DATE: 04/21/92 SETTLEMENT DATE: 04/21/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 05/21/92 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.750000% | DTC | |
| PAR AMOUNT: | 975,000.00 | CUSIP # | |
| DISCOUNT | 3,046.88 | | |
| COST: | 971,953.12 | | |
| PRICE: | 99.6875000000 | | |
| BOND EQUIVALENT YIELD: | 3.761755% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: ABR

PL.EX.12 010

TRADE DATE: 05/21/92 SETTLEMENT DATE: 05/21/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 06/29/92

DAYS TO MATURITY: 39 PHYSICAL ✓

INTEREST RATE: 3.670000% DTC ________

PAR AMOUNT: 975,000.00 CUSIP # ________

DISCOUNT: 3,876.44

COST: 971,123.56

PRICE: 99.6024166667

BOND EQUIVALENT YIELD: 3.684650%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 05/21/1992 | 05/21/92 | 520026 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 06/29/1992 | 99.6024167 | 3.736 | 3.67 | 05/21/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,123.56
PROMISSORY NOTE

DATED 05/21/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0521A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,123.56

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

125655 07 0 0000010563 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 012

TRADE DATE: 06/29/92 SETTLEMENT DATE: 06/29/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 07/29/92

DAYS TO MATURITY: 30 PHYSICAL ✓

INTEREST RATE: 3.700000% DTC ________

PAR AMOUNT: 975,000.00 CUSIP # ________

DISCOUNT: 3,006.25

COST: 971,993.75

PRICE: 99.6916666667

BOND EQUIVALENT YIELD: 3.711444%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 013

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/29/1992 | 06/29/92 | 522019 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 07/29/1992 | 99.6916667 | 3.763 | 3.70 | 06/29/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,993.75
PROMISSORY NOTE

DATED 06/29/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0629A01 | 606 | 827951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0613
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

**NET AMOUNT** 971,993.75

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

125120 07 0 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 014

TRADE DATE: 07/29/92 SETTLEMENT DATE: 07/29/92

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: DIRECT

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 09/01/92

DAYS TO MATURITY: 34 PHYSICAL ✓

INTEREST RATE: 3.150000% DTC ______

PAR AMOUNT: 975,000.00 CUSIP # ______

DISCOUNT: 2,900.62

COST: 972,099.38

PRICE: 99.7025000000

BOND EQUIVALENT YIELD: 3.159399%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓ BY: [signature]

VERIFIED #'S ______

PL.EX.12 015

TRADE DATE: 09/01/92 SETTLEMENT DATE: 09/01/92

PURCHASE: [ XXX ] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______________ CUSIP NO. ______________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | ASSOCIATES CORP OF NORTH AMERICA NOTES | | |
| MATURITY DATE: | 09/03/92 | | |
| DAYS TO MATURITY: | 2 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 1,000,000.00 | CUSIP # | |
| INTEREST: | 166.67 | | |
| COST: | 999,833.33 | | |
| PRICE: | 99.9833333333 | | |
| BOND EQUIVALENT YIELD: | 3.000500% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [✓]

VERIFIED #'S [✓]

BY: [signature]

PL.EX.12 016

TRADE DATE: 09/03/92 SETTLEMENT DATE: 09/03/92

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | ASSOCIATES CORP OF NORTH AMERICA NOTES | | |
| MATURITY DATE: | 09/04/92 | | |
| DAYS TO MATURITY: | 1 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.950000% | DTC | |
| PAR AMOUNT: | 1,000,000.00 | CUSIP # | |
| INTEREST: | 81.94 | | |
| COST: | 999,918.06 | | |
| PRICE: | 99.9918055556 | | |
| BOND EQUIVALENT YIELD: | 2.950242% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 017

September 3, 1992

Norwest Investment Services
Seventh and Walnut
11th Floor
Des Moines, Iowa 50304

We confirm the purchase today of $1,000,000.00 General Electric Capital Corp Notes Due September 4, 1992 at a 2.95% discount.

You are authorized to charge our Principal FC, LTD Account, #7051417 in the amount of $999,918.06 to purchase the above Notes. Please hold the Notes in safekeeping for us, sending us the usual custody receipt and advice of debit to our account.

On September 4, 1992, please credit our above account in the amount of $1,000,000.00 for the maturity of these Notes and send us an advice of the credit entry.

J. G. Wisgerhof
Vice President & Treasurer

C. L. Bassett
Associate Treasurer

blg
7051417

TRADE DATE: 09/03/92 SETTLEMENT DATE: 09/04/92

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. 912827G71

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | U. S. GOVERNMENT TREASURY 5.625% NOTE | | |
| MATURITY DATE: | 08/31/97 | | |
| INTEREST RATE: | 5.625000% | PHYSICAL | |
| PAR AMOUNT: | 900,000.00 | DTC | |
| PRICE: | 100.578125000 | CUSIP # | |
| COST: | 905,203.13 | | |
| ACCRUED INTEREST: | 559.39 | | |
| TOTAL COST: | 905,762.52 | | |
| YIELD TO MATURITY: | 5.491000% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [✓]

BY: [signature]

PL.EX.12 019

NORWEST INVESTMENT SERVICES
INCORPORATED
7TH & WALNUT
DES MOINES IOWA 50309
TELEPHONE (515) 245-3120

**CONFIRMATION AND ADVICE**

AS PRINCIPAL WE HAVE SOLD TO YOU 09/03/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 09/03/92 | 525239 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 900,000.00 | 5.625 | 08/31/1997 | 100.578125 | 5.491 | P100-18+ | 09/04/92 |

U.S. TREASURY NOTE PRINCIPAL 905,203.13
5 5/8 NOTE Q 97
5 5/8 NOTE Q 97
DATED 08/31/92 1ST COUPON 02/28/93
CUSIP 912827G71

INTEREST FROM 08/31/1992
INTEREST AMOUNT 559.39

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING# |
|---|---|---|---|---|
| | 029 C09708558 | 606 | 327951 | 070-51-417 |

NET AMOUNT 905,762.52

3914 PRINCIPAL FC LTD 0600
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123313 01 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

PL.EX.12 020

TRADE DATE: 09/04/92 SETTLEMENT DATE: 09/04/92

PURCHASE: XXX SALE: 

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 10/05/92 | | |
| DAYS TO MATURITY: | 31 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.950000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 254.03 | | |
| COST: | 99,745.97 | | |
| PRICE: | 99.7459722222 | | |
| BOND EQUIVALENT YIELD: | 2.957513% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 021

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | | | | | | TRADE DATE | REFERENCE NO |
|---|---|---|---|---|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | | | | | 09/04/1992 | 09/04/92 | 525309 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 10/05/1992 | 99.7459722 | 2.999 | 2.95 | 09/04/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,745.97
PROMISSORY NOTE

DATED 09/04/92

| TIN NUMBER | SECURITY NUMBER | SLS | BK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0904A05 | 606 | 6327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,745.97

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122929 37 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

**PL.EX.12 022**

TRADE DATE: 10/05/92 SETTLEMENT DATE: 10/05/92

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: DIRECT

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 11/05/92

DAYS TO MATURITY: 31 PHYSICAL ✓

INTEREST RATE: 2.850000% DTC

PAR AMOUNT: 100,000.00 CUSIP #

INTEREST: 245.42

COST: 99,754.58

PRICE: 99.7545833333

BOND EQUIVALENT YIELD: 2.857012%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 023

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | | TRADE DATE | REFERENCE NO |
|---|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | 10/05/1992 | 10/05/92 | 526585 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 11/05/1992 | 99.7545833 | 2.897 | 2.85 | 10/05/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,754.58
PROMISSORY NOTE

DATED 10/05/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB1005A02 | 606 | 327851 | 070-51-417 |

MDY P1 S&P A1+

NET AMOUNT 99,754.58

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50359

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

133858 07 0 O N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 024

TRADE DATE: 11/05/92 SETTLEMENT DATE: 11/05/92

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | |
|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES |
| DESCRIPTION: | GENERAL MOTORS ACCEPTANCE CORP NOTES |
| MATURITY DATE: | 12/07/92 |
| DAYS TO MATURITY: | 32 |
| INTEREST RATE: | 3.200000% |
| PAR AMOUNT: | 100,000.00 |
| INTEREST: | 284.44 |
| COST: | 99,715.56 |
| PRICE: | 99.7155555556 |
| BOND EQUIVALENT YIELD: | 3.209128% |

PHYSICAL [✓]

DTC [ ]

CUSIP # [ ]

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 025

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 11/05/1992 | 11/05/92 | 528127 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 12/07/1992 | 99.7155556 | 3.25% | 3.20 | 11/05/92 |

GENERAL MOTORS ACCEPTANCE CORP PRINCIPAL 99,715.56
PROMISSORY NOTE

DATED 11/05/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | #29 GC11C5A01 | 006 | 327951 | 070 51-417 |

MDT P1 S&P A1

7914 PRINCIPAL FG LTD (311)
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

**NET AMOUNT** 99,715.56

**PAYMENT AND DELIVERY INSTRUCTIONS**

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

.51015 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 026

TRADE DATE: 12/07/92 SETTLEMENT DATE: 12/07/92

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. CUSIP NO.

| | |
|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES |
| MATURITY DATE: | 01/06/93 |
| DAYS TO MATURITY: | 30 |
| INTEREST RATE: | 3.500000% |
| PAR AMOUNT: | 100,000.00 |
| INTEREST: | 291.67 |
| COST: | 99,708.33 |
| PRICE: | 99.7083333333 |
| BOND EQUIVALENT YIELD: | 3.510238% |

PHYSICAL ✓

DTC

CUSIP #

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 027

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/07/1992 | 12/07/92 | 529595 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 01/06/1993 | 99.7083333 | 3.553 | 1.50 | 12/07/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,708.33
PROMISSORY NOTE

DATED 12/07/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB1207A02 | 656 | 327961 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,708.33

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

112857 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 028

TRADE DATE: 01/06/93 SETTLEMENT DATE: 01/06/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | ASSOCIATES CORP OF NORTH AMERICA NOTES | | |
| MATURITY DATE: | 02/09/93 | | |
| DAYS TO MATURITY: | 34 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 283.33 | | |
| COST: | 99,716.67 | | |
| PRICE: | 99.7166666667 | | |
| BOND EQUIVALENT YIELD: | 3.008524% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 029

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 01/06/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 01/06/93 | 531066 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 02/09/1993 | 99.7166667 | 3.050 | 3.00 | 01/06/93 |

ASSOC CORP OF NA PRINCIPAL 99,716.67
PROMISSORY NOTE

DATED 01/06/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | AE0106A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,716.67

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

114148 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 030

TRADE DATE: 02/09/93 SETTLEMENT DATE: 02/09/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 03/11/93 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.900000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 241.67 | | |
| COST: | 99,758.33 | | |
| PRICE: | 99.7583333333 | | |
| BOND EQUIVALENT YIELD: | 2.907025% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 031

TRADE DATE: 03/11/93 SETTLEMENT DATE: 03/11/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 04/13/93

DAYS TO MATURITY: 33 PHYSICAL [ / ]

INTEREST RATE: 2.900000% DTC [ ]

PAR AMOUNT: 100,000.00 CUSIP # [ ]

INTEREST: 265.83

COST: 99,734.17

PRICE: 99.7341666667

BOND EQUIVALENT YIELD: 2.907730%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: ________

PL.EX.12 032

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 03/11/1993 | 03/11/93 | 962194 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 04/13/1993 | 99.7341667 | 2.948 | 2.90 | 03/11/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,734.17
PROMISSORY NOTE

DATED 03/11/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GE0311A02 | 606 | 327951 | 070-51-417 |

NET AMOUNT 99,734.17

MDT P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

151656 CT C

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 033

TRADE DATE: 04/13/93 SETTLEMENT DATE: 04/13/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. CUSIP NO.

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 05/13/93

DAYS TO MATURITY: 30 PHYSICAL ✓

INTEREST RATE: 2.920000% DTC

PAR AMOUNT: 100,000.00 CUSIP #

INTEREST: 243.33

COST: 99,756.67

PRICE: 99.7566666667

BOND EQUIVALENT YIELD: 2.927123%

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY:

PL.EX.12 034

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 04/13/1993 | 04/13/93 | 535657 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 05/13/1993 | 99.7566667 | 2.968 | 2.92 | 04/13/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,756.67
COMMERCIAL PAPER

DATED 04/13/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0413A02 | 606 | 327951 | 070-51-417 |

NET AMOUNT 99,756.67

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131751 07 0 0 N 3 N T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 035

TRADE DATE: 05/13/93 SETTLEMENT DATE: 05/13/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 06/14/93 | | |
| DAYS TO MATURITY: | 32 | PHYSICAL | |
| INTEREST RATE: | 2.850000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 253.33 | | |
| COST: | 99,746.67 | | |
| PRICE: | 99.7466666667 | | |
| BOND EQUIVALENT YIELD: | 2.857238% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 036

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 05/13/1993 | 05/13/93 | 537093 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 06/14/1993 | 99.7466667 | 2.897 | 2.85 | 05/13/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,746.67
COMMERCIAL PAPER

DATED 05/13/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0513A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

NET AMOUNT 99,746.67

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

130208 07 G

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

S N 3 W T 000

PL.EX.12 037

TRADE DATE: 06/14/93 SETTLEMENT DATE: 06/14/93

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 07/15/93 | | |
| DAYS TO MATURITY: | 31 | PHYSICAL | [ ] |
| INTEREST RATE: | 3.000000% | DTC | [ ] |
| PAR AMOUNT: | 100,000.00 | CUSIP # | [ ] |
| INTEREST: | 258.33 | | |
| COST: | 99,741.67 | | |
| PRICE: | 99.7416666667 | | |
| BOND EQUIVALENT YIELD: | 3.007770% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 038

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/14/1993 | 06/14/93 | 538549 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 07/15/1993 | 99.7416667 | 3.050 | 3.00 | 06/14/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,741.67
COMMERCIAL PAPER

DATED 06/14/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0614A03 | 606 | 327951 | 070-51-417 |

NET AMOUNT 99,741.67

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122558 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 039

TRADE DATE: 08/03/93 SETTLEMENT DATE: 08/03/93

PURCHASE: XXX SALE: 

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 09/08/93 | | |
| DAYS TO MATURITY: | 36 | PHYSICAL | |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | 9[redacted] |
| INTEREST: | 300.00 | | |
| COST: | 99,700.00 | | |
| PRICE: | 99.7000000000 | | |
| BOND EQUIVALENT YIELD: | 3.009027% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM 

VERIFIED #'S 

BY: ________

PL.EX.12 040

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 08/03/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 08/03/93 | 265778 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 09/08/1993 | 99.7 | 3.051 | 3.00 | 08/03/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,700.00
COMMERCIAL PAPER

DATED 08/03/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0803A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,700.00

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

115231 07 0 0 N 2 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 041

TRADE DATE: 09/08/93 SETTLEMENT DATE: 09/08/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITIAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 10/12/93 | | |
| DAYS TO MATURITY: | 34 | PHYSICAL | |
| INTEREST RATE: | 2.900000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 273.89 | | |
| COST: | 99,726.11 | | |
| PRICE: | 99.7261111111 | | |
| BOND EQUIVALENT YIELD: | 2.907965% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 042

(B)

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MI''NEAPOLIS MINNESOTA
55 3-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 09/08/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 09/08/93 | 512432 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 10/12/1993 | 99.7261111 | 2.948 | 2.90 | 09/08/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,726.11
COMMERCIAL PAPER

DATED 09/08/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST# | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0908A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,726.11

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122723 07 0 0 N 8 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

99,726.11-
100,000.+
Int. Earned 273.89*
30.+
8.-
Sept 22.*
Oct 22.+
12.+
Total days held 34.*
Sept. 22.÷
34.×
273.89=
Int earned thru 9/30 177.222941173*

PL.EX.12 043

TRADE DATE: 10/12/93 SETTLEMENT DATE: 10/12/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINICPAL F.C.

CUSTODIAN BANK: ~~CITIBANK~~ Norwest

CUSTODY ACCOUNT #:

BOND ID NO. CUSIP NO.

| | |
|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES |
| DESCRIPTION: | AMERICAN EXPRESS CREDIT CORP NOTES |
| MATURITY DATE: | 11/15/93 |
| DAYS TO MATURITY: | 34 |
| INTEREST RATE: | 3.000000% |
| PAR AMOUNT: | 100,000.00 |
| INTEREST: | 283.33 |
| COST: | 99,716.67 |
| PRICE: | 0.9971666667 |
| BOND EQUIVALENT YIELD: | 3.008524% |

PHYSICAL ________

DTC ________

CUSIP # ________

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM ________

VERIFIED #'S ________

BY:

D Vinthal

PL.EX.12 044

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | | | | | | TRADE DATE | REFERENCE NO |
|---|---|---|---|---|---|---|---|
| AS PRINCIPAL WE HAVE SOLD TO YOU | | | | | 10/12/1993 | 10/12/93 | 544033 |
| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | | SETTLEMENT DATE |
| 100,000.00 | | 11/15/1993 | 99.7166667 | 3.050 | 3.00 | | 10/12/93 |

AMERICAN EXPRESS PRINCIPAL 99,716.67
COMMERCIAL PAPER

DATED 05/03/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 407 AD0503A07 | 606 | 827951 | 070-51-417 |

MDY P1 S&P A1+

NET AMOUNT 99,716.67

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122138 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 045

TRADE DATE: 11/15/93 SETTLEMENT DATE: 11/15/93

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC LTD.

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES, INC.

DESCRIPTION: AMERICAN EXPRESS CREDIT CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 12/15/93 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | X |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| DISCOUNT: | 250.00 | | |
| COST: | 99,750.00 | | |
| PRICE: | 99.7500000000 | | |
| BOND EQUIVALENT YIELD: | 3.007519% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: ABN

PL.EX.12 046

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 11/15/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 11/15/93 | 545661 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 12/15/1993 | 99.75 | 3.049 | 3.00 | 11/15/93 |

AMERICAN EXPRESS
COMMERCIAL PAPER

PRINCIPAL 99,750.00

DATED 11/15/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | AD1115A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,750.00

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

114126 07 C

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

SNCWT 00C

PL.EX.12 047

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/15/1993 | 12/15/93 | 547081 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 03/15/1994 | 99.225 | 3.168 | 3.10 | 12/15/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 124,031.25
COMMERCIAL PAPER

DATED 12/15/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GE1215A03 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 124,031.25

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

121520 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 048

TRADE DATE: 03/16/94 SETTLEMENT DATE: 03/16/94

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 06/14/94

DAYS TO MATURITY: 90 PHYSICAL [XXXX]

INTEREST RATE: 3.700000% DTC [ ]

PAR AMOUNT: 125,000.00 CUSIP # [ ]

DISCOUNT/INTEREST: 1,156.25

COST: $123,843.75

PRICE: 99.0750000000

ET
BOND EQUIVALENT YIELD: 3.734545%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature] ________

PL.EX.12 049

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU

| TRADE DATE | REFERENCE NO |
|---|---|
| 03/16/1994 03/16/94 | 731051 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 06/14/1994 | 99.075 | 3.786 | 3.70 | 03/16/94 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 123,843.75
COMMERCIAL PAPER

DATED 03/16/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0316A02 | 606 | 327951 | 0007051417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 123,843.75

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

141451 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

D N 3 W T 000

PL.EX.12 050

NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

Safekeeping Receipt
CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 03/16/94 | 03/16/94 | ORIGINAL | 327951 | 731861 |

TAX ID: NR
PAYMENT:
ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 125,000.00
PRIN 123,843.75

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0316A02 | 03/16/1994 | | 06/14/1994 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 1,156.25 |

NO. OF PIECES AND DENOMINATIONS

ST Bond

0.*
31.+
16.-
15.*
15.+
30.+
31.+
14.+
90.*
125,000.+
123,843.75-
1,156.25*
1,156.25x
15.÷
90.=
192.70833333*

(B)

PL.EX.12 051

TRADE DATE: 06/14/94 SETTLEMENT DATE: 06/14/94

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________________

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 09/12/94 | | |
| DAYS TO MATURITY: | 90 | PHYSICAL | XXXX |
| INTEREST RATE: | 4.330000% | DTC | |
| PAR AMOUNT: | 125,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 1,353.12 | | |
| COST: | $123,646.88 | | |
| PRICE: | 98.9175000000 | | |
| ET BOND EQUIVALENT YIELD: | 4.377385% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 052

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/14/1994

| TRADE DATE | REFERENCE NO |
|---|---|
| 06/14/94 | 807272 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 09/12/1994 | 98.9175 | 4.438 | 4.33 | 06/14/94 |

GENERAL ELECTRIC CAPTIAL CORP PRINCIPAL 123,646.88
COMMERCIAL PAPER

DATED 06/14/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0614A01 | 606 | 327951 | 00007051417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 123,646.88

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131231 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 053

0600 3914
NORWEST BANK MINNE' TA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

ekeeping Receipt

CUSTOMER COPY

RECEIPT DATED DATE ACQUIRED
06/14/94 06/14/94 ORIGINAL

CUSTOMER 327951

RECEIPT 807272

TAX ID
NR

PAYMENT

ACCOUNT
0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPTIAL CORP
COMMERCIAL PAPER

PAR 125,000.00
PRIN 123,646.88

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0614A01 | 06/14/1994 | | 09/12/1994 |

WH 27

CALL CD CALL DATE CALL PRICE INT DATE INT AMOUNT

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 1,353.12 |

NO OF PIECES AND DENOMINATIONS

PL.EX.12 054

| | | | |
|---|---|---|---|
| TRADE DATE: | 09/12/94 | SETTLEMENT DATE: | 09/12/94 |
| PURCHASE: | XXX | SALE: | |

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 12/12/94 | | |
| DAYS TO MATURITY: | 91 | PHYSICAL | XXXX |
| INTEREST RATE: | 4.750000% | DTC | |
| PAR AMOUNT: | 175,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 2,101.22 | | |
| COST: | $172,898.78 | | |
| PRICE: | 98.7993055556 | | |
| ET BOND EQUIVALENT YIELD: | 4.807726% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM

VERIFIED #'S

BY: ____________________

PL.EX.12 055

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | 09/12/1994 09/12/94 | 878927 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 175,000.00 | | 12/12/1994 | 98.7993056 | 4.874 | 4.75 | 09/12/94 |

GENERAL ELECTRIC CAPITAL CORP — PRINCIPAL — 172,898.78
COMMERCIAL PAPER

DATED 09/12/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0912A01 | | 606 327851 | 0007051417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 172,898.78

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123041 07 0 This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof. Please Retain For Income Tax Purposes. 1 050

(B)

0600 3914

NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

111

**Safekeeping Receipt**

CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 09/12/94 | 09/12/94 | ORIGINAL | 327951 | 878927 |

TAX ID: NR

PAYMENT

ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION

GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 175,000.00
PRIN 172,898.78

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0912A01 | 09/12/1994 | | 12/12/1994 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 2,101.22 |

NO. OF PIECES AND DENOMINATIONS

0•*
30•+
12•-
18•*
175,000•+
172,898•78-
2,101•22*
2,101•22x
18•÷
90•=
420•24*

Sept. Accrual

PL.EX.12 057

TRADE DATE: 12/12/94 SETTLEMENT DATE: 12/12/94

PURCHASE: XXX SALE: 

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A..

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ______ CUSIP NO. ______

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 06/12/95 | | |
| DAYS TO MATURITY: | 182 | PHYSICAL | XXXX |
| INTEREST RATE: | 6.500000% | DTC | |
| PAR AMOUNT: | 150,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 4,929.17 | | |
| COST: | $145,070.83 | | |
| PRICE: | 96.7138888889 | | |
| BOND EQUIVALENT YIELD: | 6.720855% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM 

VERIFIED #'S 

BY: ______

PL.EX.12 058

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

## CONFIRMATION AND ADVICE

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/12/1994 | 12/12/94 | 565775 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 150,000.00 | | 06/12/1995 | 95.7138889 | 6.814 | 6.50 | 12/12/94 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 145,070.83
COMMERCIAL PAPER

DATED 12/12/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB1212A01 | 506 | 327951 | 0007051417 |

MDY P1 S&P A1+

2914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

**NET AMOUNT** 145,070.83

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

134132 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 059

0600 3914
NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**

CUSTOMER COPY

RECEIPT DATED: 12/12/94
DATE ACQUIRED: 12/12/94 ORIGINAL
CUSTOMER: 327951
RECEIPT: 565775
TAX ID: NR
PAYMENT
ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 150,000.00
PRIN 145,070.83

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| CB1212A01 | 12/12/1994 | | 06/12/1995 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 4,929.17 |

NO. OF PIECES AND DENOMINATIONS

ST-Bond

4,929.17÷
182.=
27.08*

Accrued 19 days in Dec. 94 & Reversed So Add back on

0.*
27.08×
19.=
514.52*

2437.20
514.52
2,951.72

31.00+
28.00+
31.00+
003
90.00*

March
27.08×
90.=
2,437.20*

PL.EX.12 060

TRADE DATE: 06/12/95 SETTLEMENT DATE: 06/12/95

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A..

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NOREST INVESTMENTSERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP. NOTES | | |
| MATURITY DATE: | 12/08/95 | | |
| DAYS TO MATURITY: | 179 | PHYSICAL | |
| INTEREST RATE: | 5.700000% | DTC | XXXXXX |
| PAR AMOUNT: | 190,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 5,384.92 | | |
| COST: | $184,615.08 | | |
| PRICE: | 97.1658333333 | | |
| BOND EQUIVALENT YIELD: | 5.866260% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM

VERIFIED #'S

BY: ________

PL.EX.12 061

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/12/1995

| TRADE DATE | REFERENCE NO |
|---|---|
| 06/12/95 | 817638 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 190,000.00 | | 12/08/1995 | 97.1658333 | 5.948 | 5.70 | 06/12/95 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 184,615.08
COMMERCIAL PAPER

DATED 06/12/95

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0612A03 | 606 | 327951 | 0007051417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 184,615.08

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

140647 07 0 0 N 3 N T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

PL.EX.12 062

0600 3914
NORWEST BANK MINNES A NA
SIXTH AND MARQUETTE VENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

keeping Receipt
CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 06/12/95 | 06/12/95 | ORIGINAL | 327951 | 817638 |

TAX ID: NR
PAYMENT
ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 190,000.00
PRIN 184,615.08

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0612A03 | 06/12/1995 | | 12/08/1995 |

WH 27

CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 5,384.92 |

NO. OF PIECES AND DENOMINATIONS

18•+
31•+
31•+
30•+
004
110•*

5,384•92÷
179•=
30•0833519553*

30•0833519553×
110•=
3,309•16871508*

18•00+
31•00+
31•00+
30•00+
31•00+
30•00+
8•00+

179•00*

0•*

5,384•92÷
179•=
30•0833519553*

30•0833519553×
18•=
541•500335195*

PL.EX.12 063

TRADE DATE: 12/08/95 SETTLEMENT DATE: 12/08/95

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ________ CUSIP NO. ________________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP. NOTES | | |
| MATURITY DATE: | 06/04/96 | | |
| DAYS TO MATURITY: | 179 | PHYSICAL | |
| INTEREST RATE: | 5.270000% | BE | XXXXXX |
| PAR AMOUNT: | 210,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 5,502.76 | | |
| COST: | $204,497.24 | | |
| PRICE: | 97.3796388889 | | |
| BOND EQUIVALENT YIELD: | 5.411809% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 064

# CONFIRMATION/RECEIPT

This confirmation and advice is subject to the terms and conditions stated below and on the reverse side hereof. PLEASE RETAIN FOR INCOME TAX PURPOSES.

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**Nondeposit investment products are not FDIC insured; are not bank deposits; are not obligations of, or guaranteed by, any bank; and are subject to investment risks, including the possible loss of principal invested.**

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

| CUSTOMER NUMBER | TAX IDENTIFICATION NUMBER | SLS | SAVINGS/CHECKING ACCOUNT NUMBER | SECURITY/CUSIP NUMBER |
|---|---|---|---|---|
| 327951 | | 606 | 0007051417 | 429 GP1208A01 |

| | DATE CONFIRMED | TRADE DATE | REFERENCE NUMBER |
|---|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | 12/08/1995 | 12/08/95 | 584715 |

| PAR VALUE/SHARES | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 210,000.00 | | 06/04/1996 | 97.3796389 | 5.412 | 5.27 | 12/08/95 |

GENERAL ELEC CAP CORP
COMMERCIAL PAPER

DATED 12/08/95

MOODY P1 S&P A1+

PRINCIPAL 204,497.24

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES DEPOSITED
IN SAFEKEEPING

NET AMOUNT 204,497.24

0730
115344 07 0 0 N 3 W T 000

**********************************************************************

WE HOPE YOU ARE PLEASED WITH THE NEW SIZE OF YOUR CONFIRMATION/RECEIPT WHICH ALLOWS US TO MAKE MORE COMPLETE, CONSPICUOUS DISCLOSURES TO YOU. THE NEW CONFIRMATION PROVIDES ADDITIONAL INFORMATION THAT YOU SHOULD FIND USEFUL.

**********************************************************************

PL.EX.12 065

TRADE DATE: 06/04/96 SETTLEMENT DATE: 06/04/96

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ____ CUSIP NO. ____

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION. GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE | 12/02/96 | | |
| DAYS TO MATURITY. | 181 | PHYSICAL | |
| INTEREST RATE | 5 260000% | BE | XXXXXX |
| PAR AMOUNT. | 210,000.00 | CUSIP # | |
| DISCOUNT / INTEREST: | 5,553.68 | | |
| COST: | $204,446.32 | | |
| PRICE: | 97.3553888889 | | |
| BOND EQUIVALENT YIELD: | 5.402885% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK |
| CLASS. CODE. | LOCATION |
| FUNDS: | PAYING AGENT |
| RATING: | ANALYST CODE |
| INDUSTRY CODE: | BROKER CODE |

AUTH. SYSTEM

BY:

VERIFIED #'S

PL.EX.12 066

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
5479-0130 TELE(612)667-5257

**CONFIRMATION/RECEIPT**

This confirmation and advice is subject to the terms and conditions stated below and on the reverse side hereof. PLEASE RETAIN FOR INCOME TAX PURPOSES.

**Nondeposit investment products are not FDIC insured; are not bank deposits; are not obligations of, or guaranteed by, any bank; and are subject to investment risks, including the possible loss of principal invested.**

3914 PRINCIPAL FC LTD 0013
~~ATTN MIKE JOHNSON~~ Deb W
801 GRAND AVE
DES MOINES IA 50309

| CUSTOMER NUMBER | TAX IDENTIFICATION NUMBER | SLS | SAVINGS/CHECKING ACCOUNT NUMBER | SECURITY/CUSIP NUMBER |
|---|---|---|---|---|
| 327951 | | 599 | 0007051417 | 429 GE0604A04 |

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU

| DATE CONFIRMED | TRADE DATE | REFERENCE NUMBER |
|---|---|---|
| 06/04/1996 | 06/04/96 | 145750 |

| AR VALUE/SHARES | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 210,000.00 | | 12/02/1996 | 97.3553889 | 5.403 | 5.26 | 06/04/96 |

GENERAL ELEC CAP CORP
COMMERCIAL PAPER

DATED 0

0•*
26•00+
31•00+ 210,000•00+
31•00+ 204,446•32-
30•00+ 000
31•00+ 5,553•68*
30•00+
2•00+ 5,553•68÷
MOOD 007 181•= AL 204,446.32
181•00* 30•68*

PAYMENT IO
A 30•68×
THESE SECURITIES ... OS 26•=
IN SAFEKEEPING 797•68*

0•* OUNT 204,446.32

0 0 N 3 W T 000

**********************************

WE HOPE YOU ARE PLEASED WITH THE NEW SIZE OF YOUR CONFIRMATION/RECEIPT WHICH ALLOWS US TO MAKE MORE COMPLETE, CONSPICUOUS DISCLOSURES TO YOU. THE NEW CONFIRMATION PROVIDES ADDITIONAL INFORMATION THAT YOU SHOULD FIND USEFUL.

**********************************

PL.EX.12 067

TRADE DATE: 12/05/96 SETTLEMENT DATE: 12/05/96

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 06/03/97 | | |
| DAYS TO MATURITY: | 180 | PHYSICAL | |
| INTEREST RATE: | 5.200000% | BE | XXXXXX |
| PAR AMOUNT: | 240,000.00 | CUSIP # | |
| DISCOUNT / INTEREST: | 6,240.00 | | |
| COST: | $233,760.00 | | |
| PRICE: | 97.4000000000 | | |
| BOND EQUIVALENT YIELD: | 5.338809% | | |

0201500 240,000
0201600 6,240.00
0010100 233,760 00

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: ML

PL.EX.12 068

# YOUR CONFIRMATION

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 9 | 00082 | 12/05/96 | 12/05/96 |

| YOU | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| BOUGHT | 240,000 | GED000KC1 | | 97.4 | 55311 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GENERAL ELECTRIC CAPITAL_CORP COMMERCIAL PAPER DISCOUNTED | 0.00000 | 06/03/97 | 12/05/96 |

BON' EQUIV YIELD: 5.413% DISC PR' 5.200%
CD 'TV YIELD: 5.339%

0. *

(Pay
CH
DD.

IUNT
000

5T Bond

CLEAR

31.00 +
5.00 -
002
26.00 *

26.00 +
31.00 + PAL 233,760.00
28.00 +
31.00 +
004
116.00 *

240,000.00 +
233,760.00 -
002
6,240.00 *

Dec 26.00 +
Jan 31.00 +
Feb 28.00 +
Mar 31.00 +
Apr 30.00 +
May 31.00 +
June 3.00 +
007
180.00 *

PL.EX.12 069

6,240.00 ÷
180. =
34.67 * UNT 233,760.00

*SEE
Th

IONS S. Discount earned 34.67 x
116. =
4,021.72 *

SE RETAIN FOR INCOME TAX PURPOSES.

NOT FDIC insured

Norwest Investment Services, Inc. (NISI).
Member NASD/Chicago Stock Exchange/SIPC

NC 28037 BND (10-96-186163)

Deb W
9-17

TRADE DATE: 06/03/97 SETTLEMENT DATE: 06/03/97

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ______ CUSIP NO. ______

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 12/01/97

DAYS TO MATURITY: 181 PHYSICAL

INTEREST RATE: 5.580000% BE XXXXXX

PAR AMOUNT: 250,000.00 CUSIP #

DISCOUNT / INTEREST: 7,013.75

COST: $242,986.25

PRICE: 97.1945000000

BOND EQUIVALENT YIELD: 5.741066%

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

BY:

VERIFIED #'S

PL.EX.12 070

# YOUR CONFIRMATION

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | O | 9 | 00061 | 06/03/97 | 06/03/97 |

| | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| YOU BOUGHT | 250,000 | GED001PU4 | | 97.1945 | 87692 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GENERAL ELECTRIC CAPITAL_CORP COMMERCIAL PAPER DISCOUNTED | 0.00000 | 12/01/97 | 06/03/97 |

BOND EQUIV YIELD: 5.821% DISC PRICE: 5.580%
CD EQUIV YIELD: 5.741%

(Payment and Delivery Instructions)
CHARGE YOUR CHECKING ACCOUNT
DDA# 0007051417 ABA# 073000228

PRINCIPAL 242,986.25

000
0. *
0.30 +
0.03 −
002
0.27 *
Jun 0.27 +
Jul 0.31 +
Aug 0.31 +
Sept. 0.30 +
Oct. 0.31 +
Nov. 0.30 +
Dec. 0.01 +
007
1.81 *

000
0. *
ST Bond
250,000.00 +
242,986.25 −
002
7,013.75 *
7,013.75 ÷
181. =
38.75 *
38.75 x
June 27. =
Discount earned 1,046.25 *

PL.EX.12 071

AMOUNT 242,986.25

conditi

CLEAR

NO BANK GUARANTEE.

PLEASE RETAIN FOR INCOME TAX PURPOSES.

Norwest Investment Services, Inc. (NISI).
Member NASD/Chicago Stock Exchange/SIPC

NC 28037 BND (10-96-186163)

YOUR CONFIRMATION

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 2 | 00120 | 09/02/97 | 09/03/97 |

| YOU | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| BOUGHT | 900,000 | 9128273G5 | | 100.00 | 06399 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| U S TREASURY NOTE | 6.25000 | 08/31/02 | 09/02/97 |

1ST COUPON: 02/28/98

:ELD GIVEN DOLLAR PRICE 6.250 TO MATURITY

(Pay ...nt and Delivery Instructions)

CH GE YOUR CHECKING ACC( ...T
DI 0007051417 ABA# 07:

INT FROM 09/02/97 TO 09/03/97

| | |
|---|---|
| ...NCIPAL | 900,000.00 |
| ...EST | 152.85 |
| ...MOUNT | 900,152.85 |

UUU

0. *

LT Bond

900,000. x
0.0625 =
56,250.00 *

Sept 0.27 +
Oct 0.31 +
Nov 0.30 +
Dec 0.31 +
Jan 0.31 +
Feb 0.28 +
Mar 0.31 +

2.09 *

56,250.00 ÷
365. =
154.11 *

9.80

0(

154.11 x
209. =
32,208.99 *

007

Accrued interest

PL.EX.12 072

CLEAR

...E LEGEND ON REVERSE SIDE...

This confirmation is subject to the terms and conditions stated herein and ... PLEASE RETAIN FOR INCOME TAX PURPOSES

| | | |
|---|---|---|
| Investments offered by NISI are NOT FDIC insured | MAY LOSE VALUE. NO BANK GUARANTEE. | Norwest Investment Services, Inc. (NISI) Member NASD Chicago Stock Exchange/SIPC |

NC 28037 BND (10-96 186165)

TRADE DATE: 12/29/97 SETTLEMENT DATE. 12/29/97

PURCHASE: XXX SALE:

---

ACCOUNT NAME PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ____________ CUSIP NO ____________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE· 06/29/98

DAYS TO MATURITY: 182 PHYSICAL

INTEREST RATE: 5.520000% BE XXXXXX

PAR AMOUNT: 275,000.00 CUSIP #

DISCOUNT / INTEREST· 7,674 33

COST: $267,325 67

PRICE 97.2093333333

BOND EQUIVALENT YIELD· 5 678467%

---

FINANCING TYPE. CLOSING BANK

CLASS. CODE: LOCATION:

FUNDS. PAYING AGENT.

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE

---

AUTH. SYSTEM

BY· [signature]

VERIFIED #'S

PL.EX.12 073

**YOUR CONFIRMATION**

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

PRINCIPAL FC LTD
801 GRAND AVE
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
515-245-8350

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 42-1377999 | WNLB | 0 | 5 | 00030 | 12 29/97 | 12/29/97 |

| YOU BOUGHT | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| | 275,000 | 36959JEV0 | | 97.209333 | 03088 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GE CF A1+ P1 COMMERCIAL PAPER DISCOUNTED | 0.00000 | 06/29/98 | 12/29/97 |

BND EQUIV YIELD: 5.757% DISC PRICE: 5.520%
CD EQUIV YIELD: 5.678%

(Payment and Delivery Instructions)
CHARGE YOUR CHECKING ACCOUNT
DDA# 0007051417 ABA# 073000228

PRINCIPAL 267,325.67

000 000

0. * 0. *

Dec 0.02 + 275,000.00 +
Jan. 0.31 + 267,325.67 −
92 days Feb. 0.28 + 002
Mar 0.31 + 7,674.33 *
0.30 +
0.31 + 7,674.33 ÷
0.29 + 182. =
007 42.17 *
1.82 *

STBond

Discount earned

42.17 ×
92. =
3,879.64 *

...UNT 267,325.67

PL.EX.12 074

*SEE LEGEND ON REVERSE SIDE

*This confirmation is subject to the terms and conditions sta... ...E RETAIN FOR INCOME TAX PURPOSES.*

Investments offered by NISI are NOT FDIC insured

CLEAR

Norwest Investment Services, Inc. (NISI).
Member NASD/Chicago Stock Exchange/SIPC

NC 28037 BND (10-96-186163)

TRADE DATE: 06/29/98 SETTLEMENT DATE 06/29/98

PURCHASE [XXX] SALE. [ ]

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK NORWEST BANK IOWA N A

CUSTODY ACCOUNT # #7051417

BOND ID NO ______ CUSIP NO

Maturity
DR 0010100 275,000.-
CR 0201500 275,000.-
~~DR 0201600~~ 7,674.33
CR 3100500 7,674.33

BROKER NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE | 12/28/98 | | |
| DAYS TO MATURITY | 182 | PHYSICAL | [ ] |
| INTEREST RATE: | 5 430000% | BE | [XXXXXX] |
| PAR AMOUNT | 300,000 00 | CUSIP # | [ ] |
| DISCOUNT / INTEREST | 8,235 50 | | |
| COST: | $291,764.50 | | |
| PRICE. | 97.2548333333 | | |
| BOND EQUIVALENT YIELD: | 5 583270% | | |

Purchase
DR 0201500 300,000
CR 0201600 8,235.50
CR 0010100 291,764.50

ST Interest

000
0. *
June 0.01 +
July 0.31 +
Aug 0.31 +
Sept 0.30 +
004
0.93 *

8,235.50 ÷
182. =
45.25 *

45.25 x
93. =
4,208.25 *

CLEAR

F
C
F
R
IN
AL
VE

CLOSING BANK

LOCATION

PAYING AGENT

ANALYST CODE.

BROKER CODE.

Alice B. Robertson

PL.EX.12 075

TRADE DATE 12/30/98 SETTLEMENT DATE. 12/30/98

PURCHASE [XXX] SALE [ ]

ACCOUNT NAME PRINCIPAL FC LIMITED

CUSTODIAN BANK Norwest Bank Iowa N A

CUSTODY ACCOUNT # #7051417

Deb Woggan 6-17

BOND ID NO ______ CUSIP NO ______

BROKER Norwest Investment Services

DESCRIPTION. General Electric Capital Corp Notes

| | | | |
|---|---|---|---|
| MATURITY DATE | 06/28/99 | | |
| DAYS TO MATURITY | 180 | PHYSICAL | |
| INTEREST RATE | 4 750000% | BE | |
| PAR AMOUNT | 325,000 00 | CUSIP # | 36959jt47 |
| DISCOUNT / INTEREST | 7,718.75 | | |
| COST | $317,281 25 | | |
| PRICE. | 97.6250000000 | | |
| BOND EQUIVALENT YIELD. | 4 865557% | | |

.5T Interest

000
0. *
Dec 0.01 +
Jan 0.31 +
Feb 0.28 +
Mar 0.31 +
004
0.91 *

7.718.75 ÷
180. =
42.88 *

42.88 x
91. =
accrued 3,902.08 *

CLEAR

| | | | |
|---|---|---|---|
| FINANCING TYPE | | CLOSING BANK | |
| CLASS CODE | | LOCATION: | |
| FUNDS: | | PAYING AGENT: | |
| RATING: | | ANALYST CODE: | |
| INDUSTRY CODE. | | BROKER CODE: | |

AUTH. SYSTEM [ ]

VERIFIED #'S [ ] BY: [signature]

PL.EX.12 076

TRADE DATE: 06/28/99 SETTLEMENT DATE: 06/28/99

PURCHASE: XXX SALE:

Maturity: 6-28-99

ACCOUNT NAME: Principal FC Limited
CUSTODIAN BANK: Norwest Bank Iowa N A
ACCOUNT #: #7051417
BOND ID NO. CUSIP NO.

0010100 350,000.—
0201500 350,000
[illegible] 7,718.75
3100500 7,718.75

Purchase:
Dr 0201500 350,000
Ck 0201500 8,211.39
Ck 0010100 341,788.61

BROKER: Norwest Investment Services
DESCRIPTION: GE Capital Corp. Notes
MATURITY DATE: 12/09/99
DAYS TO MATURITY: 164
INTEREST RATE: 5.150000%
PAR AMOUNT: 350,000.00
DISCOUNT / INTEREST: 8,211.39
COST: $341,788.61
PRICE: 97.6538888889
BOND EQUIVALENT YIELD: 5.273728%

PHYSICAL
BE
CUSIP # 36959JZ97

ST interest

0. *
8,211.39 ÷
164. =
50.07 *

0. *

*Payment Information:*

June 0.02 +
July 0.31 +
Aug 0.31 +
Sept. 0.30 +
Days 0.94 *

50.07 x
94. =
4,706.58 *

CLEAR

FINANCING TYPE:
CLASS. CODE: 004
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

000

AUTH. SYSTEM
BY:
VERIFIED #'S

PL.EX.12 077

TRADE DATE: 12/09/99 SETTLEMENT DATE: 12/09/99

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Norwest Bank Iowa N A

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity: 12/9/99
Dr 0010100 350,000-
Cr 0201500 350,000-
Dr 0201600 8211.39
Cr 3100500 8211.39

BROKER: Norwest Investment Services

DESCRIPTION: General Electric Capital Corp. Notes

Purchase:
Dr 0201500 350,000.
Cr 0201600 10,080.
Cr 0010100 339,920

| | | | |
|---|---|---|---|
| MATURITY DATE: | 06/06/00 | | |
| DAYS TO MATURITY: | 180 | PHYSICAL | |
| INTEREST RATE: | 5.760000% | BE | |
| PAR AMOUNT: | 350,000.00 | CUSIP # | 36959HF69 |
| DISCOUNT / INTEREST: | 10,080.00 | | |
| COST: | $339,920.00 | | |
| PRICE: | 97.1200000000 | | |
| BOND EQUIVALENT YIELD: | 5.930807% | | |

0•C
Dec 0•22 +
Jan 0•31 +
Feb 0•29 +
Mar 0•31 +
1•13 T
0•00 T
0•C

*Payment Information:*

5T Interest accrued
10,080•00 ÷
180•00 =
56•00 +
56•00 ×
113•00 =
6,328•00 +
0•C

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM

VERIFIED #'S BY:

PL.EX.12 078

TRADE DATE: 06/06/00 SETTLEMENT DATE: 06/06/00

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 $350,000.00
CR 0201500 350,000.00
DR 0201600 $10,080.00
CR 3100500 10,080.00

BROKER: Wells Fargo Investment Services Inc

DESCRIPTION: General Electric Capital Corp. Notes

Purchase:
DR 0201500 $375,000.00
CR 0201600 12,443.75
CR 0010100 362,556.25

MATURITY DATE: 12/04/00

DAYS TO MATURITY: 181 PHYSICAL

INTEREST RATE: 6.600000% DTC XXX

PAR AMOUNT: 375,000.00 CUSIP # 36959HM46

DISCOUNT / INTEREST: 12,443.75

COST: $362,556.25

PRICE: 96.6816666667

BOND EQUIVALENT YIELD: 6.826527%

*Payment Information:*

FINANCING TYPE: CLOSING BANK:
CLASS. CODE: LOCATION:
FUNDS: PAYING AGENT:
RATING: ANALYST CODE:
INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM BY:
VERIFIED #S

6T accrued interest

0•00 T
0•C
June 0•24 +
July 0•31 +
Aug 0•31 +
Sept 0•30 +
1•16 T
0•C
12,443•75 ÷
181•00 =
68•75 +
0•C
68•75 ×
116•00 =
→ 7,975•00 +
0•C
0•00 T

PL.EX.12 079

TRADE DATE: 12/04/00 SETTLEMENT DATE: 12/04/00

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 $375,000.00
CR 0201500 375,000.00
DR 0201600 $12,443.75
CR 3100500 12,443.75

BROKER: Wells Fargo Investment Services Inc.

DESCRIPTION: G E Capital Corp Notes

MATURITY DATE: 06/04/01

DAYS TO MATURITY: 182 PHYSICAL

INTEREST RATE: 6.200000% DTC

PAR AMOUNT: 410,000.00 CUSIP # 36959ht49

DISCOUNT / INTEREST: 12,851.22

COST: $397,148.78

PRICE: 96.8655555556

BOND EQUIVALENT YIELD: 6.400624%

Purchase:
DR 0201500 $410,000.00
CR 0201600 12,851.22
CR 0010100 397,148.78

*Payment Information*

0 • C

ST
DEC 0 • 27 +
JAN 0 • 31 +
FEB 0 • 28 +
MAR 0 • 31 +
APR 0 • 30 +
1 • 47 T

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK
LOCATION:
PAYING AGENT
ANALYST CODE
BROKER CODE

ST accrued Interest

0 • C
12,851 • 22 ÷
182 • 00 =
70 • 61 +
0 • C

AUTH. SYSTEM

VERIFIED #S

BY:

0 • C
70 • 61 ×
147 • 00 =
10,379 • 67 +

PL.EX.12 080

TRADE DATE: 06/04/01 SETTLEMENT DATE: 06/04/01

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 410,000.00
CR 0201500 410,000.00
DR 0201600 12,851.22
CR 3100500 12,851.22

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: General Electric Capital Corp Notes

| | | | |
|---|---|---|---|
| MATURITY DATE: | 12/03/01 | | |
| DAYS TO MATURITY: | 182 | PHYSICAL | |
| INTEREST RATE: | 3.690000% | DTC | |
| PAR AMOUNT: | 420,000.00 | CUSIP # | 36959HZ34 |
| DISCOUNT / INTEREST: | 7,835.10 | | |
| COST: | $412,164.90 | | |
| PRICE: | 98.1345000000 | | |
| BOND EQUIVALENT YIELD | 3.760146% | | |

Purchase:
DR 0201500 420,000.00
CR 0201600 7,835.10
CR 0010100 412,164.90

*Payment Information:*

0 • C

0 • C

5T

5T accrued interest

June 0 • 26 +
0 • 26 T

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

0 • C

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

0 • C

7,835 • 10 ÷
182 • 00 =
43 • 05 +

43 • 05 ×
26 • 00 =
1,119 • 30 +

0 • C

AUTH. SYSTEM

VERIFIED #'S

BY:

PL.EX.12 081

TRADE DATE: 12/03/01 SETTLEMENT DATE: 12/03/01

PURCHASE: XXX SALE:

MATURITY

DR 0011100 420,000
CR 0201500 420,000

DR 0201600 7835.10
CR 3100500 7835.10

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

PURCHASE

DR 0201500 460,000
CR 0201600 4232.51
CR 0010100 455,767.49

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: GECC Commercial Paper

MATURITY DATE: 06/03/02

DAYS TO MATURITY: 182 PHYSICAL

INTEREST RATE: 1.820000% DTC xxx

PAR AMOUNT: 460,000.00 CUSIP # 36959JF32

DISCOUNT / INTEREST: 4,232.51

COST: $455,767.49

PRICE: 99.0798888889

BOND EQUIVALENT YIELD: 1.836902%

*Payment Information:*

0 • C

Dec 0 • 28 +
Jan 0 • 31 +
Feb 0 • 28 +
Mar 0 • 31 +
1 • 18 T

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

Accrued Int

0 • C

4,232 • 51 ÷
182 • 00 =
23 • 26 *

23 • 26 ×
118 • 00 =
2,744 • 68 *

AUTH. SYSTEM

VERIFIED #S

BY:

PL.EX.12 082

TRADE DATE: 06/04/02 SETTLEMENT DATE: 06/04/02

PURCHASE: XXX SALE:

---

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank (LSUBS)

ACCOUNT #: #7051417

MATURITY
DR 0029800 460,000.00
CR 0820400 460,000.00
DR 0821200 4232.51
CR 3160500 4232.51

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: GECC Commercial Paper

PURCHASE
DR 0820400 475,000.00
CR 0821200 1,985.90
CR 0029800 473,014.10

| | | | |
|---|---|---|---|
| MATURITY DATE: | 08/30/02 | | |
| DAYS TO MATURITY: | 87 | PHYSICAL | |
| INTEREST RATE: | 1.730000% | DTC | xxx |
| PAR AMOUNT: | 475,000.00 | CUSIP # | 36959JHW6 |
| DISCOUNT / INTEREST: | 1,985.90 | | |
| COST: | $473,014.10 | | |
| PRICE: | 99.5819166667 | | |
| BOND EQUIVALENT YIELD: | 1.737263% | | |

---

*Payment Information:*

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM

BY: ______

VERIFIED #'S

PL.EX.12 083