**PRINCIPAL FC, LTD.**
**Summary of Federal and State Tax Reimbursement to Parent**
**1991-2002**

| Date | Amount |
|---|---|
| January 30, 1992 | 571.53 |
| April 30, 1992 | 3,377.61 |
| August 4, 1992 | 3,146.76 |
| October 2, 1992 | 64.30 |
| October 26, 1992 | 1,868.39 |
| January 29, 1993 | 6,071.01 |
| April 30, 1993 | 4,479.33 |
| October 22, 1993 | 4,554.87 |
| November 24, 1993 | 1,375.96 |
| February 2, 1994 | 3,885.11 |
| May 3, 1994 | 4,690.06 |
| July 26, 1994 | 4,753.58 |
| January 27, 1995 | 4,797.51 |
| April 27, 1995 | 5,181.51 |
| July 28, 1995 | 5,219.37 |
| December 21, 1995 | 3,470.00 |
| January 23, 1996 | 4,483.16 |
| April 23, 1996 | 4,360.95 |
| October 18, 1996 | 45.05 |
| October 30, 1996 | 1,794.00 |
| January 24, 1997 | 4,694.02 |
| April 23, 1997 | 5,409.95 |
| October 21, 1997 | 5,718.83 |
| December 19, 1997 | 1,600.00 |
| January 21, 1998 | 5,117.32 |
| December 2, 1998 | 2,135.00 |
| January 27, 1998 | 5,704.00 |
| April 28, 1999 | 6,340.00 |
| October 20, 1999 | 8,112.00 |
| November 22, 1999 | 2,977.00 |
| January 31, 2000 | 3,960.00 |
| April 24, 2000 | 8,321.00 |
| July 26, 2000 | 6,799.00 |
| December 6, 2000 | 645.00 |

Preliminary 1991 Intercompany Federal Tax Settlement

| Method of Payment | Subsidiary | Due & Unpaid 12/31/91 | 1991 Preliminary Settlement |
|---|---|---|---|
| 1 | Principal Holding Company | 271,155.05 | 271,155.05 |
| 1 | Petula Associates, Ltd. | (9,390,360.76) | (9,390,360.76) |
| 1 | Patrician Associates, Inc. | (4,923,864.70) | (4,923,864.70) |
| | Principal Development Assoc, Inc. | (46,321.17) | 0.00 |
| | Princor Financial Serv Corp. | (430,811.19) | 0.00 |
| 2 | Princor Management Corp. | 278,372.64 | 278,372.64 |
| | Principal Investors Corp. | (11,293.72) | 0.00 |
| 1 | Invista Capital Management Inc. | 152,929.04 | 152,929.04 |
| | The Principal Financial Group, Inc | (2,957.17) | 0.00 |
| | Principal Marketing Services, Inc. | (93,194.97) | 0.00 |
| 2 | Healthcare Preferred, Inc. | 21,163.26 | 21,163.26 |
| | Principal Health Care, Inc. | (691,346.22) | 0.00 |
| | Principal Casualty Insurance Co (Ordinary) | (5,260,459.48) | 0.00 |
| | Principal Casualty Insurance Co (Capital Gain) | 0.00 | 0.00 |
| | Principal Financial Advisors, Inc. | (8,427.38) | 0.00 |
| 1 | Delaware Charter Guarantee & Trust Co. | 2,597,499.02 | 2,597,499.02 |
| | The Principal/EGT Financial Corporation | 0.00 | 0.00 |
| 2 | HMO IOWA, Inc. | 553,951.80 | 553,951.80 |
| 1 | Principal Residential Advisors, Inc. | 239,555.04 | 239,555.04 |
| | Principal Health Care of LA, Inc. | (116,222.03) | 0.00 |
| | Principal Health Care Pfd. of LA, Inc. | 0.00 | 0.00 |
| 1 | Principal Health Care of KC, Inc. | 545,788.35 | 545,788.35 |
| 1 | Principal Health Care of NE, Inc. | 385,125.37 | 385,125.37 |
| 1 | Principal Health Care of DE, Inc. | 1,652,118.40 | 1,652,118.40 |
| | Principal Health Care of AZ, Inc. | 0.00 | 0.00 |
| 1 | Principal Health Care of FL, Inc. | 789,567.55 | 789,567.55 ** |
| | Principal Health Care of Ohio, Inc. | (80,028.13) | 0.00 |
| | Principal Health Care of Illinois, Inc. | 0.00 | 0.00 |
| 1 | Principal Portfolio Services, Inc. | 84,912.47 | 84,912.47 |
| | Principal International, Inc. | (493,607.26) | 0.00 |
| 1 | Principal Spectrum Associates, Inc. | 1,169.56 | 1,169.56 |
| 2 | Principal FC, Ltd. | 571.53 | 571.53 |
| | Totals | (13,975,015.10) | (6,740,346.38) |

1 = Intercompany Pool Accounts
2 = Check

| Breakdown of Principal Health Care of Florida: | Jacksonville | 781,301.01 |
|---|---|---|
| | Pensacola | 8,266.54 |
| | | 789,567.55 ** |

PL.EX.13 001

check #1001 1-30-92

1991 FEDERAL INCOME TAX SETTLEMENT REVISED
(Per W/P A1.00, P1191.26.91)

| SUBSIDIARY | (1) FINAL 1991 FEDERAL INCOME TAX CHARGE/(CREDIT) | (2) FINAL 1991 ENVIRONMENTAL TAX CHARGE/(CREDIT) | (3) PRELIMINARY SETTLEMENTS ON 1991 INCOME TAX CHARGE/(CREDIT) | (4) TRUE-UP FINAL TAX SETTLEMENT CHARGE/(CREDIT) | (5) METHOD OF PAYMENT |
|---|---|---|---|---|---|
| Principal Holding Company | 255,092.18 | 315.51 | 285,895.08 | (30,487.39) | Pool Account |
| Petula Associates, Ltd. | (13,198,127.75) | (14,948.92) | (15,025,293.09) | 1,812,216.42 | Pool Account |
| Patrician Associates, Inc. | (6,314,925.23) | (4,658.17) | (7,415,681.71) | 1,096,098.31 | Pool Account |
| Principal Development, Inc. | (31,797.81) | 16.02 | (46,321.17) | 14,539.38 | Pool Account |
| Princor Financial Services Corp. | (409,019.43) | (402.54) | (430,811.19) | 21,389.22 | Pool Account |
| Princor Management Corporation | 312,755.46 | 411.52 | 330,339.92 | (17,172.94) | Pool Account |
| Principal Investors Corporation | (8,874.48) | (8.19) | (9,646.85) | 764.18 | Check |
| Invista Capital Management, Inc. | 204,664.67 | 255.47 | 194,430.80 | 10,489.34 | Pool Account |
| The Principal Financial Group, Inc. | (2,987.74) | (3.74) | (2,957.17) | (34.31) | Check |
| Principal Marketing Services, Inc. | (87,878.94) | (76.38) | (93,194.97) | 5,239.65 | Pool Account |
| Healthcare Preferred, Inc. | 14,896.72 | 23.76 | 21,163.26 | (6,242.78) | Check |
| Principal Health Care, Inc. | (732,390.63) | (545.28) | (691,346.22) | (41,589.69) | Pool Account |
| Principal Health Care of Louisiana, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | Pool Account |
| Principal Health Care Pfd. of Louisiana, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal Health Care of Arizona, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal Health Care of Kansas City, Inc. | 764,244.98 | 1,060.30 | 697,778.82 | 67,526.46 | Pool Account |
| Principal Health Care of Nebraska, Inc. | 342,762.50 | 423.36 | 285,726.61 | 57,459.25 | Pool Account |
| Principal Health Care of Florida, Inc. (JAX) | 723,394.15 | 844.57 | 793,910.72 | (69,672.00) | Pool Account |
| Principal Health Care of Florida, Inc. (Pens) | 21,011.37 | 78.00 | 57,708.31 | (36,618.94) | Pool Account |
| Principal Health Care of Delaware, Inc. | 1,809,981.50 | 2,251.86 | 1,749,969.42 | 62,263.94 | Pool Account |
| Principal Health Care of Ohio, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | Pool Account |
| Principal Casualty Insurance Company | (5,093,847.02) | (7,152.39) | (6,048,622.03) | 947,622.62 | Pool Account |
| Principal Financial Advisors, Inc. | (5,667.90) | 48.65 | (8,427.38) | 2,808.13 | Pool Account |
| Delaware Charter Guarantee & Trust Co. | 3,174,011.18 | 3,941.54 | 2,872,469.60 | 305,483.12 | Pool Account |
| The Principal/EGT Financial Corporation | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| HMO Iowa, Inc. | 485,512.18 | 600.47 | 566,356.38 | (80,243.73) | Check |
| Principal Residential Advisors, Inc. | 242,320.63 | 307.04 | 251,099.61 | (8,471.94) | Pool Account |
| Principal Portfolio Services, Inc. | 74,759.68 | 103.19 | 84,912.47 | (10,049.60) | Pool Account |
| Principal International, Inc. | (699,871.43) | (1,608.77) | (493,607.26) | (207,872.94) | Pool Account |
| Principal Spectrum Associates, Inc. | 1,523.88 | 1.88 | 1,718.65 | (192.89) | Pool Account |
| Principal Health Care of Illinois, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal FC, Ltd. | 506.60 | 0.63 | 571.53 | (64.30) | Check |
| TOTAL | (18,157,950.68) | (18,720.61) | (22,071,857.86) | 3,895,186.57 | |

tw269

PL.EX.13 002

the Principal Financial Group
Principal Mut[illegible] life
Insurance Co[illegible]y
Des Moines, Iowa 50392-0001

$64.30

1991 TAX SETTLEMENT
$64.93 FEDERAL INCOME TAX
$.63 ENVIRONMENTAL TAX

Debit Cash
Credit Suspense

TAXFM TFM TAB

0002975004

F026AC-3

PL.EX.13 003

MEMORANDUM

January 29, 1992

| TO | | | |
|---|---|---|---|
| TO | Pat Bailey | Jeri Kanellos | Tami Morris |
| | Mike Beer | Susan King | Tim Prindle |
| | Jill Bohr | Tom Kline | Jamie Reber |
| | Lillian Chen | Mark Kooienga | Laura Steigleder |
| | David Galligan | Tim Minton | Kristy Wichhart |
| | Judy Hetherington | Michelle Morgan | Jeff Wood |

FROM Lori S. Rempe, TFM, G-14, x2961

RE Preliminary Intercompany Tax Settlement for 1991

The computation of the intercompany Federal tax settlement for 1991 has been completed. Charges and credits will be settled up 100%. For the preliminary 1991 settlement, only the charge companies will be settled at this time (with the exception of the joint venture companies). The credit companies will be settled on at the time of our first quarter 1992 tax settlement. Please see the attached workpaper for a recap of these amounts.

As has been done with past intercompany settlements, the intercompany pool account will be used for the majority of the settlements. This process will be the same as was done for the previous intercompany settlements. Tami Morris, INV-AT, will make the intercompany pool account entry on Principal Mutual's books. Tami will send the credit half of her suspense ticket to David Galligan, TFM, and David will complete the tax entries on Principal Mutual's books. Tami will also make the pool entries on the subsidiaries' books for those subs on the GL:M system. She will then send copies of her journal entries to each respective subsidiary so they may clear suspense and complete their tax entries. For the subsidiaries not on the GL:M system that are using the intercompany pool accounts, Tami will send a memo to each respective person involved, informing them of the effect on their pooled account so they may make the appropriate entries on their books.

The following subsidiaries will not be using the intercompany pool account: HMO Iowa, Healthcare Preferred, Princor Management Corporation and Principal FC, Ltd. The attached workpaper provides detail as to which method of payment will be used for these subsidiaries. For those paying by check, please send your checks to me, so I may make a copy of these checks for our files.

The target date for this transaction is February 6, 1992. Please let me know if this is not possible for any reason. Do not hesitate to contact me if you have any questions concerning the material covered in this memo. Thank You.

Attachment

wp_lrl95

1004500
0010100

PL.EX.13 005

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

1001

33-22/730

January 30, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL $ 571.53

FIVE HUNDRED SEVENTY ONE AND 53/100------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Preliminary tax settlement

⑈001001⑈ ⑆073000228⑆ 70514 17⑈

PL.EX.13 006

1004

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

April 30, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 3,377.61

THREE THOUSAND THREE SEVENTY SEVEN AND 61/100------------------------------------DOLLARS

NORWEST BANKS

Norwest Bank Iowa, N.A.
Des Moines

FOR Intercompany Federal Tax Settlement 1st Quarter 1992

⑈001004⑈ ⑆073000228⑆ 7051417⑈

INTERCOMPANY FEDERAL TAX SETTLEMENT
Second Quarter, 1992
All Companies settled at 100%

| Subsidiary | 2nd Qtr., 1992 Settlement | Method of Payment |
|---|---|---|
| Principal Holding Company | 359,442.62 (1) | Pool Acct. |
| Petula Associates, Ltd. | (5,364,625.91) | Pool Acct. |
| Patrician Associates, Inc. | (2,796,081.48) | Pool Acct. |
| Principal Development Assoc, Inc. | (15,250.62) | Pool Acct. |
| Princor Financial Serv Corp. | (465,923.37) | Pool Acct. |
| Princor Management Corp. | 149,364.40 | Pool Acct. |
| Principal Investors Corp. | (6,951.17) | Check/Wire |
| Invista Capital Management Inc. | 41,820.59 | Pool Acct. |
| The Principal Financial Group, Inc | (1,589.69) | Check/Wire |
| Principal Marketing Services, Inc. | (68,218.80) | Pool Acct. |
| Healthcare Preferred, Inc. | 4,235.76 | Check/Wire |
| Principal Health Care, Inc. | (804,533.30)(1) | Pool Acct. |
| Principal Casualty Insurance Company | 3,481,789.29 | Pool Acct. |
| Principal Financial Advisors, Inc. | (5,855.25) | Pool Acct. |
| Delaware Charter Guarantee & Trust Co. | 21,732.80 | Pool Acct. |
| The Principal/EGT Financial Corporation | 13,005.00 | Check/Wire |
| HMO IOWA, Inc. | 142,485.84 | Check/Wire |
| Principal Residential Advisors, Inc. | 9,692.36 | Pool Acct. |
| Principal Health Care of LA, Inc. | (44,116.16) | Pool Acct. |
| Principal Health Care of KC, Inc. | 339,953.00 | Pool Acct. |
| Principal Health Care of NE, Inc. | 216,237.92 | Pool Acct. |
| Principal Health Care of DE, Inc. | 533,499.69 | Pool Acct. |
| Principal Health Care of FL (JAX) | 370,727.44 | Pool Acct. |
| Principal Health Care of FL (Pensacola) | (119,176.79) | Pool Acct. |
| Principal Health Care of FL (S. Florida) | (11,903.08) | Pool Acct. |
| Principal Health Care of Ohio, Inc. | (20,007.03) | Pool Acct. |
| Principal Health Care of Illinois, Inc. | 0.00 | Pool Acct. |
| Principal Portfolio Services, Inc. | 33,165.94 | Pool Acct. |
| Principal International, Inc. | (220,675.45) | Pool Acct. |
| Principal Spectrum Associates, Inc. | 327.46 | Pool Acct. |
| Principal FC, Ltd. | 3,146.76 | Check/Wire |
| Principal Residential Mortgage, Inc. | 1,123.23 | Pool Acct. |
| | (4,223,158.00) | |

(1) Includes Tax Loss Benefit Agreement–$394,501.31–Charge to Principal Holding Company, Credit to Principal Health Care

DG:dg/dg553

PL.EX.13 007

1' # 1005 8-4-92

1005

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

August 4, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 3,146.76

THREE THOUSAND ONE HUNDRED FORTY SIX AND 76/100------------------------------------DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Intercompany Federal Tax Settlement

⑈001005⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 008

the Principal Financial Group

Mailing Address:
Des Moines, Iowa 50392-1420 | Principal Mutual Life Insurance Company

| **Equity Contribution/ Distribution Memo**

Name Deb Wagner | Date 10-2-92

Joint Development Name (including Phase and/or Building Identification, if applicable)

0010100
1400100

## A. Equity Contribution

Reason for contribution: ______

Date co-tenant needs contribution: ______ Amount: ______

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ Principal Holding Company
- ☐ Principal Development Associates, Inc.
- ☐ East Grand Office Park
- ☐ Patrician Associates, Inc.
- ☐ Principal Mutual Life Insurance Company
- ☒ Principal FC, Ltd.

☐ **Check**

Date check needed by CAU: ______

Check payable to: ______

☐ **Wire Transfer**

Date cash to be wired: ______ OCT 2 1992

Wiring Instructions: ______

Worked by: Deb Wagner Date: 10-2-92

Authorized by: ______

Check number: ______ Date Issued: ______

Wire transfer (date): ______

## B. Equity Distribution

Amount: 64.30

Nature of distribution: 1991 Federal Income Tax Settlement

PL.EX.13 009

FF 1639-2

**Original** — Accounting • **Yellow** — Administrator • **Pink** — Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, Iowa 50392-1420

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagner | Date: 10-26-92

Joint Development Name (including Phase and/or Building Identification, if applicable)

1004500
0010100

## A. Equity Contribution

Reason for contribution: Pay Third QtR 1992 Federal Income Tax Settlement

Date co-tenant needs contribution: ______ Amount: 1,868.39

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ Principal Development Associates, Inc.
- ☐ Patrician Associates, Inc.
- ☐ Principal Holding Company
- ☐ East Grand Office Park
- ☐ Principal Mutual Life Insurance Company
- ☒ Principal FC

☐ **Check**

Date check needed by CAU: 10-29-92

Check payable to: PMLIC

☐ **Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagner | Date: 10-26-92

Authorized by: ______

Check number: 1006 | Date Issued: 10-27-92

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 010

FF 1639-2

**Original** — Accounting • **Yellow** — Administrator • **Pink** — Subsidiary Team

1009

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

January 29, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 6,071.01

SIX THOUSAND SEVENTY ONE AND 01/100------------------------------------------- DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR 4th Quarter 1992 Federal Intercompany Tax Provision

⑈001009⑈ ⑆073000228⑆ 7051417⑈

1004500
0010100

1011

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

April 30, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL $ 4,479.33

FOUR THOUSAND FOUR HUNDRED SEVENTY NINE AND 33/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Tax Settlement

⑈001011⑈ ⑆073000228⑆ 7051417⑈

1013

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

October 22, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 4,554.87

FOUR THOUSAND FIVE HUNDRED FIFTY FOUR AND 87/100------------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 1993 Federal Intercompany Tax Provision

⑈001013⑈ ⑆073000228⑆ 7051417⑈

**the Principal Financial Group**

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner Date 11-24-93

Joint Development Name (including Phase and/or Building Identification, if applicable) ______

**A. Equity Contribution**

Reason for contribution ______

Date co-tenant needs contribution: ______ Amount: ______

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☐ **Check**

NOV 24 1993

Date check needed by CAU: ______

Check payable to: ______

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: ______ Date: ______

Authorized by: ______

Check number: ______ Date Issued: ______

Wire transfer (date): ______

**B. Equity Distribution**

Amount: 1,375.96

Nature of distribution: Final 1992 Federal Tax Settlement

PL.EX.13 014

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1016

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 02, 19 94

PAY TO THE ORDER OF Principal Mutual Life Insurance Company $ 3,885.11

Three thousand eight hundred eighty five and 11/100------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 1993, Intercompany Fed. Tax Settlement

⑈001016⑈ ⑆073000228⑆ 7051417⑈

1004500
0010100

PL.EX.13 015

1019

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

May 3 19 94

PAY TO THE ORDER OF Principal Mutual $ 4690.06

Four thousand six hundred ninety 06/100 DOLLARS

NORWEST BANKS

*Norwest Bank Iowa, N.A*
*Des Moines*

FOR First Quarter 1994 Federal Tax

⑈001019⑈ ⑆073000228⑆ 7051417⑈

DR 1004500
CR 001010C

1018

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

July 26 19 94

PAY TO THE ORDER OF Principal Mutual $ $4753.58

Four thousand seven hundred fifty three 58/100 -------------------------------- DOLLARS

NORWEST BANKS

*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Second Quarter 1994 Tax Provision

⑈001018⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 017

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name Deb Wagoner Date 1-27-95

Joint Development Name (including Phase and/or Building Identification, if applicable)

1004500

0010100

**A. Equity Contribution**

Reason for contribution 4th Qtr 1994 Federal Intercompany Tax Settlement

Date co-tenant needs contribution: ______ Amount: 4,797.51

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**

☒ **Check**

Date check needed by CAU: 1-27-95.

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 1-27-95

Authorized by: ______

Check number: 1023 Date Issued: 1-27-95

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 018

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Neb Wagoner Date 4-27-95

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 1st Qtr 1995 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______ Amount: 5,181.51

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: ______

Check payable to: Principal Mutual Life Insurance Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 4-27-95

Authorized by: Patricia A. Bailey

Check number: 1026 Date Issued: 4/28/95

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 019

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1027

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

July 28 19 95

PAY TO THE ORDER OF Principal Mutual Life Ins. Co. $ 5,219.37

Five Thousand Two Hundred Ninteen 37/100---------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Second Qrt 95 Intercompany tax Settlement

⑈001027⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 020

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner | Date 7-28-95

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution Second Quarter 1995 Intercompany Tax Settlement

Date co-tenant needs contribution: ______ Amount: 5,219.37

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☐ **Check**

Date check needed by CAU: 7-28-95

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 7-28-95

Authorized by: Patricia A. Bailey

Check number: 1027 Date Issued: JUL 28 1995

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 021

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Deb Wagoner Date: 12-21-95

Joint Development Name (including Phase and/or Building Identification, if applicable): 8050100 0010100

**A. Equity Contribution**

Reason for contribution: 1994 Final Iowa Tax Settlement

Date co-tenant needs contribution: Amount: 3,470.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU: 12-22-95

Check payable to: Principal Holding Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 12-21-95

Authorized by: Pat Bailey

Check number: 1030 Date Issued: DEC 22 1995

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 022

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name: Neb Wagoner | Date: 1-23-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: Fourth quarter 1996 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______ Amount: 4,694.02

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ ***Principal Mutual Life Insurance Company***
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU: 1-24-96

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 1-23-96

Authorized by: Daniel J. Meyer

Check number: 1039 Date Issued: JAN 24 1997

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 023

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Neb Wagoner

Date: 1-23-96

Joint Development Name (including Phase and/or Building identification, if applicable)

DR 1004500

Cr 0010100

**A. Equity Contribution**

Reason for contribution: Intercompany Federal Tax Settlement 4th Qtr. 1995

Date co-tenant needs contribution: ______ Amount: 4,483.16

Principal Group Entity:

☐ **Petula Associates, Inc.**
☐ **PFG Subpartner/Petula**
☐ **Patrician Associates, Inc.**
☐ **PFG Subpartner/Patrician**
☐ **Principal Development Associates, Inc.**
☐ **Principal Holding Company**
☐ **East Grand Office Park**
☐ **Principal Mutual Life Insurance Company**

☒ **Check** ☒ Principal FC

Date check needed by CAU: 1-24-96

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 1-23-96

Authorized by: Patricia B. Bailey

Check number: 1031 Date Issued: JAN 23 1996

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 024

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Deb Wagoner | Date: 4-23-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: First QTR 1996 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 4-26-96 Amount: 4,360.95

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Debra A. Wagoner Date: 4-23-96

Authorized by: Patricia A. Bailey

Check number: 1033 Date Issued: APR 25 1996

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 025

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1036

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

October 18 19 96

PAY TO THE ORDER OF Principal Mutual Life Insurance Company $ 45.05

Forty Five & 05/100------------------------------------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Intercompany Federal Tax Settlement- 1995

Joyce N. Hogg

⑈001036⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 026

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Deb Wagoner Date 10-18-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution Intercompany Federal Tax Settlement True-up for 1995

Date co-tenant needs contribution: 10-18-96 Amount: 45.05

Principal Group Entity:

☐ **Petula Associates, Inc.** ☐ **Principal Development Associates, Inc.**

☐ **PFG Subpartner/Petula** ☐ **Principal Holding Company**

☐ **Patrician Associates, Inc.** ☐ **East Grand Office Park**

☐ **PFG Subpartner/Patrician** ☐ **Principal Mutual Life Insurance Company**

☒ **Check** ☒ Principal FC

Date check needed by CAU:

Check payable to: Principal Mutual Life

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 10-18-96

Authorized by: Patricia A. Bailey

Check number: 1036 Date Issued: OCT 18 1996

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 027

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Mutual
Life Insurance Company

**Equity Contribution/ Distribution Memo**

Name Deb Wagoner Date 10-30-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution 1995 Final Iowa Intercompany Tax Settlement

Date co-tenant needs contribution: 10-30 Amount: 1,794.00

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ PFG Subpartner/Petula
- ☐ Patrician Associates, Inc.
- ☐ PFG Subpartner/Patrician
- ☐ Principal Development Associates, Inc.
- ☐ Principal Holding Company
- ☐ East Grand Office Park
- ☐ Principal Mutual Life Insurance Company
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 10-30-96

Authorized by: Patricia A. Bailey

Check number: 1038 Date Issued: OCT 30 1996

Wire transfer (date):

## B. Equity Distribution

Amount:

Nature of distribution:

PL.EX.13 028

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner Date 4-23-97

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution First Qtr 1997 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 4-25-97 Amount: 5,409.95

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Insurance Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 4-23-97

Authorized by: Patricia A. Bailey

Check number: 1041 Date Issued: APR 24 1997

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 029

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner    Date: 10-21-97

Joint Development Name (including Phase and/or Building Identification, if applicable):

**A. Equity Contribution**

Reason for contribution: Third Qtr '97 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______    Amount: 5,718.83

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: 10-24-97

Check payable to: Principal Mutual

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner    Date: 10-21-97

Authorized by: Patricia A. Bailey

Check number: 1043    Date Issued: OCT 23 1997

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 030

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner    Date 12-19-97

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 1996 Final Iowa Intercompany Tax Settlements

DR 8050100
Cr 0010100

Date co-tenant needs contribution: 12-22-97    Amount: 1,600.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**

☒ **Check**    ☒ Principal FC

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner    Date: 12-19-97

Authorized by: Patricia A. Bailey

Check number:    Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 031

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner    Date: 1-21-98

Joint Development Name (including Phase and/or Building Identification, if applicable):

**A. Equity Contribution**

Reason for contribution: 4th Qtr 1997 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 1-23-98    Amount: 5,117.32

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner    Date: 1-21-98

Authorized by: [signature]

Check number: 1045    Date Issued: JAN 23 1998

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 032

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner Date: 12-2-98

Joint Development Name (including Phase and/or Building Identification, if applicable)

DR 8050100
Cr 0010100

**A. Equity Contribution**

Reason for contribution: 1997 Final Iowa Tax Settlement

Date co-tenant needs contribution: 12-7-98 Amount: 2,135.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 12-2-98

Authorized by: [signature]

Check number: 1050 Date Issued: DEC 03 1998

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 033

FF 1839-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Neb Wagoner Date 1-28-98

Joint Development Name (including Phase and/or Building Identification, if applicable)

DR 1004500
Cr 0010100

**A. Equity Contribution**

Reason for contribution 4th Qtr Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 1-28-98 Amount: 5,704.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Life Insurance Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Neb Wagoner Date: 1-27-99

Authorized by: [signature]

Check number: 1051 Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 034

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Neb Wagoner Date 4-28-99

Joint Development Name (Including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution 1st qtr '99 Fed. Interco. Tax Settlement

DR 1004500
CR 0010100

Date co-tenant needs contribution: ______ Amount: 6,340.00

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ Principal Development Associates, Inc.
- ☐ PFG Subpartner/Petula
- ☐ Principal Holding Company
- ☐ Patrician Associates, Inc.
- ☐ East Grand Office Park
- ☐ PFG Subpartner/Patrician
- ☐ Principal Life Insurance Company

☒ **Check** ☒ Principal FC

Date check needed by CAU: ______

Check payable to: Principal Life Ins. Co. of Ia.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 4-28-99

Authorized by: [signature]

Check number: 1052 Date Issued: APR 2 8 1999

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 035

FF 1639-4 ***Original*** - Accounting • ***Canary*** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Life Insurance Company

***Equity Contribution/ Distribution Memo***

Name: Patty Wright

Date: 10-20-1999

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: Third Quarter 1999 Federal Intercompany Tax settlement 800100

Date co-tenant needs contribution: 10-21-1999 Amount: 8,112.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☒ **Check**

Date check needed by CAU: 10-21-1999

Check payable to: Principal Life Insurance Co. of Iowa

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Patty Wright Date: 10-20-1999

Authorized by: Debra A. Wagoner

Check number: 1054 Date Issued: OCT 21 1999

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 036

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Deb Wagner Date: 11-22-99

Joint Development Name (Including Phase and/or Building Identification, if applicable) 850100

**A. Equity Contribution**

Reason for contribution: 1998 Final Iowa Intercompany Tax Settlements

Date co-tenant needs contribution: 11-23-99 Amount: 2,977.09/00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Life

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagner Date: 11-22-99

Authorized by: Elaine Conkel

Check number: 1055 Date Issued: NOV 23 1999

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 037

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Life Insurance Company

*Equity Contribution/ Distribution Memo*

Name Patty Wright

Date 1-31-2000

Joint Development Name (Including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 4th Qtr 1999 Federal IC Tax settlement

Date co-tenant needs contribution: 1-31-2000 Amount: 3,960.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☒ **Check**

Date check needed by CAU: 1-31-2000

Check payable to: Principal Life Insurance Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Patty Wright Date: 1-31-2000

Authorized by: Deb Wagner

Check number: 1056 Date Issued: JAN 31 2000

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 038

FF 1839-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1056

**PRINCIPAL FC ..D.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

1/31/2000

PAY TO THE ORDER OF Principal Life Insurance Company $ 3,960.00

three thousand nine hundred sixty ---------------------------------00/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 4th QTR 1999 Federal IC Tax Settlement

⑈001056⑈ ⑆073000228⑆ 7051417⑈

**Wagoner, Deb**

**From:** Sinclair, Cathy
**Sent:** Wednesday, April 19, 2000 4:06 PM
**To:** Wagoner, Deb; Pick, Steve; Cassabaum, Brett; Jennings, Angela
**Subject:** 1st Qtr 2000 Intercompany FIT Settlement

**MEMORANDUM**

April 17, 2000

TO Deb Wagoner, Inv Acctg M&R, G-017-S42
Steve Pick, Inv CRE-Equities, G-021-N20
Brett Cassabaum, INV CRE, G-023-S40
Angela Jennings, INV CRE, G-023-S40

FROM Cathy Sinclair, Corporate Tax, K-006-W21, x51055

RE First Quarter 2000 Federal Intercompany Tax Settlement

The federal tax estimates for First Quarter 2000 have been completed. Below you will see the due and unpaid amount(s) to be settled and the settlement method to be used.

You will be responsible for making the tax entries on your respective sub(s)' books. I will make the tax entries on Principal Life's books. If you are paying by check, please forward the check to me so that I may deposit it. I will request checks for those subsidiaries receiving money from Principal Life and forward them to you. I will initiate the ACH transfers

The target date for this settlement is **Wednesday, April 26th**. If you have questions regarding this settlement, please contact me immediately.

| | First Quarter Estimated Tax | Method of Payment |
|---|---|---|
| Petula Associates, LTD | 306,250.00 | Pool Account |
| Patrician Associates, Inc. | 612,500.00 | Pool Account |
| Principal Development Associates, Inc. | 17,500.00 | Pool Account |
| The Principal Financial Group, Inc | (246.00) | Pool Account |
| Equity FC, LTD. | 75,250.00 | Pool Account |
| Principal Spectrum Associates, Inc. | 361.00 | Pool Account |
| Principal Development Investors, LLC | 285,250.00 | Pool Account |
| Principal FC, LTD. | 8,321.00 ✓ | Check |

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 040

Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Patty Wright Date 4-24-2000

Joint Development Name (including Phase and/or Building Identification, if applicable)

800100

**A. Equity Contribution**

Reason for contribution First Quarter 2000 Federal Intercompany Tax settlement.

Date co-tenant needs contribution: 4-26-2000 Amount: 8,321.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☒ **Check**

Date check needed by CAU: 4-26-2000

Check payable to: Principal Life Insurance Co. of Iowa

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Patty Wright Date: 4-24-2000

Authorized by: Retha A. Thomas

Check number: 1058 Date Issued: 4-26-2000

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 041

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

**MEMORANDUM**

July 14, 2000

TO Deb Thomas, Inv Acctg M&R, G-017-S42
Steve Pick, Inv CRE-Equities, G-021-N20
Brett Cassabaum, INV CRE, G-023-S40
Angela Jennings, INV CRE, G-023-S40

FROM Cathy Sinclair, Corporate Tax, K-006-W21, x51055

RE Second Quarter 2000 Federal Intercompany Tax Settlement

The federal and state tax due and unpaid amounts for June 2000 have been completed. The amounts listed below will be settled through the intercompany pool accounts for Princor Financial Services and Principal

You will be responsible for initiating the ACH transfer for Principal FC, LTD to Principal Life. You will make the tax entries on your respective sub(s)' books. I will make the tax entries on Principal Life's books.

The target date for this settlement is Thursday, July 27th. If you have questions regarding this settlement, please contact me immediately.

| | Second Quarter Estimated Tax | Method of Payment |
|---|---|---|
| Petula Associates, LTD | 236,250.00 | Pool Account |
| Patrician Associates, Inc. | 801,500.00 | Pool Account |
| Principal Development Associates, Inc. | 35,000.00 | Pool Account |
| The Principal Financial Group, Inc | (409.00) | Pool Account |
| Equity FC, LTD. | - | Pool Account |
| Principal Spectrum Associates, Inc. | 696.00 | Pool Account |
| Principal Development Investors, LLC | 327,250.00 | Pool Account |
| Principal FC, LTD. | 6,799.00 ✓ | ACH initiated by sub |

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Patty Wright

Date: 7-26-2000

Joint Development Name (Including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution: 2nd Qtr 2000 Federal FC Tax Settlement

Date co-tenant needs contribution: 7-27-2000 Amount: $6,799.00

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ Principal Development Associates, Inc.
- ☐ PFG Subpartner/Petula
- ☐ Principal Holding Company
- ☐ Patrician Associates, Inc.
- ☐ East Grand Office Park
- ☐ PFG Subpartner/Patrician
- ☐ Principal Life Insurance Company
- ☒ Principal FC

☐ **Check**

Date check needed by CAU: ______

Check payable to: ______

~~Wire Transfer~~ Ach out [illegible]

Date cash to be wired: 7-27-2000 ✓

Wiring Instructions: Ach out to PLIC

Worked by: Patty Wright Date: 7-26-2000

Authorized by: David Black

Check number: ______ Date Issued: ______

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 043

FF 1639-4 **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Patty Wright    Date: 12-6-2000

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: 1999 Final Iowa IC tax settlement

Date co-tenant needs contribution: 11-28-2000    Amount: 645.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☐ **Check**

Date check needed by CAU:

Check payable to:

~~**Wire Transfer**~~ ACH out

Date cash to be wired: 11-28-2000

Wiring Instructions:

Worked by: Patty Wright    Date: 12-5-2000

Authorized by: Neb Thomas

~~Check number~~ Sent: 12-5-2000    Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 044

FF 1639-4    **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

**Thomas, Deb A**

**From:** Sinclair, Cathy
**Sent:** Monday, April 23, 2001 10:35 AM
**To:** Anderson, Hank; Arreola, Heather; Babel, Kari; Bailey, Pat; Belger, Angela; Bollin, Tracy; Bormann, Terry; Burwitz, Mary; Cain, Rachel; Cassabaum, Brett; Chambers, Jennifer; Clines, Sean; Dentel, Becky; Edge, David; Eller, Shelley; Evans, Ed; Gunnar, Rich; Halbach, Todd; Hammen, Valorie; Hittner, Jill; Housker, Heather; Jennings, Angela; Kamp, Matthew; Krause, Kevin; Lee, John; Macgregor, Nancy; McLaughlin, Jeffrey; Meyer, Dan; Pfaltzgraff, Rosemary; Pick, Steve; Sperfslage, Mark; Stout, Jane; Thomas, Deb; Tigges, Jennifer; Tooman, Renee; Vandekrol, Lori; Weaver, Kirk; Wiley, Tom; Wilmot, Yvette
**Cc:** Pullen, Rich; Sinclair, Cathy; Kuper, Chad; Ducar, Scott
**Subject:** 1st qtr 2001 tax settlement

The 1st Qtr 2001 intercompany federal tax settlement will be Thursday, April 26th. The overall process of the intercompany settlement will remain the same, however the format of this memo is different from what you have received in the past.

The attached file contains the amounts and settlement method for all subsidiaries. You will be responsible for any journal entries on the books of your respective subsidiary(ies). I will make tax related journal entries for Principal Life.

If you are paying by check, please forward it to me to be deposited on the 26th. If you are receiving a check payment from Principal Life, I will deliver it to you on the 26th.

I will initiate all ACH and Wire transfers unless it is indiated in the attached memo that the subsidiary will initiate.

If you have any questions, please let me know.

1Q2001Subsidiary Settlement.xl...

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 045

**Thomas, Deb A**

| | |
|---|---|
| **From:** | Sinclair, Cathy |
| **Sent:** | Monday, October 22, 2001 10:19 AM |
| **To:** | Babel, Kari; Jenkins, Jodi; Thomas, Deb A; Jennings, Angela; Cain, Rachel; McLaughlin, Jeffrey B; Reeves, Darrell; Halbach, Todd; Vandekrol, Lori; Stewart, Andy J; Edge, David; Denning, Jane; Meyer, Dan; Tigges, Jennifer; Miller, Michelle; Gunnar, Rich; Anderson, Hank; Bormann, Terry; Gilbert, Kari; Belger, Angela; Tooman, Renee; Pfaltzgraff, Rose; Conlon, Kathryn; Macgregor, Nancy |
| **Cc:** | Pick, Steve; Cassabaum, Brett; Apprill, Lisa; Krause, Kevin; Dentel, Becky; Rosadino, Gary; Lee, John S; Stout, Jane; Bailey, Pat; Chambers, Jennifer A; Sinclair, Cathy; Pullen, Rich |
| **Subject:** | 3rd Quarter 2001 Intercompany Tax Settlement |

The calculations for the 3rd quarter 2001 tax liability have been completed. The attached file contains information regarding settlement of this tax liability and the method that has been established between Principal Life Insurance Company and the individual subsidiary companies. The date of this settlement will be **Tuesday, October 30th**.

Unless indicated otherwise, I will initiate all ACH transfers via PACT. If it is indicated that the ACH is initiated by the subsidiary, please send me an email confirming this has taken place.

As in the past, you will be responsible for making journal entries on the books of the subsidiary you are responsible for. I will make any tax related journal entries for Principal Life. If you have any questions, please let me know as soon as possible. Thank you for your help.

3Q2001Subsidiary Settlement xl .

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 046