**PRINCIPAL FC, LTD.**
**Summary of Expenditures for Corporate Maintenance**
**1991-2002**

| Date | Amount |
|---|---|
| January 23, 1992 | 50.00 |
| February 21, 1992 | 30.00 |
| March 10, 1992 | 50.00 |
| March 16, 1993 | 30.00 |
| March 16, 1995 | 30.00 |
| March 18, 1996 | 30.00 |
| February 19, 1997 | 30.00 |
| January 26, 1998 | 45.00 |
| March 2, 2000 | 45.00 |
| February 18, 2002 | 30.00 |

NUMBER 001A

PRINCIPAL FC, LTD.

33-22/730

January 23, 1992

PAY TO THE ORDER OF ELAINE BAXTER, SECRETARY OF STATE $ 50.00

FIFTY AND NO/100------------------------------------------------------------DOLLARS

NORWEST BANKS Norwest Bank Iowa, N.A. Des Moines

FOR Articles of Incorporation

⑆073000228⑆ 7051417⑈

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $50.00 payable to:

Elaine Baxter
Secretary of State

In payment of: Articles of Incorporation

Please send to me for mailing. THANKS!

Betty Creighton

NEED THIS CHECK BY: January 23, 1992

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

* Jill -- Please notify me who the contact person will be in the future. Thanks!

B C

PL.EX.14 001

1002

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 21, 19 92

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 30.00

THIRTY AND NO/100---------------------------------------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report

⑈001002⑈ ⑆073000228⑆ 7051417⑈

Investment A&T, G-17

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

016

Please issue a check in the amount of $30.00 payable to:

Iowa Secretary of State

In payment of: Annual Report

6600100

Please send to me for mailing. THANKS!

Betty Creighton

NEED THIS CHECK BY: February 27, 1992

<u>THIS IS AN ORIGINAL INVOICE</u>

These fees are paid pursuant to statutory requirement of the Code of Iowa.

PL.EX.14 002

Check #1002 2-21-92

1003

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 10, 19 92

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 50.00

FIFTY AND NO/100------------------------------------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Amended Articles

⑈001003⑈ ⑆073000228⑆ 7051417⑈

Investment A&T, G-17

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $50.00 payable to:

Iowa Secretary of State

6600100
0010100

In payment of: Amended Articles

Please send to me for mailing. THANKS!

Betty Creighton
Betty Creighton

NEED THIS CHECK BY: March 16, 1992

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

PL.EX.14 003

check #1003 3-10-92

1010

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 16, 1993

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 30.00

THIRTY AND NO/100------------------------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report

⑈001010⑈ ⑆073000228⑆ 7051417⑈

FROM: Betty Creighton
Law, S6S, x75237

014

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $30.00 payable to:

Iowa Secretary of State

In payment of: Annual Report

Please send to me for mailing. THANKS!

Betty Creighton
Betty Creighton

NEED THIS CHECK BY: March 19, 1993

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirment of the Code of Iowa.

PL.EX.14 004

1025

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 16 19 95

PAY TO THE ORDER OF Iowa Secretary of State $ 30.00

Thirty & 00/100------------------------------------------------------------ DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Annual Report

⑈001025⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 005

1032

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 18 19 96

PAY TO THE ORDER OF Secretary of State $ 30.00

Thirty & 00/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report Filing Fees

⑈001032⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 006

1040

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 19 19 96

PAY TO THE ORDER OF State of Iowa $ 30.00

Thirty & 00/100 ---------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A
Des Moines

FOR Annual Report Filing Fee

⑈001040⑈ ⑆073000228⑆ 7051417⑈

Re: Check Request for Principal FC, Ltd.

Deborah

Please issue a check in the amount of $30 00 made payable to:

State of Iowa
Hoover Building
Des Moines, IA 50319

6600100
0010100

In payment of. Annual Report filing fee

Please send to me for mailing. Thanks!

Julie Opheim

NEED THIS CHECK BY: Thursday, February 20, 1997

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa

1046

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

January 26 19 98

PAY TO THE ORDER OF Iowa Secretary of State $ 45.00

Forty Five & 00/100------------------------------------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N A
Des Moines

FOR Annual Report filing fee

⑈001046⑈ ⑆073000228⑆ 7051417⑈

Re: Check Request for Principal FC, Ltd.

Deborah:

Please issue a check in the amount of $45.00 made payable to:

Iowa Secretary of State
Hoover Building
Des Moines, IA 50319-0138

In payment of: Annual Report filing fee

Please send to me for mailing. Thanks!

Julie Opheim

**NEED THIS CHECK BY: Tuesday, January 27, 1998** JAN 26 1998 CK # 1046

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

1057

PRINCIPAL FC LTD.
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 2, 2000 19

PAY TO THE ORDER OF Iowa Secretary of State $ 45.00

Forty-Five and no/100---------------------------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 490 DP-154732

⑈001057⑈ ⑆073000228⑆ 7051417⑈

From: Carol Levine, Law, S-006-W82, x 5-1756

Re: Check Request for Principal Holding Company
For Principal FC, Ltd

**NEED THIS CHECK: March 3, 2000 -**

Please issue a check in the amount of **$45.00** payable to:

Iowa Secretary of State
Hoover Building - 2nd Floor
Des Moines, IA 50319

Note on Check: 490 DP-154732

In payment of: Biennial Report for Principal FC, Ltd - Iowa

#1051

MAR 02 2000

Please send the check along with a copy of this request to Mary Mechem, S-006-W82

Thanks

Carol Levine

PL.EX.14 009

1060

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 18, 2002

PAY TO THE ORDER OF Iowa Secretary of State $ 30.00

thirty dollars and ----------------------------no/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR PFC-IA-2002 Annual report

⑈001060⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 010