| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC, Ltd

| | | | mill. date | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 14321.18 |
| 10 | 2 | CK Recd - Tax Settlement | | 64.30 | | 14385.48 |
| 10 | 5 | Maturity of Comm Paper | | 100000.00 | | |
| | 5 | Record Investment in Comm Paper | | | 99754.58 | 14630.90 |
| 10 | 27 | Record Pymt 3rd Qtr 92 Fed Tax | | | 1868.39 | 12762.51 ✓ |
| 11 | 5 | Maturity of Comm Paper | | 100000.00 | | |
| | 5 | Purchase of Comm Paper | | | 99715.56 | 13046.95 ✓ |
| 12 | 7 | Maturity of Comm Paper | 12/8 | 100000.00 | | |
| 12 | 7 | Purchase of Comm paper | 12/8 | | 99708.33 | 13338.62 |
| 12 | 16 | CK Reg - (Tax) | 12/16 | | 232.51 | 13106.11 ✓✓ |

4803 3 COL. — 8803 3 COL.

Made in U S A

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC, Ltd

| | | | millinium date | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 13106 11 |
| 1 | 4 | WT Recd | 1/4 | 18749109 25 | | |
| | 4 | WT's Out | 1/4 | | (18749109 25) | 13106 11 |
| 1 | 6 | maturity of Comm Paper | 1/6 | 100000 00 | | |
| | 6 | Purchase of Comm Paper | 1/6 | | (99716 67) | 13389 44 |
| 1 | 29 | CK Reg-1 | 1/29 | | (6071 01) | 7318 43 ✓ |
| 2 | 9 | maturity of Comm Paper | 2/18 | 100000 00 | | |
| | 9 | Purchase of Comm Paper | 2/18 | | (99758 33) | 7560 10 ✓ |
| 3 | 11 | Int Recd on LT Bond on 3/1/93 | 3/11 | 25312 50 | | |
| | 11 | Maturity of Comm Paper | 3/11 | 100000 00 | | |
| | 11 | Purchase of Comm Paper | 3/11 | | (99734 17) | 33138 43 |
| 3 | 16 | CK Reg-1 | 3/16 | | (30 00) | 33108 43 ✓ |
| 4 | 13 | Maturity of Comm Paper | 4/13 | 100000 00 | | |
| | 13 | Purchase of Comm Paper | 4/13 | | (99756 67) | 33351 76 ✓ |
| 4 | 30 | CK Reg | 5/3 | | (4479 33) | 28872 43 |
| 5 | 13 | Maturity of Comm paper | 5/13 | 100000 00 | | |
| 5 | 13 | Purchase of Comm paper | 5/13 | | (99746 67) | 29125 76 ✓ |
| 6 | 15 | maturity of Comm Paper | 6/18 | 100000 00 | | |
| | 15 | Purchase of Comm paper | 6/18 | | (99741 67) | 29384 09 ✓ |
| 7 | 1 | WT Recd | 7/2 | 18749109 25 | | |
| | 1 | WT's out-3 | 7/2 | | (18749109 25) | |
| | | | | | | 29384 09 ✓ |
| 7 | 15 | maturity of Comm paper | 7/30 | 100000 00 | | 129384 09 ✓ |
| 8 | 3 | Purchase comm paper | 8/3 | | (99700 00) | 29684 09 |
| 8 | 31 | Int Recd on L-T Bond 8/31/93 | 8/31 | 25312 50 | | 54996 59 ✓ |
| 9 | 2 | CK Reg-1 | 9/2 | | (4552 93) | 50443 66 |
| 9 | 9 | maturity of Comm Paper 9/8 | 9/9 | 100000 00 | | |
| | 9 | Purchase Comm paper | 9/9 | | (99726 11) | 50717 55 ✓ |
| 9 | 12 | maturity | 10/13 | 100000 00 | | |
| | 12 | Purchase | 10/13 | | (99716 67) | 51000 88 |
| 10 | 22 | CK Reg-1 | 10/25 | | (4554 87) | 46446 01 ✓ |
| 11 | 15 | maturity | 11/15 | 100000 00 | | |
| | 15 | Purchase | 11/15 | | (99750 00) | 46696 01 |
| 11 | 24 | CK Recd | 11/24 | 1375 96 | | 48071 97 ✓ |
| 12 | 15 | Maturity | 12/15 | 100000 00 | | |
| | 15 | Purchase | 12/15 | | (124031 25) | 24040 72 |
| 12 | 17 | CK Reg-1 | 12/17 | | (2100 00) | |
| | | | | | | 21940 72 ✓ |

PL.EX.16 002

Made in U.S.A

Principal FC, Ltd
0500500 Bond Par (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | Balance Brought Forward | | | 905203 13 ✓ |
| 8 | 19 | Reallocate to Par & Premium | | 905203 13 | |
| | 19 | Reallocate to Par & Premium | 900000 00 | | 900000 00 ✓ |

4803 3 COL. – 8803 3 COL.

Made in U S A

PL.EX.16 003

Pri[illegible]pal FC, Ltd
0500700 Premium on Bond (LT)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | |
| 8 | 19 | Premium on 900,000 LT Bond | 5203 13 | | |
| 8 | 27 | Amort. of Prem. from 9/92 thru 8/93 | | 1907 25 | 3295 88 ✓ |
| 9 | 30 | Record Amort 9/30 | | 84 43 | 3211 45 |
| 10 | 5 | Correct 8/27 entry | 988 12 | | 4199 57 |
| 12 | 31 | Amort of Prem. 4th Qtr. | | 241 98 | 3957 59 |

4803 3 COL. — 8803 3 COL.

PL.EX.16 004

Made in U S A

P Naipal FC, Ltd
3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 3 | 11 | Int. earned 3/1/93 on 900,000 Bd | | 8251 04 | (8251 04) ✓ |
| 8 | 31 | Int earned 8/31/93 on 900,000 Bd | | 25312 50 | (33563 54) ✓ |
| 12 | 31 | Accrued Income thru 12/31/93 | | 16875 – | (50438 54) |

4803 3 COL. – 8803 3 COL.

PL.EX.16 005

Made in U S A

Principal FC, Ltd
w600100 Filing Fees

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | | Dr | Cr | Balance |
|---|---|---|---|---|---|---|
| 3 | 16 | Annual Report Fee | Ia | 30 00 | | 30 00 ✓ |

4803 3 COL. -- 8803 3 COL.

PL.EX.16 006

Made in U S A

Principal FC, Ltd
1990100 Miscellaneous Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | Description | St | Dr | Cr | Balance |
|---|---|---|---|---|---|

4803 3 COL. — 8803 3 COL.

PL.EX.16 007

Made in U S A

Principal FC, Ltd
8000100 Intercompany Tax Settlement
Federal

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 4 | 15 | Rec 1st Qtr Tax Est | 4479 33 | | 4479 33 ✓ |
| 7 | 30 | Rec 2nd Qtr Tax Stmt & NOL Adj. | 4552 93 | | 9032 26 ✓ |
| 10 | 20 | Rec 3rd Qtr Tax Est | 4554 87 | | 13587 13 |
| 11 | 23 | Rec 92 Final Tax Settlement | | 1392 13 | 12195 00 ✓ |
| 12 | 31 | Rec. 4th Qtr. Tax Est. | 3885 11 | | 16080 11 |

4803 3 COL. — 8803 3 COL.

Made in U S A

PL.EX.16 008

Principal FC, Ltd
805100 Intercompany Tax Settlement
State

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | | Dr (1) | Cr (2) | Balance (3) |
|---|---|---|---|---|---|---|
| 12 | | | IA | 2100 - | | 2100 - |
| 12 | 31 | | IA | 1300 31 | | 3400 31 |

4803 3 COL. — 8803 3 COL.

PL.EX.16 009

Made in U S A

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1995 | | | | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 39280.75 |
| 1 | 3 | WT In | 1/3 | 18749109.25 | | |
| | 3 | WT's Out | 1/3 | | (18749109.25) | |
| | | | | | | 39280.75 |
| 1 | 4 | CK Reg-1 | 1/4 | | (947.00) | |
| | | | | | | 38333.75 |
| 1 | 27 | CK Reg | 1/27 | | (4797.51) | |
| | | | | | | 33536.24 |
| 2 | 28 | Int Inc Recd | 2/28 | 25312.50 | | |
| | | | | | | 58848.74 |
| 3 | 16 | CK Reg | 3/16 | | (30.00) | |
| | | | | | | 58818.74 |
| 4 | 28 | CK Reg- (tax) | 4/28 | | (5181.51) | |
| | | | | | | 53637.23 |
| 6 | 12 | Maturity of C Paper | 6/12 | 150000.00 | | |
| | 12 | Purchase Comm Paper | 6/12 | | (184615.08) | |
| | | | | | | 19022.15 |
| 7 | 3 | WT In | | 18749109.25 | | |
| | 3 | WT Out | | | (18749109.25) | |
| | | | | | | 19022.15 |
| 7 | 28 | CK Reg-1 Tax | 7/28 | | (5219.37) | |
| | | | | | | 13802.78 |
| 8 | 31 | Int. Inc Recd | 8/31 | 25312.50 | | |
| | | | | | | 39115.28 |
| 11 | 6 | CK Reg 3rd Qtr 95 Tax | 11/8 | | (5305.16) | |
| | | | | | | 33810.12 |
| 11 | 8 | CK Reg " " 94 Tax | 11/8 | | (1586.18) | |
| | | | | | | 32223.94 |
| 12 | 8 | Mat. of CP | 12/8 | 190000.00 | | |
| 12 | 8 | Purc. of CP | 12/8 | | (204497.24) | |
| | | | | | | 17726.70 |
| 12 | 22 | CK Reg. Final '94 | | | (3470.00) | |
| | | | | | | 14256.70 |

Principal FE LTB
U.S. 10500 Bond Par (L.T. term)

| Initials | Date |
| --- | --- |
| Prepared By | |
| Approved By | |

Boorum & Pease® 4803 3 col. – 8803 3 col.

| 1995 | | | Dr | Cr | Balance |
| --- | --- | --- | --- | --- | --- |
| | | BBF | | | 90000000 |

Principal FC LTB

OSE 700 Premium on Bs & (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | | Dr (1) | Cr (2) | Balance (3) |
|---|---|---|---|---|---|
| | | BBF | | | 2955 85 |
| 3 | 31 | Rec 1st Quarter amort for $900,000 bond | | 259 13 | 2696 72 |
| 6 | 27 | Rec 2nd Quarter amort for $900,000 bond | | 262 71 | 2434 01 |
| 10 | 10 | Rec 3rd Quarter amort for $900,000 bond | | 266 33 | 2167 68 |
| 12 | 28 | Rec 4th Quarter amort for $900,000 bond | | 270 00 | 1897 68 |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 012

Principal PC ~~LPD~~

21000 Interest Inc ~~ne~~ on Bonds

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1995 | | | Dr | Cr | Balance | |
|---|---|---|---|---|---|---|
| | | BBF | | | Ø | ✓ |
| 1 | 4 | Reverse yearend accrual for short/Long term bonds | 16875 00 | | 16875 00 | ✓ |
| 2 | 28 | Rec Int Income on $900,000 LT Bond | | 25312 50 | (8437 50) | ✓ |
| 8 | 31 | Rec Int Income on $900,000 LT Bond | | 25312 50 | (33750 00) | ✓ |
| 12 | 29 | Rec Int Income on LT + S/T bonds + Rev | | 16875 00 | (50625 00) | ✓ |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 013

Principal PC Ltd

6600 – Filing Fees

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | BBF | | | | Ø |
| 3 16 | Annual Report | Ja | 30 00 | | 30 00 |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 014

Principal FC LTD.

7991 20 Miscellaneous Expense

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1995 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

Boorum & Pease® 4803 3 col. – 8803 3 col.

Principal PC

8001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 1 | | | BBF | | | Ø ✓ |
| 2 | 11 | 8 | Final 94 Fed. Env. Tax | | 71/00 | (71/00) |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 016

Principal FC LTD.
800016 Intercompany Tax Settlement
Federal

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

Boorum & Pease® 4803 3 col. – 8803 3 col.

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 4 | 20 | 1st QTR Tax Settlement | 5181 51 | | 5181 51 |
| 7 | 12 | 2nd QTR Tax Settlement | 5219 37 | | 10400 88 |
| 11 | 8 | 3rd Qtr Tax Settlement | 6820 34 | | 17221 22 |
| 12 | 31 | 4th Qtr Tax settlement | 4483 16 | | 21704 38 |

PL.EX.16 017

Principal FC LTD

8050 . 2 Intercompany Tax Settlement State

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

| 1995 | | | | Dr | Cr | Balance |
|---|---|---|---|---|---|---|
| | | BBF | | | | Ø |
| 12 | 22 | Final 94 State Tax | JA | 3470 00 | | 3470 00 |
| 12 | 31 | Rec True-up for 1994 Final State Tax | JA | | 1110 00 | 2360 00 |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 018

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® Principal FC MADE IN U.S.A.

| 1996 | | | | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 14256 70 |
| 1 | 2 | WT In | | 18749109 25 | | |
| | 2 | WT's Out | | | (18749109 25) | |
| | | | | | | 14256 70 |
| 1 | 23 | CK Reg - Tax | 1/24 | | (4483 16) | |
| | | | | | | 9773 54 ✓ |
| 2 | 29 | Deposit - WT in (Int. on U.S. Treas) | 3/7 | 25312 50 | | |
| | | | | | | 35086 04 |
| 3 | 18 | Check Reg | 3/18 | | (30 00) | |
| | | | | | | 35056 04 ✓ |
| 4 | 25 | CK Reg - tax | 4/29 | | (4360 95) | |
| | | | | | | 30695 09 ✓ |
| 6 | 4 | maturity | 6/5 | 210000 00 | | |
| | 4 | Purchase | 6/5 | | (204446 32) | |
| | | | | | | 36248 77 ✓ |
| 7 | 1 | WT In - Dev | 7/8 | 18749109 25 | | |
| | 1 | WT Out | 7/8 | | (6860550 00) | |
| | 1 | WT Out | 7/8 | | (4086500 00) | |
| | 1 | WT Out | 7/8 | | (11802059 25) | |
| | | | | | | 36248 77 |
| 7 | 25 | CK - Reg | 7/26 | | (6252 69) | |
| | | | | | | 29996 08 ✓ |
| 9 | 3 | Deposit int. on U.S. Treas. | 9/5 | 25312 50 | | |
| | | | | | | 55308 58 ✓ |
| 10 | 18 | CK - Reg - tax | 10/28 | | (45 05) | |
| | | | | | | 55263 53 |
| 10 | 25 | CK Reg - tax | 10/29 | | (5319 26) | |
| | | | | | | 49944 27 |
| 10 | 30 | CK - Reg | 10/31 | | (1794 00) | |
| | | | | | | 48150 27 ✓ |
| 12 | 2 | maturity | 12/6 | 210000 00 | | |
| | | | | | | 258150 27 |
| 12 | 5 | Purchase | 12/6 | | 233760 00 | |
| | | | | | | 24390 27 ✓ |

PL.EX.16 019

Nicpal FC LTD
OS 00500 Bond Par (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U S A

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 900000 00 ✓ |

PL.EX.16 020

incipal FC LTD

0500700 Premium on Bond (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | 1897 68 |
| 3 | 30 | Rec 1st Qtr amort for $900,000 Bond | | 273 73 | 1623 95 |
| 6 | 27 | Rec 2nd Qtr amort for $900,000 Bond | | 277 50 | 1346 45 |
| 9 | 30 | Rec 3rd Qtr amort for $900,000 Bond | | 281 33 | 1065 12 |
| 12 | 30 | Rec 4th Qtr amort for $900,000 bond | | 285 21 | 779 91 |

PL.EX.16 021

…ipal FC LTD

3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 1 | 5 | Interest Income on LT+ST Bonds + Reverse | 16875 00 | | 16875 00 |
| 3 | 7 | Record Int. Inc Recd 2/29 | | 25312 50 | (8437 50) |
| 9 | 5 | Rec Int. Inc on LT Bond | | 25312 50 | (33750 00) |
| 12 | 31 | Rec Int. Income on LT+ST Bonds + Reverse | | 16875 00 | (50625 00) |

PL.EX.16 022

Principal FC LTD
66000100 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|---|
| | | BBF | | | | Ø |
| 3 | 18 | Annual Report Filing Fees | Ia | 30 00 | | 30 00 |

PL.EX.16 023

-incipal FC LTD

7990100 Miscellaneous Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø |

PL.EX.16 024

P. ncipal FC LTD

800100 Intercompany Tax Settlement
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 4 | 12 | 1st Qtr Fed. Tax | 4360 95 | | 4360 95 ✓ |
| 7 | 15 | 2nd Qtr Fed Tax | 6252 69 | | 10613 64 ✓ |
| 10 | 18 | 3rd Qtr Fed Tax | 5319 26 | | |
| 10 | 18 | Final '95 tax | 45 05 | | 15977 95 ✓ |
| 12 | 31 | Rec Federal Intercompany tax | 4694 02 | | |
| | 31 | Rec reclass of Federal tax to EIN tax | | 69 00 | 20602 97 ✓ |

PL.EX.16 025

Principal FC LTD

8001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø |
| 12 31 | Rec reclass of Fed tax to Env tax | 69 00 | | 69 00 |

PL.EX.16 026

Pr ipal FC LTD
6050100 Intercompany Tax Settlement
State

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

Iowa

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø |
| 10 31 | Rec Princ. FC Final 1995 IA. Interco. Tax | 179400 | | 179400 |

PL.EX.16 027

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| Mo | Day | Description | Date | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| 1997 | | | | | | |
| | | BBF | | | | 24390 27 |
| 1 | 2 | WTs out - Pru | | | (18749109 25) | |
| | 2 | WTs in - Pru | | 18749109 25 | | |
| | | | | | | 24390 27 |
| 1 | 23 | CK Req '96 Tax | 1/27 | | (4694 02) | |
| | | | | | | 19696 25 ✓ |
| 2 | 19 | CK Req- Filing Fee | 2/20 | | (30 00) | |
| | | | | | | 19666 25 ✓ |
| 2 | 28 | Int. Inc | 3/20 | 25312 50 | | |
| | | | | | | 44978 75 ✓ |
| 4 | 25 | CK req (Fed + ...) | 4/29 | | (5409 95) | |
| | | | | | | 39568 80 ✓ |
| 6 | 3 | maturity | 6/4 | 240000 00 | | |
| | 3 | Purchase | 6/4 | | (242986 25) | |
| | | | | | | 36582 55 ✓ |
| 7 | 1 | WT In | 7/1 | 18749109 25 | | |
| | 1 | WT Out | 7/1 | | (18749109 25) | |
| | | | | | | 36582 55 |
| 7 | 25 | CK-Req- Fed tax | 7/26 | | (5469 82) | |
| | | | | | | 31112 73 ✓ |
| 8 | 31 | maturity | 9/3 | 925312 50 | | |
| | | | | | | 956425 23 |
| 9 | 2 | Purchase Long Term | 9/11 | | (900152 85) | |
| | | | | | | 56272 38 ✓ |
| 10 | 20 | CK Req- Fed taxes | 10/27 | | (5718 83) | |
| | | | | | | 50553 55 ✓ |
| 12 | 19 | CK Req- Ia St Tax | 12/29 | | (1600 00) | |
| 12 | 1 | Comm. Paper Maturity | 12/29 | 250000 00 | | |
| | | | | | | 298953 55 |
| 12 | 29 | Comm Paper Purchase | 12/29 | | (267325 67) | |
| | | | | | | 31627 88 |

PL.EX.16 028

Principal FC Ltd
050500 Bond Pay (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 90000000 |

PL.EX.16 029

Principal FC Ltd.
0500700 Premium on Bond (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES COMPANY G7503 ColumnWrite

| 1997 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | 77991 |
| 3 | 31 | Rec 1st Qtr amort for $900,000 Bond | | 28914 | 49077 |
| 6 | 27 | Rec 2nd Qtr amort for $900,000 Bond | | 29313 | 19764 |
| 9 | 3 | Rec. 7/31 + 8/31 amort for $900,000 Bond | | 19764 | Ø |

PL.EX.16 030

Principal FC Ltd.

3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø |
| 1 | 3 | Rec int income on L/T + S/T Bonds + Reverse | 16875.00 | | 16875.00 |
| 3 | 31 | Rec int income on $900,000 LT bond rec'd 2/28 | | 25312.50 | (8437.50) |
| 9 | 3 | Rec int income on $900,000 Bond matured 8/31 | | 25312.50 | |
| 9 | 11 | Rec purchase of LT treasury / accrued int | 152.85 | | (33597.15) |
| 12 | 31 | Rec int income on LT + ST bonds and reverse | | 18339.09 | (51936.24) |

PL.EX.16 031

Principal FC Ltd.
6600\00 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | BBF | | | | Ø ✓ |
| 2 20 | Annual Report Filing Fee | Ja | 30 00 | | 30 00 ✓ |

PL.EX.16 032

Principal FC Ltd.
7990100 - Misc. Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | State | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 033

Principal FC Ltd.
8000100 Intercompany Tax Settlement
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 4 | 11 | record inter company tax | 5409 95 | | 5409 95 ✓ |
| 7 | 11 | rec intercompany tax | 5469 82 | | 10879 77 ✓ |
| 10 | 20 | Rec intercompany tax | 5718 83 | | 16598 60 ✓ |
| 12 | 31 | Rec intercompany tax | 5117 32 | | 21715 92 ✓ |

PL.EX.16 034

Principal FC Ltd.

4001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 035

Principal FC Ltd.
8050100 - Intercompany Tax Settlement
Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 036

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| Month | Day | Description | Ref | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| 1978 | | | | | | |
| | | BBF | | | | 31627 88 |
| 1 | 2 | WT In - Prin | | 18749109 25 | | |
| | 2 | WT Out - Prin | | | 18749109 25 | |
| | | | | | | 31627 88 |
| 1 | 23 | CK Reg - taxes | 1/26 | | (5117 32) | |
| | | | | | | 26510 56 |
| 1 | 26 | CK Reg - | 1/27 | | (45 00) | |
| | | | | | | 26465 56 ✓ |
| 3 | 2 | WT in - Int on Bond | 4/24 | 27814 23 | | |
| | | | | | | 54279 78 |
| 4 | 24 | CK Reg - Taxes | 4/24 | | (6138 20) | |
| | | | | | | 48141 59 ✓ |
| 6 | 28 | Maturity | 4/30 | 275000 00 | | |
| 6 | 28 | Purchase | 4/30 | | (291764 50) | |
| | | | | | | 31377 09 ✓ |
| 7 | 1 | WT In Prin | 7/1 | 18749109 26 | | |
| | 1 | WT Out Prin | 7/1 | | (18,749,109.25) | |
| | | | | | | 31377 09 |
| 7 | 22 | CK Reg - Tax | 7/22 | | (4783 65) | |
| | | | | | | 26593 44 ✓ |
| 8 | 31 | Int Inc ([illegible]) | 9/24 | 28125 00 | | |
| | | | | | | 54718 44 ✓ |
| 10 | 22 | CK Reg - Tax | 10/23 | | (7822 89) | |
| | | | | | | 46895 55 ✓ |
| 12 | 2 | CK - Reg - Tax | 12/3 | | (2136 00) | |
| | | | | | | 44760 56 |
| 12 | 15 | CK Recd - 9/14 [illegible] | 12/15 | 3 25 | | |
| | | | | | | 44763 80 |
| 12 | 28 | Maturity | 12/30 | 300000 00 | | |
| 12 | 30 | Purchase | | | (317281 25) | |
| | | | | | | 27482 55 ✓ |

PL.EX.16 037