Principal Fc Ltd

0500500 Bond Pal (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite MADE IN U.S.A

| 1998 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 90000000 ✓ |

PL.EX.16 038

Principal FC Ltd
CS00700 Premium on Bond (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 039

Principal FC Ltd.

3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|
| | | | | | Ø |
| 1 | 5 | Rec interest income on L/T + S/T bonds + reverse | 18339 09 | | 18339 09 ✓ |
| 4 | 24 | Rec interest rec'd on $900,000 bond | | 27814 23 | (9475 14) ✓ |
| 9 | 24 | Rec interest earned on bond on 8/31 | | 28125 00 | (37600 14) ✓ |
| 12 | 31 | Rec interest income on L/T + S/T bonds + reverse | | 18647 70 | (56247 84) ✓ |

PL.EX.16 040

Principal FC Ltd.
6600100 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | 0 |
| 1 27 | sec of state - annual report | FA. | 4500 | | 4500 |

Principal FC Ltd.
7990100 - Misc. Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | State | Dr | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |

PL.EX.16 042

Principal FC Ltd.
8000100 Intercompany Tax
Settlement – Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | 0 ✓ |
| 4 | 10 | Rec federal interco. tax | 613820 | | 613820 ✓ |
| 7 | 20 | Rec federal interco. tax | 1092185 | | 1706005 |
| 7 | 21 | Reverse 7/20/98 entry | | 1092185 | |
| 7 | 21 | Rec federal interco. tax | 478365 | | 1092185 ✓ |
| 10 | 14 | Rec federal interco. tax | 782289 | | 1874474 ✓ |
| 12 | 15 | Rec 93/94 federal tax audit adj | | 325 | 1874149 ✓ |
| 12 | 31 | Rec federal interco. tax | 570400 | | 2444549 ✓ |

PL. EX. 16 043

Principal FC Ltd.
800|500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | Dr. | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |

PL.EX.16 044

incipal FC Ltd.
8050100 - Intercompany Tax
Settlement - Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø ✓ |
| 12 | 3 | 1997 Final Iowa | 2135 00 | | 2136 00 ✓ |

PL.EX.16 045

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

# Principal FC

| 1999 | | | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| | | BBF | | | | 27482 55 |
| 1 | 4 | WT out | | | (18749109 25) | |
| 1 | 4 | WT In | | 18749109 25 | | |
| 1 | 4 | WT out | | | (239238347 00) | |
| | 4 | WT In | | 239238347 00 | | |
| | | | | | | 27482 55 |
| 1 | 27 | Tax Settlmt | | | (5704 00) | |
| | | | | | | 21778 55 ✓ |
| 2 | 28 | Int on $900,000 Bond (SA) | 2/26 | 28125 00 | | |
| | | | | | | 49903 55 |
| 4 | 28 | CK Req - Tax Sttlmt | 4/28 | | (6340 00) | |
| | | | | | | 43563 55 |
| 6 | 28 | Maturity | | 325000 00 | | |
| | 28 | purchase | | | (341788 61) | |
| | | | | | | 26774 94 |
| 7 | 1 | WT In | 7/1 | 9776475 05 | | |
| | 1 | WT out GS 3 | 7/1 | | (9776475 05) | |
| | | | | | | 26774 94 |
| 7 | 23 | CK Req - Tax Settlement | 7/28 | | (4661 00) | |
| | | | | | | 22113 94 |
| 8 | 31 | Int on $900,000 bond | 8/31 | 28125 00 | | |
| | | | | | | 50238 94 |
| 10 | 21 | CK Req - 3rd Q tax settlement | 10/21 | | (8112 00) | |
| | | | | | | 42126 94 |
| 11 | 23 | CK Req | 11/23 | | 2977 00 | |
| | | | | | | 39149 94 |
| 12 | 9 | Maturity | 12/9 | 350000 00 | | |
| | 9 | purchase | 12/9 | | 339920 00 | |
| | | | | | | 49229 94 |

PL.EX.16 046

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

0500500 PAR (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|
| | BBF | | | 900000 00 ✓ |

PL.EX.16 047

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

0500700 Premium on Bonus (Long term)

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 048

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd

3001000 Interest Income on Bonds

Prepared By | Approved By | Initials | Date

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø ✓ |
| 1 | 8 | Rec int income on L/T + S/T bonds + reverse | 1864770 | | 1864770 |
| 2 | 26 | Rec int. earned on $900,000 bonds on 2/28 | | 2812500 | (947730) ✓ |
| 8 | 31 | ↓ ↓ on 8/31 | | 2812500 | (3760230) ✓ |
| 12 | 31 | Rec int income on L/T + S/T bonds + reverse | | 1417812 | (5178042) ✓ |

PL.EX.16 049

National Brand 45-603 Eye-Ease 45-303 2 - Pack Made in USA

Principal PC, Ltd
3002500 Interest Income
Prudential Notes

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| 4 23 | Rec 1st Qtr Int on 2 notes | | 4888257 96 | (4888257 96) |
| 6 28 | 2nd (including) | | 4888217 09 | (9776476 05) |
| 10 4 | 3rd | | 4888237 53 | (14664712 58) |
| 12 21 | 4th 1 note | | 4888237 53 | (19552950 11) |

PL.EX.16 050

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

10600100 Filing Fees Expense

| Prepared By | | |
|---|---|---|
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | State | | | |
| | | | | Ø ✓ |

PL.EX.16 051

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

7990100 Misc. Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | State | | | |
| | | | | Ø ✓ |

PL.EX.16 052

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.
8000100 Intercompany Tax Settlement - Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø |
| 4 | 12 | Rec federal Intercompany tax 1st Qtr | 6340 00 | | 6340 00 |
| 7 | 28 | " " 2nd Qtr | 4661 00 | | 11001 00 |
| 10 | 21 | Rec ↓ ↓ 3rd Qtr | 8112 00 | | 19113 00 |
| 12 | 31 | ↓ ↓ 4th Qtr | 3960 00 | | 23073 00 |

PL.EX.16 053

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.
0001500 Taxes Federal Environmental

Prepared By | Initials | Date
Approved By

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |

PL.EX.16 054

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.
8050180 Intercompany Tax Settlement - Iowa

| Prepared By | | |
|---|---|---|
| Approved By | | |

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø |
| 11 | 23 | Rec Iowa tax payable - final 1998 | 297700 | | 297700 |

PL.EX.16 055

Principal FC
800 1500 Fed.
Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

2000

PL.EX.16 056

Principal FC
7990100
Misc

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES COMPANY G7503 ColumnWrite MADE IN U.S.A.

1 2 3

2000

PL. EX. 16 057

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Pinnacle PC

0500500

PAR LT

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

2000

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| 1 | | | | 90000000 ✓ |

PL.EX.16 058

Principal FC
0500780
Prem. LT

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

2000

PL.EX.16 059

Principal FC
66600100
Filing

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite MADE IN U.S.A.

2000

| | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 3 | 2 | Biennial report fee JA | 4500 | | 4500 ✓ |

PL.EX.16 060

Principal FC
8050/100
Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

2000

| | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 12 | 5 | tax settlement - Final 1999 | 64500 | | 64500 ✓ |

PL.EX.16 061

National Brand 45-603 Eye-Ease 45-303 2 - Pack Made in USA

Principal PC
302500
Prudential Notes – Int Income

| Prepared By | | |
|---|---|---|
| Approved By | | |

2000

| Date | Description | | 1 | 2 |
|---|---|---|---|---|
| 3 31 | Rec 1st Qtr int inc on 1 note | | 488823753 | (488823753) |
| 5 30 | c/e for 3/31/2000, posted @ 488823753, s/b 488823752 (c/e of 4/7 to 1st Qtr 2000) | 01 | | (488823752) |
| 4 7 | c/e for 3/31/2000, posted for wrong amount, short by penny | 01 | | (488823751) |
| 6 30 | Rec 2nd Qtr int inc on 1 note | | 488823753 | (977647504) |
| 10 6 | Rec 3rd Qtr int inc on 1 note | | 488823753 | (1466471256) |
| 12 20 | Rec 4th Qtr | | 488823753 | (1955295009) |

PL.EX.16 062

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal Fc
3703000
Prudential Notes - Int Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 2000 | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 3 | 31 | Rec 1st Qtr int exp on 3 notes | 488823752 | | 488823752 |
| 4 | 7 | 1st Qtr 2000 - posted for wrong $ on 3/31/2000, short by 1¢ | 01 | | |
| | 7 | c/e for 10/4/1999, posted @ $4,888,237.53, s/b $4,888,237.52 | 01 | | 488823754 |
| 5 | 30 | c/e on 4/7/2000 for 10/4/1999, s/b 3002500 not 3703000 | | 01 | 488823753 |
| 6 | 30 | Rec 2nd Qtr int exp on 3 notes | 488823752 | | 977647505 |
| 10 | 6 | Rec 3rd Qtr int exp on 3 notes | 488823753 | | 1466471258 |
| 12 | 20 | Rec 4th Qtr + | 488823752 | | 1955295010 |

PL.EX.16 063

Principal Fc
3001000
Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

2000

| Mo | Day | Description | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1 | 7 | Rec int inc on L/T + S/T bonds + reverse | 14178 12 | | 14178 12 ✓ |
| 3 | 6 | Rec int inc on 2/29/2000 for $900,000 bond | | 28125 00 | (13946 88) ✓ |
| 8 | 31 | Rec int inc on $900,000 bond | | 28125 00 | (42071 88) ✓ |
| 12 | 31 | Rec int inc on L/T + S/T bonds + reverse | | 18801 42 | (60873 30) ✓ |

PL.EX.16 064

Principal Fc
8000100
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U S A

2000

| Month | Day | Description | 1 | 2 | 3 | |
|---|---|---|---|---|---|---|
| 4 | 10 | Rec 1st Qtr payable | 8321 00 | | 8321 00 | |
| 4 | 26 | Rec 1st Qtr 2000 Fed. Ic Pool tax settlement payable S/B 1004500 | 8321 00 | | 16642 00 | |
| 4 | 30 | clr for 4/10/2000, posted to 8000100 in error | | 8321 00 | 8321 00 | ✓ |
| 7 | 10 | Rec 2nd Qtr payable | 6799 00 | | 15120 00 | ✓ |
| 10 | 11 | Rec 3rd Qtr payable | 7096 00 | | 22216 00 | ✓ |
| 12 | 31 | Rec 4th Qtr payable | 6968 00 | | 29184 00 | ✓ |

PL.EX.16 065

PRINCIPAL FC
3100

PRINCIPAL FC CASH LEDGER
0010100

| DATE | OUR JV/REO NO. | CRE PARK CODE | A/R N/R INS SUB MISC REO JV ICP | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 49,229.94 |
| 01/03/2000 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 9,825,704.99 |
| 01/03/2000 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 9,776,475.05 | 49,229.94 |
| 01/31/2000 | | | MISC | REC 4TH QTR 1999 FED IC POOL TAX SETTLEMENT | | 3,960.00 | 45,269.94 |

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 03/02/2000 | MISC | BIENNAL REPORT FEE | | 45.00 | 45,224.94 |
| 03/06/2000 | MISC | INTEREST INCOME FOR $900,000 BOND ON 2 | 28,125.00 | | 73,349.94 |

PL.EX.16 067

PRINCIPAL FC
3100

| | | | | |
|---|---|---|---|---|
| 04/26/2000 | MISC | REC 1ST QTR 2000 FED IC POOL TAX SETTLEMENT | 8,321.00 | 65,028.94 ✓ |

PL.EX.16 068

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 06/06/2000 | MISC | MATURITY OF COMMERCIAL PAPER ON 6/6/2 | 350,000.00 | | 415,028.94 ✓ |
| 06/06/2000 | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 12/4/00 | | 362,556.25 | 52,472.69 ✓ |

PL.EX.16 069

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 07/03/2000 | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 9,826,947.74 |
| 07/03/2000 | MISC | WT OUT-PRUDENTIAL INT EXP | | 9,776,475.05 | 52,472.69 |
| 07/27/2000 | MISC | REC 2ND QTR 2000 FED IC POOL TAX SETTLEMENT | | 6,799.00 | 45,673.69 ✓ |

PL.EX.16 070

PRINCIPAL FC
3100

| | | | | |
|---|---|---|---|---|
| 08/31/2000 | MISC | INTEREST INCOME FOR $900,000 BOND ON 2 | 28,125.00 | 73,798.69 ✓ |

PL.EX.16 071

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2000 | MISC | MATURITY OF COMMERCIAL PAPER ON 12/4/ | 375,000.00 | | 441,702.69 |
| 12/04/2000 | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 6/4/01 | | 397,148.78 | 44,553.91 |
| 12/05/2000 | MISC | REC 1999 FINAL IOWA IC POOL TAX SETTLEMENT | | 645.00 | 43,908.91 ✓ |

PRINCIPAL FC
3100

PRINCIPAL FC CASH LEDGER
0010100

| DATE | OUR JV/REO NO. | CRE PARK CODE | A/R N/R INS SUB MISC REO JV ICP | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 43,908.91 |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 4,086,500.00 | (4,042,591 09) |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,860,550 00 | (6,903,141 09) |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,829,425 05 | (9,732,566.14) |
| 01/02/2001 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475 05 | | 43,908 91 |
| 01/26/2001 | | | MISC | 4TH QTR 2000 FED IC TAX PMT | | 6,968 00 | 36,940 91 |
| 02/28/2001 | | | MISC | INT INCOME FOR $900,000 BOND | 28,125 00 | | 65,065 91 |
| 04/26/2001 | | | MISC | 1ST QTR 2001 FED IC TAX PMT | | [redacted] | 57,905 91 |
| 06/04/2001 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/4/2 | 410,000 00 | | 467,905 91 |
| 06/04/2001 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 12/3/2001 | | 412,164 90 | 55,741 01 |
| 07/26/2001 | | | MISC | 2ND QTR 2001 FED IC TAX PMT-POSTED 7/31/2001 | | 6,906 00 | 48,835 01 |
| 09/30/2001 | | | MISC | INT INCOME FOR $900,000 BOND-REC'D 8/31/2 | 28,125 00 | | 76,960 01 |
| 10/31/2001 | | | MISC | 3RD QTR 2001 FED IC TAX PMT | | 6,268 00 | 70,692 01 |
| 12/03/2001 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/4/2 | 420,000.00 | | 490,692 01 |
| 12/03/2001 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 6/3/2002 | | 455,767 49 | 34,924 52 |



PL.EX.16 073

PRINCIPAL FC
3100

PRINCIPAL FC CASH LEDGER
0010100

| DATE | OUR JV/REO NO. | CRE PARK CODE | A/R N/R INS SUB MISC REO JV ICP | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 34,924.52 |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 4,086,500.00 | (4,051,575.48) |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,860,550.00 | (6,912,125.48) |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,829,425.05 | (9,741,550.53) |
| 01/02/2002 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 34,924.52 |
| 01/02/2002 | | | MISC | LAST OF PRUDENTIAL N/R TO MATURE 1/2/2002 | 239,238,347.00 | | 239,273,271.52 |
| 01/02/2002 | | | MISC | LAST OF PRUDENTIAL N/P TO MATURE 1/2/2002 | | 239,238,347.00 | 34,924.52 |
| 01/29/2002 | | | MISC | 4TH QTR 2001 FED IC TAX PMT | | 6,154.00 | 28,770.52 |
| 02/18/2002 | | | MISC | IA SEC OF STATE BIENNIAL REPORT | | 30.00 | 28,740.52 |
| 02/28/2002 | | | MISC | INT INCOME FOR $900,000 BOND | 28,125.00 | | 56,865.52 |
| 04/30/2002 | | | MISC | 1ST QTR 2002 FED IC TAX PMT | | 12,466.00 | 44,399.52 |
| 06/03/2002 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/3/2002 | 460,000.00 | | 504,399.52 |
| 06/04/2002 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 8/31/2002 | | 473,014.10 | 31,385.42 |
| 07/26/2002 | | | MISC | 2ND QTR 2002 FED IC TAX PMT | 1,151.00 | | 32,536.42 |
| 10/03/2002 | | | MISC | INT INCOME FOR $900,000 BOND-rec'd 9/3/2002 | 28,125.00 | | 60,661.42 |
| 11/13/2002 | | | MISC | 2001 FINAL IOWA STATE TAX SETTLEMENT-11/13/2002 | | 2,830.00 | 57,831.42 |
| 11/14/2002 | | | MISC | MATURITY OF LT BOND ON 8/31/2002-rec'd 8/30/2002 | 900,000.00 | | 957,831.42 |
| 11/14/2002 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 8/30/2002-rec'd 9/3/2002 | 475,000.00 | | 1,432,831.42 |



PL.EX.16 074

Account Balance Report
December 31, 2002

**Beg Account:** **ALL TRIAL BALANCE ACCOUNTS** **Inv Sgmnt:** **ALL** **ALL Investment Segments**
**End Account:** **ALL TRIAL BALANCE ACCOUNTS** **BRU:** **ALL** **ALL BRUs**

| Account Number | Account Name | Debits | Credits |
|---|---|---|---|
| 0029800 | CASH IN BANK-CHECKING | 1,432,831.42 | |
| 0600400 | BONDS,PAR | | |
| 0820400 | BONDS,PAR,SHORT TERM | | |
| 0821200 | BONDS,DISCOUNT,SHORT TERM | | |
| 0909100 | FEDERAL TAX RECEIVABLE-CY | | |
| 1702100 | FEDERAL TAX PAYABLE - CY | | |
| 1990000 | INSURANCE FUND | | 384,538.01 |
| 1990100 | CAPITAL STOCK | | 1,000,000.00 |
| 3000400 | INTEREST INC,BONDS | | 56,250.00 |
| 3160500 | DISCOUNT EARNED, S-T | | 6,218.41 |
| 5760912 | FILING FEES | 30.00 | |
| 8249000 | STATE INCOME TAXES, OE, CURRENT | 2,830.00 | |
| 8890300 | FEDERAL TAX EXP OE-CY | 11,315.00 | |
| | **Total Debits and Credits** | **1,447,006.42** | **1,447,006.42** |

A "*" denotes entries have been made today to the account but not yet posted.

PL.EX.16 075