PL.EX.17 001

1991/2

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PAYMENT | | ✓ | DEPOSIT | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | 12-18-91 | Funding | $ | | ✓ | $1,000,000 | 00 | $1,000,000 | 00 |
| | 12-18 | in & out | 5 | 20 | ✓ | 5 | 20 | 1,000,000 | 00 |
| | 12-18 | Purchase | 946,397 | 92 | ✓ | | | 53,602 | 08 |
| | 1-23-92 | Elaine Border | 50 | 00 | ✓ | | | 53,552 | 08 |
| | 1-17 | GE Note | 986,568 | 00 | ✓ | | | 933,015 | 92 |
| | 1-17 | Bond Desk | | | ✓ | 950,000 | 00 | 16,984 | 08 |
| 1001 | 1-30 | PMLIC | 571 | 53 | ✓ | | | 16,412 | 55 |
| 1003 | 3-10 | Ia Secretary | 50 | 00 | ✓ | | | 16,362 | 55 |
| | 2-18 | GE Note | 971,790 | 62 | ✓ | 990,000 | 00 | 34,571 | 93 |
| | 3-18 | GE Note | 971,206 | 17 | ✓ | | | 936,634 | 34 |
| | 3-19 | GE Note | | | ✓ | 975,000 | 00 | 38,365 | 76 |
| | 2-11 | Check Charges | 60 | 51 | ✓ | | | 38,305 | 25 |
| 1002 | 2-21 | Ia Sec. State | 30 | 00 | ✓ | | | 38,275 | 25 |
| | 4-21 | GE Note | 971,953 | 13 | ✓ | 975,000 | 00 | 41,322 | 12 |
| 1004 | 4-30 | PMLIC | 3,377 | 61 | ✓ | | | 37,944 | 51 |
| | 5-21 | GE Note | 971,123 | 56 | ✓ | 975,000 | 00 | 41,820 | 95 |
| | 6-29 | GE Note | 971,993 | 75 | ✓ | 975,000 | 00 | 44,827 | 20 |
| | 7-1 | WT in for Peu | | | ✓ | 19,894,888 | 17 | 19,939,715 | 37 |
| | 7-1 | WT out to PMLIC | 3035,361 | 39 | ✓ | | | | |
| | 7-1 | " " " " | 4336,230 | 56 | ✓ | | | 12,568,123 | 42 |

PL.EX.17 002

1992/93

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | PAYMENT | | ✓ | DEPOSIT | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 7-1-92 | BALANCE BROUGHT FORWARD | | | X | | | $12,568,123 | 42 |
| | 7-1 | WT out to PMLIC | $12,523,296 | 22 | ✓ | $ | | 44,827 | 20 |
| | 7-29 | GENERAL ELECTRIC CAPITAL | 972,099 | 38 | ✓ | 975,000 | 00 | 47,727 | 82 |
| 1005 | 8-4 | PMLIC | 3146 | 76 | ✓ | | | 44,581 | 06 |
| | 9-1 | Assoc Corp of NA/GE CAPITAL | 999,833 | 33 | ✓ | 975,000 | 00 | 19,747 | 73 |
| | 9-3 | Assoc Corp of NA | 999918 | 06 | ✓ | 1000,000 | 00 | 19,829 | 67 |
| | 9-4 | GE Capital/Assoc. Corp NA | 99745 | 97 | ✓ | 100,000 | 00 | | |
| | 9-4 | USTNotes @5⅝ due 8/31/97 | 905,762 | 52 | ✓ | | | 14,321 | 18 |
| | 10-2 | Deposit | | | ✓ | 64 | 30 | 14,385 | 48 |
| | 10-5 | GENERAL Electric CAPITAL | 99,754 | 58 | ✓ | 100,000 | 00 | 14,630 | 90 |
| 1006 | 10-27 | PMLIC | 1868 | 39 | ✓ | | | 12,762 | 51 |
| | 10-30 | Deposit (in error) | | | ✓ | 2019 | 08 | 14,781 | 59 ✓ |
| | 11-5 | GE/GMAC | 99,715 | 56 | ✓ | 100,000 | 00 | 15,066 | 03 |
| 1007 | 11-18 | The Principal Financial Group | 2019 | 08 | ✓ | | | 13,046 | 95 ✓ |
| | 12-7 | GMAC / GE Cap. Corp Not | 99708 | 33 | ✓ | 100,000 | 00 | 13,338 | 62 |
| 1008 | 12-16 | Principal Holding | 232 | 51 | ✓ | | | 13,106 | 11 ✓ |
| | 1-6-93 | Assoc Corp / G.E. Capital | 99,716 | 67 | ✓ | 100,000 | 00 | 13,389 | 44 |
| | 1/4-93 | WT in | | | ✓ | 18,749,109 | 25 | 18,762,498 | 69 |
| | 1/4-93 | WT out's | 4,086,500 | – | ✓ | | | 14,675,998 | 69 |
| | \| | | 11,802,059 | 25 | ✓ | | | 2,873,939 | 44 |
| | \| | | 2,860,550 | 00 | ✓ | | | 13,389 | 44 |
| 1009 | 1-29 | PMLIC | 6071 | 01 | ✓ | | | 7318 | 43 ✓ |
| | 2-9 | GE Capital/Assoc Corp | 99,758 | 33 | ✓ | 100,000 | 00 | 7560 | 10 ✓ |
| | 3-1 | Int on USTN | | | ✓ | 25,312 | 50 | | |
| | 3-11 | GE Capital | 99734 | 17 | ✓ | 100,000 | 00 | 33,138 | 43 |

PL.EX.17 003

1993/94

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | ✓ | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 3-11 | BALANCE BROUGHT FORWARD | | | | | | $ 33,138 | 43 |
| 1010 | 3-16 | Del Sec of State | $ | | ✓ | $ 30 | 00 | 33,108 | 43 |
| | 4-13 | GE Capital Corp Notes | 100,000 | 00 | ✓ | 99,756 | 67 | 33,351 | 76 |
| 1011 | 4-30 | Principal Mutual | | | ✓ | 4,479 | 33 | 28,872 | 43 |
| | 5-13 | GE Capital Corp Notes | 100,000 | 00 | ✓ | 99,746 | 67 | 29,125 | 76 |
| | 6-14 | " " " " | 100,000 | 00 | ✓ | 99,741 | 67 | 29,384 | 09 |
| | 7-15 | " " " " | 100,000 | 00 | ✓ | | | 129,384 | 09 |
| | 8-3 | " " " " | | | ✓ | 99,700 | — | 29,684 | 09 |
| | 8-31 | Int on USTNote Due 8/97 | 25,312 | 50 | ✓ | | | 54,996 | 59 |
| 1012 | 9-2 | PMLIC | | | ✓ | 4552 | 93 | 50,443 | 66 |
| | 9-8 | GE Capital Corp Notes | 100,000 | 00 | ✓ | 99,726 | 11 | 50,717 | 55 |
| | 10-12 | GE Capital Corp / Am Express | 100,000 | 00 | ✓ | 99,716 | 67 | 51,000 | 88 |
| 1013 | 10-22 | PMLIC | | | ✓ | 4554 | 87 | 46,446 | 01 |
| | 11-15 | Am Express Cr Corp | 100,000 | 00 | ✓ | 99,750 | 00 | 46,696 | 01 |
| | 11-24 | Deposit | 1,375 | 96 | ✓ | | | 48,071 | 97 |
| | 12-15 | Am Exp Cr Corp / GE Capital | 100,000 | 00 | ✓ | 124,031 | 25 | 24,040 | 72 |
| 1014 | 12-17 | Principal Holding | | | ✓ | 2100 | 00 | 21,940 | 72 |
| | 1-3-94 | WT IN / WT Out | 18,749,109 | 25 | ✓ | 18,749,109 | 25 | 21,940 | 72 |
| 1015 | 2-2 | VOID | | | ✓ | | | | |
| 1016 | 2-2 | PMLIC | | | ✓ | 3885 | 11 | 18,055 | 61 |
| | 2-28 | Int on USTNote | 25,312 | 50 | ✓ | | | 43,368 | 11 |
| 1017 | 3-2 | IA Sec of St | | | ✓ | 30 | 00 | 43,338 | 11 |
| | 3-15 | GE Capital Corp | 125,000 | 00 | ✓ | 123,843 | 75 | 44,494 | 36 |
| 1019 | 5-3 | PMLIC | | | ✓ | 4690 | 06 | 39,804 | 30 |
| | 6-14 | GE Capital Corp | 125,000 | 00 | | 123,646 | 88 | 41,157 | 42 |

PL.EX.17 004

1994/95

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 6-14 | BALANCE BROUGHT FORWARD | | | | | | $ 41,157 | 42 |
| 1018 | 7-26 | PMLIC | $ | | | $ 4753 | 58 | 36,403 | 84 |
| | 8-31 | Int on UST Notes due 8/31/97 | 25,312 | 50 | | | | 61,716 | 34 |
| | 9-12 | GE Capital Corp | 125,000 | — | | 172,898 | 78 | 13,817 | 56 |
| 1020 | 10-18 | PMLIC | | | | 4877 | 92 | 8939 | 64 |
| | | | 411 | 94 | | | | 9351 | 58 |
| 1021 | 10-25 | Elaine Baxter, Sec of State | | | | 186 | — | 9165 | 58 |
| | 10-28 | Deposit | 186 | — | | | | 9351 | 58 |
| | 12-12 | GE Capital Corp Notes | 175,000 | — | | 145,070 | 83 | 39,280 | 75 |
| | | | | | | | | | |
| | 1-2-95 | WT out PMLIC | | | | 2860,550 | — | | |
| | | PriSupply Capital | | | | 4086,500 | — | | |
| | | Peudential Pealty | 18,749,109 | 25 | | 11,802,059 | 25 | ⊖ | |
| 1022 | 1-4-95 | Princ Holding | | | | 947 | — | | |
| 1023 | 1-27 | PMLIC | | | | 4797 | 51 | 33,536 | 24 |
| | 2-28 | Int Deposit | 25,312 | 50 | | | | 58,848 | 74 |
| 1024 | | VOID | | | | | | | |
| 1025 | 3-16 | TA Sec of State | | | | 30 | — | 58,818 | 74 |
| 1026 | 4-28 | PMLIC | | | | 5181 | 51 | 53,637 | 23 |
| | 6-12 | GE Capital Corp Notes | 150,000 | — | | 184,615 | 08 | 19,022 | 15 |
| 1027 | 7-28 | PMLIC | | | | 5219 | 37 | 13,802 | 78 |
| 2/31 | 8-31 | Int Recd on USTN, 5 7/8%, 8/31/97 | 25,312 | 50 | | | | 39,115 | 28 |
| 1028 | 11-6 | PMLIC | | | | 5305 | 16 | 33,810 | 12 |
| 1029 | 11-8 | PMLIC | | | | 1586 | 18 | 32,223 | 94 |
| | 12-8 | GE Capital Corp Notes | 190,000 | — | | 204,497 | 24 | 17,726 | 70 |

PL.EX.17 005

1995/97

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 12/8 | BALANCE BROUGHT FORWARD | | | | | | $ 17,726 | 70 |
| 1030 | 12/22 | Principal Holding | $ | | | $ 3470 | — | 14,256 | 70 |
| 1031 | 1/23/96 | PMLIC | | | | 4483 | 16 | 9,773 | 54 |
| | 2/29 | USTNote Int | 25,312 | 50 | | | | 35,086 | 04 |
| 1032 | 3/18 | Sec of State | | | | 30 | — | 35,056 | 04 |
| 1033 | 4/25 | PMLIC | | | | 4360 | 95 | 30,695 | 09 |
| | 6/4 | GE Capital Corp | 210,000 | — | | 204,446 | 32 | | |
| | 7/1 | Fed Out | | | | 11,802,059 | 25 | | |
| | | | | | | 4086,500 | — | | |
| | | | | | | 2860,550 | — | | |
| | | IN | 18,749,109 | 25 | | | | 36,248 | 77 |
| 1034 | 7/25 | PMLC | [illegible] | | | 6252 | 69 | 29,996 | 08 |
| | 9/3 | USTNote Int | 25,312 | 50 | | | | 55,308 | 58 |
| 1036 | 10/18 | PMLIC | | | | 45 | 05 | 55,263 | 53 |
| 1037 | 10/28 | PMLIC | | | | 5319 | 26 | 49,944 | 27 |
| 1038 | 10-30 | Principal Holding | | | | 1,794 | 00 | 48,150 | 27 |
| | 12-2 | GE Capt Cr | 210,000 | — | | 233,760 | — | 24,390 | 27 |
| 1039 | 1-24-1997 | PMLIC | | | | 4694 | 02 | 19,696 | 25 |
| 1040 | 2-19 | State of Iowa | | | | 30 | — | 19,666 | 25 |
| | 3-14 | US Treasury Note Interest | 25,312 | 50 | | | | 44,978 | 75 |
| 1041 | 4-24 | PMLIC | | | | 5409 | 95 | 39,568 | 80 |
| | 6-3 | GE Capital Corp Notes | 240,000 | — | | 242,986 | 25 | 36,582 | 55 |
| 1042 | 7-25 | PMLIC | | | | 5469 | 82 | 31,112 | 73 |
| | 9-2 | USTNotes | 925,312 | 50 | | 900,152 | 85 | 56,272 | 38 |
| | | | | | | | | | |

1035 9/6/96 VOIDED

PL.EX.17 006

1997/99

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|
| --- | 9-2 | BALANCE BROUGHT FORWARD | | | | | $ 56,272 | 38 |
| 1043 | 10-23 | PMLIC | $ | | $ 5718 | 83 | 50,553 | 55 |
| 1044 | 12-22 | Principal Holding Co. | | | 1600 | — | 48,953 | 55 |
| | 12-29 | GE Capital Notes | 250,000 | — | 267,325 | 67 | 31,627 | 88 |
| 1045 | 1-23-98 | PMLIC | | | 5117 | 32 | 26,510 | 56 |
| 1046 | ⊥ | IA Sec of State | | | 45 | — | 26,465 | 56 |
| | 3-2-98 | Int from USTNote | 27,814 | 23 | | | 54,279 | 79 |
| 1047 | 4-24 | PMLIC | | | 6138 | 20 | 48,141 | 59 |
| | 6-29 | GE Capital Gep Notes | 275,000 | — | 291,764 | 50 | 31,377 | 09 |
| 1048 | 7-22 | 2nd Qtr Ia Federal Tax Settlement | | | 4,783 | 65 | 26,593 | 44 |
| 1049 | 10/22 | PMLIC | | | 7822 | 89 | 18,770 | 55 |
| | 8/31 | USTNote Int Rec'd | 28,125 | 00 | | | 46,895 | 55 |
| 1050 | 12-3 | Principal Holding Co. | | | 2135 | 00 | 44,760 | 55 |
| | 12-15 | Deposit | 3 | 25 | | | 44,763 | 80 |
| | 12-28 | GE Capital (Purch 12/30) | 300,000 | 00 | 317,281 | 25 | 27,482 | 55 |
| | 1-4-99 | | 99999999 | 99 | 99999999 | 99 | | |
| | | | 99999999 | 99 | 99999999 | 99 | | |
| | | | 39,238,347 | 02 | 39,238,347 | 02 | | |
| | | | 18,749,109 | 25 | 11,802,059 | 25 | | |
| | | | | | 4,086,500 | 00 | | |
| | | | | | 2,860,550 | 00 | 27482 | 55 |
| 1051 | 1-28 | PLIC | | | 5704 | 00 | 21,778 | 55 |
| | 2-28 | Int on USTNotes | 28,125 | 00 | | | 49,903 | 55 |
| 1052 | 4-28 | PLIC | | | 6340 | 00 | 43,563 | 55 |
| | 6-28 | GE Capital Notes | 325,000 | 00 | 341,788 | 61 | 26,774 | 94 |

PL.EX.17 007

1999/

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|
| --- | 6-28 | BALANCE BROUGHT FORWARD | | | $ 26,774 94 |
| | 7-1 | Incoming/Outgoing | $9,776,475 05 | $9,776,475 05 | |
| 1053 | 7-23 | PLIC | | 4,661 00 | 22,113 94 |
| | 8-23 | Int on UST Notes | 28,125 00 | | 50,238 94 |
| | ~~[illegible]~~ | | | | |
| 1054 | 10-21 | PLIC | | 8,112 00 | 42,126 94 |
| 1055 | 11-23 | PLIC | | 2,977 00 | 39,149 94 |
| | 12-9 | GE Capital Notes | 350,000 00 | 339,920 00 | 49,229 94 |

01/23/2003 Principal FC @ Wells Fargo Bank (7051417)

| Date | Description | Ck # | Distributions | Contributions | Balance | | |
|---|---|---|---|---|---|---|---|
| 12/31/1999 | Balance Brought Forward | | | | $49,229.94 | | |
| 01/31/2000 | P L I C | | | 3,960.00 | $45,269.94 | | |
| 02/28/2000 | Int Rec'd on UST Note due 8/2002 | | 28,125.00 | | $73,394.94 | | |
| 03/02/2000 | Iowa Secretary of State | 1057 | | 45.00 | $73,349.94 | x | |
| 04/26/2000 | P L I C | 1058 | | 8,321.00 | $65,028.94 | x | |
| 06/06/2000 | GE Capital Notes | | 350,000.00 | 362,556.25 | $52,472.69 | x | |
| 07/26/2000 | ACH to PLIC | | | 6,799.00 | $45,673.69 | x | |
| 08/31/2000 | ACH for UST Notes interest | | 28,125.00 | | $73,798.69 | x | |
| 10/11/2000 | V O I Ded to MRI | 1059 | | | $73,798.69 | x | |
| 10/26/2000 | ACH to PLIC | | | 7,096.00 | $66,702.69 | x | |
| 12/04/2000 | GE Capital Notes | | 375,000.00 | 397,148.78 | $44,553.91 | x | |
| 12/05/2000 | ACH to PLIC | | | 645.00 | $43,908.91 | x | |
| 01/03/2000 | ACH from Prundential | | 9,776,475.05 | | $9,820,383.96 | x | |
| | WT to Bank of New York | | | 2,829,425.05 | $6,990,958.91 | x | |
| | WT to Bank of New York | | | 2,860,550.00 | $4,130,408.91 | x | |
| | Wt to Wilmington Trust | | | 4,086,500.00 | $43,908.91 | x | |
| 01/26/2001 | ACH to PLIC | | | 6,968.00 | $36,940.91 | x | |
| 02/28/2001 | ACH for UST Notes interest | | 28,125.00 | | $65,065.91 | x | |
| 04/25/2001 | ACH to PLIC | | | 7,160.00 | $57,905.91 | x | |
| 06/04/2000 | GE Capital Notes maturity | | 410,000.00 | | $467,905.91 | x | |
| | ACH to NIS | | | 412,164.90 | $55,741.01 | x | |
| 07/02/2001 | WT from Prudential | | 9,776,475.05 | | $9,832,216.06 | x | |
| | WT to Bank of New York | | | 2,829,425.05 | $7,002,791.01 | x | |
| | WT to Bank of New York | | | 2,860,550.00 | $4,142,241.01 | x | |
| | Wt to Wilmington Trust | | | 4,086,500.00 | $55,741.01 | x | |
| 07/26/2001 | ACH to PLIC | | | 6,906.00 | $48,835.01 | x | |
| 08/31/2001 | ACH for UST Notes interest | | 28,125.00 | | $76,960.01 | x | |
| 10/31/2001 | ACH to PLIC | | | 6,268.00 | $70,692.01 | x | |
| 12/03/2001 | ACH IN | | 420,000.00 | | $490,692.01 | x | Dec bal to ledger |
| | ACH OUT | | | 455,767.49 | $34,924.52 | x | |
| 01/02/2002 | WT from Prudential | | 49,014,822.07 | | $49,049,746.59 | x | |
| | WT from Prudential | | 99,999,999.99 | | $149,049,746.58 | x | |
| | WT from Prudential | | 99,999,999.99 | | $249,049,746.57 | x | |
| | Wt to Wilmington Trust | | | 0.01 | $249,049,746.56 | x | |
| | WT to Bank of New York | | | 2,829,425.05 | $246,220,321.51 | x | |
| | WT to Bank of New York | | | 2,860,550.00 | $243,359,771.51 | x | |
| | Wt to Wilmington Trust | | | 4,086,500.00 | $239,273,271.51 | x | |
| | WT to Bank of New York | | | 69,238,347.00 | $170,034,924.51 | x | |
| | WT to Bank of New York | | | 70,000,000.00 | $100,034,924.51 | x | |
| | Wt to Wilmington Trust | | | 99,999,999.99 | $34,924.52 | x | |
| 01/29/2002 | ACH to PLIC | | | 6,154.00 | $28,770.52 | x | Jan bal to ledger |
| 02/18/2002 | Ia Sec of State | 1060 | | 30.00 | $28,740.52 | x | |
| 02/28/2002 | ACH for UST Notes interest for $28,125 | | 28,125.00 | | $56,865.52 | x | Feb/Mar bal to ledger |
| 04/30/2002 | ACH to PLIC | | | 12,466.00 | $44,399.52 | x | Apr/May bal to ledger |
| 06/03/2002 | GE Capital Notes maturity | | 460,000.00 | | $504,399.52 | x | |
| 06/04/2002 | ACH OUT-purchase note | | | 473,014.10 | $31,385.42 | x | Jun bal to ledger |
| 07/26/2002 | ACH from PLIC | | 1,151.00 | | $32,536.42 | x | Jul bal to ledger |
| 08/30/2002 | Maturity of GE Capital Note-booked 11/02 | | 475,000.00 | | $507,536.42 | x | Aug bal to ledger |
| 09/03/2002 | ACH for UST Notes maturity of $928,125-booked 11/02 | | 900,000.00 | | $1,407,536.42 | x | |
| 09/03/2002 | ACH for UST Notes interest for $28,125-booked 10/02 | | 28,125.00 | | $1,435,661.42 | x | Sept/Oct bal to ledger |
| 11/13/2002 | ACH to PLIC | | | 2,830.00 | $1,432,831.42 | x | Nov/Dec bal to ledger |

02/05/2004 Principal FC @ Wells Fargo Bank (7051417)

| Date | Description | Ck # | Distributions | Contributions | Balance | |
|---|---|---|---|---|---|---|
| 12/31/1999 | Balance Brought Forward | [redacted] | | | $49,229.94 | |
| 01/31/2000 | P L I C | [redacted] | | 3,960 00 | $45,269.94 | |
| 02/28/2000 | Int Rec'd on UST Note due 8/2002 | [redacted] | 28,125.00 | | $73,394.94 | |
| 03/02/2000 | Iowa Secretary of State | 1057 | | 45.00 | $73,349.94 | x |
| 04/26/2000 | P L I C | 1058 | | 8,321.00 | $65,028.94 | x |
| 06/06/2000 | GE Capital Notes | [redacted] | 350,000 00 | 362,556.25 | $52,472.69 | x |
| 07/26/2000 | ACH to PLIC | [redacted] | | 6,799.00 | $45,673 69 | x |
| 08/31/2000 | ACH for UST Notes interest | [redacted] | 28,125 00 | | $73,798.69 | x |
| 10/11/2000 | V O I Ded to MRI | 1059 | | | $73,798.69 | x |
| 10/26/2000 | ACH to PLIC | [redacted] | | 7,096 00 | $66,702.69 | x |
| 12/04/2000 | GE Capital Notes | [redacted] | 375,000.00 | 397,148.78 | $44,553 91 | x |
| 12/05/2000 | ACH to PLIC | [redacted] | | 645 00 | $43,908.91 | x |
| 01/03/2000 | ACH from Prundential | [redacted] | 9,776,475 05 | | $9,820,383.96 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425 05 | $6,990,958.91 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,130,408.91 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500 00 | $43,908.91 | x |
| 01/26/2001 | ACH to PLIC | [redacted] | | 6,968 00 | $36,940.91 | x |
| 02/28/2001 | ACH for UST Notes interest | [redacted] | 28,125.00 | | $65,065.91 | x |
| 04/25/2001 | ACH to PLIC | [redacted] | | 7,160.00 | $57,905 91 | x |
| 06/04/2000 | GE Capital Notes maturity | [redacted] | 410,000 00 | | $467,905 91 | x |
| | ACH to NIS | [redacted] | | 412,164.90 | $55,741.01 | x |
| 07/02/2001 | WT from Prudential | [redacted] | 9,776,475.05 | | $9,832,216 06 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $7,002,791 01 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,142,241 01 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $55,741 01 | x |
| 07/26/2001 | ACH to PLIC | [redacted] | | 6,906.00 | $48,835 01 | x |
| 08/31/2001 | ACH for UST Notes interest | [redacted] | 28,125 00 | | $76,960 01 | x |
| 10/31/2001 | ACH to PLIC | [redacted] | | 6,268 00 | $70,692.01 | x |
| 12/03/2001 | ACH IN | [redacted] | 420,000.00 | | $490,692 01 | x |
| | ACH OUT | [redacted] | | 455,767.49 | $34,924.52 | x |
| 01/02/2002 | WT from Prudential | [redacted] | 49,014,822.07 | | $49,049,746.59 | x |
| | WT from Prudential | [redacted] | 99,999,999.99 | | $149,049,746.58 | x |
| | WT from Prudential | [redacted] | 99,999,999 99 | | $249,049,746.57 | x |
| | Wt to Wilmington Trust | [redacted] | | 0.01 | $249,049,746.56 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $246,220,321.51 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550 00 | $243,359,771.51 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $239,273,271.51 | x |
| | WT to Bank of New York | [redacted] | | 69,238,347.00 | $170,034,924.51 | x |
| | WT to Bank of New York | [redacted] | | 70,000,000.00 | $100,034,924.51 | x |
| | Wt to Wilmington Trust | [redacted] | | 99,999,999.99 | $34,924.52 | x |
| 01/29/2002 | ACH to PLIC | [redacted] | | 6,154.00 | $28,770.52 | x |
| 02/18/2002 | Ia Sec of State | 1060 | | 30.00 | $28,740 52 | x |
| 02/28/2002 | ACH for UST Notes interest for $28,125 | [redacted] | 28,125 00 | | $56,865 52 | x |
| 04/30/2002 | ACH to PLIC | [redacted] | | 12,466.00 | $44,399.52 | x |
| 06/03/2002 | GE Capital Notes maturity | [redacted] | 460,000 00 | | $504,399.52 | x |
| 06/04/2002 | ACH OUT-purchase note | [redacted] | | 473,014 10 | $31,385.42 | x |
| 07/26/2002 | ACH from PLIC | [redacted] | 1,151.00 | | $32,536.42 | x |
| 08/30/2002 | Maturity of GE Capital Note-booked 11/02 | [redacted] | 475,000 00 | | $507,536.42 | x |
| 09/03/2002 | ACH for UST Notes maturity of $928,125-booked | [redacted] | 900,000.00 | | $1,407,536.42 | x |
| 09/03/2002 | ACH for UST Notes interest for $28,125-booked 1( | [redacted] | 28,125 00 | | $1,435,661.42 | x |
| 11/13/2002 | ACH to PLIC | [redacted] | | 2,830.00 | $1,432,831.42 | x |
| 01/28/2003 | ACH to PLIC | [redacted] | | 9,548.00 | $1,423,283 42 | x |
| 09/30/2003 | ACH from PLIC | [redacted] | 6,809.00 | | $1,430,092.42 | x |
| | | [redacted] | | | $1,430,092.42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092.42 | |