# In the United States Court of Federal Claims

No. 02-1278T

(Filed: March 2, 2006)

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 1, 2006, plaintiff filed multiple notices responding to the Court's February 15, 2006, order. The clerk is hereby ordered to strike all such notices, Documents # 85 – 94. On or before March 6, 2006:

(i) The parties shall augment their joint stipulation of facts with a summary by year of all expenditures made by Principal FC, Ltd. in 1991-2002, other than payments made to Prudential Life Insurance Company on the purchase money notes. The parties shall also include a list of all Principal FC, Ltd. employees during the same time period.

**OR**

(ii) If the parties cannot agree on a joint stipulation to this effect, plaintiff shall file appropriate documentation detailing such expenditures and employees, and defendant shall respond on or before March 15, 2006.

**All documentation shall be filed as attachments to a single docket entry.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge