IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S POST-TRIAL SUBMISSION REGARDING PRINCIPAL FC, LTD.**

Pursuant to the Court's Order filed February 15, 2006, Plaintiff, Principal Life Insurance Company, for purposes of this submission regarding the expenditures and employees of Principal FC, Ltd., states to the Court as follows:

1. Plaintiff's counsel and the outside copying service used by Plaintiff's counsel forwarded all of the documents referred to herein (with the exception of Plaintiff's Exhibit 9, the Hittner affidavit) to Defendant's counsel by email or overnight courier on February 24, 2006. Defendant's counsel has advised Plaintiff's counsel that she did not receive such documents until yesterday afternoon.

2. Because of the shortness of time, Plaintiff and Defendant have been unable to agree upon a joint stipulation regarding the matters referred to in such documents and in the Court's Order. Attached hereto and filed herewith is the proposed Second Stipulation that Plaintiff's counsel forwarded to Defendant's counsel on February

24, 2006. Based on the documents submitted herewith, Plaintiff is willing to enter into such Second Stipulation with Defendant, and this may be taken as Plaintiff's agreement to such Second Stipulation in the event Defendant signifies its agreement with it.

3. Plaintiff's Exhibit 9 submitted herewith is an affidavit of Plaintiff's employee, Jill Hittner, regarding the documents and exhibits submitted herewith.

4. Plaintiff's Exhibit 10 submitted herewith is an affidavit of Plaintiff's employee, Melinda Hanrahan, regarding employees of Principal FC, Ltd.

5 There is no Plaintiff's Exhibit 11.

6. Plaintiff's Exhibit 12 submitted herewith consists of the records reflecting expenditures by Principal FC, Ltd. during the years 1991-2002 for purchases of securities on 45 separate occasions. Such securities were debt instruments of unrelated issuers, including General Electric Capital Corporation Notes, Associates Corporation of North America Notes, American Express Credit Corporation Notes, and U.S. Treasury Notes. The records in Plaintiff's Exhibit 12 are preceded by a summary of the transactions. None of such expenditures or transactions involved an amount less than $99,000.00, the majority were in excess of $200,000 each, and 11 were in excess of $900,000.00 each.

7. Plaintiff's Exhibit 13 submitted herewith consists of the records relating to Principal FC, Ltd.'s expenditures for reimbursement of Principal Life Insurance Company for its share of the affiliated group's federal and state income taxes during the years 1991-2002, preceded by a summary thereof.

8. Plaintiff's Exhibit 14 submitted herewith consists of the records relating to expenditures by Principal FC, Ltd. during the years 1991-2002 for payment of its corporate maintenance fees, preceded by a summary thereof.

9. Plaintiff's Exhibit 15 submitted herewith consists of Principal FC, Ltd.'s interim and year-end financial statements prepared during the years 1991-2002. Such statements show the expenses incurred by Principal FC, Ltd. during those years.

10. Plaintiff's Exhibit 16 submitted herewith consists of Principal FC, Ltd.'s general journal and ledger during the years 1991-2002 in which its transactions and expenditures were recorded.

11. Plaintiff's Exhibit 17 submitted herewith consists of Principal FC, Ltd.'s check register during the years 1991-2002 showing its expenditures.

12. Joint Exhibit 88, Page 629 is a trial balance report taken from the books of Principal FC, Ltd. as of December 31, 1991, shortly after the transaction with Prudential, showing the accrual of federal income tax and state income tax expenditures to be paid by Principal FC, Ltd. as well as a bond asset acquired by the corporation.

Dated March 1, 2006.

Respectfully submitted,

*s/ Bruce Graves*

Bruce Graves

Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
Suite 2000, Ruan Center
666 Grand Avenue
Des Moines, Iowa 50309
Telephone: 515/242-2400
Fax: 515/283-0231

ATTORNEY FOR PLAINTIFF

Filed electronically

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**SECOND STIPULATION OF FACTS**

The parties stipulate and agree that the following facts may be taken as true for purposes of this case only, subject to the right of each party to object herein to any stipulated fact on the ground of relevance or materiality.

1. Principal FC, Ltd. had no employees of its own during the years 1991 through 2002. It was customary during those years (and still is) for employees of Principal Life to provide services to the operating subsidiaries (i.e., those engaged in business) established by Principal Life, rather than have each subsidiary hire and employ its own employees, in order to minimize various administrative expenses that would be incurred in maintaining separate employees and payrolls for each affiliate and the federal and state reporting for taxes, unemployment insurance, and other statutory obligations that would apply in the event each subsidiary had its own employees.

2. As of December 31, 1991, none of the following subsidiaries of Principal Life had its own employees:

Principal National Life Insurance Company
Principal Holding Company
Petula Associates, Ltd.
Patrician Associates, Ltd.
Principal Development Associates, Inc.
Princor Financial Services Corporation
Princor Management Corporation
Principal Investors Corporation
Invista Capital Management, Inc.
The Principal Financial Group, Inc.
Principal Marketing Services, Inc.
Principal Casualty Insurance Company
Principal Financial Advisors
Principal International, Inc.
Principal Spectrum Associates, Inc.
Principal FC, Ltd.

3. As was the case with Principal Life's other 32 domestic subsidiaries, the operations of Principal FC, Ltd., during those years were conducted by employees of Principal Life. Principal Life, through its employees, recorded the expenses incurred by or on behalf of Principal FC, Ltd., and allocated those expenses to Principal FC, Ltd., on its financial statements, and received reimbursements for those expenses.

4. Principal's manner of operating its subsidiaries as described above, i.e., through employees of the parent corporation rather than through employees specific to the subsidiary, is usual and customary in the world of large business enterprises with multiple subsidiaries.

5. During the years 1991 through 2002, Principal FC, Ltd. made expenditures for the purchase of securities on 45 separate occasions. Such securities were debt obligations of unrelated issuers and included General Electric Capital Corporation Notes, Associates Corporation of North America Notes, American Express Credit Corporation Notes, and U.S.

Treasury Notes. None of such expenditures or transactions involved an amount less than $99,000.00, the majority were in excess of $200,000 each, and 11 were in excess of $900,000.00 each. Such securities, once purchased, became assets of Principal FC, Ltd. Joint Exhibit 205 represents a summary of such securities transactions.

6. Joint Exhibit 206 represents a summary of the records which allocate to Principal FC, Ltd. its portion of the affiliated group's federal and state income taxes during the years 1991-2002, which amounts were paid by Principal FC, Ltd. to Principal Life Insurance Company.

7. Joint Exhibit 207 represents a summary of the expenditures by Principal FC, Ltd. during the years 1991-2002 for payment of its corporate maintenance fees.

8. The following represents a summary of the expenditures made, incurred, or accrued by Principal FC, Ltd. during the years 1991-2002 (other than payments made to Prudential or its subsidiaries and other than the expenditures for purchases of securities referred to in paragraph 5 above):

| | |
|---|---|
| 1991 | |
| Federal income tax | $571.53 |
| State income tax | 190.04 |
| | |
| 1992 | |
| Federal income tax | 14,398.84 |
| State income tax | 4,310.56 |
| Filing fees | 130.00 |
| Miscellaneous expense | 60.51 |
| | |
| 1993 | |
| Federal income tax | 16,080.11 |
| State income tax | 3,400.31 |
| Environmental tax | 16.17 |
| Filing fees | 30.00 |
| | |
| 1994 | |
| Federal income tax | 18,649.13 |
| State income tax (refund) | (3,511.40) |
| Environmental tax | 58.00 |

| | |
|---|---|
| Filing fees | 30.00 |
| <u>1995</u> | |
| Federal income tax | 21,704.38 |
| State income tax | 2,360.00 |
| Environmental tax | 71.00 |
| Filing fees | 30.00 |
| <u>1996</u> | |
| Federal income tax | 20,602.97 |
| State income tax | 1,794.00 |
| Environmental tax | 69.00 |
| Filing fees | 30.00 |
| <u>1997</u> | |
| Federal income tax | 21,715.92 |
| State income tax | 1,600.00 |
| Filing fees | 30.00 |
| <u>1998</u> | |
| Federal income tax | 24,445.49 |
| State income tax | 2,135.00 |
| Filing fees | 45.00 |
| <u>1999</u> | |
| Federal income tax | 23,073.00 |
| State income tax | 2,977.00 |
| <u>2000</u> | |
| Federal income tax | 29,184.00 |
| Environmental tax | 645.00 |
| Filing fees | 45.00 |
| <u>2001</u> | |
| Federal income tax | 26,488.00 |
| <u>2002</u> (3/31) | |
| Federal income tax | 12,466.00 |
| Filing fees | 30.00 |

STIPULATED AND AGREED TO on or as of the ______ day of ____________, 2006.

***s/ Bruce Graves***
Bruce Graves
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
Suite 2000, Ruan Center
666 Grand Avenue
Des Moines, Iowa 50309
Telephone: 515/242-2400
Fax: 515/283-0231

ATTORNEY FOR PLAINTIFF

______________________________
Mary M. Abate
Attorney of Record
U.S. Dept. of Justice, Tax Div.
Court of Fed. Claims Section
P.O. Box 26, Franklin Station
Washington, D.C. 20044
Telephone: 202/307-6507
Fax: 202/514-9440

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S EXHIBIT 9**
**AFFIDAVIT OF JILL HITTNER**

STATE OF IOWA )
) ss
COUNTY OF POLK )

The undersigned, Jill Hittner, being first duly sworn on oath, hereby deposes and states as follows:

1. I am an employee and officer of Principal Life Insurance Company ("Principal Life") and hold the title of Second Vice President & Chief Accounting Officer.

2. I have been employed by Principal Life since 1989 and have worked in the Investment Accounting department since commencing employment. During the years 1991 – 2002, the titles I held were as follows: 1991- 1993, Investment Accounting Analyst; 1993 – 1997, Senior Accounting Analyst; 1997 – 1999, Assistant Director, Investment Accounting; 2000 – 2002, Director, Investment Accounting.

3. I am familiar with Principal FC, Ltd., a corporation established by Principal Life in 1991, and my department performed the financial accounting for the operations and transactions of that corporation during the years 1991 - 2002.

4. Plaintiff's Exhibits 12, 13, 14, 15, 16, and 17 are copies of financial records of Principal FC, Ltd. Such records were prepared and/or maintained in my department and under supervision, control and custody of the senior officer in the Investment Accounting department (and since the year 2000, under my supervision, control and custody). Such records are regularly and routinely prepared and maintained in my department for and on behalf of Principal Life Insurance Company and its subsidiaries.

5. Plaintiff's Exhibit 12 consists of the records reflecting expenditures by Principal FC, Ltd. during the years 1991-2002 for purchases of securities on 45 separate occasions. Such securities were debt instruments of unrelated issuers, including General Electric Capital Corporation Notes, Associates Corporation of North America Notes, American Express Credit Corporation Notes, and U.S. Treasury Notes. The records in Plaintiff's Exhibit 12 are preceded by a summary of the transactions. None of such expenditures or transactions involved an amount less than $99,000.00, the majority were in excess of $200,000 each, and 11 were in excess of $900,000.00 each. As shown by Plaintiff's Exhibits 15 and 16, such securities, once purchased, became assets of Principal FC, Ltd.

6. As shown by Plaintiff's Exhibit 12, the following shows the number of the separate expenditures made by Principal FC, Ltd. during each of the years 1991 through 2002 for the purchase of securities in separate purchase transactions:

| Year | Number Of Expenditures |
|---|---|

| | |
|---|---|
| 1991 | 1 |
| 1992 | 14 |
| 1993 | 11 |
| 1994 | 4 |
| 1995 | 2 |
| 1996 | 2 |
| 1997 | 2 |
| 1998 | 2 |
| 1999 | 2 |
| 2000 | 2 |
| 2001 | 2 |
| 2002 | 1 |
| Total | 45 |

7. Plaintiff's Exhibit 13 consists of the records relating to Principal FC, Ltd.'s expenditures for reimbursement of Principal Life Insurance Company for its share of the affiliated group's federal and state income taxes during the years 1991-2002, preceded by a summary thereof.

8. Plaintiff's Exhibit 14 consists of the records relating to expenditures by Principal FC, Ltd. during the years 1991-2002 for payment of its corporate maintenance fees, preceded by a summary thereof.

9. Plaintiff's Exhibit 15 consists of Principal FC, Ltd.'s interim and year-end financial statements prepared during the years 1991-2002. Such statements show the expenses incurred and expenditures made by Principal FC, Ltd. during those years.

10. Plaintiff's Exhibit 16 consists of Principal FC, Ltd.'s general journal and ledger during the years 1991-2002 in which its transactions and expenditures were recorded.

11. Plaintiff's Exhibit 17 consists of Principal FC, Ltd.'s check register during the years 1991-2002.

12. As shown by Plaintiff's Exhibits 13, 14, 15, 16, and 17, the following represents a summary of the other expenditures made, incurred, or accrued by Principal FC, Ltd. during the years 1991 -2002 (other than the payments made to Prudential or its subsidiaries and other than the expenditures for purchases of securities referred to in paragraphs 5 and 6 above):

| | |
|---|---|
| <u>1991</u> | |
| Federal income tax | $571.53 |
| State income tax | 190.04 |
| <u>1992</u> | |
| Federal income tax | 14,398.84 |
| State income tax | 4,310.56 |
| Filing fees | 130.00 |
| Miscellaneous expense | 60.51 |
| <u>1993</u> | |
| Federal income tax | 16,080.11 |
| State income tax | 3,400.31 |
| Environmental tax | 16.17 |
| Filing fees | 30.00 |
| <u>1994</u> | |
| Federal income tax | 18,649.13 |
| State income tax (refund) | (3,511.40) |
| Environmental tax | 58.00 |
| Filing fees | 30.00 |
| <u>1995</u> | |
| Federal income tax | 21,704.38 |
| State income tax | 2,360.00 |
| Environmental tax | 71.00 |
| Filing fees | 30.00 |
| <u>1996</u> | |
| Federal income tax | 20,602.97 |
| State income tax | 1,794.00 |
| Environmental tax | 69.00 |
| Filing fees | 30.00 |
| <u>1997</u> | |
| Federal income tax | 21,715.92 |

| | |
|---|---|
| State income tax | 1,600.00 |
| Filing fees | 30.00 |
| | |
| 1998 | |
| Federal income tax | 24,445.49 |
| State income tax | 2,135.00 |
| Filing fees | 45.00 |
| | |
| 1999 | |
| Federal income tax | 23,073.00 |
| State income tax | 2,977.00 |
| | |
| 2000 | |
| Federal income tax | 29,184.00 |
| Environmental tax | 645.00 |
| Filing fees | 45.00 |
| | |
| 2001 | |
| Federal income tax | 26,488.00 |
| | |
| 2002 (3/31) | |
| Federal income tax | 12,466.00 |
| Filing fees | 30.00 |

Dated and signed at Des Moines, Iowa on this 28th day of February, 2006.

Jill Hittner

Jill Hittner

Subscribed and sworn to before me on this 28 day of February, 2006.

SARAH E. CLARK
Commission Number 735334
My Commission Expires
07-07-2008

Notary Public

Sarah E. Clark

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S EXHIBIT 10**
**AFFIDAVIT OF MELINDA HANRAHAN**

STATE OF IOWA )
) ss
COUNTY OF POLK )

The undersigned, Melinda Hanrahan, being duly sworn on oath, hereby deposes and states as follows:

1. I am an employee and officer of Principal Life Insurance Company ("Principal Life") and hold the title of Director, Investment Accounting – Securities.

2. have been employed by Principal Life since 1989 and have worked in the Investment Accounting department since 1989. During the years 1991 – 2002, the titles I held were as follows: 1990 Inv. Acct. II; 1992 Asst. Mgr. Inv. Acctg.; 1994 Mgr. Inv. Acctg. & Treasury; 1999 Asst. Director Security Acctg.; 2000 Director Security Acctg.

3. I am familiar with Principal FC, Ltd., a corporation established by Principal Life in 1991, and that I was involved in the creation and operations of that corporation;

4. During the years 1991 through 2002, the operations of Principal FC, Ltd., was conducted by employees of Principal Life. Principal FC, Ltd., had no employees during the years 1991 through 2002.

5. Principal Life had approximately 33 domestic subsidiaries as of December 31, 1991, and that the following subsidiaries had no employees on that date:

Principal National Life Insurance Company
Principal Holding Company
Petula Associates, Ltd.
Patrician Associates, Ltd.
Principal Development Associates, Inc.
Princor Financial Services Corporation
Princor Management Corporation
Principal Investors Corporation
Invista Capital Management, Inc.
The Principal Financial Group, Inc.
Principal Marketing Services, Inc.
Principal Casualty Insurance Company
Principal Financial Advisors
Principal International, Inc.
Principal Spectrum Associates, Inc.
Principal FC, Ltd.

6. That it was (and still is) customary for employees of Principal Life to provide services to operating subsidiaries (i.e., those engaged in business) established by Principal Life, rather than have each subsidiary hire and employ its own employees, in order to minimize various administrative expenses that would be incurred in maintaining separate employees and payrolls for each affiliate and the federal and state reporting for taxes, unemployment insurance, and other statutory obligations that would apply in the event each subsidiary had its own employees.

7. I have attended various meetings and seminars during the course of my employment at Principal Life and I have engaged in discussions with my counterparts in the investment accounting departments of other large corporations. From these contacts,

as well as my own investigation and studies, I have come to believe that Principal's manner of operating its subsidiaries as described above, i.e., through employees of a parent corporation rather than through employees specific to the subsidiary, is usual and customary in the world of large business enterprises with multiple subsidiaries.

8. Principal Life, through its employees, recorded the expenses incurred by or on behalf of Principal FC, Ltd., and allocated those expenses to Principal FC, Ltd., on its financial statements, and received reimbursements for those expenses.

Dated and signed at Des Moines, Iowa, on this 23rd day of February, 2006.

Melinda Hanrahan

Melinda Hanrahan

Subscribed and sworn to before me on this 23rd day of February, 2006.

Cynthia D McDonough

Notary Public

NOTARIAL SEAL IOWA
CYNTHIA D McDONOUGH
Commission Number 186887
My Commission Expires
10/7/08

**PRINCIPAL FC LTD.**
**Summary of Securities Purchased**
**1991-2002**

| Date | Security Purchased | Yield Rate | Amount Paid | Due Date/ No. of Days |
|---|---|---|---|---|
| 12/18/91 | General Electric Capital Corp Notes | 4.5 | 946,397.92 | 01/17/92 |
| | | | | |
| 01/17/92 | General Electric Capital Corp Notes | 3.9 | 986,568.00 | 02/18/92 |
| 02/18/92 | General Electric Capital Corp Notes | 3.9 | 971,790.62 | 03/19/92 |
| 03/18/92 | General Electric Capital Corp Notes | 4.1 | 971,206.17 | 04/21/92 |
| 04/21/92 | General Electric Capital Corp Notes | 3.7 | 971,953.12 | 05/21/92 |
| 05/21/92 | General Electric Capital Corp Notes | 3.6 | 971,123.56 | 06/29/92 |
| 06/29/92 | General Electric Capital Corp Notes | 3.7 | 971,993.75 | 07/29/92 |
| 07/29/92 | General Electric Capital Corp Notes | 3.1 | 972,099.38 | 09/01/92 |
| 09/01/92 | Associates Corp of North America Notes | 3.0 | 999,833.33 | 09/03/92 |
| 09/03/92 | Associates Corp of North America Notes | 2.9 | 999,918.06 | 09/04/92 |
| 09/03/92 | U.S. Government Treasury 5.625% Note | 5.4 | 905,762.52 | 08/31/97 |
| 09/04/92 | General Electric Capital Corp Notes | 2.9 | 99,745.97 | 10/05/92 |
| 10/05/92 | General Electric Capital Corp Notes | 2.8 | 99,754.58 | 11/05/92 |
| 11/05/92 | General Motors Acceptance Corp Notes | 3.2 | 99,715.56 | 12/07/92 |
| 12/07/92 | General Electric Capital Corp Notes | 3.5 | 99,708.33 | 01/06/93 |
| | | | | |
| 01/06/93 | Associates Corp of North America Notes | 3.0 | 99,716.67 | 02/09/93 |
| 02/09/93 | General Electric Capital Corp Notes | 2.9 | 99,758.33 | 03/11/93 |
| 03/11/93 | General Electric Capital Corp Notes | 2.9 | 99,734.17 | 04/13/93 |
| 04/13/93 | General Electric Capital Corp Notes | 2.9 | 99,756.67 | 05/13/93 |
| 05/13/93 | General Electric Capital Corp Notes | 2.8 | 99,746.67 | 06/14/93 |
| 06/14/93 | General Electric Capital Corp Notes | 3.0 | 99,741.67 | 07/15/93 |
| 08/03/93 | General Electric Capital Corp Notes | 3.0 | 99,700.00 | 09/08/93 |
| 09/08/93 | General Electric Capital Corp Notes | 2.9 | 99,726.11 | 10/12/93 |
| 10/12/93 | American Express Credit Corp Notes | 3.0 | 99,716.67 | 11/15/93 |
| 11/15/93 | American Express Credit Corp Notes | 3.0 | 99,750.00 | 12/15/93 |
| 12/15/93 | General Electric Capital Corp Commercial Paper | 3.1 | 124,031.25 | 03/15/94 |
| | | | | |
| 03/16/94 | General Electric Capital Corp Notes | 3.7 | 123,843.75 | 06/14/94 |
| 06/14/94 | General Electric Capital Corp Notes | 4.3 | 123,646.88 | 09/12/94 |
| 09/12/94 | General Electric Capital Corp Notes | 4.8 | 172,898.78 | 12/12/94 |
| 12/12/94 | General Electric Capital Corp Notes | 6.7 | 145,070.83 | 06/12/95 |
| | | | | |
| 06/12/95 | General Electric Capital Corp Notes | 5.8 | 184,615.08 | 12/08/95 |
| 12/08/95 | General Electric Capital Corp Notes | 5.4 | 204,497.24 | 06/04/96 |
| | | | | |
| 06/04/96 | General Electric Capital Corp Notes | 5.4 | 204,446.32 | 12/02/96 |

| Date | Security Purchased | Yield Rate | Amount Paid | Due Date/ No. of Days |
|---|---|---|---|---|
| 12/05/96 | General Electric Capital Corp Notes | 5.3 | 233,760.00 | 06/03/97 |
| | | | | |
| 06/03/97 | General Electric Capital Corp Notes | 5.7 | 242,986.25 | 12/01/97 |
| 12/29/97 | General Electric Capital Corp Notes | 5.6 | 267,325.67 | 06/29/98 |
| | | | | |
| 06/29/98 | General Electric Capital Corp Notes | 5.5 | 291,764.50 | 12/28/98 |
| 12/30/98 | General Electric Capital Corp Notes | 4.8 | 317,281.25 | 06/28/99 |
| | | | | |
| 06/28/99 | General Electric Capital Corp Notes | 5.2 | 341,788.61 | 12/09/99 |
| 12/09/99 | General Electric Capital Corp Notes | 5.9 | 339,920.00 | 06/06/00 |
| | | | | |
| 06/06/00 | General Electric Capital Corp Notes | 6.8 | 362,556.25 | 12/04/00 |
| 12/04/00 | General Electric Capital Corp Notes | 6.4 | 397,148.78 | 06/04/01 |
| | | | | |
| 06/04/01 | General Electric Capital Corp Notes | 3.7 | 412,164.90 | 12/03/01 |
| 12/03/01 | General Electric Capital Corp Commercial Paper | 1.8 | 455,767.49 | 06/03/02 |
| | | | | |
| 06/04/02 | General Electric Capital Corp Commercial Paper | 1.7 | 473,014.10 | 08/30/02 |
| | | | | |

TRADE DATE: 12/18/91 SETTLEMENT DATE: 12/18/91

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 01/17/92 | | |
| DAYS TO CALL DATE: | 30 | PHYSICAL | ______ |
| INTEREST RATE: | 4.550000% | DTC | ______ |
| PAR AMOUNT: | 950,000.00 | CUSIP # | ______ |
| DISCOUNT: | 3,602.08 | | |
| COST: | 946,397.92 | | |
| PRICE: | 99.6208333333 | | |
| BOND EQUIVALENT YIELD: | 4.567318% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ______

VERIFIED #'S ______

BY: ______

PL.EX.12 001

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/18/1991

| TRADE DATE | REFERENCE NO |
|---|---|
| 12/18/91 | 512107 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 950,000.00 | | 01/17/1992 | 99.6208333 | 4.631 | 4.55 | 12/18/91 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 946,397.92
PROMISSORY NOTE

DATED 12/18/91

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 420 GE1213A08 | 506 | 327961 | 070-51-417 |

MDY P1 S&P A1+
3014 PRINCIPAL FC LTD 0010
ATTN MIKE THOMPSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 946,397.92

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131849 07

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

TRADE DATE: 01/17/92 SETTLEMENT DATE: 01/17/92

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 02/18/92

DAYS TO MATURITY: 32 PHYSICAL X

INTEREST RATE: 3.900000% DTC ______

PAR AMOUNT: 990,000.00 CUSIP # ______

DISCOUNT: 3,432.00

COST: 986,568.00

PRICE: 99.6533333333

BOND EQUIVALENT YIELD: 3.913567%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM X

VERIFIED #'S X

BY: [signature]

PL.EX.12 003

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 01/17/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 01/17/92 | 513624 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 990,000.00 | | 02/18/1992 | 99.6533333 | 3.968 | 3.90 | 01/17/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 986,568.00
PROMISSORY NOTE

DATED 01 17 92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 42-3 | GB011/A01 | 506 | 327951 | 070-51-41 |

MDI F1 S&P A1

3914 PRINCIPAL FG LTD 0010
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 986,568.00

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

104200 C7 0 0000008800 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 004

0600 3914 122

NORWEST BANK M..NESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**

CUSTOMER COPY

RECEIPT DATED: 01/17/92 DATE ACQUIRED: 01/17/92 ORIGINAL

CUSTOMER: 327951 RECEIPT: 513624

TAX ID: NR

PAYMENT

ACCOUNT: 070-51-417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION

GENERAL ELECTRIC CAPITAL CORP
PROMISSORY NOTE

PAR 990,000.00
PRIN 986,568.00

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0117A01 | 01/17/1992 | | 02/18/1992 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 3,432.00 |

NO. OF PIECES AND DENOMINATIONS

✓ BH 1-28-92

TRADE DATE: 02/18/92 SETTLEMENT DATE: 02/18/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 03/19/92 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | X |
| INTEREST RATE: | 3.950000% | DTC | |
| PAR AMOUNT: | 975,000.00 | CUSIP # | |
| DISCOUNT: | 3,209.38 | | |
| COST: | 971,790.6~~1~~2 | | |
| PRICE: | 99.6708333333 | | |
| BOND EQUIVALENT YIELD: | 3.963045% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM X

VERIFIED #'S X

BY: [signature]

PL.EX.12 006

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 02/18/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 02/18/92 | 515085 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 03/19/1992 | 99.6708333 | 4.018 | 3.95 | 02/18/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,790.62
PROMISSORY NOTE

DATED 02/18/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0218A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,790.62

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123241 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 007

TRADE DATE: 03/18/92 SETTLEMENT DATE: 03/18/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 04/21/92 | | |
| DAYS TO MATURITY: | 34 | PHYSICAL | / |
| INTEREST RATE: | 4.120000% | DTC | |
| PAR AMOUNT: | 975,000.00 | CUSIP # | |
| DISCOUNT: | 3,793.83 | | |
| COST: | 971,206.17 | | |
| PRICE: | 99.6108888889 | | |
| BOND EQUIVALENT YIELD: | 4.136094% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM VERIFIED #'S ✓ BY: [signature]

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 03/18/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 03/18/92 | 516569 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 04/21/1992 | 99.6108889 | 4.194 | 4.12 | 03/18/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,206.17
PROMISSORY NOTE

DATED 03/18/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0318A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,206.17

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

121743 07 0 000000008308 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 009

TRADE DATE: 04/21/92 SETTLEMENT DATE: 04/21/92

PURCHASE: XXX SALE: ________

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 05/21/92

DAYS TO MATURITY: 30 PHYSICAL ✓

INTEREST RATE: 3.750000% DTC ________

PAR AMOUNT: 975,000.00 CUSIP # ____________

DISCOUNT 3,046.88

COST: 971,953.12

PRICE: 99.6875000000

BOND EQUIVALENT YIELD: 3.761755%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓ BY: ABL

PL.EX.12 010

TRADE DATE: 05/21/92 SETTLEMENT DATE: 05/21/92

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 06/29/92 | | |
| DAYS TO MATURITY: | 39 | PHYSICAL | / |
| INTEREST RATE: | 3.670000% | DTC | |
| PAR AMOUNT: | 975,000.00 | CUSIP # | |
| DISCOUNT: | 3,876.44 | | |
| COST: | 971,123.56 | | |
| PRICE: | 99.6024166667 | | |
| BOND EQUIVALENT YIELD: | 3.684650% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM VERIFIED #'S ✓ BY: [signature]

PL.EX.12 011

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 05/21/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 05/21/92 | 520026 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 06/29/1992 | 99.6024167 | 3.736 | 3.67 | 05/21/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,123.56
PROMISSORY NOTE

DATED 05/21/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0521A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 971,123.56

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

125655 07 0 000001056 3 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

TRADE DATE: 06/29/92 SETTLEMENT DATE: 06/29/92

PURCHASE: XXX SALE: ____

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____ CUSIP NO. ____

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 07/29/92

DAYS TO MATURITY: 30 PHYSICAL ✓

INTEREST RATE: 3.700000% DTC ____

PAR AMOUNT: 975,000.00 CUSIP # ____

DISCOUNT: 3,006.25

COST: 971,993.75

PRICE: 99.6916666667

BOND EQUIVALENT YIELD: 3.711444%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 013

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/29/1992 | 06/29/92 | 522019 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 975,000.00 | | 07/29/1992 | 99.6916667 | 3.763 | 3.70 | 06/29/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 971,993.75
PROMISSORY NOTE

DATED 06/29/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0629A01 | 606 | 829951 | 070-51-417 |

MDY P1 S&P A1+

NET AMOUNT 971,993.75

3914 PRINCIPAL FC LTD 0613
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

125120 07 3 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 014

TRADE DATE: 07/29/92 SETTLEMENT DATE: 07/29/92

PURCHASE: XXX SALE: ______

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

BROKER: DIRECT

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 09/01/92

DAYS TO MATURITY: 34 PHYSICAL ✓

INTEREST RATE: 3.150000% DTC ______

PAR AMOUNT: 975,000.00 CUSIP # ______

DISCOUNT: 2,900.6[illegible]

COST: 972,099.38

PRICE: 99.7025000000

BOND EQUIVALENT YIELD: 3.159399%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ______

BY: [signature]

PL.EX.12 015

TRADE DATE: 09/01/92 SETTLEMENT DATE: 09/01/92

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | ASSOCIATES CORP OF NORTH AMERICA NOTES | | |
| MATURITY DATE: | 09/03/92 | | |
| DAYS TO MATURITY: | 2 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 1,000,000.00 | CUSIP # | |
| INTEREST: | 166.67 | | |
| COST: | 999,833.33 | | |
| PRICE: | 99.9833333333 | | |
| BOND EQUIVALENT YIELD: | 3.000500% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 016

TRADE DATE: 09/03/92 SETTLEMENT DATE: 09/03/92

PURCHASE: [XXX] SALE: [ ]

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: ASSOCIATES CORP OF NORTH AMERICA NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 09/04/92 | | |
| DAYS TO MATURITY: | 1 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.950000% | DTC | |
| PAR AMOUNT: | 1,000,000.00 | CUSIP # | |
| INTEREST: | 81.94 | | |
| COST: | 999,918.06 | | |
| PRICE: | 99.9918055556 | | |
| BOND EQUIVALENT YIELD: | 2.950242% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM [✓]

VERIFIED #'S [✓]

BY: [signature]

PL.EX.12 017

September 3, 1992

Norwest Investment Services
Seventh and Walnut
11th Floor
Des Moines, Iowa 50304

We confirm the purchase today of $1,000,000.00 General Electric Capital Corp Notes Due September 4, 1992 at a 2.95% discount.

You are authorized to charge our Principal FC, LTD Account, #7051417 in the amount of $999,918.06 to purchase the above Notes. Please hold the Notes in safekeeping for us, sending us the usual custody receipt and advice of debit to our account.

On September 4, 1992, please credit our above account in the amount of $1,000,000.00 for the maturity of these Notes and send us an advice of the credit entry.

J. G. Wisgerhof
Vice President & Treasurer

C. L. Bassett
Associate Treasurer

blg
7051417

TRADE DATE: 09/03/92 SETTLEMENT DATE: 09/04/92

PURCHASE: [XXX] SALE: [ ]

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. 912827G71

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: U. S. GOVERNMENT TREASURY 5.625% NOTE

| | | | |
|---|---|---|---|
| MATURITY DATE: | 08/31/97 | | |
| INTEREST RATE: | 5.625000% | PHYSICAL | [ ] |
| PAR AMOUNT: | 900,000.00 | DTC | [ ] |
| PRICE: | 100.578125000 | CUSIP # | [ ] |
| COST: | 905,203.13 | | |
| ACCRUED INTEREST: | 559.39 | | |
| TOTAL COST: | 905,762.52 | | |
| YIELD TO MATURITY: | 5.491000% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM [ ]

VERIFIED #'S [✓]

BY: [signature]

PL.EX.12 019

NORWEST INVESTMENT SERVICES
INCORPORATED
7TH & WALNUT
DES MOINES IOWA 50309
TELEPHONE (515) 245-3120

**CONFIRMATION AND ADVICE**

AS PRINCIPAL WE HAVE SOLD TO YOU 09/03/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 09/03/92 | 525239 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 900,000.00 | 5.625 | 08/31/1997 | 100.578125 | 5.491 | P100-18+ | 09/04/92 |

U.S. TREASURY NOTE
5 5/8 NOTE Q 97
5 5/8 NOTE Q 97
DATED 08/31/92 1ST COUPON 02/28/93
CUSIP 912827G71

PRINCIPAL 905,203.13

INTEREST FROM 08/31/1992
INTEREST AMOUNT 559.39

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING# |
|---|---|---|---|---|
| | 029 C09708558 | 606 | 327951 | 070-51-417 |

NET AMOUNT 905,762.52

3914 PRINCIPAL FC LTD 0600
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123313 01 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

PL.EX.12 020

TRADE DATE: 09/04/92 SETTLEMENT DATE: 09/04/92

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ____________________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 10/05/92

DAYS TO MATURITY: 31 PHYSICAL ✓

INTEREST RATE: 2.950000% DTC

PAR AMOUNT: 100,000.00 CUSIP #

INTEREST: 254.03

COST: 99,745.97

PRICE: 99.7459722222

BOND EQUIVALENT YIELD: 2.957513%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM ✓

VERIFIED #'S ✓

BY: [signature]

PL.EX.12 021

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 09/04/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 09/04/92 | 525309 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 10/05/1992 | 99.7459722 | 2.999 | 2.95 | 09/04/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,745.97
PROMISSORY NOTE

DATED 09/04/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0904A05 | | 606 327951 | 070-51-417 |

MDT P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,745.97

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122929 37 0 1 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

PL.EX.12 022

TRADE DATE: 10/05/92 SETTLEMENT DATE: 10/05/92

PURCHASE: [XXX] SALE: [ ]

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

| | | | |
|---|---|---|---|
| BROKER: | DIRECT | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 11/05/92 | | |
| DAYS TO MATURITY: | 31 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.850000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 245.42 | | |
| COST: | 99,754.58 | | |
| PRICE: | 99.7545833333 | | |
| BOND EQUIVALENT YIELD: | 2.857012% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 023

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

## CONFIRMATION AND ADVICE

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 10/05/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 10/05/92 | 526585 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 11/05/1992 | 99.7545833 | 2.897 | 2.85 | 10/05/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,754.58
PROMISSORY NOTE

DATED 10/05/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB1005A02 | 606 | 327851 | 070-51-417 |

MDY P1 S&P A1+

NET AMOUNT 99,754.58

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

133858 07 0 O N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 024

TRADE DATE: 11/05/92 SETTLEMENT DATE: 11/05/92

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL MOTORS ACCEPTANCE CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 12/07/92 | | |
| DAYS TO MATURITY: | 32 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.200000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 284.44 | | |
| COST: | 99,715.56 | | |
| PRICE: | 99.7155555556 | | |
| BOND EQUIVALENT YIELD: | 3.209128% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 025

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| TRADE DATE | REFERENCE NO |
|---|---|
| 11/05/92 | 528127 |

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 11/05/1992

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 12/07/1992 | 99.7155556 | 3.254 | 3.20 | 11/05/92 |

GENERAL MOTORS ACCEPTANCE CORP PRINCIPAL 99,715.56
PROMISSORY NOTE

DATED 11/05/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | #29 GC11C5A01 | 006 | 327951 | 070 51-417 |

MDT P1 S&P A1

7914 PRINCIPAL FC LTD (311)
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

**NET AMOUNT** 99,715.56

**PAYMENT AND DELIVERY INSTRUCTIONS**

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

.51015 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 026

TRADE DATE: 12/07/92 SETTLEMENT DATE: 12/07/92

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. CUSIP NO.

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 01/06/93

DAYS TO MATURITY: 30 PHYSICAL ✓

INTEREST RATE: 3.500000% DTC

PAR AMOUNT: 100,000.00 CUSIP #

INTEREST: 291.67

COST: 99,708.33

PRICE: 99.7083333333

BOND EQUIVALENT YIELD: 3.510238%

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY:

PL.EX.12 027

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/07/1992

| TRADE DATE | REFERENCE NO |
|---|---|
| 12/07/92 | 529595 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 01/06/1993 | 99.7083333 | 3.553 | 3.50 | 12/07/92 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,708.33
PROMISSORY NOTE

DATED 12/07/92

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB1207A02 | 65B | 327961 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,708.33

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

112857 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 028

TRADE DATE: 01/06/93 SETTLEMENT DATE: 01/06/93

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | ASSOCIATES CORP OF NORTH AMERICA NOTES | | |
| MATURITY DATE: | 02/09/93 | | |
| DAYS TO MATURITY: | 34 | PHYSICAL | ✓ |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 283.33 | | |
| COST: | 99,716.67 | | |
| PRICE: | 99.7166666667 | | |
| BOND EQUIVALENT YIELD: | 3.008524% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 029

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 01/06/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 01/06/93 | 531066 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 02/09/1993 | 99.7166667 | 3.050 | 3.00 | 01/06/93 |

ASSOC CORP OF NA PRINCIPAL 99,716.67
PROMISSORY NOTE

DATED 01/06/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | AE0106A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,716.67

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

114148 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 030

| | | | |
|---|---|---|---|
| TRADE DATE: | 02/09/93 | SETTLEMENT DATE: | 02/09/93 |
| PURCHASE: | XXX | SALE: | |

| | |
|---|---|
| ACCOUNT NAME: | PRINCIPAL FC, LTD |
| CUSTODIAN BANK: | NORWEST BANK IOWA N.A. |
| CUSTODY ACCOUNT #: | 7051417 |

BOND ID NO. ________ CUSIP NO. ________

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 03/11/93 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | ✓ |
| INTEREST RATE: | 2.900000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 241.67 | | |
| COST: | 99,758.33 | | |
| PRICE: | 99.7583333333 | | |
| BOND EQUIVALENT YIELD: | 2.907025% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 031

TRADE DATE: 03/11/93 SETTLEMENT DATE: 03/11/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 04/13/93

DAYS TO MATURITY: 33 PHYSICAL [ / ]

INTEREST RATE: 2.900000% DTC [ ]

PAR AMOUNT: 100,000.00 CUSIP # [ ]

INTEREST: 265.83

COST: 99,734.17

PRICE: 99.7341666667

BOND EQUIVALENT YIELD: 2.907730%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: [signature]

PL.EX.12 032

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| TRADE DATE | REFERENCE NO |
|---|---|
| 03/11/93 | 962194 |

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 03/11/1993

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 04/13/1993 | 99.7341667 | 2.948 | 2.90 | 03/11/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,734.17
PROMISSORY NOTE

DATED 03/11/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GE0311A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,734.17

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

151656 07 0 G H B W T 200

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 033

TRADE DATE: 04/13/93 SETTLEMENT DATE: 04/13/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 05/13/93 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | / |
| INTEREST RATE: | 2.920000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 243.33 | | |
| COST: | 99,756.67 | | |
| PRICE: | 99.7566666667 | | |
| BOND EQUIVALENT YIELD: | 2.927123% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 034

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 04/13/1993 | 04/13/93 | 535657 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 05/13/1993 | 99.7566667 | 2.968 | 2.92 | 04/13/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,756.67
COMMERCIAL PAPER

DATED 04/13/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0413A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,756.67

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131751 07 0 0 N 3 N T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 035

| | | | |
|---|---|---|---|
| TRADE DATE: | 05/13/93 | SETTLEMENT DATE: | 05/13/93 |
| PURCHASE: | XXX | SALE: | |

| | |
|---|---|
| ACCOUNT NAME: | PRINCIPAL FC, LTD |
| CUSTODIAN BANK: | NORWEST BANK IOWA N.A. |
| CUSTODY ACCOUNT #: | 7051417 |

| | | | |
|---|---|---|---|
| BOND ID NO. | | CUSIP NO. | |

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 06/14/93 | | |
| DAYS TO MATURITY: | 32 | PHYSICAL | |
| INTEREST RATE: | 2.850000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 253.33 | | |
| COST: | 99,746.67 | | |
| PRICE: | 99.7466666667 | | |
| BOND EQUIVALENT YIELD: | 2.857238% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 036

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 05/13/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 05/13/93 | 537093 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 06/14/1993 | 99.7466667 | 2.897 | 2.85 | 05/13/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,746.67
COMMERCIAL PAPER

DATED 05/13/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0513A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,746.67

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

130208 07 0 This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof 3 N 3 W T 000
Please Retain For Income Tax Purposes

PL.EX.12 037

TRADE DATE: 06/14/93 SETTLEMENT DATE: 06/14/93

PURCHASE: [XXX] SALE: [ ]

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 07/15/93 | | |
| DAYS TO MATURITY: | 31 | PHYSICAL | [ ] |
| INTEREST RATE: | 3.000000% | DTC | [ ] |
| PAR AMOUNT: | 100,000.00 | CUSIP # | [ ] |
| INTEREST: | 258.33 | | |
| COST: | 99,741.67 | | |
| PRICE: | 99.7416666667 | | |
| BOND EQUIVALENT YIELD: | 3.007770% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: ____________

PL.EX.12 038

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/14/1993 | 06/14/93 | 538549 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 07/15/1993 | 99.7416667 | 3.050 | 3.00 | 06/14/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,741.67
COMMERCIAL PAPER

DATED 06/14/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0614A03 | 606 | 327951 | 070-51-417 |

NET AMOUNT 99,741.67

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122558 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 039

TRADE DATE: 08/03/93 SETTLEMENT DATE: 08/03/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. CUSIP NO.

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 09/08/93

DAYS TO MATURITY: 36 PHYSICAL

INTEREST RATE: 3.000000% DTC

PAR AMOUNT: 100,000.00 CUSIP # 9[redacted]

INTEREST: 300.00

COST: 99,700.00

PRICE: 99.7000000000

BOND EQUIVALENT YIELD: 3.009027%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY:

PL.EX.12 040

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 08/03/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 08/03/93 | 265778 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 09/08/1993 | 99.7 | 3.051 | 3.00 | 08/03/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,700.00
COMMERCIAL PAPER

DATED 08/03/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0803A01 | 606 | 327951 | 070-51-417 |

NET AMOUNT 99,700.00

MDY P1 S&P A1
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

115231 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 041

TRADE DATE: 09/08/93 SETTLEMENT DATE: 09/08/93

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC, LTD

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITIAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 10/12/93 | | |
| DAYS TO MATURITY: | 34 | PHYSICAL | |
| INTEREST RATE: | 2.900000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| INTEREST: | 273.89 | | |
| COST: | 99,726.11 | | |
| PRICE: | 99.7261111111 | | |
| BOND EQUIVALENT YIELD: | 2.907965% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 042

(B)

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MI''EAPOLIS MINNESOTA
55 3-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 09/08/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 09/08/93 | 512432 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 10/12/1993 | 99.7261111 | 2.948 | 2.90 | 09/08/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 99,726.11
COMMERCIAL PAPER

DATED 09/08/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST# | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0908A01 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,726.11

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122723 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

```
99,726.11-
100,000.+
273.89*     Int. Earned
30.+
8.-
22.*        Sept
22.+
12.+        Oct
34.*        Total days held
22.÷        Sept.
34.x
273.89=
177.22294117 3*   Int Earned thru 9/30
```

PL.EX.12 043

TRADE DATE: 10/12/93 SETTLEMENT DATE: 10/12/93

PURCHASE: XXX SALE: ______

ACCOUNT NAME: PRINICPAL F.C.

CUSTODIAN BANK: ~~CITIBANK~~ Norwest

CUSTODY ACCOUNT #:

BOND ID NO. ______ CUSIP NO. ______

| | |
|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES |
| DESCRIPTION: | AMERICAN EXPRESS CREDIT CORP NOTES |
| MATURITY DATE: | 11/15/93 |
| DAYS TO MATURITY: | 34 |
| INTEREST RATE: | 3.000000% |
| PAR AMOUNT: | 100,000.00 |
| INTEREST: | 283.33 |
| COST: | 99,716.67 |
| PRICE: | 0.9971666667 |
| BOND EQUIVALENT YIELD: | 3.008524% |

PHYSICAL ______

DTC ______

CUSIP # ______

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM ______

VERIFIED #'S ______

BY: ______

D Vettel

PL.EX.12 044

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-8106

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS PRINCIPAL WE HAVE SOLD TO YOU 10/12/1993 | 10/12/93 | 544033 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 11/15/1993 | 99.7166667 | 3.050 | 3.00 | 10/12/93 |

AMERICAN EXPRESS PRINCIPAL 99,716.67
COMMERCIAL PAPER

DATED 05/03/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 407 AD0503A07 | 606 | 827951 | 070-51-417 |

NET AMOUNT 99,716.67

MDY P1 S&P A1+

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

122136 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 045

TRADE DATE: 11/15/93 SETTLEMENT DATE: 11/15/93

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LTD.

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES, INC. | | |
| DESCRIPTION: | AMERICAN EXPRESS CREDIT CORP NOTES | | |
| MATURITY DATE: | 12/15/93 | | |
| DAYS TO MATURITY: | 30 | PHYSICAL | X |
| INTEREST RATE: | 3.000000% | DTC | |
| PAR AMOUNT: | 100,000.00 | CUSIP # | |
| DISCOUNT: | 250.00 | | |
| COST: | 99,750.00 | | |
| PRICE: | 99.7500000000 | | |
| BOND EQUIVALENT YIELD: | 3.007519% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: ABV

PL.EX.12 046

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 11/15/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 11/15/93 | 545661 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 100,000.00 | | 12/15/1993 | 99.75 | 3.049 | 3.00 | 11/15/93 |

AMERICAN EXPRESS
COMMERCIAL PAPER

PRINCIPAL 99,750.00

DATED 11/15/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | AD1115A02 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 99,750.00

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

114126 07 C

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 047

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/15/1993

| TRADE DATE | REFERENCE NO |
|---|---|
| 12/15/93 | 547081 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 03/15/1994 | 99.225 | 3.168 | 3.10 | 12/15/93 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 124,031.25
COMMERCIAL PAPER

DATED 12/15/93

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GE1215A03 | 606 | 327951 | 070-51-417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 124,031.25

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

121520 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 048

TRADE DATE: 03/16/94 SETTLEMENT DATE: 03/16/94

PURCHASE: XXX SALE: 

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ________ CUSIP NO. ________________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 06/14/94 | | |
| DAYS TO MATURITY: | 90 | PHYSICAL | XXXX |
| INTEREST RATE: | 3.700000% | DTC | |
| PAR AMOUNT: | 125,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 1,156.25 | | |
| COST: | $123,843.75 | | |
| PRICE: | 99.0750000000 | | |
| ET BOND EQUIVALENT YIELD: | 3.734545% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM 

VERIFIED #'S 

BY: ________________

PL.EX.12 049

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

| TRADE DATE | REFERENCE NO |
|---|---|
| 03/16/94 | 731061 |

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 03/16/1994

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 06/14/1994 | 99.075 | 3.786 | 3.70 | 03/16/94 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 123,843.75
COMMERCIAL PAPER

DATED 03/16/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0316A02 | 606 | 327951 | 0007051417 |

NET AMOUNT 123,843.75

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

141451 07 0

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

D N 3 W T 000

PL.EX.12 050

0500 3914 1.00

NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**
CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 03/16/94 | 03/16/94 | ORIGINAL | 327951 | 731861 |

TAX ID: NR
PAYMENT
ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 125,000.00
PRIN 123,843.75

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0316A02 | 03/16/1994 | | 06/14/1994 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 1,156.25 |

NO OF PIECES AND DENOMINATIONS

ST Bond

0.*
31.+
16.÷
15.*
15.+
30.+
31.+
14.+
90.*
125,000.+
123,843.75-
1,156.25*
1,156.25×
15.÷
90.=
192.7083333*

(B)

PL.EX.12 051

TRADE DATE: 06/14/94 SETTLEMENT DATE: 06/14/94

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ______ CUSIP NO. ______

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 09/12/94 | | |
| DAYS TO MATURITY: | 90 | PHYSICAL | XXXX |
| INTEREST RATE: | 4.330000% | DTC | |
| PAR AMOUNT: | 125,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 1,353.12 | | |
| COST: | $123,646.88 | | |
| PRICE: | 98.9175000000 | | |
| ET BOND EQUIVALENT YIELD: | 4.377385% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 052

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/14/1994

| TRADE DATE | REFERENCE NO |
|---|---|
| 06/14/94 | 807272 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 125,000.00 | | 09/12/1994 | 98.9175 | 4.438 | 4.33 | 06/14/94 |

GENERAL ELECTRIC CAPTIAL CORP PRINCIPAL 123,646.88
COMMERCIAL PAPER

DATED 06/14/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0614A01 | 606 | 327951 | 00070514l7 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 123,646.88

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

131231 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof
Please Retain For Income Tax Purposes

PL.EX.12 053

0600 3914
NORWEST BANK MINNE? TA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

…ekeeping Receipt

CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 06/14/94 | 06/14/94 | ORIGINAL | 327951 | 807272 |

TAX ID
NR

PAYMENT

ACCOUNT 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPTIAL CORP
COMMERCIAL PAPER

PAR 125,000.00
PRIN 123,646.88

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0614A01 | 06/14/1994 | | 09/12/1994 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 1,353.12 |

NO OF PIECES AND DENOMINATIONS

PL.EX.12 054

TRADE DATE: 09/12/94 SETTLEMENT DATE: 09/12/94

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA

CUSTODY ACCOUNT #: 7051417

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE: | 12/12/94 | | |
| DAYS TO MATURITY: | 91 | PHYSICAL | XXXX |
| INTEREST RATE: | 4.750000% | DTC | |
| PAR AMOUNT: | 175,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 2,101.22 | | |
| COST: | $172,898.78 | | |
| PRICE: | 98.7993055556 | | |
| ET<br>BOND EQUIVALENT YIELD: | 4.807726% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: ____________

PL.EX.12 055

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | 09/12/1994 09/12/94 | 878927 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 175,000.00 | | 12/12/1994 | 98.7993056 | 4.874 | 4.75 | 09/12/94 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 172,898.78
COMMERCIAL PAPER

DATED 09/12/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB0912A01 | | 606 327851 | 0007051417 |

MDY P1 S&P A1+
3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 172,898.78

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

123091 07 0 This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof. Please Retain For Income Tax Purposes. 000

PL.EX.12 056

(B)

0600 3914 111

NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**

CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 09/12/94 | 09/12/94 | ORIGINAL | 327951 | 878927 |

TAX ID: NR

PAYMENT

ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 175,000.00
PRIN 172,898.78

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0912A01 | 09/12/1994 | | 12/12/1994 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 2,101.22 |

NO. OF PIECES AND DENOMINATIONS

0 *
30 +
12 -
18 *
175,000 +
172,898.78 -
2,101.22 *
2,101.22 ×
18 ÷
90 =
420.244 *

Sept. Accrual

PL.EX.12 057

TRADE DATE: 12/12/94 SETTLEMENT DATE: 12/12/94

PURCHASE: XXX SALE: 

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A..

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ____________ CUSIP NO. ____________________

---

| | |
|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP NOTES |
| MATURITY DATE: | 06/12/95 |
| DAYS TO MATURITY: | 182 |
| INTEREST RATE: | 6.500000% |
| PAR AMOUNT: | 150,000.00 |
| DISCOUNT/INTEREST: | 4,929.17 |
| COST: | $145,070.83 |
| PRICE: | 96.7138888889 |
| BOND EQUIVALENT YIELD: | 6.720855% |

PHYSICAL: XXXX
DTC: 
CUSIP #: 

---

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

---

AUTH. SYSTEM 

VERIFIED #'S 

BY: ____________________

PL.EX.12 058

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

## CONFIRMATION AND ADVICE

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 12/12/1994

| TRADE DATE | REFERENCE NO |
|---|---|
| 12/12/94 | 565775 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 150,000.00 | | 06/12/1995 | 95.7138889 | 6.814 | 6.50 | 12/12/94 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 145,070.83
COMMERCIAL PAPER

DATED 12/12/94

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| | 429 GB1212A01 | 506 | 327951 | 0007051417 |

MDY P1 S&P A1+
2914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

NET AMOUNT 145,070.83

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

134132 07 0 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes.

PL.EX.12 059

0600 3914
NORWEST BANK MINNESOTA NA
SIXTH AND MARQUETTE AVENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

**Safekeeping Receipt**

CUSTOMER COPY

| RECEIPT DATED | DATE ACQUIRED | | CUSTOMER | RECEIPT |
|---|---|---|---|---|
| 12/12/94 | 12/12/94 | ORIGINAL | 327951 | 565775 |

TAX ID: NR

PAYMENT

ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 150,000.00
PRIN 145,070.83

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB1212A01 | 12/12/1994 | | 06/12/1995 |

WH 27

| CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT |
|---|---|---|---|---|
| | | | | |

| PAY AGT | NEXT CPN DATE | NEXT INT AMT | |
|---|---|---|---|
| 0071 | | | 4,929.17 |

NO. OF PIECES AND DENOMINATIONS

ST-Bond

4,929.17÷
182.=
27.08*

Accrued 19 days in Dec.94 & Reversed So Add back on

0.*
27.08×
19.=
514.52*

2437.20
514.52
2,951.72

31.00+
28.00+
31.00+
003
90.00*

March

27.08×
90.=
2,437.20*

PL.EX.12 060

TRADE DATE: 06/12/95 SETTLEMENT DATE: 06/12/95

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A..

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ________ CUSIP NO. ________

---

| | | | |
|---|---|---|---|
| BROKER: | NOREST INVESTMENTSERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP. NOTES | | |
| MATURITY DATE: | 12/08/95 | | |
| DAYS TO MATURITY: | 179 | PHYSICAL | |
| INTEREST RATE: | 5.700000% | DTC | XXXXXX |
| PAR AMOUNT: | 190,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 5,384.92 | | |
| COST: | $184,615.08 | | |
| PRICE: | 97.1658333333 | | |
| BOND EQUIVALENT YIELD: | 5.866260% | | |

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

VERIFIED #'S

BY: ________

PL.EX.12 061

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**CONFIRMATION AND ADVICE**

| | TRADE DATE | REFERENCE NO |
|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU 06/12/1995 | 06/12/95 | 817638 |

| PAR VALUE | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 190,000.00 | | 12/08/1995 | 97.1658333 | 5.948 | 5.70 | 06/12/95 |

GENERAL ELECTRIC CAPITAL CORP PRINCIPAL 184,615.08
COMMERCIAL PAPER

DATED 06/12/95

| TIN NUMBER | SECURITY NUMBER | SLS | SK/CUST # | SAVINGS/CHECKING # |
|---|---|---|---|---|
| 429 | GB0612A03 | 606 | 327951 | 0007051417 |

MDY P1 S&P A1+

NET AMOUNT 184,615.08

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

PAYMENT AND DELIVERY INSTRUCTIONS

CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES TO BE
PLACED IN SAFEKEEPING

140647 07 0 0 N 3 W T 000

This confirmation and advice is subject to the terms and conditions stated on the reverse side hereof.
Please Retain For Income Tax Purposes

PL.EX.12 062

0600 3914
NORWEST BANK MINNES A NA
SIXTH AND MARQUETTE VENUE
MINNEAPOLIS MN 55479-0130
(515) 245-3120

keeping Receipt
CUSTOMER COPY

RECEIPT DATED: 06/12/95
DATE ACQUIRED: 06/12/95
ORIGINAL
CUSTOMER: 327951
RECEIPT: 817638
TAX ID: NR
PAYMENT
ACCOUNT: 0007051417

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SECURITY DESCRIPTION
GENERAL ELECTRIC CAPITAL CORP
COMMERCIAL PAPER

PAR 190,000.00
PRIN 184,615.08

| CUSIP | ISSUED | RATE | MATURITY |
|---|---|---|---|
| GB0612A03 | 06/12/1995 | | 12/08/1995 |

WH 27

CALL CD | CALL DATE | CALL PRICE | INT DATE | INT AMOUNT

| PAY AGT | NEXT CPN DATE | NEXT INT AMT |
|---|---|---|
| 0071 | | 5,384.92 |

NO. OF PIECES AND DENOMINATIONS

004

18.+
31.+
31.+
30.+
110.*
5,384.92÷
179.=
30.0833519553*
30.0833519553×
110.=
3,309.16871508*

18.00+
31.00+
31.00+
30.00+
31.00+
30.00+
8.00+
179.00*

0.*
5,384.92÷
179.=
30.0833519553*
30.0833519553×
18.=
541.500335195*

PL.EX.12 063

TRADE DATE: 12/08/95 SETTLEMENT DATE: 12/08/95

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ________ CUSIP NO. ________

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION: | GENERAL ELECTRIC CAPITAL CORP. NOTES | | |
| MATURITY DATE: | 06/04/96 | | |
| DAYS TO MATURITY: | 179 | PHYSICAL | |
| INTEREST RATE: | 5.270000% | BE | XXXXXX |
| PAR AMOUNT: | 210,000.00 | CUSIP # | |
| DISCOUNT/INTEREST: | 5,502.76 | | |
| COST: | $204,497.24 | | |
| PRICE: | 97.3796388889 | | |
| BOND EQUIVALENT YIELD: | 5.411809% | | |

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK: |
| CLASS. CODE: | LOCATION: |
| FUNDS: | PAYING AGENT: |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE: |

AUTH. SYSTEM

VERIFIED #'S

BY: [signature]

PL.EX.12 064

**CONFIRMATION/RECEIPT**

This confirmation and advice is subject to the terms and conditions stated below and on the reverse side hereof. PLEASE RETAIN FOR INCOME TAX PURPOSES.

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
55479-0130 TELE(612)667-5257

**Nondeposit investment products are not FDIC insured; are not bank deposits; are not obligations of, or guaranteed by, any bank; and are subject to investment risks, including the possible loss of principal invested.**

3914 PRINCIPAL FC LTD 0013
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

| CUSTOMER NUMBER | TAX IDENTIFICATION NUMBER | SLS | SAVINGS/CHECKING ACCOUNT NUMBER | SECURITY/CUSIP NUMBER |
|---|---|---|---|---|
| 327951 | | 606 | 0007051417 | 429 GB1208A01 |

AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU

| DATE CONFIRMED | TRADE DATE | REFERENCE NUMBER |
|---|---|---|
| 12/08/1995 | 12/08/95 | 584715 |

| PAR VALUE/SHARES | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 210,000.00 | | 06/04/1996 | 97.3796389 | 5.412 | 5.27 | 12/08/95 |

GENERAL ELEC CAP CORP
COMMERCIAL PAPER

DATED 12/08/95

MOODY P1 S&P A1+

PRINCIPAL 204,497.24

PAYMENT AND DELIVERY INSTRUCTIONS
CHARGE YOUR CHECKING ACCOUNT
THESE SECURITIES DEPOSITED
IN SAFEKEEPING

NET AMOUNT 204,497.24

0730
115344 07 0 0 N 3 W T 000

*****************************************************************************

WE HOPE YOU ARE PLEASED WITH THE NEW SIZE OF YOUR CONFIRMATION/RECEIPT WHICH ALLOWS US TO MAKE MORE COMPLETE, CONSPICUOUS DISCLOSURES TO YOU. THE NEW CONFIRMATION PROVIDES ADDITIONAL INFORMATION THAT YOU SHOULD FIND USEFUL.

*****************************************************************************

PL.EX.12 065

| | | | |
|---|---|---|---|
| TRADE DATE: | 06/04/96 | SETTLEMENT DATE: | 06/04/96 |
| PURCHASE: | XXX | SALE: | |

---

| | |
|---|---|
| ACCOUNT NAME: | PRINCIPAL FC LIMITED |
| CUSTODIAN BANK: | NORWEST BANK IOWA N.A. |
| CUSTODY ACCOUNT #: | #7051417 |

BOND ID NO. ____________ CUSIP NO. ____________

---

| | | | |
|---|---|---|---|
| BROKER: | NORWEST INVESTMENT SERVICES | | |
| DESCRIPTION. | GENERAL ELECTRIC CAPITAL CORP NOTES | | |
| MATURITY DATE | 12/02/96 | | |
| DAYS TO MATURITY. | 181 | PHYSICAL | |
| INTEREST RATE | 5 260000% | BE | XXXXXX |
| PAR AMOUNT. | 210,000.00 | CUSIP # | |
| DISCOUNT / INTEREST: | 5,553.68 | | |
| COST: | $204,446.32 | | |
| PRICE: | 97.3553888889 | | |
| BOND EQUIVALENT YIELD: | 5.402885% | | |

---

| | |
|---|---|
| FINANCING TYPE: | CLOSING BANK |
| CLASS. CODE. | LOCATION |
| FUNDS: | PAYING AGENT |
| RATING: | ANALYST CODE |
| INDUSTRY CODE: | BROKER CODE |

---

AUTH. SYSTEM [ ]

VERIFIED #'S [ ]

BY: ____________

PL.EX.12 066

NORWEST INVESTMENT SERVICES
INCORPORATED
SIXTH & MARQUETTE AVENUE
MINNEAPOLIS MINNESOTA
5479-0130 TELE(612)667-5257

**CONFIRMATION/RECEIPT**

This confirmation and advice is subject to the terms and conditions stated below and on the reverse side hereof. PLEASE RETAIN FOR INCOME TAX PURPOSES.

**Nondeposit investment products are not FDIC insured; are not bank deposits; are not obligations of, or guaranteed by, any bank; and are subject to investment risks, including the possible loss of principal invested.**

3914 PRINCIPAL FC LTD ~~ATTN MIKE JOHNSON~~ Deb W 0013
801 GRAND AVE
DES MOINES IA 50309

| CUSTOMER NUMBER | TAX IDENTIFICATION NUMBER | SLS | SAVINGS/CHECKING ACCOUNT NUMBER | SECURITY/CUSIP NUMBER |
|---|---|---|---|---|
| 327951 | | 599 | 0007051417 | 429 GE0604A04 |

| | DATE CONFIRMED | TRADE DATE | REFERENCE NUMBER |
|---|---|---|---|
| AS RISKLESS PRINCIPAL WE HAVE SOLD TO YOU | 06/04/1996 | 06/04/96 | 145750 |

| PAR VALUE/SHARES | RATE | MATURITY DATE | PRICE | YIELD | BASIS | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 210,000.00 | | 12/02/1996 | 97.3553889 | 5.403 | 5.26 | 06/04/96 |

GENERAL ELEC CAP CORP
COMMERCIAL PAPER

DATED 0

0•*
26•00+
31•00+ 210,000•00+
31•00+ 204,446•32-
30•00+ 000
31•00+ 5,553•68*
30•00+
2•00+ 5,553•68÷
MOOD 007 181•=
181•00* 30•68*

PAL 204,446.32

PAYMENT IO
A 30•68×
THESE SECURITIES ...OS 26•=
IN SAFEKEEPING 797•68*

0•* OUNT 204,446.32

0 0 N 3 W T 000

*******************************************************
WE HOPE YOU ARE PLEASED WITH THE NEW SIZE OF YOUR CONFIRMATION/RECEIPT WHICH ALLOWS US TO MAKE MORE COMPLETE, CONSPICUOUS DISCLOSURES TO YOU. THE NEW CONFIRMATION PROVIDES ADDITIONAL INFORMATION THAT YOU SHOULD FIND USEFUL.
*******************************************************

PL.EX.12 067

TRADE DATE: 12/05/96 SETTLEMENT DATE: 12/05/96

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE: | 06/03/97 | | |
| DAYS TO MATURITY: | 180 | PHYSICAL | |
| INTEREST RATE: | 5.200000% | BE | XXXXXX |
| PAR AMOUNT: | 240,000.00 | CUSIP # | |
| DISCOUNT / INTEREST: | 6,240.00 | 0201500 | 240,000 |
| COST: | $233,760.00 | 0201600 | 6,240.00 |
| PRICE: | 97.4000000000 | 0010100 | 233,760.00 |
| BOND EQUIVALENT YIELD: | 5.338809% | | |

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

BY:

VERIFIED #'S

PL.EX.12 068

**YOUR CONFIRMATION**

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 9 | 00082 | 12/05/96 | 12/05/96 |

| YOU | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| BOUGHT | 240,000 | GED000KC1 | | 97.4 | 55311 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GENERAL ELECTRIC CAPITAL_CORP COMMERCIAL PAPER DISCOUNTED | 0.00000 | 06/03/97 | 12/05/96 |

BON⁻ EQUIV YIELD: 5.413% DISC PR⁻ 5.200%
CD ⁻TV YIELD: 5.339%

(Pay
CH
DD.

)UNT
)00(

?AL 233,760.00

CLEAR
5T Bond

31.00 +
5.00 −
002
26.00 *

26.00 +
31.00 +
28.00 +
31.00 +
004
116.00 *

240,000.00 +
233,760.00 −
002
6,240.00 *

6,240.00 ÷
180. =
34.67 *

Dec 26.00 +
Jan 31.00 +
Feb 28.00 +
Mar 31.00 +
Apr 30.00 +
May 31.00 +
June 3.00 +
007
180.00 *

PL.EX.12 069

)UNT 233,760.00

*SEE
Th

IONS S. Discount earned 34.67 x
116. =
4,021.72 *

SE RETAIN FOR INCOME TAX PURPOSES.

NOT FDIC insured

Norwest Investment Services, Inc. (NISI).
Member NASD/Chicago Stock Exchange/SIPC

NC 28037 BND (10-96-186163)

TRADE DATE: 06/03/97 SETTLEMENT DATE: 06/03/97

Deb W
9-17

PURCHASE: XXX SALE:

---

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE: 12/01/97

DAYS TO MATURITY: 181 PHYSICAL

INTEREST RATE: 5.580000% BE XXXXXX

PAR AMOUNT: 250,000.00 CUSIP #

DISCOUNT / INTEREST: 7,013.75

COST: $242,986.25

PRICE: 97.1945000000

BOND EQUIVALENT YIELD: 5.741066%

---

FINANCING TYPE: CLOSING BANK:

CLASS. CODE: LOCATION:

FUNDS: PAYING AGENT:

RATING: ANALYST CODE:

INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

BY: [signature]

VERIFIED #'S

PL.EX.12 070

**YOUR CONFIRMATION**

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 9 | 00061 | 06/03/97 | 06/03/97 |

| | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| YOU BOUGHT | 250,000 | GED001PU4 | | 97.1945 | 87692 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GENERAL ELECTRIC CAPITAL_CORP COMMERCIAL PAPER DISCOUNTED | 0.00000 | 12/01/97 | 06/03/97 |

BOND EQUIV YIELD: 5.821% DISC PRICE: 5.580%
CD EQUIV YIELD: 5.741%

(Payment and Delivery Instructions)
CHARGE YOUR CHECKING ACCOUNT
DDA# 0007051417 ABA# 073000228

PRINCIPAL 242,986.25

000
0. *
0.30 +
0.03 -
002
0.27 *
Jun 0.27 +
Jul 0.31 +
Aug 0.31 +
Sept. 0.30 +
Oct. 0.31 +
Nov. 0.30 +
Dec. 0.01 +
007
1.81 *

000
0. *
ST Bond
250,000.00 +
242,986.25 -
002
7,013.75 *
7,013.75 ÷
181. =
38.75 *
38.75 x
June 27. =
Discount earned 1,046.25 *

PL.EX.12 071

AMOUNT 242,986.25

PLEASE RETAIN FOR INCOME TAX PURPOSES.

conditi

CLEAR
NO BANK GUARANTEE.

Norwest Investment Services, Inc. (NISI).
Member NASD/Chicago Stock Exchange/SIPC

NC 28037 BND (10-96-186163)

# YOUR CONFIRMATION

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 2 | 00120 | 09/02/97 | 09/03/97 |

| YOU | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| BOUGHT | 900,000 | 9128273G5 | | 100.00 | 06399 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| U S TREASURY NOTE | 6.25000 | 08/31/02 | 09/02/97 |

1ST COUPON: 02/28/98
:ELD GIVEN DOLLAR PRICE 6.250 TO MATURITY

(Pay ment and Delivery Instructions)
CH GE YOUR CHECKING ACC T
DI 0007051417 ABA# 07:
UUU
0(
007

INT FROM 09/02/97 TO 09/03/97
NCIPAL 900,000.00
EST 152.85

0. *
Sept 0.27 +
Oct 0.31 +
Nov 0.30 +
Dec 0.31 +
Jan 0.31 +
Feb 0.28 +
Mar 0.31 +
2.09 *

LT Bond

900.000. x
0.0625 =
56,250.00 *
56,250.00 ÷
365. =
154.11 * 9.80
154.11 x
209. =
32,208.99 *

Accrued interest

PL.EX.12 072

CLEAR
AMOUNT 900,152.85

* LEGEND ON REVERSE SIDE

This confirmation is subject to the terms and conditions stated herein and ... PLEASE RETAIN FOR INCOME TAX PURPOSES

Investments offered by NISI are NOT FDIC insured

MAY LOSE VALUE.
NO BANK GUARANTEE.

Norwest Investment Services, Inc. (NISI) Member NASD Chicago Stock Exchange/SIPC

NC 28037 BND (10-96) 186165

TRADE DATE: 12/29/97 SETTLEMENT DATE. 12/29/97

PURCHASE: XXX SALE:

ACCOUNT NAME PRINCIPAL FC LIMITED

CUSTODIAN BANK: NORWEST BANK IOWA N.A.

CUSTODY ACCOUNT #: #7051417

BOND ID NO. ______ CUSIP NO ______

BROKER: NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

| | | | |
|---|---|---|---|
| MATURITY DATE· | 06/29/98 | | |
| DAYS TO MATURITY: | 182 | PHYSICAL | |
| INTEREST RATE: | 5.520000% | BE | XXXXXX |
| PAR AMOUNT: | 275,000.00 | CUSIP # | |
| DISCOUNT / INTEREST· | 7,674 33 | | |
| COST: | $267,325 67 | | |
| PRICE | 97.2093333333 | | |
| BOND EQUIVALENT YIELD· | 5 678467% | | |

| | |
|---|---|
| FINANCING TYPE. | CLOSING BANK |
| CLASS. CODE: | LOCATION: |
| FUNDS. | PAYING AGENT. |
| RATING: | ANALYST CODE: |
| INDUSTRY CODE: | BROKER CODE |

AUTH. SYSTEM

BY·

VERIFIED #'S

PL.EX.12 073

# YOUR CONFIRMATION

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

**REGISTERED REP**
LINDA M BROICh
**TELEPHONE NUMBER**
515-245-8350

PRINCIPAL FC LTD
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 42-1377999 | WNLB | 0 | 2 | 00030 | 12 29/97 | 12/29/97 |

| | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| YOU BOUGHT | 275,000 | 36959JEV0 | | 97.209333 | 03288 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| GE CP A1+ P1<br>COMMERCIAL PAPER<br>DISCOUNTED | 0.00000 | 06/29/98 | 12/29/97 |

BND EQUIV YIELD: 6.767% DISC PRICE: 6.520%
MD EQUIV YIELD: 6.678%

(Payment and Delivery Instructions)
CHARGE YOUR CHECKING ACCOUNT
DDA# 000701417 ABA# 073000228

PRINCIPAL 267,325.67

000 000

0. * 0. *

Dec 0.02 + 275,000.00 +
Jan. 0.31 + 267,325.67 −
92 days Feb. 0.28 + 002
Mar 0.31 + 7,674.33 *
0.30 +
0.31 + 7,674.33 ÷
0.29 + 182. =
007 42.17 *

STBond

PL.EX.12 074

1.82 *

Discount earned

42.17 ×
92. =
3,879.64 *

...UNT 267,325.67

*SEE LEGEND ON REVERSE SIDE

*This confirmation is subject to the terms and conditions sta... ...E RETAIN FOR INCOME TAX PURPOSES.*

| | | |
|---|---|---|
| Investments offered by NISI are NOT FDIC insured | N... N... CLEAR | Norwest Investment Services, Inc. (NISI). Member NASD/Chicago Stock Exchange/SIPC |

NC 28037 BND (10-96-186163)

TRADE DATE: 06/29/98 SETTLEMENT DATE 06/29/98

PURCHASE [XXX] SALE. [ ]

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK NORWEST BANK IOWA N A

CUSTODY ACCOUNT # #7051417

BOND ID NO ________ CUSIP NO

Maturity
DR 0010100 275,000.-
CR 0201500 275,000.-
~~DR 0201600 7,674.33~~
CR 3100500 7,674.33

BROKER NORWEST INVESTMENT SERVICES

DESCRIPTION: GENERAL ELECTRIC CAPITAL CORP NOTES

MATURITY DATE 12/28/98

DAYS TO MATURITY 182 PHYSICAL [ ]

INTEREST RATE: 5 430000% BE [XXXXXX]

PAR AMOUNT 300,000 00 CUSIP # [ ]

DISCOUNT / INTEREST 8,235 50

COST: $291,764.50

PRICE. 97.2548333333

BOND EQUIVALENT YIELD: 5 583270%

Purchase
DR 0201500 300,000
CR 0201600 8,235.50
CR 0010100 291,764.50

ST Interest

000
0. *
June 0.01 +
July 0.31 +
Aug 0.31 +
Sept 0.30 +
004
0.93 *

8,235.50 ÷
182. =
45.25 *

45.25 x
93. =
4,208.25 *

CLEAR

F
C
F
R
IN
AL
VE

CLOSING BANK

LOCATION

PAYING AGENT

ANALYST CODE.

BROKER CODE.

Alice B. Robertson

PL.EX.12 075

| | | | |
|---|---|---|---|
| TRADE DATE | 12/30/98 | SETTLEMENT DATE. | 12/30/98 |
| PURCHASE | XXX | SALE | |

Deb Wagner 6-17

| | |
|---|---|
| ACCOUNT NAME | PRINCIPAL FC LIMITED |
| CUSTODIAN BANK | Norwest Bank Iowa N A |
| CUSTODY ACCOUNT # | #7051417 |

| | | | |
|---|---|---|---|
| BOND ID NO | | CUSIP NO | |

| | |
|---|---|
| BROKER | Norwest Investment Services |
| DESCRIPTION. | General Electric Capital Corp Notes |

| | | | |
|---|---|---|---|
| MATURITY DATE | 06/28/99 | | |
| DAYS TO MATURITY | 180 | PHYSICAL | |
| INTEREST RATE | 4 750000% | BE | |
| PAR AMOUNT | 325,000 00 | CUSIP # | 36959jt47 |
| DISCOUNT / INTEREST | 7,718.75 | | |
| COST | $317,281 25 | | |
| PRICE. | 97.6250000000 | | |
| BOND EQUIVALENT YIELD. | 4 865557% | | |

| | | | |
|---|---|---|---|
| FINANCING TYPE | | CLOSING BANK | |
| CLASS CODE | | LOCATION: | |
| FUNDS: | | PAYING AGENT: | |
| RATING | | ANALYST CODE: | |
| INDUSTRY CODE. | | BROKER CODE: | |

| | | |
|---|---|---|
| AUTH. SYSTEM | | BY: |
| VERIFIED #'S | | |

000

0. *

.5T Interest

Dec 0.01 +
Jan 0.31 +
Feb 0.28 +
Mar 0.31 +

004

0.91 *

7.718.75 ÷
180. =
42.88 *

42.88 x
91. =
accrued 3.902.08 *

CLEAR

PL.EX.12 076

TRADE DATE: 06/28/99 SETTLEMENT DATE: 06/28/99

PURCHASE: XXX SALE:

Maturity: 6-28-99

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Norwest Bank Iowa N A

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

0010100 350,000.–
0201500 350,000
[illegible] 7,718.75
3100500 7,718.75

Purchase:
Dr 0201500 350,000.–
Cr 0201500 8,211.39
Cr 0010100 341,788.61

BROKER: Norwest Investment Services

DESCRIPTION: GE Capital Corp. Notes

MATURITY DATE: 12/09/99

DAYS TO MATURITY: 164 PHYSICAL

INTEREST RATE: 5.150000% BE

PAR AMOUNT: 350,000.00 CUSIP # 36959JZ97

DISCOUNT / INTEREST: 8,211.39

COST: $341,788.61

PRICE: 97.6538888889

BOND EQUIVALENT YIELD: 5.273728%

0. *

ST interest

8,211.39 ÷
164. =
50.07 *

0. *

*Payment Information:*

June 0.02 +
July 0.31 +
Aug 0.31 +
Sept. 0.30 +
Days 0.94 *

50.07 x
94. =
4,706.58 *

CLEAR

FINANCING TYPE:
CLASS. CODE: 004
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

000

AUTH. SYSTEM

BY:

VERIFIED #'S

PL.EX.12 077

TRADE DATE: 12/09/99 SETTLEMENT DATE: 12/09/99

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Norwest Bank Iowa N A

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity: 12/9/99
Dr 0010100 350,000-
Cr 0201500 350,000-
Dr 0201600 8211.39
Cr 3100500 8211.39

BROKER: Norwest Investment Services

DESCRIPTION: General Electric Capital Corp. Notes

MATURITY DATE: 06/06/00

DAYS TO MATURITY: 180 PHYSICAL

INTEREST RATE: 5.760000% BE

PAR AMOUNT: 350,000.00 CUSIP # 36959HF69

DISCOUNT / INTEREST: 10,080.00

COST: $339,920.00

PRICE: 97.1200000000

BOND EQUIVALENT YIELD: 5.930807%

Purchase:
Dr 0201500 350,000.
Cr 0201600 10,080.
Cr 0010100 339,920

0•C

Dec 0•22 +
Jan 0•31 +
Feb 0•29 +
Mar 0•31 +
1•13 T

0•00 T

0•C

*Payment Information:*

FINANCING TYPE: CLOSING BANK:
CLASS. CODE: LOCATION:
FUNDS: PAYING AGENT:
RATING: ANALYST CODE:
INDUSTRY CODE: BROKER CODE:

ST Interest accrued
10,080•00 ÷
180•00 =
56•00 +

56•00 ×
113•00 =
6,328•00 +

0•C

AUTH. SYSTEM BY:

VERIFIED #'S

PL.EX.12 078

TRADE DATE: 06/06/00 SETTLEMENT DATE: 06/06/00

PURCHASE: XXX SALE:

ACCOUNT NAME: PRINCIPAL FC LIMITED

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 $350,000.00
CR 0201500 350,000.00
DR 0201600 $10,080.00
CR 3100500 10,080.00

BROKER: Wells Fargo Investment Services Inc

DESCRIPTION: General Electric Capital Corp. Notes

Purchase:
DR 0201500 $375,000.00
CR 0201600 12,443.75
CR 0010100 362,556.25

| | | | |
|---|---|---|---|
| MATURITY DATE: | 12/04/00 | | |
| DAYS TO MATURITY: | 181 | PHYSICAL | |
| INTEREST RATE: | 6.600000% | DTC | XXX |
| PAR AMOUNT: | 375,000.00 | CUSIP # | 36959HM46 |
| DISCOUNT / INTEREST: | 12,443.75 | | |
| COST: | $362,556.25 | | |
| PRICE: | 96.6816666667 | | |
| BOND EQUIVALENT YIELD: | 6.826527% | | |

0•00 T
0•C

6T
accrued interest

June 0•24 +
July 0•31 +
Aug 0•31 +
Sept 0•30 +
1•16 T

0•C

12,443•75 ÷
181•00 =
68•75 +

0•C

68•75 ×
116•00 =
→ 7,975•00 +

0•C
0•00 T

*Payment Information:*

FINANCING TYPE: CLOSING BANK:
CLASS. CODE: LOCATION:
FUNDS: PAYING AGENT:
RATING: ANALYST CODE:
INDUSTRY CODE: BROKER CODE:

AUTH. SYSTEM

VERIFIED #S BY:

TRADE DATE: 12/04/00 SETTLEMENT DATE: 12/04/00

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 $375,000.00
CR 0201500 375,000.00

DR 0201600 $12,443.75
CR 3100500 12,443.75

BROKER: Wells Fargo Investment Services Inc.

DESCRIPTION: G E Capital Corp Notes

MATURITY DATE: 06/04/01

DAYS TO MATURITY: 182 PHYSICAL

INTEREST RATE: 6.200000% DTC

PAR AMOUNT: 410,000.00 CUSIP # 36959ht49

DISCOUNT / INTEREST: 12,851.22

COST: $397,148.78

PRICE: 96.8655555556

BOND EQUIVALENT YIELD: 6.400624%

Purchase:
DR 0201500 $410,000.00
CR 0201600 12,851.22
CR 0010100 397,148.78

*Payment Informatio*

0•C

ST
DEC 0•27 +
JAN 0•31 +
FEB 0•28 +
MAR 0•31 +
APR 0•30 +
1•47 T

0•C
12,851•22 ÷
182•00 =
70•61 +
0•C

ST accrued interest

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK
LOCATION:
PAYING AGENT
ANALYST CODE
BROKER CODE

AUTH. SYSTEM

VERIFIED #S

BY:

0•C
70•61 ×
147•00 =
10,379•67 +

PL.EX.12 080

TRADE DATE: 06/04/01 SETTLEMENT DATE: 06/04/01

PURCHASE: XXX SALE:

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

Maturity:
DR 0010100 410,000.00
CR 0201500 410,000.00
DR 0201600 12,851.22
CR 3100500 12,851.22

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: General Electric Capital Corp Notes

| | | | |
|---|---|---|---|
| MATURITY DATE: | 12/03/01 | | |
| DAYS TO MATURITY: | 182 | PHYSICAL | |
| INTEREST RATE: | 3.690000% | DTC | |
| PAR AMOUNT: | 420,000.00 | CUSIP # | 36959HZ34 |
| DISCOUNT / INTEREST: | 7,835.10 | | |
| COST: | $412,164.90 | | |
| PRICE: | 98.1345000000 | | |
| BOND EQUIVALENT YIELD | 3.760146% | | |

Purchase:
DR 0201500 420,000.00
CR 0201600 7,835.10
CR 0010100 412,164.90

*Payment Information:*

0•C

0•C

5T

5T accrued interest

June 0•26 +
0•26 T

0•C

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

0•C

7,835•10 ÷
182•00 =
43•05 +

43•05 ×
26•00 =
1,119•30 +

0•C

AUTH. SYSTEM

VERIFIED #'S

BY:

PL.EX.12 081

TRADE DATE: 12/03/01 SETTLEMENT DATE: 12/03/01

PURCHASE: XXX SALE:

MATURITY

DR 0011100 420,000
CR 0201500 420,000

DR 0201600 7835.10
CR 3100500 7835.10

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank

ACCOUNT #: #7051417

BOND ID NO. CUSIP NO.

PURCHASE

DR 0201500 460,000
CR 0201600 4232.51
CR 0010100 455,767.49

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: GECC Commercial Paper

MATURITY DATE: 06/03/02

DAYS TO MATURITY: 182 PHYSICAL

INTEREST RATE: 1.820000% DTC xxx

PAR AMOUNT: 460,000.00 CUSIP # 36959JF32

DISCOUNT / INTEREST: 4,232.51

COST: $455,767.49

PRICE: 99.0798888889

BOND EQUIVALENT YIELD: 1.836902%

*Payment Information:*

0 • C
Dec 0 • 28 +
Jan 0 • 31 +
Feb 0 • 28 +
Mar 0 • 31 +
1 • 18 T

Accrued Int

0 • C
4,232 • 51 ÷
182 • 00 =
23 • 26 *
23 • 26 ×
118 • 00 =
2,744 • 68 *

FINANCING TYPE:
CLASS. CODE:
FUNDS:
RATING:
INDUSTRY CODE:

CLOSING BANK:
LOCATION:
PAYING AGENT:
ANALYST CODE:
BROKER CODE:

AUTH. SYSTEM

BY:

VERIFIED #S

PL.EX.12 082

TRADE DATE: 06/04/02 SETTLEMENT DATE: 06/04/02

PURCHASE: XXX SALE:

---

ACCOUNT NAME: Principal FC Limited

CUSTODIAN BANK: Wells Fargo Bank (LSUBS)

ACCOUNT #: #7051417

MATURITY
DR 0029800 460,000.00
CR 0820400 460,000.00
DR 0821200 4232.51
CR 3160500 4232.51

BOND ID NO. ________ CUSIP NO. ________

---

BROKER: Wells Fargo Brokerage Services

DESCRIPTION: GECC Commercial Paper

PURCHASE
DR 0820400 475,000.00
CR 0821200 1,985.90
CR 0029800 473,014.10

MATURITY DATE: 08/30/02

DAYS TO MATURITY: 87 PHYSICAL

INTEREST RATE: 1.730000% DTC xxx

PAR AMOUNT: 475,000.00 CUSIP # 36959JHW6

DISCOUNT / INTEREST: 1,985.90

COST: $473,014.10

PRICE: 99.5819166667

BOND EQUIVALENT YIELD: 1.737263%

---

*Payment Information:*

---

FINANCING TYPE: CLOSING BANK:
CLASS. CODE: LOCATION:
FUNDS: PAYING AGENT:
RATING: ANALYST CODE:
INDUSTRY CODE: BROKER CODE:

---

AUTH. SYSTEM

BY: ________

VERIFIED #'S

PL.EX.12 083

**PRINCIPAL FC, LTD.**
**Summary of Federal and State Tax Reimbursement to Parent**
**1991-2002**

| Date | Amount |
|---|---|
| January 30, 1992 | 571.53 |
| April 30, 1992 | 3,377.61 |
| August 4, 1992 | 3,146.76 |
| October 2, 1992 | 64.30 |
| October 26, 1992 | 1,868.39 |
| January 29, 1993 | 6,071.01 |
| April 30, 1993 | 4,479.33 |
| October 22, 1993 | 4,554.87 |
| November 24, 1993 | 1,375.96 |
| February 2, 1994 | 3,885.11 |
| May 3, 1994 | 4,690.06 |
| July 26, 1994 | 4,753.58 |
| January 27, 1995 | 4,797.51 |
| April 27, 1995 | 5,181.51 |
| July 28, 1995 | 5,219.37 |
| December 21, 1995 | 3,470.00 |
| January 23, 1996 | 4,483.16 |
| April 23, 1996 | 4,360.95 |
| October 18, 1996 | 45.05 |
| October 30, 1996 | 1,794.00 |
| January 24, 1997 | 4,694.02 |
| April 23, 1997 | 5,409.95 |
| October 21, 1997 | 5,718.83 |
| December 19, 1997 | 1,600.00 |
| January 21, 1998 | 5,117.32 |
| December 2, 1998 | 2,135.00 |
| January 27, 1998 | 5,704.00 |
| April 28, 1999 | 6,340.00 |
| October 20, 1999 | 8,112.00 |
| November 22, 1999 | 2,977.00 |
| January 31, 2000 | 3,960.00 |
| April 24, 2000 | 8,321.00 |
| July 26, 2000 | 6,799.00 |
| December 6, 2000 | 645.00 |

Preliminary 1991 Intercompany Federal Tax Settlement

| Method of Payment | Subsidiary | Due & Unpaid 12/31/91 | 1991 Preliminary Settlement |
|---|---|---|---|
| 1 | Principal Holding Company | 271,155.05 | 271,155.05 |
| 1 | Petula Associates, Ltd. | (9,390,360.76) | (9,390,360.76) |
| 1 | Patrician Associates, Inc. | (4,923,864.70) | (4,923,864.70) |
| | Principal Development Assoc, Inc. | (46,321.17) | 0.00 |
| | Princor Financial Serv Corp. | (430,811.19) | 0.00 |
| 2 | Princor Management Corp. | 278,372.64 | 278,372.64 |
| | Principal Investors Corp. | (11,293.72) | 0.00 |
| 1 | Invista Capital Management Inc. | 152,929.04 | 152,929.04 |
| | The Principal Financial Group, Inc | (2,957.17) | 0.00 |
| | Principal Marketing Services, Inc. | (93,194.97) | 0.00 |
| 2 | Healthcare Preferred, Inc. | 21,163.26 | 21,163.26 |
| | Principal Health Care, Inc. | (691,346.22) | 0.00 |
| | Principal Casualty Insurance Co (Ordinary) | (5,260,459.48) | 0.00 |
| | Principal Casualty Insurance Co (Capital Gain) | 0.00 | 0.00 |
| | Principal Financial Advisors, Inc. | (8,427.38) | 0.00 |
| 1 | Delaware Charter Guarantee & Trust Co. | 2,597,499.02 | 2,597,499.02 |
| | The Principal/EGT Financial Corporation | 0.00 | 0.00 |
| 2 | HMO IOWA, Inc. | 553,951.80 | 553,951.80 |
| 1 | Principal Residential Advisors, Inc. | 239,555.04 | 239,555.04 |
| | Principal Health Care of LA, Inc. | (116,222.03) | 0.00 |
| | Principal Health Care Pfd. of LA, Inc. | 0.00 | 0.00 |
| 1 | Principal Health Care of KC, Inc. | 545,788.35 | 545,788.35 |
| 1 | Principal Health Care of NE, Inc. | 385,125.37 | 385,125.37 |
| 1 | Principal Health Care of DE, Inc. | 1,652,118.40 | 1,652,118.40 |
| | Principal Health Care of AZ, Inc. | 0.00 | 0.00 |
| 1 | Principal Health Care of FL, Inc. | 789,567.55 | 789,567.55 ** |
| | Principal Health Care of Ohio, Inc. | (80,028.13) | 0.00 |
| | Principal Health Care of Illinois, Inc. | 0.00 | 0.00 |
| 1 | Principal Portfolio Services, Inc. | 84,912.47 | 84,912.47 |
| | Principal International, Inc. | (493,607.26) | 0.00 |
| 1 | Principal Spectrum Associates, Inc. | 1,169.56 | 1,169.56 |
| 2 | Principal FC, Ltd. | 571.53 | 571.53 |
| | Totals | (13,975,015.10) | (6,740,346.38) |

1 = Intercompany Pool Accounts
2 = Check

| | | |
|---|---|---|
| Breakdown of Principal Health Care of Florida: | Jacksonville | 781,301.01 |
| | Pensacola | 8,266.54 |
| | | 789,567.55 ** |

PL.EX.13 001

check #1001 1-30-92

1991 FEDERAL INCOME TAX SETTLEMENT REVISED

(Per W/P A1.00, P1191.26.91)

| SUBSIDIARY | (1) FINAL 1991 FEDERAL INCOME TAX CHARGE/(CREDIT) | (2) FINAL 1991 ENVIRONMENTAL TAX CHARGE/(CREDIT) | (3) PRELIMINARY SETTLEMENTS ON 1991 INCOME TAX CHARGE/(CREDIT) | (4) TRUE-UP FINAL TAX SETTLEMENT CHARGE/(CREDIT) | (5) METHOD OF PAYMENT |
|---|---|---|---|---|---|
| Principal Holding Company | 255,092.18 | 315.51 | 285,895.08 | (30,487.39) | Pool Account |
| Petula Associates, Ltd. | (13,198,127.75) | (14,948.92) | (15,025,293.09) | 1,812,216.42 | Pool Account |
| Patrician Associates, Inc. | (6,314,925.23) | (4,658.17) | (7,415,681.71) | 1,096,098.31 | Pool Account |
| Principal Development, Inc. | (31,797.81) | 16.02 | (46,321.17) | 14,539.38 | Pool Account |
| Princor Financial Services Corp. | (409,019.43) | (402.54) | (430,811.19) | 21,389.22 | Pool Account |
| Princor Management Corporation | 312,755.46 | 411.52 | 330,339.92 | (17,172.94) | Pool Account |
| Principal Investors Corporation | (8,874.48) | (8.19) | (9,646.85) | 764.18 | Check |
| Invista Capital Management, Inc. | 204,664.67 | 255.47 | 194,430.80 | 10,489.34 | Pool Account |
| The Principal Financial Group, Inc. | (2,987.74) | (3.74) | (2,957.17) | (34.31) | Check |
| Principal Marketing Services, Inc. | (87,878.94) | (76.38) | (93,194.97) | 5,239.65 | Pool Account |
| Healthcare Preferred, Inc. | 14,896.72 | 23.76 | 21,163.26 | (6,242.78) | Check |
| Principal Health Care, Inc. | (732,390.63) | (545.28) | (691,346.22) | (41,589.69) | Pool Account |
| Principal Health Care of Louisiana, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | Pool Account |
| Principal Health Care Pfd. of Louisiana, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal Health Care of Arizona, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal Health Care of Kansas City, Inc. | 764,244.98 | 1,060.30 | 697,778.82 | 67,526.46 | Pool Account |
| Principal Health Care of Nebraska, Inc. | 342,762.50 | 423.36 | 285,726.61 | 57,459.25 | Pool Account |
| Principal Health Care of Florida, Inc. (JAX) | 723,394.15 | 844.57 | 793,910.72 | (69,672.00) | Pool Account |
| Principal Health Care of Florida, Inc. (Pens) | 21,011.37 | 78.00 | 57,708.31 | (36,618.94) | Pool Account |
| Principal Health Care of Delaware, Inc. | 1,809,981.50 | 2,251.86 | 1,749,969.42 | 62,263.94 | Pool Account |
| Principal Health Care of Ohio, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | Pool Account |
| Principal Casualty Insurance Company | (5,093,847.02) | (7,152.39) | (6,048,622.03) | 947,622.62 | Pool Account |
| Principal Financial Advisors, Inc. | (5,667.90) | 48.65 | (8,427.38) | 2,808.13 | Pool Account |
| Delaware Charter Guarantee & Trust Co. | 3,174,011.18 | 3,941.54 | 2,872,469.60 | 305,483.12 | Pool Account |
| The Principal/EGT Financial Corporation | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| HMO Iowa, Inc. | 485,512.18 | 600.47 | 566,356.38 | (80,243.73) | Check |
| Principal Residential Advisors, Inc. | 242,320.63 | 307.04 | 251,099.61 | (8,471.94) | Pool Account |
| Principal Portfolio Services, Inc. | 74,759.68 | 103.19 | 84,912.47 | (10,049.60) | Pool Account |
| Principal International, Inc. | (699,871.43) | (1,608.77) | (493,607.26) | (207,872.94) | Pool Account |
| Principal Spectrum Associates, Inc. | 1,523.88 | 1.88 | 1,718.65 | (192.89) | Pool Account |
| Principal Health Care of Illinois, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | N/A |
| Principal FC, Ltd. | 506.60 | 0.63 | 571.53 | (64.30) | Check |
| TOTAL | (18,157,950.68) | (18,720.61) | (22,071,857.86) | 3,895,186.57 | |

tw269

thePrincipal Financial Group
Principal Mut[illegible] life
Insurance Co[illegible]y
Des Moines, Iowa 50392-0001

$64.30

1991 TAX SETTLEMENT
$64.93 FEDERAL INCOME TAX
$.63 ENVIRONMENTAL TAX

Debit Cash
Credit Suspense

TAXFM TFM TAB

0002975004

F026AC-3

MEMORANDUM

January 29, 1992

TO Pat Bailey, Mike Beer, Jill Bohr, Lillian Chen, David Galligan, Judy Hetherington, Jeri Kanellos, Susan King, Tom Kline, Mark Kooienga, Tim Minton, Michelle Morgan, Tami Morris, Tim Prindle, Jamie Reber, Laura Steigleder, Kristy Wichhart, Jeff Wood

FROM Lori S. Rempe, TFM, G-14, x2961

RE Preliminary Intercompany Tax Settlement for 1991

The computation of the intercompany Federal tax settlement for 1991 has been completed. Charges and credits will be settled up 100%. For the preliminary 1991 settlement, only the charge companies will be settled at this time (with the exception of the joint venture companies). The credit companies will be settled on at the time of our first quarter 1992 tax settlement. Please see the attached workpaper for a recap of these amounts.

As has been done with past intercompany settlements, the intercompany pool account will be used for the majority of the settlements. This process will be the same as was done for the previous intercompany settlements. Tami Morris, INV-AT, will make the intercompany pool account entry on Principal Mutual's books. Tami will send the credit half of her suspense ticket to David Galligan, TFM, and David will complete the tax entries on Principal Mutual's books. Tami will also make the pool entries on the subsidiaries' books for those subs on the GL:M system. She will then send copies of her journal entries to each respective subsidiary so they may clear suspense and complete their tax entries. For the subsidiaries not on the GL:M system that are using the intercompany pool accounts, Tami will send a memo to each respective person involved, informing them of the effect on their pooled account so they may make the appropriate entries on their books.

The following subsidiaries will not be using the intercompany pool account: HMO Iowa, Healthcare Preferred, Princor Management Corporation and Principal FC, Ltd. The attached workpaper provides detail as to which method of payment will be used for these subsidiaries. For those paying by check, please send your checks to me, so I may make a copy of these checks for our files.

The target date for this transaction is February 6, 1992. Please let me know if this is not possible for any reason. Do not hesitate to contact me if you have any questions concerning the material covered in this memo. Thank You.

Attachment

wp_lrl95

1004500
0010100

1001

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

January 30, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL $ 571.53

FIVE HUNDRED SEVENTY ONE AND 53/100------------------------------------------ DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Preliminary tax settlement

⑈001001⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 005

PL.EX.13 006

1004

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

April 30, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 3,377.61

THREE THOUSAND THREE SEVENTY SEVEN AND 61/100------------------------------------DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Intercompany Federal Tax Settlement 1st Quarter 1992

⑈001004⑈ ⑆073000228⑆ 7051417⑈

INTERCOMPANY FEDERAL TAX SETTLEMENT
Second Quarter, 1992
All Companies settled at 100%

| Subsidiary | 2nd Qtr., 1992 Settlement | Method of Payment |
|---|---|---|
| Principal Holding Company | 359,442.62 (1) | Pool Acct. |
| Petula Associates, Ltd. | (5,364,625.91) | Pool Acct. |
| Patrician Associates, Inc. | (2,796,081.48) | Pool Acct. |
| Principal Development Assoc, Inc. | (15,250.62) | Pool Acct. |
| Princor Financial Serv Corp. | (465,923.37) | Pool Acct. |
| Princor Management Corp. | 149,364.40 | Pool Acct. |
| Principal Investors Corp. | (6,951.17) | Check/Wire |
| Invista Capital Management Inc. | 41,820.59 | Pool Acct. |
| The Principal Financial Group, Inc | (1,589.69) | Check/Wire |
| Principal Marketing Services, Inc. | (68,218.80) | Pool Acct. |
| Healthcare Preferred, Inc. | 4,235.76 | Check/Wire |
| Principal Health Care, Inc. | (804,533.30)(1) | Pool Acct. |
| Principal Casualty Insurance Company | 3,481,789.29 | Pool Acct. |
| Principal Financial Advisors, Inc. | (5,855.25) | Pool Acct. |
| Delaware Charter Guarantee & Trust Co. | 21,732.80 | Pool Acct. |
| The Principal/EGT Financial Corporation | 13,005.00 | Check/Wire |
| HMO IOWA, Inc. | 142,485.84 | Check/Wire |
| Principal Residential Advisors, Inc. | 9,692.36 | Pool Acct. |
| Principal Health Care of LA, Inc. | (44,116.16) | Pool Acct. |
| Principal Health Care of KC, Inc. | 339,953.00 | Pool Acct. |
| Principal Health Care of NE, Inc. | 216,237.92 | Pool Acct. |
| Principal Health Care of DE, Inc. | 533,499.69 | Pool Acct. |
| Principal Health Care of FL (JAX) | 370,727.44 | Pool Acct. |
| Principal Health Care of FL (Pensacola) | (119,176.79) | Pool Acct. |
| Principal Health Care of FL (S. Florida) | (11,903.08) | Pool Acct. |
| Principal Health Care of Ohio, Inc. | (20,007.03) | Pool Acct. |
| Principal Health Care of Illinois, Inc. | 0.00 | Pool Acct. |
| Principal Portfolio Services, Inc. | 33,165.94 | Pool Acct. |
| Principal International, Inc. | (220,675.45) | Pool Acct. |
| Principal Spectrum Associates, Inc. | 327.46 | Pool Acct. |
| Principal FC, Ltd. | 3,146.76 | Check/Wire |
| Principal Residential Mortgage, Inc. | 1,123.23 | Pool Acct. |
| | (4,223,158.00) | |

(1) Includes Tax Loss Benefit Agreement–$394,501.31–Charge to Principal Holding Company, Credit to Principal Health Care

DG:dg/dg553

PL.EX.13 007

1' #1005 8-4-92

1005

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

August 4, 19 92

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 3,146.76

THREE THOUSAND ONE HUNDRED FORTY SIX AND 76/100------------------------------------ DOLLARS

NORWEST BANKS

*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Intercompany Federal Tax Settlement

⑈001005⑈ ⑆073000228⑆ 7051417⑈

the Principal Financial Group

Mailing Address:
Des Moines, Iowa 50392-1420

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner | Date 10-2-92

Joint Development Name (including Phase and/or Building Identification, if applicable)

0010100
1400100

## A. Equity Contribution

Reason for contribution: ______

Date co-tenant needs contribution: ______ Amount: ______

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ Principal Development Associates, Inc.
- ☐ Patrician Associates, Inc.
- ☐ Principal Holding Company
- ☐ East Grand Office Park
- ☐ Principal Mutual Life Insurance Company
- ☒ Principal FC, Ltd.

☐ **Check**

Date check needed by CAU: ______

Check payable to: ______

☐ **Wire Transfer**

Date cash to be wired: ______ OCT 2 1992

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 10-2-92

Authorized by: ______

Check number: ______ Date Issued: ______

Wire transfer (date): ______

## B. Equity Distribution

Amount 64.30

Nature of distribution: 1991 Federal Income Tax Settlement

PL.EX.13 009

FF 1639-2

**Original** — Accounting • **Yellow** — Administrator • **Pink** — Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, Iowa 50392-1420 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name Neb Wagoner Date 10-26-92

Joint Development Name (including Phase and/or Building Identification, if applicable)

1004500 0010100

## A. Equity Contribution

Reason for contribution: Pay Third Qtr 1992 Federal Income Tax Settlement

Date co-tenant needs contribution: ______ Amount: 1,868.39

Principal Group Entity:
- ☐ Petula Associates, Inc.
- ☐ Principal Holding Company
- ☐ Principal Development Associates, Inc.
- ☐ East Grand Office Park
- ☐ Patrician Associates, Inc.
- ☐ Principal Mutual Life Insurance Company
- ☒ Principal FC

☐ **Check**

Date check needed by CAU: 10-29-92

Check payable to: PMLIC

☐ **Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 10-26-92

Authorized by: ______

Check number: 1006 Date Issued: 10-27-92

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 010

FF 1639-2 **Original** — Accounting • **Yellow** — Administrator • **Pink** — Subsidiary Team

1009

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

January 29, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 6,071.01

SIX THOUSAND SEVENTY ONE AND 01/100------------------------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 4th Quarter 1992 Federal Intercompany Tax Provision

⑈001009⑈ ⑆073000228⑆ 7051417⑈

1004500
0010100

1011

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

April 30, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL $ 4,479.33

FOUR THOUSAND FOUR HUNDRED SEVENTY NINE AND 33/100---------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Tax Settlement

⑈001011⑈ ⑆073000228⑆ 7051417⑈

1013

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

October 22, 19 93

PAY TO THE ORDER OF PRINCIPAL MUTUAL LIFE INSURANCE COMPANY $ 4,554.87

FOUR THOUSAND FIVE HUNDRED FIFTY FOUR AND 87/100------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 1993 Federal Intercompany Tax Provision

⑈001013⑈ ⑆073000228⑆ 7051417⑈

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Neb Wagoner Date 11-24-93

Joint Development Name (including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution ______

Date co-tenant needs contribution: ______ Amount: ______

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☐ **Check**

Date check needed by CAU: ______ NOV 24 1993

Check payable to: ______

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: ______ Date: ______

Authorized by: ______

Check number: ______ Date Issued: ______

Wire transfer (date): ______

## B. Equity Distribution

Amount: 1,375.96

Nature of distribution: Final 1992 Federal Tax Settlement

PL.EX.13 014



**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1004500
0010100

1016

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 02, 19 94

PAY TO THE ORDER OF Principal Mutual Life Insurance Company $ 3,885.11

Three thousand eight hundred eighty five and 11/100------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 1993, Intercompany Fed. Tax Settlement

⑈001016⑈ ⑆073000228⑆ 70514 17⑈

1019

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

May 3 19 94

PAY TO THE ORDER OF Principal Mutual $ 4690.06

Four thousand six hundred ninety 06/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A
Des Moines

FOR First Quarter 1994 Federal Tax

⑈001019⑈ ⑆073000228⑆ 7051417⑈

DR 1004500
CR 001010

1018

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

July 26 19 94

PAY TO THE ORDER OF Principal Mutual $ $4753.58

Four thousand seven hundred fifty three 58/100 ---------------------------------DOLLARS

NORWEST BANKS
*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Second Quarter 1994 Tax Provision

⑈001018⑈ ⑆073000228⑆ 7051417⑈

**the Principal Financial Group**

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner Date: 1-27-95

Joint Development Name (including Phase and/or Building Identification, if applicable): 1004500

## A. Equity Contribution

0010100

Reason for contribution: 4th QTR 1994 Federal Intercompany Tax Settlement

Date co-tenant needs contribution: ______ Amount: 4,797.51

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: 1-27-95.

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 1-27-95

Authorized by: ______

Check number: 1023 Date Issued: 1-27-95

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 018

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Neb Wagoner Date 4-27-95

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 1st Qtr 1995 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______ Amount: 5,181.51

Principal Group Entity:

☐ **Petula Associates, Inc.** ☐ **Principal Development Associates, Inc.**

☐ **PFG Subpartner/Petula** ☐ **Principal Holding Company**

☐ **Patrician Associates, Inc.** ☐ **East Grand Office Park**

☐ **PFG Subpartner/Patrician** ☐ **Principal Mutual Life Insurance Company**

☒ **Check** ☒ Principal FC

Date check needed by CAU: ______

Check payable to: Principal Mutual Life Insurance Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Neb Wagoner Date: 4-27-95

Authorized by: Patricia A. Bailey

Check number: 1026 Date Issued: 4/28/95

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 019

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1027

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

July 28 19 95

PAY TO THE ORDER OF Principal Mutual Life Ins. Co. $ 5,219.37

Five Thousand Two Hundred Ninteen 37/100---------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Second Qrt 95 Intercompany tax Settlement

⑈001027⑈ ⑆073000228⑆ 7051417⑈

PL.EX.13 020

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner Date 7-28-95

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution Second Quarter 1995 Intercompany Tax Settlement

Date co-tenant needs contribution: ______ Amount: 5,219.37

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☐ **Check**

Date check needed by CAU: 7-28-95

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 7-28-95

Authorized by: Patricia A. Bailey

Check number: 1027 Date Issued: JUL 28 1995

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 021

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner Date: 12-21-95

Joint Development Name (including Phase and/or Building Identification, if applicable): 8050100 0010100

## A. Equity Contribution

Reason for contribution: 1994 Final Iowa Tax Settlement

Date co-tenant needs contribution: ______ Amount: 3,470.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU: 12-22-95

Check payable to: Principal Holding Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 12-21-95

Authorized by: Pat Bailey

Check number: 1030 Date Issued: DEC 22 1995

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 022

FF 1639-3 **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Deb Wagoner    Date: 1-23-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: Fourth quarter 1996 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______ Amount: 4,694.02

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ ***Principal Mutual Life Insurance Company***
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU: 1-24-96

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner    Date: 1-23-96

Authorized by: Daniel J. Meyer

Check number: 1039    Date Issued: JAN 24 1997

Wire transfer (date): ______

**B. Equity Distribution**

Amount: ______

Nature of distribution: ______

PL.EX.13 023

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner    Date: 1-23-96

Joint Development Name (including Phase and/or Building identification, if applicable)

DR 1004500
Cr 0010100

## A. Equity Contribution

Reason for contribution: Intercompany Federal Tax Settlement 4th Qtr. 1995

Date co-tenant needs contribution: ______ Amount: 4,483.16

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: 1-24-96

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner    Date: 1-23-96

Authorized by: Patricia B. Bailey

Check number: 1031    Date Issued: JAN 23 1996

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 024

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner    Date 4-23-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution First QTR 1996 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 4-26-96    Amount: 4,360.95

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Debra A. Wagoner    Date: 4-23-96

Authorized by: Patricia C. Bailey

Check number: 1033    Date Issued: APR 25 1996

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 025

FF 1639-3    **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

1036

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

October 18 1996

PAY TO THE ORDER OF Principal Mutual Life Insurance Company $ 45.05

Forty Five & 05/100---------------------------------------------------------- DOLLARS

NORWEST BANKS

*Norwest Bank Iowa, N.A.*
*Des Moines*

FOR Intercompany Federal Tax Settlement- 1995

Joyce N. Hogg

⑈001036⑈ ⑆073000228⑆ 7051417⑈

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Deb Wagner Date 10-18-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution Intercompany Federal Tax Settlement True-up for 1995

Date co-tenant needs contribution: 10-18-96 Amount: 45.05

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagner Date: 10-18-96

Authorized by: Patricia A. Bailey

Check number: 1036 Date Issued: OCT 18 1996

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 027

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Mutual Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Deb Wagoner Date 10-30-96

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 1995 Final Iowa Intercompany Tax Settlement

Date co-tenant needs contribution: 10-30 Amount: 1,794.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 10-30-96

Authorized by: Patricia A. Bailey

Check number: 1038 Date Issued: OCT 30 1996

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 028

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Deb Wagoner | Date 4-23-97

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution First Qtr 1997 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 4-25-97 Amount: 5,409.95

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Insurance Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 4-23-97

Authorized by: Patricia A. Bailey

Check number: 1041 Date Issued: APR 24 1997

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 029

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Mutual Life Insurance Company

**Equity Contribution/ Distribution Memo**

Name Deb Wagoner Date 10-21-97

Joint Development Name (including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution Third Qtr '97 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: ______ Amount: 5,718.83

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: 10-24-97

Check payable to: Principal Mutual

**Wire Transfer**

Date cash to be wired: ______

Wiring Instructions: ______

Worked by: Deb Wagoner Date: 10-21-97

Authorized by: Patricia A. Bailey

Check number: 1043 Date Issued: OCT 23 1997

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 030

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name: Neb Wagoner    Date: 12-19-97

Joint Development Name (including Phase and/or Building Identification, if applicable):

**A. Equity Contribution**

Reason for contribution: 1996 Final Iowa Intercompany Tax Settlements

DR 8050100
Cr 0010100

Date co-tenant needs contribution: 12-22-97    Amount: 1,600.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**

☒ **Check**    ☒ Principal FC

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Neb Wagoner    Date: 12-19-97

Authorized by: Patricia A. Bailey

Check number:    Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 031

FF 1639-3    **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Neb Wagoner  Date 1-21-98

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 4th Qtr 1997 Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 1-23-98  Amount: 5,117.32

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Mutual Life Ins. Co.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Neb Wagoner  Date: 1-21-98

Authorized by: [signature]

Check number: 1045  Date Issued: JAN 23 1998

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 032

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | **Principal Mutual Life Insurance Company** | ***Equity Contribution/ Distribution Memo***

Name: Deb Wagoner Date: 12-2-98

Joint Development Name (including Phase and/or Building Identification, if applicable)

DR 8050100
Cr 0010100

**A. Equity Contribution**

Reason for contribution: 1997 Final Iowa Tax Settlement

Date co-tenant needs contribution: 12-7-98 Amount: 2,135.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Holding Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 12-2-98

Authorized by: [signature]

Check number: 1050 Date Issued: DEC 03 1998

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 033

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

the Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

**Principal Mutual Life Insurance Company**

***Equity Contribution/ Distribution Memo***

Name Neb Wagoner Date 1-27-98

Joint Development Name (including Phase and/or Building Identification, if applicable)

DR 1004500
Cr 0010100

**A. Equity Contribution**

Reason for contribution 4th Qtr Intercompany Federal Tax Settlement

Date co-tenant needs contribution: 1-28-98 Amount: 5,704.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Mutual Life Insurance Company**
- ☒ Principal FC, Ltd

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Life Insurance Company

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Neb Wagoner Date: 1-27-99

Authorized by: [signature]

Check number: 1051 Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 034

FF 1639-3

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Deb Wagoner Date: 4-28-99

Joint Development Name (Including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: 1st qtr '99 Fed. Interco. Tax Settlement

DR 1004500
CR 0010100

Date co-tenant needs contribution: Amount: 6,340.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**
- ☒ Principal FC

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Life Ins. Co. of Ia.

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 4-28-99

Authorized by: [signature]

Check number: 1052 Date Issued: APR 28 1999

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 035

FF 1639-4

***Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team*

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Patty Wright  Date: 10-20-1999

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: Third Quarter 1999 Federal Intercompany Tax settlement  8000100

Date co-tenant needs contribution: 10-21-1999  Amount: 8,112.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☒ **Check**

Date check needed by CAU: 10-21-1999

Check payable to: Principal Life Insurance Co. of Iowa

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Patty Wright  Date: 10-20-1999

Authorized by: Debra A. Wagoner

Check number: 1054  Date Issued: OCT 21 1999

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 036

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Life Insurance Company

**Equity Contribution/ Distribution Memo**

Name Deb Wagoner Date 11-22-99

Joint Development Name (Including Phase and/or Building Identification, if applicable) 850100

## A. Equity Contribution

Reason for contribution 1998 Final Iowa Intercompany Tax Settlements

Date co-tenant needs contribution: 11-23-99 Amount: 2,977.09/00

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ PFG Subpartner/Petula
- ☐ Patrician Associates, Inc.
- ☐ PFG Subpartner/Patrician
- ☒ Principal FC
- ☐ Principal Development Associates, Inc.
- ☐ Principal Holding Company
- ☐ East Grand Office Park
- ☐ Principal Life Insurance Company

☒ **Check**

Date check needed by CAU:

Check payable to: Principal Life

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Deb Wagoner Date: 11-22-99

Authorized by: Elaine Conkel

Check number: 1055 Date Issued: NOV 23 1999

Wire transfer (date):

## B. Equity Distribution

Amount:

Nature of distribution:

PL.EX.13 037

FF 1639-4 **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Patty Wright Date: 1-31-2000

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution: 4th Qtr 1999 Federal IC Tax settlement

Date co-tenant needs contribution: 1-31-2000 Amount: 3,960.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☒ **Check**

Date check needed by CAU: 1-31-2000

Check payable to: Principal Life Insurance Company

**Wire Transfer**

Date cash to be wired: _____

Wiring Instructions: _____

Worked by: Patty Wright Date: 1-31-2000

Authorized by: Deb Wagner

Check number: 1056 Date Issued: JAN 31 2000

Wire transfer (date): _____

**B. Equity Distribution**

Amount: _____

Nature of distribution: _____

PL.EX.13 038

FF 1639-4

***Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team*

1056

PRINCIPAL FC ... D.
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

1/31/2000

PAY TO THE ORDER OF Principal Life Insurance Company $ 3,960.00

three thousand nine hundred sixty ----------------------------------00/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 4th QTR 1999 Federal IC Tax Settlement

⑈001056⑈ ⑆073000228⑆ 7051417⑈

**Wagoner, Deb**

**From:** Sinclair, Cathy
**Sent:** Wednesday, April 19, 2000 4:06 PM
**To:** Wagoner, Deb; Pick, Steve; Cassabaum, Brett; Jennings, Angela
**Subject:** 1st Qtr 2000 Intercompany FIT Settlement

**MEMORANDUM**

April 17, 2000

TO Deb Wagoner, Inv Acctg M&R, G-017-S42
Steve Pick, Inv CRE-Equities, G-021-N20
Brett Cassabaum, INV CRE, G-023-S40
Angela Jennings, INV CRE, G-023-S40

FROM Cathy Sinclair, Corporate Tax, K-006-W21, x51055

RE First Quarter 2000 Federal Intercompany Tax Settlement

The federal tax estimates for First Quarter 2000 have been completed. Below you will see the due and unpaid amount(s) to be settled and the settlement method to be used.

You will be responsible for making the tax entries on your respective sub(s)' books. I will make the tax entries on Principal Life's books. If you are paying by check, please forward the check to me so that I may deposit it. I will request checks for those subsidiaries receiving money from Principal Life and forward them to you. I will initiate the ACH transfers

The target date for this settlement is **Wednesday, April 26th**. If you have questions regarding this settlement, please contact me immediately.

| | First Quarter Estimated Tax | Method of Payment |
|---|---|---|
| Petula Associates, LTD | 306,250.00 | Pool Account |
| Patrician Associates, Inc. | 612,500.00 | Pool Account |
| Principal Development Associates, Inc. | 17,500.00 | Pool Account |
| The Principal Financial Group, Inc | (246.00) | Pool Account |
| Equity FC, LTD. | 75,250.00 | Pool Account |
| Principal Spectrum Associates, Inc. | 361.00 | Pool Account |
| Principal Development Investors, LLC | 285,250.00 | Pool Account |
| Principal FC, LTD. | 8,321.00 ✓ | Check |

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 040

Principal Financial Group

Mailing Address:
Des Moines, IA 50392-0001

Principal Life Insurance Company

**Equity Contribution/ Distribution Memo**

Name: Patty Wright

Date: 4-24-2000

Joint Development Name (including Phase and/or Building Identification, if applicable)

800100

## A. Equity Contribution

Reason for contribution: First Quarter 2000 Federal Intercompany Tax settlement.

Date co-tenant needs contribution: 4-26-2000

Amount: 8,321.00

Principal Group Entity:

- ☐ Petula Associates, Inc.
- ☐ PFG Subpartner/Petula
- ☐ Patrician Associates, Inc.
- ☐ PFG Subpartner/Patrician
- ☐ Principal Development Associates, Inc.
- ☐ Principal Holding Company
- ☐ East Grand Office Park
- ☐ Principal Life Insurance Company
- ☒ Principal FC

☒ **Check**

Date check needed by CAU: 4-26-2000

Check payable to: Principal Life Insurance Co. of Iowa

**Wire Transfer**

Date cash to be wired:

Wiring Instructions:

Worked by: Patty Wright

Date: 4-24-2000

Authorized by: Retha A. Thomas

Check number: 1058

Date Issued: 4-26-2000

Wire transfer (date):

## B. Equity Distribution

Amount:

Nature of distribution:

PL.EX.13 041

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

**MEMORANDUM**

July 14, 2000

TO Deb Thomas, Inv Acctg M&R, G-017-S42
Steve Pick, Inv CRE-Equities, G-021-N20
Brett Cassabaum, INV CRE, G-023-S40
Angela Jennings, INV CRE, G-023-S40

FROM Cathy Sinclair, Corporate Tax, K-006-W21, x51055

RE Second Quarter 2000 Federal Intercompany Tax Settlement

The federal and state tax due and unpaid amounts for June 2000 have been completed. The amounts listed below will be settled through the intercompany pool accounts for Princor Financial Services and Principal

You will be responsible for initiating the ACH transfer for Principal FC, LTD to Principal Life. You will make the tax entries on your respective sub(s)' books. I will make the tax entries on Principal Life's books.

The target date for this settlement is Thursday, July 27th. If you have questions regarding this settlement, please contact me immediately.

| | Second Quarter Estimated Tax | Method of Payment |
|---|---|---|
| Petula Associates, LTD | 236,250.00 | Pool Account |
| Patrician Associates, Inc. | 801,500.00 | Pool Account |
| Principal Development Associates, Inc. | 35,000.00 | Pool Account |
| The Principal Financial Group, Inc | (409.00) | Pool Account |
| Equity FC, LTD. | - | Pool Account |
| Principal Spectrum Associates, Inc. | 696.00 | Pool Account |
| Principal Development Investors, LLC | 327,250.00 | Pool Account |
| Principal FC, LTD. | 6,799.00 ✓ | ACH initiated by sub |

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name: Patty Wright    Date: 7-26-2000

Joint Development Name (Including Phase and/or Building Identification, if applicable)

## A. Equity Contribution

Reason for contribution: 2nd Qtr 2000 Federal IC Tax Settlement

Date co-tenant needs contribution: 7-27-2000    Amount: $6,799.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Patrician Associates, Inc.**
- ☐ **PFG Subpartner/Patrician**
- ☒ Principal FC
- ☐ **Principal Development Associates, Inc.**
- ☐ **Principal Holding Company**
- ☐ **East Grand Office Park**
- ☐ **Principal Life Insurance Company**

☐ **Check**

Date check needed by CAU: ______

Check payable to: ______

~~Wire Transfer~~ Ach out [illegible]

Date cash to be wired: 7-27-2000 ✓

Wiring Instructions: Ach out to PLIC

Worked by: Patty Wright    Date: 7-26-2000

Authorized by: David Black

Check number: ______    Date Issued: ______

Wire transfer (date): ______

## B. Equity Distribution

Amount: ______

Nature of distribution: ______

PL.EX.13 043

FF 1639-4

**Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

Principal Financial Group

Mailing Address: Des Moines, IA 50392-0001 | Principal Life Insurance Company | *Equity Contribution/ Distribution Memo*

Name Patty Wright — Date 12-6-2000

Joint Development Name (including Phase and/or Building Identification, if applicable)

**A. Equity Contribution**

Reason for contribution 1999 Final Iowa IC tax settlement

Date co-tenant needs contribution: 11-28-2000 Amount: 645.00

Principal Group Entity:

- ☐ **Petula Associates, Inc.**
- ☐ **Principal Development Associates, Inc.**
- ☐ **PFG Subpartner/Petula**
- ☐ **Principal Holding Company**
- ☐ **Patrician Associates, Inc.**
- ☐ **East Grand Office Park**
- ☐ **PFG Subpartner/Patrician**
- ☐ **Principal Life Insurance Company**
- ☒ Principal FC

☐ **Check**

Date check needed by CAU:

Check payable to:

~~**Wire Transfer**~~ ACH out

Date cash to be wired: 11-28-2000

Wiring Instructions:

Worked by: Patty Wright Date: 12-5-2000

Authorized by: Neb Thomas

~~Check number~~ BGid: 12-5-2000 Date Issued:

Wire transfer (date):

**B. Equity Distribution**

Amount:

Nature of distribution:

PL.EX.13 044

FF 1639-4 **Original** - Accounting • **Canary** - Administrator • **Pink** - Subsidiary Team

**Thomas, Deb A**

**From:** Sinclair, Cathy
**Sent:** Monday, April 23, 2001 10:35 AM
**To:** Anderson, Hank; Arreola, Heather; Babel, Kari; Bailey, Pat; Belger, Angela; Bollin, Tracy; Bormann, Terry; Burwitz, Mary; Cain, Rachel; Cassabaum, Brett; Chambers, Jennifer; Clines, Sean; Dentel, Becky; Edge, David; Eller, Shelley; Evans, Ed; Gunnar, Rich; Halbach, Todd; Hammen, Valorie; Hittner, Jill; Housker, Heather; Jennings, Angela; Kamp, Matthew; Krause, Kevin; Lee, John; Macgregor, Nancy; McLaughlin, Jeffrey; Meyer, Dan; Pfaltzgraff, Rosemary; Pick, Steve; Sperfslage, Mark; Stout, Jane; Thomas, Deb; Tigges, Jennifer; Tooman, Renee; Vandekrol, Lori; Weaver, Kirk; Wiley, Tom; Wilmot, Yvette
**Cc:** Pullen, Rich; Sinclair, Cathy; Kuper, Chad; Ducar, Scott
**Subject:** 1st qtr 2001 tax settlement

The 1st Qtr 2001 intercompany federal tax settlement will be Thursday, April 26th. The overall process of the intercompany settlement will remain the same, however the format of this memo is different from what you have received in the past.

The attached file contains the amounts and settlement method for all subsidiaries. You will be responsible for any journal entries on the books of your respective subsidiary(ies). I will make tax related journal entries for Principal Life.

If you are paying by check, please forward it to me to be deposited on the 26th. If you are receiving a check payment from Principal Life, I will deliver it to you on the 26th.

I will initiate all ACH and Wire transfers unless it is indiated in the attached memo that the subsidiary will initiate.

If you have any questions, please let me know.

1Q2001Subsidiary Settlement.xl...

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 045

**Thomas, Deb A**

| | |
|---|---|
| **From:** | Sinclair, Cathy |
| **Sent:** | Monday, October 22, 2001 10:19 AM |
| **To:** | Babel, Kari; Jenkins, Jodi; Thomas, Deb A; Jennings, Angela; Cain, Rachel; McLaughlin, Jeffrey B; Reeves, Darrell; Halbach, Todd; Vandekrol, Lori; Stewart, Andy J; Edge, David; Denning, Jane; Meyer, Dan; Tigges, Jennifer; Miller, Michelle; Gunnar, Rich; Anderson, Hank; Bormann, Terry; Gilbert, Kari; Belger, Angela; Tooman, Renee; Pfaltzgraff, Rose; Conlon, Kathryn; Macgregor, Nancy |
| **Cc:** | Pick, Steve; Cassabaum, Brett; Apprill, Lisa; Krause, Kevin; Dentel, Becky; Rosadino, Gary; Lee, John S; Stout, Jane; Bailey, Pat; Chambers, Jennifer A; Sinclair, Cathy; Pullen, Rich |
| **Subject:** | 3rd Quarter 2001 Intercompany Tax Settlement |

The calculations for the 3rd quarter 2001 tax liability have been completed. The attached file contains information regarding settlement of this tax liability and the method that has been established between Principal Life Insurance Company and the individual subsidiary companies. The date of this settlement will be **Tuesday, October 30th.**

Unless indicated otherwise, I will initiate all ACH transfers via PACT. If it is indicated that the ACH is initiated by the subsidiary, please send me an email confirming this has taken place.

As in the past, you will be responsible for making journal entries on the books of the subsidiary you are responsible for. I will make any tax related journal entries for Principal Life. If you have any questions, please let me know as soon as possible. Thank you for your help.

3Q2001Subsidiary Settlement.xl .

Cathy Sinclair
Corporate Tax Department
(515) 235-1055

PL.EX.13 046

**PRINCIPAL FC, LTD.**
**Summary of Expenditures for Corporate Maintenance**
**1991-2002**

| Date | Amount |
|---|---|
| January 23, 1992 | 50.00 |
| February 21, 1992 | 30.00 |
| March 10, 1992 | 50.00 |
| March 16, 1993 | 30.00 |
| March 16, 1995 | 30.00 |
| March 18, 1996 | 30.00 |
| February 19, 1997 | 30.00 |
| January 26, 1998 | 45.00 |
| March 2, 2000 | 45.00 |
| February 18, 2002 | 30.00 |

NUMBER
001A

PRINCIPAL FC, LTD.

33-22/730

January 23, 1992

PAY TO THE ORDER OF ELAINE BAXTER, SECRETARY OF STATE $ 50.00

FIFTY AND NO/100------------------------------------------------------------------------------------------------ DOLLARS

NORWEST BANKS

Norwest Bank Iowa, N.A.
Des Moines

FOR Articles of Incorporation

⑆073000228⑆ 7051417⑈

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $50.00 payable to:

Elaine Baxter
Secretary of State

In payment of: Articles of Incorporation

Please send to me for mailing. THANKS!

Betty Creighton

NEED THIS CHECK BY: January 23, 1992

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

* Jill -- Please notify me who the contact person will be in the future. Thanks!

B C

1002

PRINCIPAL FC LTD.
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 21, 19 92

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 30.00

THIRTY AND NO/100------------------------------------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report

⑈001002⑈ ⑆073000228⑆ 7051417⑈

Investment A&T, G-17

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

016

Please issue a check in the amount of $30.00 payable to:

Iowa Secretary of State

In payment of: Annual Report

6600100

Please send to me for mailing. THANKS!

Betty Creighton

NEED THIS CHECK BY: February 27, 1992

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

PL.EX.14 002

Check #1002 2-21-92

1003

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 10, 19 92

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 50.00

FIFTY AND NO/100------------------------------------------------------------DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Amended Articles

⑈001003⑈ ⑆073000228⑆ 7051417⑈

Investment A&T, G-17

FROM: Betty Creighton
Law, S6S, x5237

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $50.00 payable to:

Iowa Secretary of State

6600100
0010100

In payment of: Amended Articles

Please send to me for mailing. THANKS!

Betty Creighton
Betty Creighton

NEED THIS CHECK BY: March 16, 1992

<u>THIS IS AN ORIGINAL INVOICE</u>

These fees are paid pursuant to statutory requirement of the Code of Iowa.

PL.EX.14 003

check # 1003 3-10-92

1010

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 16, 1993

PAY TO THE ORDER OF IOWA SECRETARY OF STATE $ 30.00

THIRTY AND NO/100------------------------------------------------ DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report

⑈001010⑈ ⑆073000228⑆ 70511417⑈

FROM: Betty Creighton
Law, S6S, x75237

014

RE: Check Request for Principal FC, Ltd.

Please issue a check in the amount of $30.00 payable to:

Iowa Secretary of State

In payment of: Annual Report

Please send to me for mailing. THANKS!

Betty Creighton

<u>NEED THIS CHECK BY:</u> March 19, 1993

<u>THIS IS AN ORIGINAL INVOICE</u>

These fees are paid pursuant to statutory requirment of the Code of Iowa.

PL.EX.14 004

1025

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 16 19 95

PAY TO THE ORDER OF Iowa Secretary of State $ 30.00

Thirty & 00/100---------------------------------------------------------------DOLLARS

Norwest Bank Iowa, N.A.
Des Moines

NORWEST BANKS

FOR Annual Report

⑈001025⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 005

1032

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 18 19 96

PAY TO THE ORDER OF Secretary of State $ 30.00

Thirty & 00/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR Annual Report Filing Fees

⑈001032⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 006

1040

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 19 19 96

PAY TO THE ORDER OF State of Iowa $ 30.00

Thirty & 00/100 ---------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A
Des Moines

FOR Annual Report Filing Fee

⑈001040⑈ ⑆073000228⑆ 70514170⑈

Re: Check Request for Principal FC, Ltd.

Deborah

Please issue a check in the amount of $30 00 made payable to:

State of Iowa
Hoover Building
Des Moines, IA 50319

6600100
0010100

In payment of. Annual Report filing fee

Please send to me for mailing. Thanks!

Julie Opheim

NEED THIS CHECK BY: Thursday, February 20, 1997

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa

1046

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

January 26 19 98

PAY TO THE ORDER OF Iowa Secretary of State $ 45.00

Forty Five & 00/100---------------------------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N A
Des Moines

FOR Annual Report filing fee

⑈001046⑈ ⑆073000228⑆ 7051417⑈

Re: Check Request for Principal FC, Ltd.

Deborah:

Please issue a check in the amount of $45.00 made payable to:

Iowa Secretary of State
Hoover Building
Des Moines, IA 50319-0138

In payment of: Annual Report filing fee

Please send to me for mailing. Thanks!

Julie Opheim

**NEED THIS CHECK BY: Tuesday, January 27, 1998** JAN 26 1998 CK # 1046

THIS IS AN ORIGINAL INVOICE

These fees are paid pursuant to statutory requirement of the Code of Iowa.

1057

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

March 2, 2000 19

PAY TO THE ORDER OF Iowa Secretary of State $ 45.00

Forty-Five and no/100---------------------------------------------------- DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR 490 DP-154732

⑈001057⑈ ⑆073000228⑆ 7051417⑈

From: Carol Levine, Law, S-006-W82, x 5-1756

Re: Check Request for Principal Holding Company
For Principal FC, Ltd

**NEED THIS CHECK: March 3, 2000 -**

Please issue a check in the amount of **$45.00** payable to:

Iowa Secretary of State
Hoover Building - 2nd Floor
Des Moines, IA 50319

Note on Check: 490 DP-154732

In payment of: Biennial Report for Principal FC, Ltd - Iowa

#1057

MAR 0 2 2000

Please send the check along with a copy of this request to Mary Mechem, S-006-W82

Thanks

Carol Levine

1060

**PRINCIPAL FC LTD.**
711 HIGH ST.
DES MOINES, IA 50309

33-22/730

February 18, 2002

PAY TO THE ORDER OF Iowa Secretary of State $ 30.00

thirty dollars and ---------------------------no/100 DOLLARS

NORWEST BANKS
Norwest Bank Iowa, N.A.
Des Moines

FOR PFC-IA-2002 Annual report

⑈001060⑈ ⑆073000228⑆ 7051417⑈

PL.EX.14 010

WORKING TRIAL BALANCE
PRINCIPAL FC, LTD
QUARTER ENDED 12-31-91

| | CLOSING TRIAL BALANCE | JOURNAL ENTRIES DR (CR) | WORKPAPER ADJ ONLY DR (CR) | CLOSING ENTRIES DR (CR) | ADJUSTED TRIAL BALANCE |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| Cash | 53,602.08 | | | | 53,602.08 |
| PFG Intercompany Note | 0.00 | | | | 0.00 |
| Interest Receivable – Note Receivable | 312,485.16 | 937,455.46 (1) | | | 1,249,940.62 |
| Bond Par | 950,000.00 | | | | 950,000.00 |
| Discount on Bond | (3,602.08) | 1,680.97 (3) | | | (1,921.11) |
| Note Receivable | 478,476,694.00 | | | | 478,476,694.00 |
| TOTAL ASSETS | 479,789,179.16 | | | | 480,728,315.59 |
| LIABILITIES | | | | | |
| A/P – Federal Taxes | 0.00 | (571.53)(4) | | | (571.53) |
| A/P – State Taxes | 0.00 | (190.04)(5) | | | (190.04) |
| Note Payable | (478,476,694.00) | | | | (478,476,694.00) |
| Accrued Int Pay – Note Payable | (312,485.16) | (937,455.46)(2) | | | (1,249,940.62) |
| TOTAL LIABILITIES | (478,789,179.16) | | | | (479,727,396.19) |
| STOCKHOLDERS EQUITY | | | | | |
| Capital Stock | (1,000,000.00) | | | | (1,000,000.00) |
| Paid-In Capital | 0.00 | | | | 0.00 |
| Retained Earnings | 0.00 | | | | 0.00 |
| | (1,000,000.00) | | | | (1,000,000.00) |
| TOTAL LIABLITIES & EQUITY | (479,789,179 16) | | | | (480,727,396.19) |
| NET INCOME | 0.00 | | | | (919.40) |
| | (479,789,179.16) | | | | (480,728,315.59) |
| REVENUE | | | | | |
| Interest Income | 0.00 | | | | 0.00 |
| Intercompany Note – Interest Rec | 0.00 | (937,455.46)(1) | | 937,455.46 | 0 00 |
| Discount Accrual | 0 00 | (1,680.97)(3) | | 1,680.97 | 0.00 |
| | | | | | 0 00 |
| | | | | 939,136.43 | |
| EXPENSES | | | | | |
| Intercompany Tax – Federal | 0 00 | 571.53 (4) | | (571.53) | 0 00 |
| Intercompany Tax – State | 0.00 | 190.04 (5) | | (190.04) | 0.00 |
| Miscellaneous Expense | 0.00 | | | | 0.00 |
| Legal Expense | 0 00 | | | | 0.00 |
| Filing Fees | 0.00 | | | | 0.00 |
| Interest Paid – Note Payable | 0 00 | 937,455.46 (2) | | (937,455.46) | 0.00 |
| | 0.00 | | | (938,217.03) | 0.00 |
| Net Income | 0.00 | | | | 0.00 |

PL.EX.15 001

UNAUDITED
Final

Principal FC, Ltd
Balance Sheet
December 31, 199[illegible]

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | 53,602.08 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 1,249,940.62 |
| Bond Par | 950,000.00 | |
| Less: Bond Discount | (1,921.11) | |
| | | 948,078.89 |
| TOTAL ASSETS | | 480,728,315.59 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| A/P Federal Income Tax Settlement | | 571.53 |
| A/P Iowa Income Tax Settlement | | 190.04 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest Payable – Intercompany Note | | 1,249,940.62 |
| Capital Stock, $1 Par Value | | |
| 1,000,000 shares authorized | | 1,000,000.00 |
| Paid–In Capital in excess of Par | | 0.00 |
| Retained Earnings | | 919.40 |
| TOTAL STOCKHOLDERS' EQUITY | | 1,000,919.40 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | | 480,728,315.59 |

[illegible signature]
JBohr

PL.EX.15 002

UNAUDITED
Final

Principal FC, Ltd
Income Statement and Statement of Retained Earnings
*For the Period Ended December 31, 1991*

| | | |
|---|---|---|
| **REVENUE** | | |
| Discount Accrual | 1,680.97 | |
| Note Receivable – Interest Received | 937,455.46 | |
| | | 939,136.43 |
| **EXPENSES** | | |
| Filing Fees | 0.00 | |
| Interest Paid –Note Payable | 937,455.46 | |
| | | 937,455.46 |
| Net Income (Loss) Before Tax Settlement | | 1,680.97 |
| *Intercompany Tax Settlement* | | |
| Federal Income Tax | (571.53) | |
| State Income Tax | (190.04) | |
| | | (761.57) |
| Total Earnings | | 919.40 |
| Retained Earnings, December 31, 1990 | | 0.00 |
| Retained Earnings, September 30, 1990 | | 919.40 |

JBohr

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
March 31, 1992

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $38,275.25 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 10,624,495.25 |
| Bond Par | 975,000.00 | |
| Less: Bond Discount | (2,231.66) | 972,768.34 |
| Total Assets | | $490,112,232.84 |
| LIABILITES | | |
| A/P–Federal Income Tax | | $3,377.61 |
| A/P–State Income Tax | | 190.04 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 10,624,495.25 |
| Total Liabilities | | $489,104,756.90 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 7,475.94 |
| Total Stockholders Equity | | $1,007,475.94 |
| Total Liabilities & Stockholders Equity | | $490,112,232.84 |

______________________
Pat Bailey

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended March 31, 1992

| | | |
|---|---|---|
| REVENUES: | | |
| *Discount Accrual* | $10,124.66 | |
| Note Receivable -- Interest Received | 9,374,554.63 | |
| | | $9,384,679.29 |
| EXPENSES: | | |
| Interest Paid -- Note Payable | $9,374,554.63 | |
| Filing Fees | 130.00 | |
| Miscellaneous Expense | 60.51 | |
| Total Expenses | | $9,374,745.14 |
| Net Income (Loss) | | $9,934.15 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (3,377.61) |
| Iowa State Income Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $6,556.54 |
| Retained Earnings 12/31/91 | | 919.40 |
| Retained Earnings 03/31/92 | | $7,475.94 |

Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
June 30, 1992

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $44,827.20 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 19,894,888.17 |
| Bond Par | 975,000.00 | |
| Less: Bond Discount | (2,906.04) | 972,093.96 |
| Total Assets | | $499,388,503.33 |
| LIABILITES | | |
| A/P–Federal Income Tax | | $3,146.76 |
| A/P–State Income Tax | | 190.04 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 19,894,888.17 |
| Total Liabilities | | $498,374,918.97 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 13,584.36 |
| Total Stockholders Equity | | $1,013,584.36 |
| Total Liabilities & Stockholders Equity | | $499,388,503.33 |

____________________________

Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended June 30, 1992

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $19,379.84 | |
| Note Receivable – Interest Received | 18,644,947.55 | |
| | | $18,664,327.39 |
| EXPENSES: | | |
| Interest Paid – Note Payable | $18,644,947.55 | |
| Filing Fees | 130.00 | |
| Miscellaneous Expense | 60.51 | |
| Total Expenses | | $18,645,138.06 |
| Net Income (Loss) | | $19,189.33 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (6,524.37) |
| Iowa State Income Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $12,664.96 |
| Retained Earnings 12/31/91 | | 919.40 |
| Retained Earnings 06/30/92 | | $13,584.36 |

Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
September 30, 1992

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $14,321.18 |
| A/R–Federal Income Tax | | (1,804.09) |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 9,374,554.63 |
| L–T Bond Par | | 905,203.13 |
| S–T Bond Par | 100,000.00 | |
| Less: S–T Bond Discount | (254.03) | 99,745.97 |
| Total Assets | | $488,868,714.82 |
| LIABILITES | | |
| A/P–State Income Tax | | 190.04 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,851,438.67 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 17,276.15 |
| Total Stockholders Equity | | $1,017,276.15 |
| Total Liabilities & Stockholders Equity | | $488,868,714.82 |

______________________
Pat Bailey

PL.EX.15 008

UNAUDITED
FINAL

# PRINCIPAL FC, LTD.
## Income Statement and Statement of Retained Earnings
## For the Period Ended September 30, 1992

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $25,435.11 | |
| Note Receivable – Interest Received | 28,019,502.18 | |
| Interest on L–T Bonds | (559.39) | |
| | | $28,044,377.90 |
| EXPENSES: | | |
| Interest Paid – Note Payable | $28,019,502.18 | |
| Filing Fees | 130.00 | |
| Miscellaneous Expense | 60.51 | |
| Total Expenses | | $28,019,692.69 |
| Net Income (Loss) | | $24,685.21 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (8,327.83) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | (0.63) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $16,356.75 |
| Retained Earnings 12/31/91 | | 919.40 |
| Retained Earnings 09/30/92 | | $17,276.15 |

____________________
Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
December 31, 1992

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $13,106.11 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 18,749,109.25 |
| L–T Bond Par | | 905,203.13 |
| Acrrued Interest on L–T Bond | | 17,061.46 |
| S–T Bond Par | 100,000.00 | |
| Less: S–T Bond Discount | (48.60) | 99,951.40 |
| Total Assets | | $498,261,125.35 |
| **LIABILITES** | | |
| A/P–Federal Income Tax | | $6,071.01 |
| A/P–State Income Tax | | 4,268.09 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,236,142.35 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 24,983.00 |
| Total Stockholders Equity | | $1,024,983.00 |
| Total Liabilities & Stockholders Equity | | $498,261,125.35 |

________________________
Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended December 31, 1992

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $26,462.07 | |
| Note Receivable -- Interest Received | 37,394,056.80 | |
| Interest on L-T Bonds | 16,502.07 | |
| | | $37,437,020.94 |
| EXPENSES: | | |
| Interest Paid -- Note Payable | $37,394,056.80 | |
| Filing Fees | 130.00 | |
| Miscellaneous Expense | 60.51 | |
| Total Expenses | | $37,394,247.31 |
| Net Income (Loss) | | $42,773.63 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (14,398.84) |
| Iowa State Income Tax | | (4,310.56) |
| Environmental Tax | | (0.63) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $24,063.60 |
| Retained Earnings 12/31/91 | | 919.40 |
| Retained Earnings 12/31/92 | | $24,983.00 |

Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
March 31, 1993

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $33,108.43 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 9,374,554.63 |
| L–T Bond Par | | 905,203.13 |
| Accrued Interest on L–T Bond | | 4,218.75 |
| S–T Bond Par | 100,000.00 | |
| Less: S–T Bond Discount | (104.72) | 99,895.28 |
| Total Assets | | $488,893,674.22 |
| **LIABILITES** | | |
| A/P–Federal Income Tax | | $4,479.33 |
| A/P–State Income Tax | | 4,268.09 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,859,996.05 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 33,678.17 |
| Total Stockholders Equity | | $1,033,678.17 |
| Total Liabilities & Stockholders Equity | | $488,893,674.22 |

________________________
Pat Bailey

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended March 31, 1993

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $734.71 | |
| Note Receivable – Interest Received | 9,374,554.63 | |
| Interest on L–T Bonds | 12,469.79 | |
| | | $9,387,759.13 |
| EXPENSES: | | |
| Interest Paid – Note Payable | $9,374,554.63 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $9,374,584.63 |
| Net Income (Loss) | | $13,174.50 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (4,479.33) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $8,695.17 |
| Retained Earnings 12/31/92 | | 24,983.00 |
| Retained Earnings 03/31/93 | | $33,678.17 |

Pat Bailey

UNAUDITED
Preliminary

PRINCIPAL FC, LTD.
Balance Sheet
June 30, 1993

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $29,384.09 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 18,749,109.25 |
| L–T Bond Par | | 905,203.13 |
| Accrued Interest on L–T Bond | | 16,875.00 |
| S–T Bond Par | 100,000.00 | |
| Less: S–T Bond Discount | (125.00) | 99,875.00 |
| Total Assets | | $498,277,140.47 |
| LIABILITES | | |
| A/P–Federal Income Tax | | $0.00 |
| A/P–State Income Tax | | 4,268.09 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,230,071.34 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 47,069.13 |
| Total Stockholders Equity | | $1,047,069.13 |
| Total Liabilities & Stockholders Equity | | $498,277,140.47 |

Pat Bailey
X 8–2659

UNAUDITED
Preliminary

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended June 30, 1993

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $1,469.42 | |
| Note Receivable – Interest Received | 18,749,109.25 | |
| Interest on L–T Bonds | 25,126.04 | |
| | | $18,775,704.71 |
| EXPENSES: | | |
| Interest Paid – Note Payable | $18,749,109.25 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $18,749,139.25 |
| Net Income (Loss) | | $26,565.46 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (4,479.33) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $22,086.13 |
| Retained Earnings 12/31/92 | | 24,983.00 |
| Retained Earnings 06/30/93 | | $47,069.13 |

Pat Bailey
X 8–2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
September 30, 1993

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $50,717.55 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest -- Note Receivable | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 4,199.57 | 904,199.57 |
| Accrued Interest on L-T Bond | | 4,218.75 |
| S-T Bond Par | 100,000.00 | |
| Less: S-T Bond Discount | (96.67) | 99,903.33 |
| Total Assets | | $488,910,287.83 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $4,554.87 |
| A/P-State Income Tax | | 4,268.09 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,860,071.59 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 50,216.24 |
| Total Stockholders Equity | | $1,050,216.24 |
| Total Liabilities & Stockholders Equity | | $488,910,287.83 |

Pat Bailey
X8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended September 30, 1993

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $2,071.64 | |
| Note Receivable – Interest Received | 18,749,109.25 | |
| Interest on L–T Bonds | 37,782.29 | |
| | | $18,788,963.18 |
| EXPENSES: | | |
| Interest Paid – Note Payable | $18,749,109.25 | |
| Amortization of Premium on L–T Bonds | 1,003.56 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $18,750,142.81 |
| Net Income (Loss) | | $38,820.37 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (13,587.13) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $25,233.24 |
| Retained Earnings 12/31/92 | | 24,983.00 |
| Retained Earnings 09/30/93 | | $50,216.24 |

Pat Bailey
X 8–2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
December 31, 1993

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $21,940.72 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 3,957.59 | 903,957.59 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 125,000.00 | |
| Less: S-T Bond Discount | (796.53) | 124,203.47 |
| Total Assets | | $498,292,780.03 |
| **LIABILITES** | | |
| A/P-Federal Income Tax | | $3,885.11 |
| A/P-State Income Tax | | 5,568.40 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,235,256.76 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 57,523.27 |
| Total Stockholders Equity | | $1,057,523.27 |
| Total Liabilities & Stockholders Equity | | $498,292,780.03 |

Pat Bailey
X8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended December 31, 1993

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $2,873.86 | |
| *Note Receivable - Interest Received* | 28,123,663.87 | |
| Interest on L-T Bonds | 50,438.54 | |
| | | $28,176,976.27 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $28,123,663.87 | |
| Amortization of Premium on L-T Bonds | 1,245.54 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $28,124,939.41 |
| Net Income (Loss) | | $52,036.86 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (16,080.11) |
| Iowa State Income Tax | | (3,400.31) |
| Environmental Tax | | (16.17) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $32,540.27 |
| Retained Earnings 12/31/92 | | 24,983.00 |
| Retained Earnings 12/31/93 | | $57,523.27 |

Pat Bailey
X 8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
March 31, 1994

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $44,524.36 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 3,712.28 | 903,712.28 |
| Accrued Interest on L-T Bond | | 4,218.75 |
| S-T Bond Par | 125,000.00 | |
| Less: S-T Bond Discount | (963.54) | 124,036.46 |
| Total Assets | | $488,927,740.48 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $4,690.06 |
| A/P-State Income Tax | | 5,568.40 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,861,507.09 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 66,233.39 |
| Total Stockholders Equity | | $1,066,233.39 |
| Total Liabilities & Stockholders Equity | | $488,927,740.48 |

______________________________
Pat Bailey
X8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended March 31, 1994

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $989.24 | |
| Note Receivable - Interest Received | 9,374,554.63 | |
| Interest on L-T Bonds | 12,656.25 | |
| | | $9,388,200.12 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $9,374,554.63 | |
| Amortization of Premium on L-T Bonds | 245.31 | |
| Total Expenses | | $9,374,799.94 |
| Net Income (Loss) | | $13,400.18 |
| *Intercompany Tax Settlement:* | | |
| Federal Income Tax | | (4,690.06) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $8,710.12 |
| Retained Earnings 12/31/93 | | 57,523.27 |
| Retained Earnings 03/31/94 | | $66,233.39 |

Pat Bailey
X 8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
June 30, 1994

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $41,157.42 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 3,463.58 | 903,463.58 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 125,000.00 | |
| Less: S-T Bond Discount | (1,112.57) | 123,887.43 |
| Total Assets | | $498,311,186.68 |
| **LIABILITES** | | |
| A/P-Federal Income Tax | | $4,753.58 |
| A/P-State Income Tax | | 5,568.40 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,236,125.23 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 75,061.45 |
| Total Stockholders Equity | | $1,075,061.45 |
| Total Liabilities & Stockholders Equity | | $498,311,186.68 |

________________________

Pat Bailey
X8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended June 30, 1994

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $2,193.33 | |
| Note Receivable - Interest Received | 18,749,109.25 | |
| Interest on L-T Bonds | 25,312.50 | |
| | | $18,776,615.08 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $18,749,109.25 | |
| Amortization of Premium on Bonds | 494.01 | |
| Filing Fees | 30.00 | |
| *Total Expenses* | | $18,749,633.26 |
| Net Income (Loss) | | $26,981.82 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (9,443.64) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $17,538.18 |
| Retained Earnings 12/31/93 | | 57,523.27 |
| Retained Earnings 06/30/94 | | $75,061.45 |

Pat Bailey
X 8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Balance Sheet
September 30, 1994

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $13,817.56 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 3,211.45 | 903,211.45 |
| Accrued Interest on L-T Bond | | 4,218.75 |
| S-T Bond Par | 175,000.00 | |
| Less: S-T Bond Discount | (1,680.98) | 173,319.02 |
| Total Assets | | $488,945,815.41 |
| **LIABILITES** | | |
| A/P-Federal Income Tax | | $4,877.92 |
| A/P-State Income Tax | | 5,568.40 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,861,694.95 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 84,120.46 |
| Total Stockholders Equity | | $1,084,120.46 |
| Total Liabilities & Stockholders Equity | | $488,945,815.41 |

Pat Bailey
X8-2659

UNAUDITED
FINAL

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended September 30, 1994

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $3,726.14 | |
| Note Receivable - Interest Received | 28,123,663.88 | |
| Interest on L-T Bonds | 37,968.75 | |
| | | $28,165,358.77 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $28,123,663.88 | |
| Amortization of Premium on Bonds | 746.14 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $28,124,440.02 |
| Net Income (Loss) | | $40,918.75 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (14,321.56) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $26,597.19 |
| Retained Earnings 12/31/93 | | 57,523.27 |
| Retained Earnings 09/30/94 | | $84,120.46 |

Pat Bailey
X 8-2659

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
December 31, 1994

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $39,280.75 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 2,955.85 | 902,955.85 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 150,000.00 | |
| Less: S-T Bond Discount | (4,414.65) | 145,585.35 |
| Total Assets | | $498,330,500.20 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $4,797.51 |
| A/P-State Income Tax | | 2,057.00 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,232,657.76 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 97,842.44 |
| Total Stockholders Equity | | $1,097,842.44 |
| Total Liabilities & Stockholders Equity | | $498,330,500.20 |

Pat Bailey
X8-2659

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended December 31, 1994

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $5,921.64 | |
| Note Receivable - Interest Received | 37,498,218.50 | |
| Interest on L-T Bonds | 50,625.00 | |
| | | $37,554,765.14 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $37,498,218.50 | |
| Amortization of Premium on Bonds | 1,001.74 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $37,499,250.24 |
| Net Income (Loss) | | $55,514.90 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (18,649.13) |
| Iowa State Income Tax | | 3,511.40 |
| Environmental Tax | | (58.00) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $40,319.17 |
| Retained Earnings 12/31/93 | | 57,523.27 |
| Retained Earnings 12/31/94 | | $97,842.44 |

Pat Bailey
X 8-2659

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
March 31, 1995

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $58,818.74 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 2,696.72 | 902,696.72 |
| Accrued Interest on L-T Bond | | 4,218.75 |
| S-T Bond Par | 150,000.00 | |
| Less: S-T Bond Discount | (1,977.45) | 148,022.55 |
| Total Assets | | $488,965,005.39 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $5,181.51 |
| A/P-State Income Tax | | 1,110.00 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,857,540.14 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 107,465.25 |
| Total Stockholders Equity | | $1,107,465.25 |
| Total Liabilities & Stockholders Equity | | $488,965,005.39 |

Deb Wagoner
X8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended March 31, 1995

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $2,437.20 | |
| Note Receivable - Interest Received | 9,374,554.63 | |
| Interest on L-T Bonds | 12,656.25 | |
| | | $9,389,648.08 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $9,374,554.63 | |
| Amortization of Premium on Bonds | 259.13 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $9,374,843.76 |
| Net Income (Loss) | | $14,804.32 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (5,181.51) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $9,622.81 |
| Retained Earnings 12/31/94 | | 97,842.44 |
| Retained Earnings 3/31/95 | | $107,465.25 |

Deb Wagoner
X 8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
June 30, 1995

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $19,022.15 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 2,434.01 | 902,434.01 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 190,000.00 | |
| Less: S-T Bond Discount | (4,843.42) | 185,156.58 |
| Total Assets | | $498,349,290.99 |
| **LIABILITES** | | |
| A/P-Federal Income Tax | | $5,219.37 |
| A/P-State Income Tax | | 1,110.00 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,232,132.62 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 117,158.37 |
| *Total Stockholders Equity* | | $1,117,158.37 |
| Total Liabilities & Stockholders Equity | | $498,349,290.99 |

Deb Wagoner
X8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended June 30, 1995

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $4,956.15 | |
| Note Receivable - Interest Received | 18,749,109.25 | |
| Interest on L-T Bonds | 25,312.50 | |
| | | $18,779,377.90 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $18,749,109.25 | |
| Amortization of Premium on Bonds | 521.84 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $18,749,661.09 |
| Net Income (Loss) | | $29,716.81 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (10,400.88) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $19,315.93 |
| Retained Earnings 12/31/94 | | 97,842.44 |
| Retained Earnings 6/30/95 | | $117,158.37 |

Deb Wagoner
X 8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
September 30, 1995

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $39,115.28 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 2,167.68 | 902,167.68 |
| Accrued Interest on L-T Bond | | 4,218.75 |
| S-T Bond Par | 190,000.00 | |
| Less: S-T Bond Discount | (2,075.75) | 187,924.25 |
| Total Assets | | $488,984,674.59 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $6,820.34 |
| A/P-State Income Tax | | 1,110.00 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 9,374,554.63 |
| Total Liabilities | | $487,859,178.97 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 125,495.62 |
| Total Stockholders Equity | | $1,125,495.62 |
| Total Liabilities & Stockholders Equity | | $488,984,674.59 |

Deb Wagoner
X8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended September 30, 1995

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $7,723.82 | |
| Note Receivable - Interest Received | 28,123,663.88 | |
| Interest on L-T Bonds | 37,968.75 | |
| | | $28,169,356.45 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $28,123,663.88 | |
| *Amortization of Premium on Bonds* | 788.17 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $28,124,482.05 |
| Net Income (Loss) | | $44,874.40 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (17,221.22) |
| Iowa State Income Tax | | 0.00 |
| Environmental Tax | | 0.00 |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $27,653.18 |
| Retained Earnings 12/31/94 | | 97,842.44 |
| Retained Earnings 9/30/95 | | $125,495.62 |

Deb Wagoner
X 8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
December 31, 1995

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | $14,256.70 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 1,897.68 | 901,897.68 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 210,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 |
| Total Assets | | $498,364,036.89 |
| **LIABILITES** | | |
| A/P-Federal Income Tax | | $4,483.16 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,230,286.41 |
| **STOCKHOLDERS EQUITY** | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 133,750.48 |
| Total Stockholders Equity | | $1,133,750.48 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 |

Deb Wagoner
X8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
*For the Period Ended December 31, 1995*

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $10,506.59 | |
| Note Receivable - Interest Received | 37,498,218.50 | |
| Interest on L-T Bonds | 50,625.00 | |
| | | $37,559,350.09 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $37,498,218.50 | |
| Amortization of Premium on Bonds | 1,058.17 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $37,499,306.67 |
| Net Income (Loss) | | $60,043.42 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (21,704.38) |
| Iowa State Income Tax | | (2,360.00) |
| Environmental Tax | | (71.00) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $35,908.04 |
| Retained Earnings 12/31/94 | | 97,842.44 |
| Retained Earnings 12/31/95 | | $133,750.48 |

Deb Wagoner
X 8-3382

**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31, 1995 | | March 31, 1996 | |
| **ASSETS** | | | | |
| Cash | | $14,256.70 | | $35,056.04 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | | 900,000.00 | |
| Plus: Premium on L-T Bond | 1,897.68 | 901,897.68 | 1,623.95 | 901,623.95 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 4,218.75 |
| S-T Bond Par | 210,000.00 | | 210,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 | (1,998.40) | 208,001.60 |
| Total Assets | | $498,364,036.89 | | $489,000,148.97 |
| **LIABILITES** | | | | |
| A/P-Federal Income Tax | | $4,483.16 | | $4,360.95 |
| A/P-State Income Tax | | 0.00 | | 2,690.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| Total Liabilities | | $497,230,286.41 | | $487,858,299.58 |
| **STOCKHOLDERS EQUITY** | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 133,750.48 | | 141,849.39 |
| Total Stockholders Equity | | $1,133,750.48 | | $1,141,849.39 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 | | $489,000,148.97 |

Deb Wagoner
X8-3382

**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended March 31* | | | |
|---|---|---|---|---|
| | ***1995*** | | ***1996*** | |
| REVENUES: | | | | |
| Discount Accrual | $2,437.20 | | $2,797.34 | |
| Note Receivable - Interest Received | 9,374,554.63 | | 9,374,554.63 | |
| Interest on L-T Bonds | 12,656.25 | $9,389,648.08 | 12,656.25 | |
| | | | | $9,390,008.22 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $9,374,554.63 | | $9,374,554.63 | |
| Amortization of Premium on Bonds | 259.13 | | 273.73 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $9,374,843.76 | | $9,374,858.36 |
| Net Income (Loss) | | $14,804.32 | | $15,149.86 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | (5,181.51) | | (4,360.95) |
| Iowa State Income Tax | | 0.00 | | (2,690.00) |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $9,622.81 | | $8,098.91 |
| Retained Earnings December 31, prior year | | 97,842.44 | | 133,750.48 |
| Retained Earnings, current | | $107,465.25 | | $141,849.39 |

Deb Wagoner
X 8-3382

***UNAUDITED***
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Year Ended December 31, 1995 | | For Six Months Ended June 30, 1996 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash | | $14,256.70 | | $36,248.77 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | | 900,000.00 | |
| Plus: Premium on L-T Bond | 1,897.68 | 901,897.68 | 1,346.45 | 901,346.45 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 16,875.00 |
| S-T Bond Par | 210,000.00 | | 210,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 | (4,756.00) | 205,244.00 |
| Total Assets | | $498,364,036.89 | | $498,385,517.47 |
| **LIABILITES** | | | | |
| A/P-Federal Income Tax | | $4,483.16 | | $6,252.69 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,286.41 | | $497,232,055.94 |
| **STOCKHOLDERS EQUITY** | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 133,750.48 | | 153,461.53 |
| Total Stockholders Equity | | $1,133,750.48 | | $1,153,461.53 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 | | $498,385,517.47 |

Deb Wagoner
X8-3382

**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Six Months Ended June 30* | | | |
|---|---|---|---|---|
| | ***1995*** | | ***1996*** | |
| REVENUES: | | | | |
| Discount Accrual | $4,956.15 | | $5,593.42 | |
| Note Receivable - Interest Received | 18,749,109.25 | | 18,749,109.25 | |
| Interest on L-T Bonds | 25,312.50 | $18,779,377.90 | 25,312.50 | $18,780,015.17 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $18,749,109.25 | | $18,749,109.25 | |
| Amortization of Premium on Bonds | 521.84 | | 551.23 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $18,749,661.09 | | $18,749,690.48 |
| Net Income (Loss) | | $29,716.81 | | $30,324.69 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | (10,400.88) | | (10,613.64) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $19,315.93 | | $19,711.05 |
| Retained Earnings December 31, prior year | | 97,842.44 | | 133,750.48 |
| Retained Earnings, current | | $117,158.37 | | $153,461.53 |

Deb Wagoner
X 8-3382

**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Year Ended December 31, 1995 | | For Nine Months Ended September 30, 1996 | |
|---|---|---|---|---|
| ASSETS | | | | |
| Cash | | $14,256.70 | | $55,308.58 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | 900,000.00 | | 900,000.00 | |
| Plus: Premium on L-T Bond | 1,897.68 | 901,897.68 | 1,065.12 | 901,065.12 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 4,218.75 |
| S-T Bond Par | 210,000.00 | | 210,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 | (1,933.05) | 208,066.95 |
| Total Assets | | $498,364,036.89 | | $489,019,908.03 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,483.16 | | $5,319.26 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| Total Liabilities | | $497,230,286.41 | | $487,856,567.89 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 133,750.48 | | 163,340.14 |
| Total Stockholders Equity | | $1,133,750.48 | | $1,163,340.14 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 | | $489,019,908.03 |

Deb Wagoner
X8-3382

**UNAUDITED**
**Final**

***PRINCIPAL FC, LTD.***
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Nine Months Ended September 30* | | | |
|---|---|---|---|---|
| | *1995* | | *1996* | |
| REVENUES: | | | | |
| Discount Accrual | $7,723.82 | | $8,416.37 | |
| Note Receivable - Interest Received | 28,123,663.88 | | 28,123,663.88 | |
| Interest on L-T Bonds | 37,968.75 | $28,169,356.45 | 37,968.75 | |
| | | | | $28,170,049.00 |
| EXPENSES: | | | | |
| *Interest Paid - Note Payable* | $28,123,663.88 | | $28,123,663.88 | |
| Amortization of Premium on Bonds | 788.17 | | 832.56 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $28,124,482.05 | | $28,124,526.44 |
| Net Income (Loss) | | $44,874.40 | | $45,522.56 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | (17,221.22) | | (15,932.90) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| *Other State Income Tax* | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $27,653.18 | | $29,589.66 |
| Retained Earnings December 31, prior year | | 97,842.44 | | 133,750.48 |
| Retained Earnings, current | | $125,495.62 | | $163,340.14 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Year Ended December 31, 1995 | | For Year Ended December 31, 1996 | |
|---|---|---|---|---|
| ASSETS | | | | |
| Cash | | $14,256.70 | | $24,390.27 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| *Plus: Premium on L-T Bond* | 1,897.68 | 901,897.68 | 779.91 | 900,779.91 |
| Accrued Interest on L-T Bond | | 16,875 00 | | 16,875.00 |
| S-T Bond Par | $210,000.00 | | $240,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 | (5,338.58) | 234,661.42 |
| Total Assets | | $498,364,036.89 | | $498,402,509.85 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,483.16 | | $4,694.02 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,286.41 | | $497,230,497.27 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 133,750.48 | | 172,012.58 |
| *Total Stockholders Equity* | | $1,133,750.48 | | $1,172,012.58 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 | | $498,402,509.85 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Year Ended December 31* | | | |
|---|---|---|---|---|
| | *1995* | | *1996* | |
| REVENUES: | | | | |
| Discount Accrual | $10,506.59 | | $11,250.84 | |
| Note Receivable - Interest Received | 37,498,218.50 | | 37,498,218.50 | |
| Interest on L-T Bonds | 50,625.00 | | 50,625.00 | |
| | | $37,559,350.09 | | $37,560,094.34 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $37,498,218.50 | | $37,498,218.50 | |
| Amortization of Premium on Bonds | 1,058.17 | | 1,117.77 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $37,499,306.67 | | $37,499,366.27 |
| Net Income (Loss) | | $60,043.42 | | $60,728.07 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($21,704.38) | | ($20,602.97) |
| Iowa State Income Tax | | (2,360.00) | | (1,794.00) |
| Environmental Tax | | (71.00) | | (69.00) |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $35,908.04 | | $38,262.10 |
| Retained Earnings December 31, prior year | | 97,842.44 | | 133,750.48 |
| Retained Earnings, current | | $133,750.48 | | $172,012.58 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
*Final*

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,1996* | | *March 31,1997* | |
| ASSETS | | | | |
| Cash | | $24,390.27 | | $44,978.75 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| Plus: Premium on L-T Bond | 779.91 | 900,779.91 | 490.77 | 900,490.77 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 4,218.75 |
| S-T Bond Par | $240,000.00 | | $240,000.00 | |
| Less: S-T Bond Discount | (5,338.58) | 234,661.42 | (2,218.28) | 237,781.72 |
| Total Assets | | $498,402,509.85 | | $489,038,718.62 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,694.02 | | $5,409.95 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| *Note Payable* | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| *Total Liabilities* | | $497,230,497.27 | | $487,856,658.58 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 172,012.58 | | 182,060.04 |
| Total Stockholders Equity | | $1,172,012.58 | | $1,182,060.04 |
| Total Liabilities & Stockholders Equity | | $498,402,509.85 | | $489,038,718.62 |

Deb Wagoner
X8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended March 31* | | | |
|---|---|---|---|---|
| | *1996* | | *1997* | |
| REVENUES: | | | | |
| *Discount Accrual* | $2,797.34 | | $3,120.30 | |
| Note Receivable - Interest Received | 9,374,554.63 | | 9,374,554.63 | |
| Interest on L-T Bonds | 12,656.25 | | 12,656.25 | |
| | | $9,390,008.22 | | $9,390,331.18 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $9,374,554.63 | | $9,374,554.63 | |
| Amortization of Premium on Bonds | 273.73 | | 289.14 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $9,374,858.36 | | $9,374,873.77 |
| Net Income (Loss) | | $15,149.86 | | $15,457.41 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($4,360.95) | | ($5,409.95) |
| Iowa State Income Tax | | (2,690.00) | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $8,098.91 | | $10,047.46 |
| Retained Earnings December 31, prior year | | 133,750.48 | | 172,012.58 |
| Retained Earnings, current | | $141,849.39 | | $182,060.04 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1996 | | June 30,1997 | |
| ASSETS | | | | |
| Cash | | $24,390.27 | | $36,582.55 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| Plus: Premium on L-T Bond | 779.91 | 900,779.91 | 197.64 | 900,197.64 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 16,875.00 |
| S-T Bond Par | $240,000.00 | | $250,000.00 | |
| Less: S-T Bond Discount | (5,338.58) | 234,661.42 | (5,967.50) | 244,032.50 |
| Total Assets | | $498,402,509.85 | | $498,423,490.94 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,694.02 | | $5,469.82 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,497.27 | | $497,231,273.07 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 172,012.58 | | 192,217.87 |
| Total Stockholders Equity | | $1,172,012.58 | | $1,192,217.87 |
| Total Liabilities & Stockholders Equity | | $498,402,509.85 | | $498,423,490.94 |

Deb Wagoner
X8-3382

PL.EX.15 046

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended June 30* | | | |
|---|---|---|---|---|
| | *1996* | | *1997* | |
| REVENUES: | | | | |
| Discount Accrual | $5,593.42 | | $6,384.83 | |
| Note Receivable - Interest Received | 18,749,109.25 | | 18,749,109.25 | |
| Interest on L-T Bonds | 25,312.50 | | 25,312.50 | |
| | | $18,780,015.17 | | $18,780,806.58 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $18,749,109.25 | | $18,749,109.25 | |
| Amortization of Premium on Bonds | 551 23 | | 582.27 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | $18,749,690.48 | | $18,749,721.52 |
| Net Income (Loss) | | $30,324.69 | | $31,085.06 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($10,613.64) | | ($10,879.77) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0 00 |
| Net After Intercompany Tax Settlement | | $19,711.05 | | $20,205.29 |
| Retained Earnings December 31, prior year | | 133,750.48 | | 172,012.58 |
| Retained Earnings, current | | $153,461.53 | | $192,217.87 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD.
Comparative Balance Sheet

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1996 | | September 30,1997 | |
| ASSETS | | | | |
| Cash | | $24,390.27 | | $56,272.38 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| *Plus: Premium on L-T Bond* | 779.91 | 900,779.91 | 0.00 | 900,000.00 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 4,687 50 |
| S-T Bond Par | $240,000.00 | | $250,000.00 | |
| Less: S-T Bond Discount | (5,338.58) | 234,661.42 | (2,402.50) | 247,597.50 |
| Total Assets | | $498,402,509.85 | | $489,059,806.01 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,694.02 | | $5,718.83 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| Total Liabilities | | $497,230,497.27 | | $487,856,967.46 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0 00 |
| Retained Earnings | | 172,012.58 | | 202,838.55 |
| Total Stockholders Equity | | $1,172,012.58 | | $1,202,838.55 |
| Total Liabilities & Stockholders Equity | | $498,402,509.85 | | $489,059,806.01 |

Deb Wagoner
X8-3382

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD
Comparative Income Statement and Statement of Retained Earnings

| | For Quarters Ended September 30 | | | |
|---|---|---|---|---|
| | 1996 | | 1997 | |
| REVENUES: | | | | |
| Discount Accrual | $7,723 82 | | $9,949 83 | |
| Note Receivable - Interest Received | 28,123,663 88 | | 28,123,663 88 | |
| Interest on L-T Bonds | 37,968.75 | | 38,284.65 | |
| Total Revenues | | $28,169,356.45 | | $28,171,898.36 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $28,123,663.88 | | $28,123,663.88 | |
| Amortization of Premium on Bonds | 788 17 | | 779.91 | |
| *Filing Fees* | 30 00 | | 30.00 | |
| Total Expenses | | 28,124,482 05 | | 28,124,473.79 |
| Net Income (Loss) | | $44,874.40 | | $47,424.57 |
| Intercompany Tax Settlement | | | | |
| Federal Income Tax | | ($17,221 22) | | ($16,598 60) |
| Iowa State Income Tax | | 0 00 | | 0 00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $27,653.18 | | $30,825 97 |
| Retained Earnings December 31, prior year | | 97,842 44 | | 172,012 58 |
| Retained Earnings, current | | $125,495 62 | | $202,838 55 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1996 | | December 31,1997 | |
| ASSETS | | | | |
| Cash | | $24,390.27 | | $31,627.88 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| Plus: Premium on L-T Bond | 779.91 | 900,779.91 | 0.00 | 900,000.00 |
| Accrued Interest on L-T Bond | | 16,875.00 | | 18,339.09 |
| S-T Bond Par | $240,000.00 | | $275,000.00 | |
| Less: S-T Bond Discount | (5,338.58) | 234,661.42 | (7,507.51) | 267,492.49 |
| Total Assets | | $498,402,509.85 | | $498,443,262.71 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $4,694.02 | | $5,117.32 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,497.27 | | $497,230,920.57 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 172,012.58 | | 212,342.14 |
| Total Stockholders Equity | | $1,172,012.58 | | $1,212,342.14 |
| Total Liabilities & Stockholders Equity | | $498,402,509.85 | | $498,443,262.71 |

Deb Wagoner
X8-3382

PL.EX.15 050

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended December 31* | | | |
|---|---|---|---|---|
| | *1996* | | *1997* | |
| REVENUES: | | | | |
| Discount Accrual | $11,250 84 | | $12,519.15 | |
| Note Receivable - Interest Received | 37,498,218.50 | | 37,498,218.50 | |
| Interest on L-T Bonds | 50,625.00 | | 51,936.24 | |
| Total Revenues | | $37,560,094.34 | | $37,562,673.89 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $37,498,218.50 | | $37,498,218.50 | |
| Amortization of Premium on Bonds | 1,117.77 | | 779.91 | |
| Filing Fees | 30.00 | | 30.00 | |
| Total Expenses | | 37,499,366.27 | | 37,499,028.41 |
| Net Income (Loss) | | $60,728.07 | | $63,645.48 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($20,602.97) | | ($21,715.92) |
| Iowa State Income Tax | | (1,794.00) | | (1,600.00) |
| Environmental Tax | | (69.00) | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $38,262.10 | | $40,329.56 |
| Retained Earnings December 31, prior year | | 133,750 48 | | 172,012.58 |
| Retained Earnings, current | | $172,012.58 | | $212,342.14 |

Deb Wagoner
X 8-3382

PL.EX.15 051

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,1997* | | *March 31,1998* | |
| ASSETS | | | | |
| Cash | | $31,627.88 | | $26,465.56 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| Plus: Premium on L-T Bond | 0.00 | 900,000.00 | 0.00 | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,339.09 | | 32,208.99 |
| S-T Bond Par | $275,000.00 | | $275,000.00 | |
| Less: S-T Bond Discount | (7,507.51) | 267,492.49 | (3,794.69) | 271,205.31 |
| Total Assets | | $498,443,262.71 | | $489,081,128.49 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,117.32 | | $6,138.20 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| Total Liabilities | | $497,230,920.57 | | $487,857,386.83 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| *Paid in Capital in excess of par* | | *0.00* | | *0.00* |
| Retained Earnings | | 212,342.14 | | 223,741.66 |
| Total Stockholders Equity | | $1,212,342.14 | | $1,223,741.66 |
| Total Liabilities & Stockholders Equity | | $498,443,262.71 | | $489,081,128.49 |

Deb Wagoner
X8-3382

PL.EX.15 052

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD.
Comparative Income Statement and Statement of Retained Earnings

| | *For Quarters Ended March 31* | | | |
|---|---|---|---|---|
| | *1997* | | *1998* | |
| REVENUES: | | | | |
| Discount Accrual | $3,120.30 | | $3,712.82 | |
| Note Receivable - Interest Received | 9,374,554.63 | | 9,374,554.63 | |
| Interest on L-T Bonds | 12,656.25 | | 13,869.90 | |
| Total Revenues | | $9,390,331.18 | | $9,392,137.35 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $9,374,554.63 | | $9,374,554.63 | |
| Amortization of Premium on Bonds | 289.14 | | 0.00 | |
| Filing Fees | 30.00 | | 45.00 | |
| Total Expenses | | 9,374,873.77 | | 9,374,599.63 |
| Net Income (Loss) | | $15,457.41 | | $17,537.72 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($5,409 95) | | ($6,138.20) |
| Iowa State Income Tax | | 0.00 | | 0 00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $10,047.46 | | $11,399.52 |
| Retained Earnings December 31, prior year | | 172,012.58 | | 212,342.14 |
| Retained Earnings, current | | $182,060.04 | | $223,741.66 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,1997* | | *June 30,1998* | |
| ASSETS | | | | |
| Cash | | $31,627.88 | | $31,377.09 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | $900,000.00 | | $900,000.00 | |
| Plus: Premium on L-T Bond | 0.00 | 900,000.00 | 0.00 | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,339.09 | | 14,178.12 |
| S-T Bond Par | $275,000.00 | | $300,000.00 | |
| Less: S-T Bond Discount | (7,507.51) | 267,492.49 | (8,145.99) | 291,854.01 |
| Total Assets | | $498,443,262.71 | | $498,463,212.47 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,117.32 | | $10,921.85 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,920.57 | | $497,236,725.10 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 212,342.14 | | 226,487.37 |
| Total Stockholders Equity | | $1,212,342.14 | | $1,226,487.37 |
| Total Liabilities & Stockholders Equity | | $498,443,262.71 | | $498,463,212.47 |

Deb Wagoner
X8-3382

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD.
Comparative Income Statement and Statement of Retained Earnings

| | *For Quarters Ended June 30* | | | |
|---|---|---|---|---|
| | *1997* | | *1998* | |
| REVENUES: | | | | |
| Discount Accrual | $6,384.83 | | $7,597.02 | |
| Note Receivable - Interest Received | 18,749,109.25 | | 18,749,109.25 | |
| Interest on L-T Bonds | 25,312.50 | | 23,653.26 | |
| Total Revenues | | $18,780,806.58 | | $18,780,359.53 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | ($18,749,109.25) | | ($18,749,109.25) | |
| Amortization of Premium on Bonds | (582.27) | | 0.00 | |
| Filing Fees | (30.00) | | (45.00) | |
| Total Expenses | | (18,749,721.52) | | (18,749,154.25) |
| Net Income (Loss) | | $31,085.06 | | $31,205.28 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($10,879.77) | | ($17,060.05) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $20,205.29 | | $14,145.23 |
| Retained Earnings December 31, prior year | | 172,012.58 | | 212,342.14 |
| Retained Earnings, current | | $192,217.87 | | $226,487.37 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1997 | | September 30,1998 | |
| ASSETS | | | | |
| Cash | | $31,627.88 | | $54,718.44 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,374,554.63 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,339.09 | | 4,285.50 |
| S-T Bond Par | $275,000.00 | | $300,000.00 | |
| Less: S-T Bond Discount | (7,507.51) | 267,492.49 | (4,027.25) | 295,972.75 |
| Total Assets | | $498,443,262.71 | | $489,106,225.32 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,117.32 | | $7,822.89 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,374,554.63 |
| Total Liabilities | | $497,230,920.57 | | $487,859,071.52 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 212,342.14 | | 247,153.80 |
| Total Stockholders Equity | | $1,212,342.14 | | $1,247,153.80 |
| Total Liabilities & Stockholders Equity | | $498,443,262.71 | | $489,106,225.32 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended September 30* | | | |
|---|---|---|---|---|
| | *1997* | | *1998* | |
| REVENUES: | | | | |
| Discount Accrual | $9,949.83 | | $11,715.76 | |
| Note Receivable - Interest Received | 28,123,663.88 | | 28,123,663.88 | |
| Interest on L-T Bonds | 38,284.65 | | 41,885.64 | |
| Total Revenues | | $28,171,898.36 | | $28,177,265.28 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | ($28,123,663.88) | | ($28,123,663.88) | |
| Amortization of Premium on Bonds | (779.91) | | 0.00 | |
| Filing Fees | (30.00) | | (45.00) | |
| Total Expenses | | (28,124,473.79) | | (28,123,708.88) |
| Net Income (Loss) | | $47,424.57 | | $53,556.40 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($16,598.60) | | ($18,744.74) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $30,825.97 | | $34,811.66 |
| Retained Earnings December 31, prior year | | 172,012.58 | | 212,342.14 |
| Retained Earnings, current | | $202,838.55 | | $247,153.80 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Years Ended | | | |
|---|---|---|---|---|
| | December 31,1997 | | December 31,1998 | |
| ASSETS | | | | |
| Cash | | $31,627.88 | | $27,482.55 |
| Note Receivable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 18,749,109.25 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,339.09 | | 18,647.70 |
| S-T Bond Par | $275,000.00 | | $325,000.00 | |
| Less: S-T Bond Discount | (7,507.51) | 267,492.49 | (7,675.87) | 317,324.13 |
| Total Assets | | $498,443,262.71 | | $498,489,257.63 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,117.32 | | $5,704.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 18,749,109.25 |
| Total Liabilities | | $497,230,920.57 | | $497,231,507.25 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 212,342.14 | | 257,750.38 |
| Total Stockholders Equity | | $1,212,342.14 | | $1,257,750.38 |
| Total Liabilities & Stockholders Equity | | $498,443,262.71 | | $498,489,257.63 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Years Ended December 31* | | | |
|---|---|---|---|---|
| | *1997* | | *1998* | |
| REVENUES: | | | | |
| Discount Accrual | $12,519.15 | | $15,785.89 | |
| Note Receivable - Interest Received | 37,498,218.50 | | 37,498,218.50 | |
| Interest on L-T Bonds | 51,936.24 | | 56,247.84 | |
| Total Revenues | | $37,562,673.89 | | $37,570,252.23 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | ($37,498,218 50) | | ($37,498,218.50) | |
| Amortization of Premium on Bonds | (779.91) | | 0.00 | |
| Filing Fees | (30 00) | | (45 00) | |
| Total Expenses | | (37,499,028.41) | | (37,498,263.50) |
| Net Income (Loss) | | $63,645.48 | | $71,988.73 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($21,715.92) | | ($24,445.49) |
| Iowa State Income Tax | | (1,600.00) | | (2,135.00) |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $40,329.56 | | $45,408.24 |
| Retained Earnings December 31, prior year | | 172,012.58 | | 212,342.14 |
| Retained Earnings, current | | $212,342.14 | | $257,750.38 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,1998* | | *March 31,1999* | |
| ASSETS | | | | |
| Cash | | $27,482.55 | | $49,903.55 |
| Note Receivable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 4,888,257.96 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,647.70 | | 4,777.41 |
| S-T Bond Par | $325,000.00 | | $325,000.00 | |
| Less: S-T Bond Discount | (7,675.87) | 317,324.13 | (3,816.67) | 321,183.33 |
| Total Assets | | $498,489,257.63 | | $245,402,469.25 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,704.00 | | $6,340.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 4,888,257.96 |
| Total Liabilities | | $497,231,507.25 | | $244,132,944.96 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 257,750.38 | | 269,524.29 |
| Total Stockholders Equity | | $1,257,750.38 | | $1,269,524.29 |
| Total Liabilities & Stockholders Equity | | $498,489,257.63 | | $245,402,469.25 |

Deb Wagoner
X8-3382

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD.
Comparative Income Statement and Statement of Retained Earnings

| | For Quarters Ended March 31 | | | |
|---|---|---|---|---|
| | 1998 | | 1999 | |
| REVENUES: | | | | |
| Discount Accrual | $3,712 82 | | $3,859.20 | |
| Note Receivable - Interest Received | 9,374,554.63 | | 4,888,257 96 | |
| Interest on L-T Bonds | 13,869.90 | | 14,254.71 | |
| Total Revenues | | $9,392,137.35 | | $4,906,371 87 |
| EXPENSES | | | | |
| Interest Paid - Note Payable | ($9,374,554.63) | | ($4,888,257.96) | |
| Amortization of Premium on Bonds | 0 00 | | 0.00 | |
| Filing Fees | (45.00) | | 0.00 | |
| Total Expenses | | (9,374,599 63) | | (4,888,257.96) |
| Net Income (Loss) | | $17,537 72 | | $18,113.91 |
| Intercompany Tax Settlement | | | | |
| Federal Income Tax | | ($6,138.20) | | ($6,340 00) |
| Iowa State Income Tax | | 0.00 | | 0 00 |
| Environmental Tax | | 0 00 | | 0.00 |
| Other State Income Tax | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $11,399 52 | | $11,773 91 |
| Retained Earnings December 31, prior year | | 212,342.14 | | 257,750.38 |
| Retained Earnings, current | | $223,741.66 | | $269,524.29 |

Deb Wagoner
X 8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1998 | | June 30,1999 | |
| ASSETS | | | | |
| Cash | | $27,482.55 | | $26,774.94 |
| Note Receivable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,776,475.05 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,647.70 | | 14,178.12 |
| S-T Bond Par | $325,000.00 | | $350,000.00 | |
| Less: S-T Bond Discount | (7,675.87) | 317,324.13 | (8,111.25) | 341,888.75 |
| Total Assets | | $498,489,257.63 | | $250,297,663.86 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,704.00 | | $4,661.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,776,475.05 |
| Total Liabilities | | $497,231,507.25 | | $249,019,483.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000 00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 257,750.38 | | 278,180.81 |
| Total Stockholders Equity | | $1,257,750.38 | | $1,278,180.81 |
| Total Liabilities & Stockholders Equity | | $498,489,257 63 | | $250,297,663.86 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended June 30* | | | |
|---|---|---|---|---|
| | *1998* | | *1999* | |
| REVENUES | | | | |
| Discount Accrual | $7,597.02 | | $7,776.01 | |
| Note Receivable - Interest Received | 18,749,109.25 | | 9,776,475 05 | |
| Interest on L-T Bonds | 23,653.26 | | 23,655.42 | |
| Total Revenues | | $18,780,359.53 | | $9,807,906 48 |
| EXPENSES. | | | | |
| Interest Paid - Note Payable | $18,749,109.25 | | $9,776,475.05 | |
| Amortization of Premium on Bonds | 0.00 | | 0.00 | |
| Filing Fees | 45 00 | | 0.00 | |
| Total Expenses | | 18,749,154 25 | | 9,776,475.05 |
| Net Income (Loss) | | $31,205.28 | | $31,431.43 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($17,060.05) | | ($11,001.00) |
| Iowa State Income Tax | | 0 00 | | 0 00 |
| Environmental Tax | | 0 00 | | 0.00 |
| Other State Income Tax | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $14,145.23 | | $20,430.43 |
| Retained Earnings December 31, prior year | | 212,342.14 | | 257,750 38 |
| Retained Earnings, current | | $226,487 37 | | $278,180 81 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1998 | | September 30,1999 | |
| ASSETS | | | | |
| Cash | | $27,482.55 | | $50,238.94 |
| Note Receivable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 4,888,237.53 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,647.70 | | 4,623.30 |
| S-T Bond Par | $325,000.00 | | $350,000.00 | |
| Less: S-T Bond Discount | (7,675.87) | 317,324.13 | (3,504.81) | 346,495.19 |
| Total Assets | | $498,489,257.63 | | $245,427,941.96 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,704.00 | | $8,112.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 4,888,237.53 |
| Total Liabilities | | $497,231,507.25 | | $244,134,696.53 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| *Retained Earnings* | | 257,750.38 | | 293,245.43 |
| Total Stockholders Equity | | $1,257,750.38 | | $1,293,245.43 |
| Total Liabilities & Stockholders Equity | | $498,489,257.63 | | $245,427,941.96 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended September 30* | | | |
|---|---|---|---|---|
| | *1998* | | *1999* | |
| REVENUES: | | | | |
| *Discount Accrual* | $11,715.76 | | $12,382.45 | |
| Note Receivable - Interest Received | 28,123,663.88 | | 14,664,712.58 | |
| Interest on L-T Bonds | 42,185.64 | | 42,225.60 | |
| Total Revenues | | $28,177,565.28 | | $14,719,320.63 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $28,123,663.88 | | $14,664,712.58 | |
| Amortization of Premium on Bonds | 0.00 | | 0.00 | |
| *Filing Fees* | 45.00 | | 0.00 | |
| Total Expenses | | 28,123,708.88 | | 14,664,712.58 |
| Net Income (Loss) | | $53,856.40 | | $54,608.05 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($10,921.85) | | ($19,113.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| *Environmental Tax* | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $42,934.55 | | $35,495.05 |
| Retained Earnings December 31, prior year | | 212,342.14 | | 257,750.38 |
| Retained Earnings, current | | $255,276.69 | | $293,245.43 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1998 | | December 31,1999 | |
| ASSETS | | | | |
| Cash | | $27,482.55 | | $49,229.94 |
| Note Receivable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,776,475.06 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,647.70 | | 14,178.12 |
| S-T Bond Par | $325,000.00 | | $350,000.00 | |
| Less: S-T Bond Discount | (7,675.87) | 317,324.13 | (8,848.00) | 341,152.00 |
| Total Assets | | $498,489,257.63 | | $250,319,382.12 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,704.00 | | $3,960.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,776,475.05 |
| Total Liabilities | | $497,231,507.25 | | $249,018,782.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 257,750.38 | | 300,600.07 |
| Total Stockholders Equity | | $1,257,750.38 | | $1,300,600.07 |
| Total Liabilities & Stockholders Equity | | $498,489,257.63 | | $250,319,382.12 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | For Quarters Ended December 31 | | | |
|---|---|---|---|---|
| | 1998 | | 1999 | |
| REVENUES: | | | | |
| Discount Accrual | $15,785.89 | | $17,119.26 | |
| Note Receivable - Interest Received | 37,498,218.50 | | 19,552,950.11 | |
| Interest on L-T Bonds | 56,247.84 | | 51,780.42 | |
| Total Revenues | | $37,570,252.23 | | $19,621,849.79 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $37,498,218.50 | | $19,552,950.10 | |
| Amortization of Premium on Bonds | 0.00 | | 0.00 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 37,498,263.50 | | 19,552,950.10 |
| Net Income (Loss) | | $71,988.73 | | $68,899.69 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($24,445.49) | | ($23,073 00) |
| Iowa State Income Tax | | (2,135.00) | | (2,977.00) |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $45,408.24 | | $42,849.69 |
| Retained Earnings December 31, prior year | | 212,342.14 | | 257,750.38 |
| Retained Earnings, current | | $257,750.38 | | $300,600.07 |

*Deb Wagoner*
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1999 | | March 31,2000 | |
| **ASSETS** | | | | |
| Cash | | $49,229.94 | | $73,349.94 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.06 | | 4,888,237.54 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 14,178.12 | | 4,777.41 |
| S-T Bond Par | $350,000.00 | | $350,000.00 | |
| Less: S-T Bond Discount | (8,848.00) | 341,152.00 | (3,752.00) | 346,248.00 |
| Total Assets | | $250,319,382.12 | | $245,450,959.89 |
| **LIABILITES** | | | | |
| A/P-Federal Income Tax | | $3,960.00 | | $8,321.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.52 |
| Total Liabilities | | $249,018,782.05 | | $244,134,905.52 |
| **STOCKHOLDERS EQUITY** | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| *Paid in Capital in excess of par* | | 0.00 | | 0.00 |
| Retained Earnings | | 300,600.07 | | 316,054.37 |
| Total Stockholders Equity | | $1,300,600.07 | | $1,316,054.37 |
| Total Liabilities & Stockholders Equity | | $250,319,382.12 | | $245,450,959.89 |

Deb Wagoner
X8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended March 31* | | | |
|---|---|---|---|---|
| | *1999* | | *2000* | |
| REVENUES: | | | | |
| Discount Accrual | $3,859.20 | | $5,096.00 | |
| Note Receivable - Interest Received | 4,888,257.96 | | 4,888,237.53 | |
| Interest on L-T Bonds | 14,254.71 | | 18,724.29 | |
| Total Revenues | | *$4,906,371.87* | | *$4,912,057.82* |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,257.96 | | $4,888,237.52 | |
| Filing Fees | 0.00 | | 45.00 | |
| Total Expenses | | 4,888,257.96 | | 4,888,282.52 |
| Net Income (Loss) | | $18,113.91 | | $23,775.30 |
| Intercompany Tax Settlement: | | | | |
| *Federal Income Tax* | | ($6,340.00) | | ($8,321.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $11,773.91 | | $15,454.30 |
| Retained Earnings December 31, prior year | | 257,750.38 | | 300,600.07 |
| Retained Earnings, current | | $269,524.29 | | $316,054.37 |

Deb Wagoner
X 8-3362

STATUTORY
UNAUDITED
Final

PRINCIPAL FC, LTD.
Comparative Balance Sheet

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1999 | | June 30,2000 | |
| ASSETS | | | | |
| Cash | | $49,229.94 | | $52,472.69 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.06 | | 9,776,475.05 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 14,178.12 | | 18,801.42 |
| S-T Bond Par | $350,000.00 | | $375,000.00 | |
| Less: S-T Bond Discount | (8,848.00) | 341,152.00 | (10,793.75) | 364,206.25 |
| Total Assets | | $250,319,382.12 | | $250,350,302.41 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $3,960.00 | | $6,799.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 9,776,475.05 |
| Total Liabilities | | $249,018,782.05 | | $249,021,621.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 300,600.07 | | 328,681.36 |
| Total Stockholders Equity | | $1,300,600.07 | | $1,328,681.36 |
| Total Liabilities & Stockholders Equity | | $250,319,382.12 | | $250,350,302.41 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended June 30* | | | |
|---|---|---|---|---|
| | *1999* | | *2000* | |
| REVENUES: | | | | |
| Discount Accrual | $7,776.01 | | $10,498.00 | |
| Note Receivable - Interest Received | 9,776,475.05 | | 9,776,475.04 | |
| Interest on L-T Bonds | 23,655.42 | | 32,748.30 | |
| *Total Revenues* | | *$9,807,906.48* | | *$9,819,721.34* |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $9,776,475.05 | | $9,776,475.05 | |
| Filing Fees | 0.00 | | 45.00 | |
| Total Expenses | | 9,776,475.05 | | 9,776,520.05 |
| Net Income (Loss) | | $31,431.43 | | $43,201.29 |
| Intercompany Tax Settlement: | | | | |
| *Federal Income Tax* | | ($11,001.00) | | ($15,120.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $20,430.43 | | $28,081.29 |
| Retained Earnings December 31, prior year | | 257,750.38 | | 300,600.07 |
| Retained Earnings, current | | $278,180.81 | | $328,681.36 |

Deb Wagoner
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | ***December 31,1999*** | | ***September 30,2000*** | |
| ASSETS | | | | |
| Cash | | $49,229.94 | | $73,798.69 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.06 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 14,178.12 | | 4,623.30 |
| S-T Bond Par | $350,000.00 | | $375,000.00 | |
| Less: S-T Bond Discount | (8,848.00) | 341,152.00 | (4,468.75) | 370,531.25 |
| Total Assets | | $250,319,382.12 | | $245,475,537.76 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $3,960.00 | | $7,096.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,018,782.05 | | $244,133,680.53 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 300,600.07 | | 341,857.23 |
| Total Stockholders Equity | | $1,300,600.07 | | $1,341,857.23 |
| Total Liabilities & Stockholders Equity | | $250,319,382.12 | | $245,475,537.76 |

Deb A. Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended September 30* | | | |
|---|---|---|---|---|
| | ***1999*** | | ***2000*** | |
| REVENUES: | | | | |
| Discount Accrual | $7,776.01 | | $16,823.00 | |
| Note Receivable - Interest Received | 9,776,475.05 | | 14,664,712.56 | |
| Interest on L-T Bonds | 23,655.42 | | 46,695.18 | |
| Total Revenues | | $9,807,906.48 | | $14,728,230 74 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $9,776,475.05 | | $14,664,712.58 | |
| Filing Fees | 0 00 | | 45 00 | |
| Total Expenses | | 9,776,475.05 | | 14,664,757.58 |
| Net Income (Loss) | | $31,431.43 | | $63,473.16 |
| Intercompany Tax Settlement: | | | | |
| *Federal Income Tax* | | ($11,001.00) | | ($22,216.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0 00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $20,430.43 | | $41,257.16 |
| Retained Earnings December 31, prior year | | 257,750 38 | | 300,600.07 |
| Retained Earnings, current | | $278,180.81 | | $341,857.23 |

Deb A. Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | ***December 31,1999*** | | ***December 31,2000*** | |
| ASSETS | | | | |
| Cash | | $49,229.94 | | $43,908.91 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.06 | | 9,776,475.05 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 14,178.12 | | 18,801.42 |
| S-T Bond Par | $350,000.00 | | $410,000.00 | |
| Less: S-T Bond Discount | (8,848.00) | 341,152.00 | (10,944.75) | 399,055.25 |
| Total Assets | | $250,319,382.12 | | $250,376,587.63 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $3,960.00 | | $6,968.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 9,776,475.05 |
| Total Liabilities | | $249,018,782.05 | | $249,021,790.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 300,600.07 | | 354,797.58 |
| Total Stockholders Equity | | $1,300,600.07 | | $1,354,797.58 |
| Total Liabilities & Stockholders Equity | | $250,319,382.12 | | $250,376,587.63 |

Deb A. Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended December 31* | | | |
|---|---|---|---|---|
| | *1999* | | *2000* | |
| REVENUES: | | | | |
| Discount Accrual | $17,119.26 | | $23,198.22 | |
| Note Receivable - Interest Received | 19,552,950.11 | | 19,552,950.09 | |
| Interest on L-T Bonds | 51,780 42 | | 60,873.30 | |
| Total Revenues | | $19,621,849.79 | | $19,637,021.61 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $19,552,950.10 | | $19,552,950.10 | |
| Filing Fees | 0.00 | | 45.00 | |
| Total Expenses | | 19,552,950.10 | | 19,552,995.10 |
| Net Income (Loss) | | $68,899.69 | | $84,026.51 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($23,073.00) | | ($29,184.00) |
| *Iowa State Income Tax* | | (2,977.00) | | 0.00 |
| Environmental Tax | | 0 00 | | (645.00) |
| Other State Income Tax | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $42,849 69 | | $54,197.51 |
| Retained Earnings December 31, prior year | | 257,750.38 | | 300,600.07 |
| Retained Earnings, current | | $300,600.07 | | $354,797.58 |

Deb A. Thomas
X 8-3382

PL.EX.15 075

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,2000* | | *March 31,2001* | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $65,065.91 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 4,777.41 |
| S-T Bond Par | $410,000.00 | | $410,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (4,589.85) | 405,410.15 |
| Total Assets | | $250,376,587.63 | | $245,501,837.99 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $7,160.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,133,744.53 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 368,093.46 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,368,093.46 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,501,837.99 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended March 31* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES. | | | | |
| Discount Accrual | $5,096.00 | | $6,354.90 | |
| Note Receivable - Interest Received | 4,888,237.53 | | 4,888,237.52 | |
| Interest on L-T Bonds | 18,724.29 | | 14,100.99 | |
| Total Revenues | | $4,912,057.82 | | $4,908,693.41 |
| EXPENSES. | | | | |
| Interest Paid - Note Payable | $4,888,237.52 | | $4,888,237.53 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 4,888,282.52 | | 4,888,237 53 |
| Net Income (Loss) | | $23,775 30 | | $20,455.88 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($8,321.00) | | ($7,160.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0 00 |
| Other State Income Tax | | 0.00 | | 0 00 |
| Net After Intercompany Tax Settlement | | $15,454.30 | | $13,295.88 |
| Retained Earnings December 31, prior year | | 300,600 07 | | 354,797 58 |
| Retained Earnings, current | | $316,054.37 | | $368,093.46 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,2000 | | April 30,2001 | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $57,905.91 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 9,400.71 |
| S-T Bond Par | $410,000.00 | | $410,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (2,471.55) | 407,528.45 |
| Total Assets | | $250,376,587.63 | | $245,501,419.59 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $2,506.16 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,129,090.69 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 372,328.90 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,372,328.90 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,501,419.59 |

Deb A Thomas
X8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended April 30* | | | |
|---|---|---|---|---|
| | ***2000*** | | ***2001*** | |
| REVENUES. | | | | |
| Discount Accrual | $5,096.00 | | $8,473.20 | |
| Note Receivable - Interest Received | 4,888,237.53 | | 4,888,237.52 | |
| Interest on L-T Bonds | 18,724.29 | | 18,724.29 | |
| Total Revenues | | $4,912,057 82 | | $4,915,435.01 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,237.52 | | $4,888,237.53 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 4,888,282.52 | | 4,888,237.53 |
| Net Income (Loss) | | $23,775.30 | | $27,197.48 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($8,321 00) | | ($9,666.16) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $15,454.30 | | $17,531.32 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $316,054.37 | | $372,328.90 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,2000 | | May 31,2001 | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $57,905.91 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 14,178.12 |
| S-T Bond Par | $410,000.00 | | $410,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (282.64) | 409,717.36 |
| Total Assets | | $250,376,587.63 | | $245,508,385.91 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $4,797.33 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,131,381 86 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000 00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 377,004.05 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,377,004.05 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,508,385.91 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended May 31* | | | |
|---|---|---|---|---|
| | ***2000*** | | ***2001*** | |
| REVENUES: | | | | |
| Discount Accrual | $5,096.00 | | $10,662 11 | |
| Note Receivable - Interest Received | 4,888,237 53 | | 4,888,237.52 | |
| Interest on L-T Bonds | 18,724.29 | | 23,501.70 | |
| Total Revenues | | $4,912,057 82 | | $4,922,401.33 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,237.52 | | $4,888,237.53 | |
| Filing Fees | 45 00 | | 0.00 | |
| Total Expenses | | 4,888,282 52 | | 4,888,237 53 |
| Net Income (Loss) | | $23,775 30 | | $34,163.80 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($8,321.00) | | ($11,957 33) |
| Iowa State Income Tax | | 0 00 | | 0.00 |
| Environmental Tax | | 0 00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0 00 |
| Net After Intercompany Tax Settlement | | $15,454.30 | | $22,206.47 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $316,054.37 | | $377,004.05 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | ***December 31,2000*** | | ***June 30,2001*** | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $55,741.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 9,776,475.05 |
| L-T Bond Par | | 900,000 00 | | 900,000 00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 18,801.42 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (6,715.80) | 413,284.20 |
| Total Assets | | $250,376,587.63 | | $250,402,648.68 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968 00 | | $6,906.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 9,776,475.05 |
| Total Liabilities | | $249,021,790.05 | | $249,021,728.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000 00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 380,920.63 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,380,920 63 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $250,402,648.68 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended June 30* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| *Discount Accrual* | $10,498 00 | | $12,064.05 | |
| Note Receivable - Interest Received | 9,776,475.04 | | 9,776,475.05 | |
| Interest on L-T Bonds | 32,748 30 | | 28,125.00 | |
| Total Revenues | | $9,819,721 34 | | $9,816,664.10 |
| EXPENSES. | | | | |
| Interest Paid - Note Payable | $9,776,475.05 | | $9,776,475.05 | |
| Filing Fees | 45.00 | | 0 00 | |
| Total Expenses | | 9,776,520.05 | | 9,776,475 05 |
| Net Income (Loss) | | $43,201.29 | | $40,189.05 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($15,120 00) | | ($14,066 00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0 00 |
| *Other State Income Tax* | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $28,081.29 | | $26,123 05 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797 58 |
| Retained Earnings, current | | $328,681 36 | | $380,920.63 |

Deb A Thomas
X 8-3382

PL.EX.15 083

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,2000* | | *July 31,2001* | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $48,835.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 0.00 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 23,578.83 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (5,381.25) | 414,618.75 |
| Total Assets | | $250,376,587.63 | | $240,625,379.59 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $2,140.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 0.00 |
| Total Liabilities | | $249,021,790.05 | | $239,240,487.00 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 384,892.59 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,384,892.59 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $240,625,379.59 |

Deb A Thomas
X8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended July 31* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| Discount Accrual | $16,823.00 | | $13,398.60 | |
| Note Receivable - Interest Received | 14,664,712.56 | | 9,776,475.05 | |
| Interest on L-T Bonds | 46,695.18 | | 32,902.41 | |
| Total Revenues | | $14,728,230.74 | | $9,822,776 06 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $14,664,712.58 | | $9,776,475.05 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 14,664,757.58 | | 9,776,475.05 |
| Net Income (Loss) | | $63,473.16 | | $46,301.01 |
| Intercompany Tax Settlement. | | | | |
| Federal Income Tax | | ($22,216.00) | | ($16,206.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0 00 |
| *Other State Income Tax* | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $41,257.16 | | $30,095.01 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $341,857.23 | | $384,892.59 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,2000* | | *August 31,2001* | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $48,835.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 0.00 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 28,356.24 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (4,046.70) | 415,953.30 |
| Total Assets | | $250,376,587.63 | | $240,631,491.55 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $4,278.54 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | *239,238,347.00* | | *239,238,347.00* |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 0.00 |
| Total Liabilities | | $249,021,790.05 | | $239,242,625.54 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| *Retained Earnings* | | 354,797.58 | | 388,866.01 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,388,866.01 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $240,631,491.55 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended August 31* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| Discount Accrual | $16,823.00 | | $14,733.15 | |
| Note Receivable - Interest Received | 14,664,712.56 | | 9,776,475.05 | |
| Interest on L-T Bonds | 46,695.18 | | 37,679.82 | |
| Total Revenues | | $14,728,230.74 | | $9,828,888.02 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $14,664,712 58 | | $9,776,475.05 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 14,664,757.58 | | 9,776,475 05 |
| Net Income (Loss) | | $63,473.16 | | $52,412.97 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($22,216.00) | | ($18,344.54) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $41,257.16 | | $34,068.43 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $341,857.23 | | $388,866.01 |

Deb A Thomas
X 8-3382

**STATUTORY**
***UNAUDITED***
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | ***December 31,2000*** | | ***September 30,2001*** | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $76,960.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 4,623.30 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (2,755.20) | 417,244.80 |
| Total Assets | | $250,376,587.63 | | $245,525,412.63 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $6,268.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,132,852.53 |
| *STOCKHOLDERS EQUITY* | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| *Retained Earnings* | | 354,797.58 | | 392,560.10 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,392,560.10 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,525,412.63 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended September 30* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| *Discount Accrual* | $16,823.00 | | $16,024.65 | |
| Note Receivable - Interest Received | 14,664,712.56 | | 14,664,712.57 | |
| Interest on L-T Bonds | 46,695.18 | | 42,071.88 | |
| Total Revenues | | $14,728,230.74 | | $14,722,809.10 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $14,664,712.58 | | $14,664,712.58 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 14,664,757.58 | | 14,664,712.58 |
| Net Income (Loss) | | $63,473.16 | | $58,096.52 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($22,216.00) | | ($20,334.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| *Other State Income Tax* | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $41,257.16 | | $37,762.52 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $341,857.23 | | $392,560.10 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Preliminary**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,2000 | | October 31,2001 | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $70,692.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 9,400.71 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (1,420.65) | 418,579.35 |
| Total Assets | | $250,376,587.63 | | $245,525,256.59 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $0.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,126,584.53 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 398,672.06 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,398,672.06 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,525,256.59 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Preliminary**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended October 31* | | | |
|---|---|---|---|---|
| | ***2000*** | | ***2001*** | |
| REVENUES. | | | | |
| Discount Accrual | $23,198.22 | | $17,359.20 | |
| Note Receivable - Interest Received | 19,552,950.09 | | 14,664,712.57 | |
| Interest on L-T Bonds | 60,873.30 | | 46,849.29 | |
| Total Revenues | | $19,637,021 61 | | $14,728,921 06 |
| EXPENSES· | | | | |
| Interest Paid - Note Payable | $19,552,950.10 | | $14,664,712 58 | |
| Filing Fees | 45 00 | | 0.00 | |
| Total Expenses | | 19,552,995.10 | | 14,664,712.58 |
| Net Income (Loss) | | $84,026 51 | | $64,208.48 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($29,184 00) | | ($20,334.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | (645.00) | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $54,197.51 | | $43,874 48 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $354,797.58 | | $398,672.06 |

Deb A Thomas
X 8-3382

PL.EX.15 091

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,2000* | | *November 30,2001* | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $70,692.01 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 4,888,237.52 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 14,024.01 |
| S-T Bond Par | $410,000.00 | | $420,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (129.15) | 419,870.85 |
| Total Assets | | $250,376,587.63 | | $245,531,171.39 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $4,209.15 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 4,888,237.53 |
| Total Liabilities | | $249,021,790.05 | | $244,130,793.68 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 400,377.71 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,400,377.71 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $245,531,171.39 |

Deb A Thomas
X8-3382

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended November 30* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| Discount Accrual | $23,198.22 | | $18,650.70 | |
| Note Receivable - Interest Received | 19,552,950.09 | | 14,664,712.57 | |
| Interest on L-T Bonds | 60,873.30 | | 51,472.59 | |
| Total Revenues | | $19,637,021.61 | | $14,734,835.86 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $19,552,950.10 | | $14,664,712.58 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 19,552,995.10 | | 14,664,712.58 |
| Net Income (Loss) | | $84,026 51 | | $70,123.28 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($29,184.00) | | ($24,543 15) |
| Iowa State Income Tax | | 0.00 | | 0 00 |
| Environmental Tax | | (645.00) | | 0.00 |
| Other State Income Tax | | 0 00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $54,197.51 | | $45,580.13 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $354,797.58 | | $400,377.71 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *December 31,2000* | | *December 31,2001* | |
| ASSETS | | | | |
| Cash | | $43,908.91 | | $34,924.52 |
| Note Receivable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 9,776,475.05 | | 9,776,475.05 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,801.42 | | 18,801.42 |
| S-T Bond Par | $410,000.00 | | $460,000.00 | |
| Less: S-T Bond Discount | (10,944.75) | 399,055.25 | (3,581.23) | 456,418.77 |
| Total Assets | | $250,376,587.63 | | $250,424,966.76 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $6,968.00 | | $6,154.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 9,776,475.05 | | 9,776,475.05 |
| Total Liabilities | | $249,021,790.05 | | $249,020,976.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 354,797.58 | | 403,990.71 |
| Total Stockholders Equity | | $1,354,797.58 | | $1,403,990.71 |
| Total Liabilities & Stockholders Equity | | $250,376,587.63 | | $250,424,966.76 |

Deb A Thomas
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended December 31* | | | |
|---|---|---|---|---|
| | *2000* | | *2001* | |
| REVENUES: | | | | |
| Discount Accrual | $23,198.22 | | $19,431.13 | |
| Note Receivable - Interest Received | 19,552,950.09 | | 19,552,950.10 | |
| Interest on L-T Bonds | 60,873.30 | | 56,250.00 | |
| Total Revenues | | $19,637,021.61 | | $19,628,631.23 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $19,552,950.10 | | $19,552,950.10 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 19,552,995.10 | | 19,552,950.10 |
| Net Income (Loss) | | $84,026.51 | | $75,681.13 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($29,184.00) | | ($26,488.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | (645.00) | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $54,197.51 | | $49,193.13 |
| Retained Earnings December 31, prior year | | 300,600.07 | | 354,797.58 |
| Retained Earnings, current | | $354,797.58 | | $403,990.71 |

S/B 384,538.01

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | March 31,2001 | | January 31,2002 | |
| ASSETS | | | | |
| Cash | | $65,065.91 | | $28,770.52 |
| Note Receivable | | 239,238,347.00 | | 0.00 |
| Accrued Interest - Note Receivable | | 4,888,237.52 | | 0.00 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 4,777.41 | | 23,578.83 |
| S-T Bond Par | $410,000.00 | | $460,000.00 | |
| Less: S-T Bond Discount | (4,589.85) | 405,410.15 | (2,860.17) | 457,139.83 |
| Total Assets | | $245,501,837.99 | | $1,409,489.18 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $7,160.00 | | $0.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 0.00 |
| Accrued Interest on Notes Payable | | 4,888,237.53 | | 0.00 |
| Total Liabilities | | $244,133,744.53 | | $0.00 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 368,093.46 | | 409,489.18 |
| Total Stockholders Equity | | $1,368,093.46 | | $1,409,489.18 |
| Total Liabilities & Stockholders Equity | | $245,501,837.99 | | $1,409,489.18 |

Deb A Thomas
X8-3382

**STATUTORY**
***UNAUDITED***
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended January 31* | | | |
|---|---|---|---|---|
| | ***2001*** | | ***2002*** | |
| REVENUES: | | | | |
| Discount Accrual | $6,354.90 | | $1,372.34 | |
| Note Receivable - Interest Received | 4,888,237.52 | | *0.00* | |
| Interest on L-T Bonds | 14,100.99 | | 23,578.83 | |
| Total Revenues | | $4,908,693.41 | | $24,951.17 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,237.53 | | $0.00 | |
| Filing Fees | 0.00 | | 0.00 | |
| Total Expenses | | 4,888,237.53 | | 0.00 |
| *Net Income (Loss)* | | $20,455.88 | | $24,951.17 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($7,160.00) | | $0.00 |
| Iowa State Income Tax | | *0.00* | | 0.00 |
| *Environmental Tax* | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $13,295.88 | | $24,951.17 |
| Retained Earnings December 31, prior year | | 354,797.58 | | 384,538.01 |
| Retained Earnings, current | | $368,093.46 | | $409,489.18 |

Deb A Thomas
X 8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | *For Quarters Ended* | | | |
|---|---|---|---|---|
| | *March 31,2001* | | *February 28,2002* | |
| ASSETS | | | | |
| Cash | | $65,065.91 | 1,385,685.02 | $28,740.52 |
| Note Receivable | | 239,238,347.00 | | 0.00 |
| Accrued Interest - Note Receivable | | 4,888,237.52 | | 0.00 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 4,777.41 | | 27,893.91 |
| S-T Bond Par | $410,000.00 | | $460,000.00 | |
| Less: S-T Bond Discount | (4,589.85) | 405,410.15 | (2,208.89) | 457,791.11 |
| Total Assets | | $245,501,837.99 | | $1,414,425.54 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $7,160.00 | | $10,460.64 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 0.00 |
| Accrued Interest on Notes Payable | | 4,888,237.53 | | 0.00 |
| Total Liabilities | | $244,133,744.53 | | $10,460.64 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 368,093.46 | | 403,964.90 |
| Total Stockholders Equity | | $1,368,093.46 | | $1,403,964.90 |
| Total Liabilities & Stockholders Equity | | $245,501,837.99 | | $1,414,425.54 |

Deb A Thomas
X8-3382

PL.EX.15 098

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended February 28* | | | |
|---|---|---|---|---|
| | *2001* | | *2002* | |
| REVENUES: | | | | |
| Discount Accrual | $6,354.90 | | $2,023.62 | |
| Note Receivable - Interest Received | 4,888,237.52 | | 0.00 | |
| Interest on L-T Bonds | 14,100.99 | | 27,893.91 | |
| Total Revenues | | $4,908,693.41 | | $29,917.53 ✓ |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,237.53 | | $0.00 | |
| Filing Fees | 0.00 | | 30.00 | |
| Total Expenses | | 4,888,237.53 | | 30.00 ✓ |
| Net Income (Loss) | | $20,455.88 | | $29,887.53 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($7,160.00) | | ($10,460.64) ✓ |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $13,295.88 | | $19,426.89 ✓ |
| Retained Earnings December 31, prior year | | 354,797.58 | | 384,538.01 ✓ |
| Retained Earnings, current | | $368,093.46 | | $403,964.90 ✓ |

Deb A Thomas
X 8-3382

PL.EX.15 099

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | March 31,2001 | | March 31,2002 | |
| ASSETS | | | | |
| Cash | | $65,065.91 | | $56,865.52 |
| Note Receivable | | 239,238,347.00 | | 0.00 |
| *Accrued Interest - Note Receivable* | | 4,888,237.52 | | 0.00 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 4,777.41 | | 4,777.41 |
| S-T Bond Par | $410,000.00 | | $460,000.00 | |
| Less: S-T Bond Discount | (4,589.85) | 405,410.15 | (1,487.83) | 458,512.17 |
| Total Assets | | $245,501,837.99 | | $1,420,155.10 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $7,160.00 | | $12,466.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 239,238,347.00 | | 0.00 |
| Accrued Interest on Notes Payable | | 4,888,237.53 | | 0.00 |
| Total Liabilities | | $244,133,744.53 | | $12,466.00 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Earnings | | 368,093.46 | | 407,689.10 |
| Total Stockholders Equity | | $1,368,093.46 | | $1,407,689.10 |
| Total Liabilities & Stockholders Equity | | $245,501,837.99 | | $1,420,155.10 |

Deb A Thomas
X8-3382

PL.EX.15 100

STATUTORY
UNAUDITED
Final

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | 2001 | | 2002 | |
|---|---|---|---|---|
| | *For Quarters Ended March 31* | | | |
| REVENUES: | | | | |
| Discount Accrual | $6,354.90 | | $2,744.68 | |
| Note Receivable - Interest Received | 4,888,237.52 | | 0.00 | |
| Interest on L-T Bonds | 14,100.99 | | 32,902.41 | |
| Total Revenues | | $4,908,693.41 | | $35,647.09 |
| EXPENSES: | | | | |
| Interest Paid - Note Payable | $4,888,237.53 | | $0.00 | |
| Filing Fees | 0.00 | | 30.00 | |
| Total Expenses | | 4,888,237.53 | | 30.00 |
| Net Income (Loss) | | $20,455.88 | | $35,617.09 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($7,160.00) | | ($12,466.00) |
| Iowa State Income Tax | | 0.00 | | 0.00 |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $13,295.88 | | $23,151.09 |
| Retained Earnings December 31, prior year | | 354,797.58 | | 384,538.01 |
| Retained Earnings, current | | $368,093.46 | | $407,689.10 |

Deb A Thomas
X 8-3382

PL.EX.15 101

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC, Ltd

| | | | Mill. date | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 14321.18 |
| 10 | 2 | CK Recd - Tax Settlement | | 64.30 | | 14385.48 |
| 10 | 5 | Maturity of Comm Paper | | 100000.00 | | |
| | 5 | Record Investment in Comm Paper | | | 99754.58 | 14630.90 |
| 10 | 27 | Record Pymt 3rd Qtr 92 Fed Tax | | | 1868.39 | 12762.51 ✓ |
| 11 | 5 | Maturity of Comm Paper | | 100000.00 | | |
| | 5 | Purchase of Comm Paper | | | 99715.56 | 13046.95 ✓ |
| 12 | 7 | Maturity of Comm Paper | 12/8 | 100000.00 | | |
| 12 | 7 | Purchase of Comm paper | 12/8 | | 99708.33 | 13338.62 |
| 12 | 16 | CK Reg - (Tax) | 12/16 | | 232.51 | 13106.11 ✓ |

PL.EX.16 001

Made in U S A

4803 3 COL. — 8803 3 COL.

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# Principal FC, Ltd

4803 3 COL. – 8803 3 COL.

| Mo | Day | Description | millinium date | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 13106.11 |
| 1 | 4 | WT Recd | 1/4 | 18749109.25 | | |
| | 4 | WTs out | 1/4 | | (18749109.25) | 13106.11 |
| 1 | 6 | maturity of Comm Paper | 1/6 | 100000.00 | | |
| | 6 | Purchase of Comm Paper | 1/6 | | (99716.67) | 13389.44 |
| 1 | 29 | CK Reg-1 | 1/29 | | (6071.01) | 7318.43 ✓ |
| 2 | 9 | maturity of Comm Paper | 2/18 | 100000.00 | | |
| | 9 | Purchase of Comm Paper | 2/18 | | (99758.33) | 7560.10 |
| 3 | 11 | Int Recd on LT Bond on 3/1/93 | 3/11 | 25312.50 | | |
| | 11 | maturity of Comm Paper | 3/11 | 100000.00 | | |
| | 11 | Purchase of Comm Paper | 3/11 | | (99734.17) | 33138.43 |
| 3 | 16 | CK Reg-1 | 3/16 | | (30.00) | 33108.43 ✓ |
| 4 | 13 | maturity of Comm Paper | 4/13 | 100000.00 | | |
| | 13 | Purchase of Comm Paper | 4/13 | | (99756.67) | 33351.76 ✓ |
| 4 | 30 | CK Reg | 5/3 | | (4479.33) | 28872.43 |
| 5 | 13 | maturity of Comm paper | 5/13 | 100000.00 | | |
| 5 | 13 | Purchase of Comm paper | 5/13 | | (99746.67) | 29125.76 ✓ |
| 6 | 15 | maturity of Comm Paper | 6/18 | 100000.00 | | |
| | 15 | Purchase of Comm paper | 6/18 | | (99741.67) | 29384.09 ✓ |
| 7 | 1 | WT Recd | 7/2 | 18749109.25 | | |
| | 1 | WTs out-3 | 7/2 | | (18749109.25) | |
| | | | | | | 29384.09 ✓ |
| 7 | 15 | maturity of Comm paper | 7/30 | 100000.00 | | 129384.09 ✓ |
| 8 | 3 | Purchase Comm paper | 8/3 | | (99700.00) | 29684.09 |
| 8 | 31 | Int Recd on L-T Bond 8/31/93 | 8/31 | 25312.50 | | 54996.59 ✓ |
| 9 | 2 | CK Reg-1 | 9/2 | | (4552.93) | 50443.66 |
| 9 | 9 | maturity of Comm Paper 9/8 | 9/9 | 100000.00 | | |
| | 9 | Purchase Comm paper | ~~9/3~~ | | (99726.11) | 50717.55 ✓ |
| 9 | 12 | maturity | 10/13 | 100000.00 | | |
| | 12 | Purchase | 10/13 | | (99716.67) | 51000.88 |
| 10 | 22 | CK Reg-1 | 10/25 | | (4554.87) | 46446.01 ✓ |
| 11 | 15 | maturity | 11/15 | 100000.00 | | |
| | 15 | Purchase | 11/15 | | (99750.00) | 46696.01 |
| 11 | 24 | CK Recd | 11/24 | 1375.96 | | 48071.97 ✓ |
| 12 | 15 | Maturity | 12/15 | 100000.00 | | |
| | 15 | Purchase | 12/15 | | (124031.25) | 24040.72 |
| 12 | 17 | CK Reg-1 | 12/17 | | (2100.00) | |
| | | | | | | 21940.72 ✓ |

PL.EX.16 002

Made in U.S.A

Principal FC, Ltd
0500500 Bond Par (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | Balance Brought Forward | | | 905203 13 ✓ |
| 8 | 19 | Reallocate to Par + Premium | | 905203 13 | |
| | 19 | Reallocate to Par + Premium | 900000 00 | | 900000 00 ✓ |

PL.EX.16 003

4803 3 COL. – 8803 3 COL.

Made in U S A

Pri pal FC, Ltd
0500700 Premium on Bond (LT)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr (1) | Cr (2) | Balance (3) |
|---|---|---|---|---|---|
| | | BBF | | | |
| 8 | 19 | Premium on 900,000 LT Bond | 5203 13 | | |
| 8 | 27 | Amort. of Prem from 9/92 thru 8/93 | | 1907 25 | 3295 88 ✓ |
| 9 | 30 | Record Amort 9/30 | | 84 43 | 3211 45 |
| 10 | 5 | Correct 8/27 entry | 988 12 | | 4199 57 |
| 12 | 31 | Amort of Prem. 4th Qtr. | | 241 98 | 3957 59 |

4803 3 COL. — 8803 3 COL.

PL.EX.16 004

Made in U S A

P [illegible] FC, Ltd
3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 3 | 11 | Int. earned 3/1/93 on 900,000 Bd | | 8251 04 | (8251 04) ✓ |
| 8 | 31 | Int earned 8/31/93 on 900,000 Bd | | 25312 50 | (33563 54) ✓ |
| 12 | 31 | Accrued Income thru 12/31/93 | | 16875 — | (50438 54) |

4803 3 COL. – 8803 3 COL.

PL.EX.16 005

Made in U S A

Principal PC, Ltd
w600100 Filing Fees

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|---|
| 3 | 16 | Annual Report Fee | Ia | 30 00 | | 30 00 ✓ |

4803 3 COL. -- 8803 3 COL.

PL.EX.16 006

Made in U S A

Principal PC, Ltd

1990100 Miscellaneous Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | Description | St | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | |

4803 3 COL. — 8803 3 COL.

PL.EX.16 007

Made in U S A

Principal FC, Ltd
8000100 Intercompany Tax Settlement
Federal

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1993 | | Description | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 4 | 15 | Rec 1st Qtr Tax Est | 4479 33 | | 4479 33 ✓ |
| 7 | 30 | Rec 2nd Qtr Tax Stmt & NOL Adj. | 4552 93 | | 9032 26 ✓ |
| 10 | 20 | Rec 3rd Qtr Tax Est | 4554 87 | | 13587 13 |
| 11 | 23 | Rec 92 Final Tax Settlemt | | 1392 13 | 12195 00 ✓ |
| 12 | 31 | Rec. 4th Qtr. Tax Est. | 3885 11 | | 16080 11 |

4803 3 COL. — 8803 3 COL.

PL.EX.16 008

Made in U S A

Principal FC, Ltd
805100 Intercompany Tax Settlement
State

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1993 | | Description | | Dr | Cr | Balance |
|---|---|---|---|---|---|---|
| 12 | | | IA | 2100 - | | 2100 - |
| 12 | 31 | | IA | 1300 31 | | 3400 31 |

4803 3 COL. — 8803 3 COL.

Made in U S A

PL.EX.16 009

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1995 | | | | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 39280 75 |
| 1 | 3 | WT In | 1/3 | 18749109 25 | | |
| | 3 | WT's Out | 1/3 | | (18749109 25) | |
| | | | | | | 39280 75 |
| 1 | 4 | CK Reg-1 | 1/4 | | (947 00) | |
| | | | | | | 38333 75 |
| 1 | 27 | CK Reg | 1/27 | | (4797 51) | |
| | | | | | | 33536 24 |
| 2 | 28 | Int Inc Recd | 2/28 | 25312 50 | | |
| | | | | | | 58848 74 |
| 3 | 16 | CK Reg | 3/16 | | (30 00) | |
| | | | | | | 58818 74 |
| 4 | 28 | CK Reg- (tax) | 4/28 | | (5181 51) | |
| | | | | | | 53637 23 |
| 6 | 12 | Maturity of C Paper | 6/12 | 150000 00 | | |
| | 12 | Purchase Comm Paper | 6/12 | | (184615 08) | |
| | | | | | | 19022 15 |
| 7 | 3 | WT In | | 18749109 25 | | |
| | 3 | WT Out | | | (18749109 25) | |
| | | | | | | 19022 15 |
| 7 | 28 | CK Reg-1 Tax | 7/28 | | (5219 37) | |
| | | | | | | 13802 78 |
| 8 | 31 | Int. Inc Recd | 8/31 | 25312 50 | | |
| | | | | | | 39115 28 |
| 11 | 6 | CK Reg 3rd Qtr 95 Tax | 11/8 | | (5305 16) | |
| | | | | | | 33810 12 |
| 11 | 8 | CK Reg " " 94 Tax | 11/8 | | (1586 18) | |
| | | | | | | 32223 94 |
| 12 | 8 | Mat. of CP | 12/8 | 190000 00 | | |
| 12 | 8 | Purc. of CP | 12/8 | | (204497 24) | |
| | | | | | | 17726 70 |
| 12 | 22 | CK Reg. Final '94 | | | (3470 00) | |
| | | | | | | 14256 70 |

PL.EX.16 010

Principal PFC LTD

Ut 10500 Bond Par (Lt term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|
| | BBF | | | 9000000 00 |

Boorum & Pease® 4803 3 col. – 8803 3 col.

Principal FC LPB

OSE 700 Premium on B & L (Longterm)

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | 2955 85 ✓ |
| 3 | 31 | Rec 1st Quarter amort for $900,000 bond | | 259 13 | 2696 72 ✓ |
| 6 | 27 | Rec 2nd Quarter amort for $900,000 bond | | 262 71 | 2434 01 ✓ |
| 10 | 10 | Rec 3rd Quarter amort for $900,000 bond | | 266 33 | 2167 68 ✓ |
| 12 | 28 | Rec 4th Quarter amort for $900,000 bond | | 270 00 | 1897 68 ✓ |

PL.EX.16 012

Boorum & Pease® 4803 3 col. – 8803 3 col.

Principal PC

2 21000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Boorum & Pease® 4803 3 col. – 8803 3 col.

| 1995 | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø |
| 1 | 4 | Reverse yearend accrual for short/Long term bonds | 16875.00 | | 16875.00 |
| 2 | 28 | Rec Int Income on $900,000 LT Bond | | 25312.50 | (8437.50) |
| 8 | 31 | Rec Int Income on $900,000 LT Bond | | 25312.50 | (33750.00) |
| 12 | 29 | Rec Int Income on LT + S/T bonds + Rev | | 16875.00 | (50625.00) |

PL.EX.16 013

Principal FC LTD

6600 ⊃ Filing Fees

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Boorum & Pease® 4803 3 col. – 8803 3 col.

| 1995 | | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|---|
| | | BBF | | | | Ø |
| 3 | 16 | Annual Report | Ja | 30 00 | | 30 00 |

Principal FC LTD.

799[?] 20 Miscellaneous Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 0 — |

Boorum & Pease® 4803 3 col. – 8803 3 col.

Principal FC

8001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø |
| 11 | 8 | Final 94 Fed. Env. Tax | | 71/00 | (71/00) |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 016

Principal FC Ltd.

800016 Intercompany Tax Settlement

Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Boorum & Pease® 4803 3 col. – 8803 3 col.

| 1995 | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 4 | 20 | 1st Qtr Tax Settlement | 5181 51 | | 5181 51 |
| 7 | 12 | 2nd QTR Tax Settlement | 5219 37 | | 10400 88 |
| 11 | 8 | 3rd Qtr Tax Settlement | 6820 34 | | 17221 22 |
| 12 | 31 | 4th Qtr Tax Settlement | 4483 16 | | 21704 38 |

Principal FC LTD
8050 - Intercompany Tax Settlement
State

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1995 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | BBF | | | | Ø |
| 12 22 | Final 94 State Tax | JA | 3470 00 | | 3470 00 |
| 12 31 | Rec True-up for 1994 Final State Tax | JA | | 1111 000 | 2360 00 |

Boorum & Pease® 4803 3 col. – 8803 3 col.

PL.EX.16 018

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® Principal FC MADE IN U.S.A.

| 1996 | | | | DR | CR | Balance |
|---|---|---|---|---|---|---|
| | | Balance Brought Forward | | | | 14256 70 |
| 1 | 2 | WT In | | 18749109 25 | | |
| | 2 | WT's Out | | | (18749109 25) | |
| | | | | | | 14256 70 |
| 1 | 23 | CK Reg- Tax | 1/24 | | (4483 16) | |
| | | | | | | 9773 54 |
| 2 | 29 | Deposit-WT in (Int. on US Treas) | 3/7 | 25312 50 | | |
| | | | | | | 35086 04 |
| 3 | 18 | Check Reg | 3/18 | | (30 00) | |
| | | | | | | 35056 04 |
| 4 | 25 | CK Reg - tax | 4/29 | | (4360 95) | |
| | | | | | | 30695 09 |
| 6 | 4 | maturity | 6/5 | 210000 00 | | |
| | 4 | Purchase | 6/5 | | (204446 32) | |
| | | | | | | 36248 77 |
| 7 | 1 | WT In - Deu | 7/8 | 18749109 25 | | |
| | 1 | WT out | 7/8 | | (2860550 00) | |
| | 1 | WT out | 7/8 | | (4086500 00) | |
| | 1 | WT out | 7/8 | | (11802059 25) | |
| | | | | | | 36248 77 |
| 7 | 25 | CK-Reg | 7/26 | | (6252 69) | |
| | | | | | | 29996 08 |
| 9 | 3 | Deposit int. on US Treas. | 9/5 | 25312 50 | | |
| | | | | | | 55308 58 |
| 10 | 18 | CK-Reg-tax | 10/28 | | (45 05) | |
| | | | | | | 55263 53 |
| 10 | 25 | CK Reg-tax | 10/29 | | (5319 26) | |
| | | | | | | 49944 27 |
| 10 | 30 | CK-Reg | 10/31 | | (1794 00) | |
| | | | | | | 48150 27 |
| 12 | 2 | maturity | 12/6 | 210000 00 | | |
| | | | | | | 258150 27 |
| 12 | 5 | Purchase | 12/6 | | 233760 00 | |
| | | | | | | 24390 27 |

Meipal FC LTD
0500500 Bond Par (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U S A

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| 1996 | | Dr | Cr | Balance |
| | BBF | | | 9000000 00 |

PL.EX.16 020

incipal FC LTD

0500700 Premium on Bond (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | 189768 |
| 3 | 30 | Rec 1st Qtr amort for $900,000 Bond | | 27373 | 162395 |
| 6 | 27 | Rec 2nd Qtr amort for $900,000 Bond | | 27750 | 134645 |
| 9 | 30 | Rec 3rd Qtr amort for $900,000 Bond | | 28133 | 106512 |
| 12 | 30 | Rec 4th Qtr amort for $900,000 bond | | 28521 | 77991 |

PL.EX.16 021

Principal FC LTD

3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | ∅ |
| 1 | 5 | Interest Income on LT + ST Bonds + Reverse | 16875 00 | | 16875 00 |
| 3 | 7 | Record Int. Inc Recd 2/29 | | 25312 50 | (8437 50) |
| 9 | 5 | Rec Int. Inc on LT Bond | | 25312 50 | (33750 00) |
| 12 | 31 | Rec Int. Income on LT + ST Bonds + Reverse | | 16875 00 | (50625 00) |

Principal FC LTD
66000100 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|---|
| | | BBF | | | | Ø |
| 3 | 18 | Annual Report Filing Fees | Ia | 30 00 | | 30 00 |

PL.EX.16 023

Principal FC LTD
7990100 Miscellaneous Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|
| | BBF | | | Ø |

PL.EX.16 024

P. ncipal FC LTD

8000100 Intercompany Tax Settlement
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1996 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø |
| 4 | 12 | 1st Qtr Fed. Tax | 4360 95 | | 4360 95 |
| 7 | 15 | 2nd Qtr Fed Tax | 6252 69 | | 10613 64 |
| 10 | 18 | 3rd Qtr Fed Tax | 5319 26 | | |
| 10 | 18 | Final '95 tax | 45 05 | | 15977 95 |
| 12 | 31 | Rec Federal Intercompany tax | 4694 02 | | |
| | 31 | Rec reclass of Federal tax to EW tax | | 69 00 | 20602 97 |

PL.EX.16 025

Principal FC LTD

8001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø — |
| 12 31 | Rec reclass of Fed tax to Env tax | 69 00 | | 69 00 |

PL.EX.16 026

Pr[illegible]ipal FC LTD
6050100 Intercompany Tax Settlement
State

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

Iowa

| 1996 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø |
| 10 31 | Rec Princ. FC Final 1995 IA. Interco. Tax | 1794 00 | | 1794 00 |

PL.EX.16 027

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1997 | | | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| | | BBF | | | | 24390 27 |
| 1 | 2 | WTsout - Pru | | | (18749109 25) | |
| | 2 | WTS in - Pru | | 18749109 25 | | |
| | | | | | | 24390 27 |
| 1 | 23 | CK Req '96 Tax | 1/27 | | (4694 02) | |
| | | | | | | 19696 25 ✓ |
| 2 | 19 | CK Req- Filing Fee | 2/20 | | (30 00) | |
| | | | | | | 19666 25 ✓ |
| 2 | 28 | Int. Inc | 3/20 | 25312 50 | | |
| | | | | | | 44978 75 ✓ |
| 4 | 25 | CK req (Fed + ...) | 4/29 | | (5409 95) | |
| | | | | | | 39568 80 ✓ |
| 6 | 3 | maturity | 6/4 | 240000 00 | | |
| | 3 | Purchase | 6/4 | | (242986 25) | |
| | | | | | | 36582 55 ✓ |
| 7 | 1 | WT In | 7/1 | 18749109 25 | | |
| | 1 | WT Out | 7/1 | | (18749109 25) | |
| | | | | | | 36582 55 |
| 7 | 25 | CK-Req- Fed tax | 7/26 | | (5469 82) | |
| | | | | | | 31112 73 ✓ |
| 8 | 31 | Maturity | 9/3 | 925312 50 | | |
| | | | | | | 956426 23 |
| 9 | 2 | Purchase Long Term | 9/11 | | (900152 85) | |
| | | | | | | 56272 38 ✓ |
| 10 | 20 | CK Req- Fed taxes | 10/27 | | (5718 83) | |
| | | | | | | 50553 55 ✓ |
| 12 | 19 | CK Req- Ia St. Tax | 12/29 | | (1600 00) | |
| 12 | 1 | Comm. Paper Maturity | 12/29 | 250000 00 | | |
| | | | | | | 298953 55 |
| 12 | 29 | Comm Paper Purchase | 12/29 | | (267325 67) | |
| | | | | | | 31627 88 |

PL.EX.16 028

Principal FC Ltd
050500 Bond Pay (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 90000000 ✓ |

PL.EX.16 029

Principal FC Ltd.
0500700 Premium on Bond (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES COMPANY G7503 ColumnWrite

| 1997 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | 77991 |
| 3 | 31 | Rec 1st Qtr amort for $900,000 Bond | | 28914 | 49077 |
| 6 | 27 | Rec 2nd Qtr amort for $900,000 Bond | | 29313 | 19764 |
| 9 | 3 | Rec. 7/31 + 8/31 amort for $900,000 Bond | | 19764 | Ø |

PL.EX.16 030

Principal FC Ltd.
3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø |
| 1 | 3 | Rec int income on LT + ST Bonds + Reverse | 1687500 | | 1687500 |
| 3 | 31 | Rec int income on $900,000 LT bond rec'd 2/28 | | 2531250 | (843750) |
| 9 | 3 | Rec int income on $900,000 Bond matured 8/31 | | 2531250 | |
| 9 | 11 | Rec purchase of LT treasury accrued int | 15285 | | (3359715) |
| 12 | 31 | Rec int income on LT + ST bonds and reverse | | 1833909 | (5193624) |

PL.EX.16 031

Principal FC Ltd.
6600\00 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | BBF | | | | Ø ✓ |
| 2 20 | Annual Report Filing Fee | Ja | 30 00 | | 30 00 ✓ |

PL.EX.16 032

Principal PC Ltd.
7990100 - Misc. Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 033

[illegible]ncipal FC Ltd.

8000100 Intercompany Tax Settlement
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | BBF | | | Ø ✓ |
| 4 | 11 | record inter company tax | 5409 95 | | 5409 95 ✓ |
| 7 | 11 | rec intercompany tax | 5469 82 | | 10879 77 ✓ |
| 10 | 20 | Rec intercompany tax | 5718 83 | | 16598 60 ✓ |
| 12 | 31 | Rec intercompany tax | 5117 32 | | 21715 92 ✓ |

PL.EX.16 034

Principal FC Ltd.

4001500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES COMPANY G7503 ColumnWrite

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 035

Principal FC Ltd.
8050100 - Intercompany Tax Settlement
Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ®

| 1997 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 036

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1978 | | | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| | | BBF | | | | 31627 88 |
| 1 | 2 | WT In - Prin | | 18749109 25 | | |
| | 2 | WT Out - Prin | | | 18749109 25 | |
| | | | | | | 31627 88 |
| 1 | 23 | CK Reg - taxes | 1/26 | | (5117 32) | |
| | | | | | | 26510 56 |
| 1 | 26 | CK Reg - | 1/27 | | (45 00) | |
| | | | | | | 26465 56 |
| 3 | 2 | WT in - Int on Bond | 4/4 | 21814 23 | | |
| | | | | | | 54279 78 |
| 4 | 24 | CK Reg - Taxes | 4/24 | | (6138 20) | |
| | | | | | | 48141 59 |
| 6 | 28 | Maturity | 4/30 | 275000 00 | | |
| 6 | 28 | Purchase | 4/30 | | (291764 50) | |
| | | | | | | 31377 09 |
| 7 | 1 | WT In Prin | 7/1 | 18749109 25 | | |
| | 1 | WT Out Prin | 7/1 | | (18,749,109.25) | |
| | | | | | | 31377 09 |
| 7 | 22 | CK Reg - Tax | 7/22 | | (4783 65) | |
| | | | | | | 26593 44 |
| 8 | 31 | Int Inc ([illegible]) | 9/4 | 28125 00 | | |
| | | | | | | 54718 44 |
| 10 | 22 | CK Reg - Tax | 10/23 | | (7822 89) | |
| | | | | | | 46895 55 |
| 12 | 2 | CK-Reg - Tax | 12/3 | | (2136 00) | |
| | | | | | | 44760 55 |
| 12 | 15 | CK Recd - 9/14 [illegible] | 12/15 | 3 25 | | |
| | | | | | | 44763 80 |
| 12 | 28 | Maturity | 12/30 | 300000 00 | | |
| 12 | 30 | Purchase | | | (317281 25) | |
| | | | | | | 27482 55 |

PL.EX.16 037

Principal FC Ltd
0500500 Bond Pal (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 90000000 ✓ |

PL.EX.16 038

Principal Fc Ltd
CS00700 Premium on Bond (Long Term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 039

Principal FC Ltd.
3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø |
| 1 | 5 | Rec interest income on LT + S/T bonds + reverse | 18339 09 | | 18339 09 ✓ |
| 4 | 24 | Rec interest rec'd on $900,000 bond | | 27814 23 | (9475 14) ✓ |
| 9 | 24 | Rec interest earned on bond on 8/31 | | 28125 00 | (37600 14) ✓ |
| 12 | 31 | Rec interest income on LT + S/T bonds + reverse | | 18647 70 | (56247 84) ✓ |

PL.EX.16 040

Principal FC Ltd.
6600100 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | State | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | 0 |
| 1 27 | sec of state - annual report | FA. | 4500 | | 4500 ✓ |

PL.EX.16 041

Principal FC Ltd.
7990100 – Misc. Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | State | Dr | Cr | Balance |
|---|---|---|---|---|
| | | | | ∅ ✓ |

PL.EX.16 042

Principal FC Ltd.
8000100 Intercompany Tax
Settlement - Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø ✓ |
| 4 | 10 | Rec federal interco. tax | 6138 20 | | 6138 20 ✓ |
| 7 | 20 | Rec federal interco. tax | 10921 85 | | 17060 05 |
| 7 | 21 | Reverse 7/20/98 entry | | 10921 85 | |
| 7 | 21 | Rec federal interco. tax | 4783 65 | | 10921 85 ✓ |
| 10 | 14 | Rec federal interco. tax | 7822 89 | | 18744 74 ✓ |
| 12 | 15 | Rec 93/94 federal tax audit adj | | 3 25 | 18741 49 ✓ |
| 12 | 31 | Rec federal interco. tax | 5704 00 | | 24445 49 ✓ |

PL.EX.16 043

Principal FC Ltd.
800|500 Taxes Federal Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 1998 | | Dr. | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |

PL.EX.16 044

rincipal FC Ltd.
805O100 - Intercompany Tax
Settlement - Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A

| 1998 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |
| 12/3 | 1997 Final Iowa | 2135 00 | | 2136 00 ✓ |

PL.EX.16 045

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

Principal FC

| Mo. | Day | Description | Ref. | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| 1999 | | | | | | |
| | | BBF | | | | 27482 55 |
| 1 | 4 | WT out | | | (18749109 25) | |
| 1 | 4 | WT In | | 18749109 25 | | |
| 1 | 4 | WT out | | | (239238347 00) | |
| | 4 | WT In | | 239238347 00 | | |
| | | | | | | 27482 55 |
| 1 | 27 | Tax Settlmt | | | (5704 00) | |
| | | | | | | 21778 55 ✓ |
| 2 | 28 | Int on $900,000 Bond (SA) | 2/26 | 28125 00 | | |
| | | | | | | 49903 55 ✓ |
| 4 | 28 | CK Req - Tax Sttlmt | 4/28 | | (6340 00) | |
| | | | | | | 43563 55 ✓ |
| 6 | 28 | Maturity | | 325000 00 | | |
| | 28 | purchase | | | (341788 61) | |
| | | | | | | 26774 94 ✓ |
| 7 | 1 | WT In | 7/1 | 97764475 05 | | |
| | 1 | WT out GS 3 | 7/1 | | (97764475 05) | |
| | | | | | | 26774 94 |
| 7 | 23 | CK Req - Tax Settlement | 7/28 | | (4661 00) | |
| | | | | | | 22113 94 ✓ |
| 8 | 31 | Int on $900,000 bond | 8/31 | 28125 00 | | |
| | | | | | | 50238 94 ✓ |
| 10 | 21 | CK Req - 3rd Q tax settlement | 10/21 | | (8112 00) | |
| | | | | | | 42126 94 ✓ |
| 11 | 23 | CK Req | 11/23 | | 2977 00 | |
| | | | | | | 39149 94 ✓ |
| 12 | 9 | Maturity | 12/9 | 350000 00 | | |
| | 9 | purchase | 12/9 | | 339920 00 | |
| | | | | | | 49229 94 ✓ |

PL.EX.16 046

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.
0500500 PAR (Longterm)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | 900000 00 |

PL.EX.16 047

National® Brand 45-603 45-303 Eye-Ease® 2 - Pack Made in USA

Principal FC Ltd.

0500700 Premium on Bonds (Long term)

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | BBF | | | Ø ✓ |

PL.EX.16 048

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Pinkerpal FC Ltd

3001000 Interest Income on Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø ✓ |
| 1 | 8 | Rec int income on L/T + S/T bonds + revenue | 18647 70 | | 18647 70 |
| 2 | 26 | Rec int. earned on $900,000 bonds on 2/28 | | 28125 00 | (9477 30) ✓ |
| 8 | 31 | ↓ ↓ on 8/31 | | 28125 00 | (37602 30) ✓ |
| 12 | 31 | Rec int income on L/T + S/T bonds + revenue | | 14178 12 | (51780 42) ✓ |

PL.EX.16 049

National Brand 45-603 Eye-Ease 45-303 2 - Pack Made in USA

Principal PC, Ltd
3002500 Interest Income
Prudential Notes

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| 4 | 23 | Rec 1st Qtr Int on 2 notes | | 4888257 96 | (4888257 96) |
| 6 | 28 | 2nd (including) | | 4888217 09 | (9776476 05) |
| 10 | 4 | 3rd | | 4888237 53 | (14664712 58) |
| 12 | 21 | 4th 1 note | | 4888237 53 | (19552950 11) |

PL.EX.16 050

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

10600100 Filing Fees Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | state | | | |
| | | | | Ø ✓ |

PL.EX.16 051

National® Brand 45-603 45-303 Eye-Ease® 2 - Pack Made in USA

Principal FC Ltd.
799 0100 Misc. Expense

| Prepared By | | |
|---|---|---|
| Approved By | | |

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | State | | | |
| | | | | Ø ✓ |

PL.EX.16 052

National® Brand 45-603 45-303 Eye-Ease® 2 - Pack Made in USA

Principal FC Ltd.
8000100 Intercompany Tax Settlement - Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | | Dr | Cr | Balance |
|---|---|---|---|---|---|
| | | | | | Ø ✓ |
| 4 | 12 | Rec federal Intercompany tax 1st Qtr | 634000 | | 634000 ✓ |
| 7 | 28 | " " 2nd Qtr | 466100 | | 1100100 ✓ |
| 10 | 21 | Rec ↓ ↓ 3rd Qtr | 811200 | | 1911300 ✓ |
| 12 | 31 | ↓ ↓ 4th Qtr | 396000 | | 2307300 ✓ |

PL.EX.16 053

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.

0001500 Taxes Federal Environmental

Prepared By | Initials | Date
Approved By

| 1999 | | Dr | Cr | Balance |
|---|---|---|---|---|
| | | | | Ø ✓ |

PL.EX.16 054

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC Ltd.
8050100 Intercompany Tax Settlement - Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| 1999 | | | 1 Dr | 2 Cr | 3 Balance |
|---|---|---|---|---|---|
| | | | | | Ø |
| 11 | 23 | Rec Iowa tax payable - final 1998 | 2977 00 | | 2977 00 |

PL.EX.16 055

Principal FC
800 1500 Fed.
Environmental

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

1 2 3

2000

PL.EX.16 056

Principal FC
799D150
Misc

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES COMPANY G7503 ColumnWrite MADE IN U.S.A.

2000

PL. EX. 16 057

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal PC

0500500

PAR LT

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 2000 | | | | | |
| | | | | | 900000000 |

PL.EX.16 058

Principal FC
0500780
Prem. LT

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

1 2 3

2000

PL.EX.16 059

Principal FC
66600100
Filing

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite MADE IN U.S.A.

2000

| | | | | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| 3 | 2 | Biennial report fee | JA | 45 00 | | 45 00 ✓ |

PL.EX.16 060

Principal FC
8050/60
Iowa

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

2000

| | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 12 | 5 | tax settlement - Final 1999 | 64500 | | 64500 ✓ |

PL.EX.16 061

National Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal FC
302500
Prudential Notes – Int Income

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

2000

| Date | Description | | 1 | 2 | 3 | |
|---|---|---|---|---|---|---|
| 3 31 | Rec 1st Qtr int inc on 1 note | | | 4888237 53 | (4888237 53) | 2 ✓ |
| 5 30 | c/e for 3/31/2000, posted @ 4888237.53, s/b 4888237.52 (deferral to 1st Qtr 2000) | 01 | | | (4888237 52) | 6 ✓ |
| 4 7 | c/e for 3/31/2000, posted for wrong amount, short by penny | 01 | | | (4888237 51) | 6 ✓ |
| 6 30 | Rec 2nd Qtr int inc on 1 note | | | 4888237 53 | (9776475 04) | 3 ✓ |
| 10 6 | Rec 3rd Qtr int inc on 1 note | | | 4888237 52 | (14664712 56) | 6 ✓ |
| 12 20 | Rec 4th Qtr | | | 4888237 53 | (19552950 09) | 6 ✓ |

PL.EX.16 062

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

Principal Fc
3703000
Prudential Notes - Int Expense

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

2000

| Mo | Day | Description | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 3 | 31 | Rec 1st Qtr int exp on 3 notes | 4888237 52 | | 4888237 52 |
| 4 | 7 | 1st Qtr 2000 - posted for wrong $ on 3/31/2000, short by 1¢ | 01 | | |
| | 7 | c/e for 10/4/1999, posted @ $4,888,237.53, s/b $4,888,237.52 | 01 | | 4888237 54 |
| 5 | 30 | c/e on 4/7/2000 for 10/4/1999, s/b 3002500 not 3703000 | | 01 | 4888237 53 |
| 6 | 30 | Rec 2nd Qtr int exp on 3 notes | 4888237 52 | | 9776475 05 |
| 10 | 6 | Rec 3rd Qtr int exp on 3 notes | 4888237 53 | | 14664712 58 |
| 12 | 20 | Rec 4th Qtr + | 4888237 52 | | 19552950 10 |

PL.EX.16 063

Principal Fc
3001000
Bonds

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U.S.A.

| 2000 | | | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1 | 7 | Rec int inc on L/T + S/T bonds + reverse | 14178.12 | | 14178.12 ✓ |
| 3 | 6 | Rec int inc on 2/29/2000 for $900,000 bond | | 28125.00 | (13946.88) ✓ |
| 8 | 31 | Rec int inc on $900,000 bond | | 28125.00 | (42071.88) ✓ |
| 12 | 31 | Rec int inc on L/T + S/T bonds + reverse | | 18801.42 | (60873.30) ✓ |

PL.EX.16 064

Principal Fc
8000100
Federal

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

© WILSON JONES COMPANY G7503 ColumnWrite ® MADE IN U S A

| Date | | Description | 1 | 2 | 3 | |
|---|---|---|---|---|---|---|
| 2000 | | | | | | |
| 4 | 10 | Rec 1st Qtr payable | 8321 00 | | 8321 00 | |
| 4 | 26 | Rec 1st Qtr 2000 Fed. Ic Pool tax settlement payable S/B 1004500 | 8321 00 | | 16642 00 | |
| 4 | 30 | Ck for 4/10/2000, posted to 8000100 in error | | 8321 00 | 8321 00 | ✓ |
| 7 | 10 | Rec 2nd Qtr payable | 6799 00 | | 15120 00 | ✓ |
| 10 | 11 | Rec 3rd Qtr payable | 7096 00 | | 22216 00 | ✓ |
| 12 | 31 | Rec 4th Qtr payable | 6968 00 | | 29184 00 | ✓ |

PL.EX.16 065

PRINCIPAL FC
3100

PRINCIPAL FC CASH LEDGER
0010100

| *DATE* | *OUR JV/REO NO.* | *CRE PARK CODE* | *A/R N/R INS SUB MISC REO JV ICP* | *DESCRIPTION* | *DEBIT* | *CREDIT* | **BALANCE** |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 49,229.94 |
| 01/03/2000 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 9,825,704.99 |
| 01/03/2000 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 9,776,475.05 | 49,229.94 |
| 01/31/2000 | | | MISC | REC 4TH QTR 1999 FED IC POOL TAX SETTLEMENT | | 3,960.00 | 45,269.94 |



PL.EX.16 066

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 03/02/2000 | MISC | BIENNAL REPORT FEE | | 45.00 | 45,224.94 |
| 03/06/2000 | MISC | INTEREST INCOME FOR $900,000 BOND ON 2 | 28,125.00 | | 73,349.94 |

PL.EX.16 067

PRINCIPAL FC
3100

| | | | | |
|---|---|---|---|---|
| 04/26/2000 | MISC | REC 1ST QTR 2000 FED IC POOL TAX SETTLEMENT | 8,321.00 | 65,028.94 ✓ |

PL.EX.16 068

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 06/06/2000 | MISC | MATURITY OF COMMERCIAL PAPER ON 6/6/2 | 350,000.00 | | 415,028.94 ✓ |
| 06/06/2000 | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 12/4/00 | | 362,556.25 | 52,472.69 ✓ |

PL.EX.16 069

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 07/03/2000 | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 9,828,947.74 |
| 07/03/2000 | MISC | WT OUT-PRUDENTIAL INT EXP | | 9,776,475.05 | 52,472.69 |
| 07/27/2000 | MISC | REC 2ND QTR 2000 FED IC POOL TAX SETTLEMENT | | 6,799.00 | 45,673.69 ✓ |

PL.EX.16 070

PRINCIPAL FC
3100

| | | | | |
|---|---|---|---|---|
| 08/31/2000 | MISC | INTEREST INCOME FOR $900,000 BOND ON 2 | 28,125.00 | 73,798.69 |

PL.EX.16 071

PRINCIPAL FC
3100

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2000 | MISC | MATURITY OF COMMERCIAL PAPER ON 12/4/ | 375,000.00 | | 441,702.69 |
| 12/04/2000 | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 6/4/01 | | 397,148.78 | 44,553.91 |
| 12/05/2000 | MISC | REC 1999 FINAL IOWA IC POOL TAX SETTLEMENT | | 645.00 | 43,908.91 |

PRINCIPAL FC
3100

PRINCIPAL FC CASH LEDGER
0010100

| DATE | OUR JV/REO NO. | CRE PARK CODE | A/R N/R INS SUB MISC REO JV ICP | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 43,908.91 |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 4,086,500.00 | (4,042,591 09) |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,860,550 00 | (6,903,141 09) |
| 01/02/2001 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,829,425 05 | (9,732,566.14) |
| 01/02/2001 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475 05 | | 43,908 91 |
| 01/26/2001 | | | MISC | 4TH QTR 2000 FED IC TAX PMT | | 6,968 00 | 36,940 91 |
| 02/28/2001 | | | MISC | INT INCOME FOR $900,000 BOND | 28,125 00 | | 65,065 91 |
| 04/26/2001 | | | MISC | 1ST QTR 2001 FED IC TAX PMT | | [redacted] | 57,905 91 |
| 06/04/2001 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/4/2 | 410,000 00 | | 467,905 91 |
| 06/04/2001 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 12/3/2001 | | 412,164 90 | 55,741 01 |
| 07/26/2001 | | | MISC | 2ND QTR 2001 FED IC TAX PMT-POSTED 7/31/2001 | | 6,906 00 | 48,835 01 |
| 09/30/2001 | | | MISC | INT INCOME FOR $900,000 BOND-REC'D 8/31/2 | 28,125 00 | | 76,960 01 |
| 10/31/2001 | | | MISC | 3RD QTR 2001 FED IC TAX PMT | | 6,268 00 | 70,692 01 |
| 12/03/2001 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/4/2 | 420,000.00 | | 490,692 01 |
| 12/03/2001 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 6/3/2002 | | 455,767 49 | 34,924 52 |



PL.EX.16 073

**PRINCIPAL FC**
**3100**

PRINCIPAL FC CASH LEDGER
0010100

| DATE | OUR JV/REO NO. | CRE PARK CODE | A/R N/R INS SUB MISC REO JV ICP | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE BROUGHT FORWARD | | | 34,924.52 |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 4,086,500.00 | (4,051,575.48) |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,860,550.00 | (6,912,125.48) |
| 01/02/2002 | | | MISC | WT OUT-PRUDENTIAL INT EXP | | 2,829,425.05 | (9,741,550.53) |
| 01/02/2002 | | | MISC | WT IN-PRUDENTIAL INT INC | 9,776,475.05 | | 34,924.52 |
| 01/02/2002 | | | MISC | LAST OF PRUDENTIAL N/R TO MATURE 1/2/2002 | 239,238,347.00 | | 239,273,271.52 |
| 01/02/2002 | | | MISC | LAST OF PRUDENTIAL N/P TO MATURE 1/2/2002 | | 239,238,347.00 | 34,924.52 |
| 01/29/2002 | | | MISC | 4TH QTR 2001 FED IC TAX PMT | | 6,154.00 | 28,770.52 |
| 02/18/2002 | | | MISC | IA SEC OF STATE BIENNIAL REPORT | | 30.00 | 28,740.52 |
| 02/28/2002 | | | MISC | INT INCOME FOR $900,000 BOND | 28,125.00 | | 56,865.52 |
| 04/30/2002 | | | MISC | 1ST QTR 2002 FED IC TAX PMT | | 12,466.00 | 44,399.52 |
| 06/03/2002 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 6/3/2002 | 460,000.00 | | 504,399.52 |
| 06/04/2002 | | | MISC | PURCHASE OF COMMERCIAL PAPER TO MATURE 8/31/2002 | | 473,014.10 | 31,385.42 |
| 07/26/2002 | | | MISC | 2ND QTR 2002 FED IC TAX PMT | 1,151.00 | | 32,536.42 |
| 10/03/2002 | | | MISC | INT INCOME FOR $900,000 BOND-rec'd 9/3/2002 | 28,125.00 | | 60,661.42 |
| 11/13/2002 | | | MISC | 2001 FINAL IOWA STATE TAX SETTLEMENT-11/13/2002 | | 2,830.00 | 57,831.42 |
| 11/14/2002 | | | MISC | MATURITY OF LT BOND ON 8/31/2002-rec'd 8/30/2002 | 900,000.00 | | 957,831.42 |
| 11/14/2002 | | | MISC | MATURITY OF COMMERCIAL PAPER ON 8/30/2002-rec'd 9/3/2002 | 475,000.00 | | 1,432,831.42 |

Account Balance Report
December 31, 2002

Beg Account: ALL TRIAL BALANCE ACCOUNTS Inv Sgmnt: ALL ALL Investment Segments
End Account: ALL TRIAL BALANCE ACCOUNTS BRU: ALL ALL BRUs

| Account Number | Account Name | Debits | Credits |
|---|---|---|---|
| 0029800 | CASH IN BANK-CHECKING | 1,432,831.42 | |
| 0600400 | BONDS,PAR | | |
| 0820400 | BONDS,PAR,SHORT TERM | | |
| 0821200 | BONDS,DISCOUNT,SHORT TERM | | |
| 0909100 | FEDERAL TAX RECEIVABLE-CY | | |
| 1702100 | FEDERAL TAX PAYABLE - CY | | |
| 1990000 | INSURANCE FUND | | 384,538.01 |
| 1990100 | CAPITAL STOCK | | 1,000,000.00 |
| 3000400 | INTEREST INC,BONDS | | 56,250.00 |
| 3160500 | DISCOUNT EARNED, S-T | | 6,218.41 |
| 5760912 | FILING FEES | 30.00 | |
| 8249000 | STATE INCOME TAXES, OE, CURRENT | 2,830.00 | |
| 8890300 | FEDERAL TAX EXP OE-CY | 11,315.00 | |
| | **Total Debits and Credits** | **1,447,006.42** | **1,447,006.42** |

A "*" denotes entries have been made today to the account but not yet posted.

PL.EX.16 075

PL.EX.17 001

1991/2

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | PAYMENT $ | | ✓ | DEPOSIT $ | | BALANCE $ | |
|---|---|---|---|---|---|---|---|---|---|
| | 12-18-91 | Funding | | | ✓ | 1,000,000 | 00 | 1,000,000 | 00 |
| | 12-18 | in & out | 5 | 20 | ✓ | 5 | 20 | 1,000,000 | 00 |
| | 12-18 | Purchase | 946,397 | 92 | ✓ | | | 53,602 | 08 |
| | 1-23-92 | Elaine Border | 50 | 00 | ✓ | | | 53,552 | 08 |
| | 1-17 | GE Note | 980,568 | 00 | ✓ | | | 933,015 | 92 |
| | 1-17 | Bond Desk | | | ✓ | 950,000 | 00 | 16,984 | 08 |
| 1001 | 1-30 | PMLIC | 571 | 53 | ✓ | | | 16,412 | 55 |
| 1003 | 3-10 | Ia Secretary | 50 | 00 | ✓ | | | 16,362 | 55 |
| | 2-18 | GE Note | 971,790 | 62 | ✓ | 990,000 | 00 | 34,571 | 93 |
| | 3-18 | GE Note | 971,206 | 17 | ✓ | | | 936,634 | 34 |
| | 3-19 | GE Note | | | ✓ | 975,000 | 00 | 38,365 | 76 |
| | 2-11 | Check Charges | 60 | 51 | ✓ | | | 38,305 | 25 |
| 1002 | 2-21 | Ia Sec. State | 30 | 00 | ✓ | | | 38,275 | 25 |
| | 4-21 | GE Note | 971,953 | 13 | ✓ | 975,000 | 00 | 41,322 | 12 |
| 1004 | 4-30 | PMLIC | 3,377 | 61 | ✓ | | | 37,944 | 51 |
| | 5-21 | GE Note | 971,123 | 56 | ✓ | 975,000 | 00 | 41,820 | 95 |
| | 6-29 | GE Note | 971,993 | 75 | ✓ | 975,000 | 00 | 44,827 | 20 |
| | 7-1 | WT in for Peu | | | ✓ | 19,894,888 | 17 | 19,939,715 | 37 |
| | 7-1 | WT out to PMLIC | 3035,361 | 39 | ✓ | | | | |
| | 7-1 | " " " " | 4336,230 | 56 | ✓ | | | 12,568,123 | 42 |

PL.EX.17 002

1992/93

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | PAYMENT | | | DEPOSIT | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 7-1-92 | BALANCE BROUGHT FORWARD | | | X | | | $12,568,123 | 42 |
| | 7-1 | WT out to PMLIC | $12,523,296 | 22 | ✓ | $ | | 44,827 | 20 |
| | 7-29 | GENERAL ELECTRIC CAPITAL | 972,099 | 38 | ✓ | 975,000 | 00 | 47,727 | 82 |
| 1005 | 8-4 | PMLIC | 3146 | 76 | ✓ | | | 44,581 | 06 |
| | 9-1 | ASSOC Corp of NA/GE CAPITAL | 999,833 | 33 | ✓ | 975,000 | 00 | 19,747 | 73 |
| | 9-3 | Assoc Corp of NA | 999918 | 06 | ✓ | 1000,000 | 00 | 19,829 | 67 |
| | 9-4 | GE Capital/Assoc. Corp NA | 99745 | 97 | ✓ | 100,000 | 00 | | |
| | 9-4 | USTNotes @ 5⅝ due 8/31/97 | 905,762 | 52 | ✓ | | | 14,321 | 18 |
| | 10-2 | Deposit | | | ✓ | 64 | 30 | 14,385 | 48 |
| | 10-5 | GENERAL Electric CAPITAL | 99,754 | 58 | ✓ | 100,000 | 00 | 14,630 | 90 |
| 1006 | 10-27 | PMLIC | 1868 | 39 | ✓ | | | 12,762 | 51 |
| | 10-30 | Deposit (in ERROR) | | | ✓ | 2019 | 08 | 14,781 | 59 ✓ |
| | 11-5 | GE/GMAC | 99,715 | 56 | ✓ | 100,000 | 00 | 15,666 | 03 |
| 1007 | 11-18 | The Principal Financial Group | 2019 | 08 | ✓ | | | 13,646 | 95 ✓ |
| | 12-7 | GMAC/GE Cap. Corp Not | 99708 | 33 | ✓ | 100,000 | 00 | 13,338 | 62 |
| 1008 | 12-16 | Principal Holding | 232 | 51 | ✓ | | | 13,106 | 11 ✓ |
| | 1-6-93 | Assoc Corp/GE Capital | 99,716 | 67 | ✓ | 100,000 | 00 | 13,389 | 44 |
| | 1/4-93 | WT in | | | ✓ | 18,749,109 | 25 | 18,762,498 | 69 |
| | 1/4-93 | WT Out's | 4,086,500 | – | ✓ | | | 14,675,998 | 69 |
| | \| | | 11,802,059 | 25 | ✓ | | | 2,873,939 | 44 |
| | \| | | 2,860,550 | 00 | ✓ | | | 13,389 | 44 |
| 1009 | 1-29 | PMLIC | 6071 | 01 | ✓ | | | 7318 | 43 ✓ |
| | 2-9 | GE Capital/Assoc Corp | 99,758 | 33 | ✓ | 100,000 | 00 | 7560 | 10 ✓ |
| | 3-1 | Int on USTN | | | ✓ | 25,312 | 50 | | |
| | 3-11 | GE Capital | 99734 | 17 | ✓ | 100,000 | 00 | 33,138 | 43 |

PL.EX.17 003

1993/94

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | ✓ | WITHDRAWAL | BALANCE |
|---|---|---|---|---|---|---|
| --- | 3-11 | BALANCE BROUGHT FORWARD | | | | $ 33,138 43 |
| 1010 | 3-16 | Del Sec of State | $ | ✓ | $ 30 00 | 33,108 43 ✓ |
| | 4-13 | GE Capital Corp Notes | 100,000 00 | ✓ | 99,756 67 | 33,351 76 |
| 1011 | 4-30 | Principal Mutual | | ✓ | 4,478 33 | 28,872 43 ✓ |
| | 5-13 | GE Capital Corp Notes | 100,000 00 | ✓ | 99,746 67 | 29,125 76 |
| | 6-14 | " " " " | 100,000 00 | ✓ | 99,741 67 | 29,384 09 ✓ |
| | 7-15 | " " " " | 100,000 00 | ✓ | | 129,384 09 ✓ |
| | 8-3 | " " " " | | ✓ | 99,700 — | 29,684 09 |
| | 8-31 | Int on USTNote Due 8/97 | 25,312 50 | ✓ | | 54,996 59 ✓ |
| 1012 | 9-2 | PMLIC | | ✓ | 4553 93 | 50,443 66 |
| | 9-8 | GE Capital Corp Notes | 100,000 00 | ✓ | 99,726 11 | 50,717 55 ✓ |
| | 10-12 | GE Capital Corp/AmExpress | 100,000 00 | ✓ | 99,716 67 | 51,000 88 |
| 1013 | 10-22 | PMLIC | | ✓ | 4554 87 | 46,446 01 ✓ |
| | 11-15 | Am Express Cr Corp | 100,000 00 | ✓ | 99,750 00 | 46,696 01 |
| | 11-24 | Deposit | 1375 96 | ✓ | | 48,071 97 ✓ |
| | 12-15 | Am Exp Cr Corp/GE Capital | 100,000 00 | ✓ | 124,031 25 | 24,040 72 |
| 1014 | 12-17 | Principal Holding | | ✓ | 2100 00 | 21,940 72 ✓ |
| | 1-3-94 | WT IN / WT Out | 18,749,109 25 | ✓ | 18,749,109 25 | 21,940 72 ✓ |
| 1015 | 2-2 | VOID | | ✓ | | |
| 1016 | 2-2 | PMLIC | | ✓ | 3885 11 | 18,055 61 |
| | 2-28 | Int on USTNote | 25,312 50 | ✓ | | 43,368 11 ✓ |
| 1017 | 3-2 | IA Sec of St | | ✓ | 30 00 | 43,338 11 |
| | 3-15 | GE Capital Corp | 125,000 00 | ✓ | 123,843 75 | 44,494 36 ✓ |
| 1019 | 5-3 | PMLIC | | ✓ | 4690 06 | 39,804 30 ✓ |
| | 6-14 | GE Capital Corp | 125,000 00 | | 123,646 88 | 41,157 42 |

PL.EX.17 004

1994/95

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|
| --- | 6-14 | BALANCE BROUGHT FORWARD | | | | | $ 41,157 | 42 |
| 1018 | 7-26 | PMLIC | $ | | $ 4753 | 58 | 36,403 | 84 |
| | 8-31 | Int on UST Notes due 8/31/97 | 25,312 | 50 | | | 61,716 | 34 |
| | 9-12 | GE Capital Corp | 125,000 | — | 172,898 | 78 | 13,817 | 56 |
| 1020 | 10-18 | PMLIC | | | 4877 | 92 | 8939 | 64 |
| | | | 411 | 94 | | | 9351 | 58 |
| 1021 | 10-25 | Elaine Baxter, Sec of State | | | 186 | — | 9165 | 58 |
| | 10-28 | Deposit | 186 | — | | | 9351 | 58 |
| | 12-12 | GE Capital Corp Notes | 175,000 | — | 145,070 | 83 | 39,280 | 75 |
| | | | | | | | | |
| | 1-2-95 | WT out PMLIC | | | 2860,550 | — | | |
| | | PriSupply Capital | | | 4086,500 | — | | |
| | | Prudential Realty | 18,749,109 | 25 | 11,802,059 | 25 | ⊖ | |
| 1022 | 1-4-95 | Princ Holding | | | 947 | — | | |
| 1023 | 1-27 | PMLIC | | | 4797 | 51 | 33,536 | 24 |
| | 2-28 | Int Deposit | 25,312 | 50 | | | 58,848 | 74 |
| 1024 | | VOID | | | | | | |
| 1025 | 3-16 | TA Sec of State | | | 30 | — | 58,818 | 74 |
| 1026 | 4-28 | PMLIC | | | 5181 | 51 | 53,637 | 23 |
| | 6-12 | GE Capital Corp Notes | 150,000 | — | 184,615 | 08 | 19,022 | 15 |
| 1027 | 7-28 | PMLIC | | | 5219 | 37 | 13,802 | 78 |
| 2/31 | 8-31 | Int Recd on USTN, 5 7/8%, 8/31/97 | 25,312 | 50 | | | 39,115 | 28 |
| 1028 | 11-6 | PMLIC | | | 5305 | 16 | 33,810 | 12 |
| 1029 | 11-8 | PMLIC | | | 1586 | 18 | 32,223 | 94 |
| | 12-8 | GE Capital Corp Notes | 190,000 | — | 204,497 | 24 | 17,726 | 70 |

PL.EX.17 005

1995/97

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 12/8 | BALANCE BROUGHT FORWARD | | | | | | $ 17726 | 70 |
| 1030 | 12/22 | Principal Holding | $ | | | $ 3470 | — | 14,256 | 70 |
| 1031 | 1/23/96 | PMLIC | | | | 4483 | 16 | 9,773 | 54 |
| | 2/29 | USTNotE Int | 25,312 | 50 | | | | 35,086 | 04 |
| 1032 | 3/18 | Sec of State | | | | 30 | — | 35,056 | 04 |
| 1033 | 4/25 | PmLIC | | | | 4360 | 95 | 30,695 | 09 |
| | 6/4 | GE Capital Corp | 210,000 | -- | | 204,446 | 32 | | |
| | 7/1 | Fed Out | | | | 11,802,059 | 25 | | |
| | | | | | | 4086,500 | — | | |
| | | | | | | 2860,550 | — | | |
| | | IN | 18,749,109 | 25 | | | | 36,248 | 77 |
| 1034 | 7/25 | PMLC | [illegible] | | | 6252 | 69 | 29,996 | 08 |
| | 9/3 | USTNotE Int | 25,312 | 50 | | | | 55,308 | 58 |
| 1036 | 10/18 | PMLIC | | | | 45 | 05 | 55,263 | 53 |
| 1037 | 10/28 | PMLIC | | | | 5319 | 26 | 49,944 | 27 |
| 1038 | 10-30 | Principal Holding | | | | 1,794 | 00 | 48,150 | 27 |
| | 12-2 | GE Capt CR | 210,000 | — | | 233,760 | — | 24,390 | 27 |
| 1039 | 1-24-1997 | PMLIC | | | | 4694 | 02 | 19,696 | 25 |
| 1040 | 2-19 | State of Iowa | | | | 30 | — | 19,666 | 25 |
| | 3-14 | US Treasury Note Interest | 25,312 | 50 | | | | 44,978 | 75 |
| 1041 | 4-24 | PMLIC | | | | 5409 | 95 | 39,568 | 80 |
| | 6-3 | GE Capital Corp Notes | 240,000 | — | | 242,986 | 25 | 36,582 | 55 |
| 1042 | 7-25 | PMLIC | | | | 5469 | 82 | 31,112 | 73 |
| | 9-2 | USTNotes | 925,312 | 50 | | 900,152 | 85 | 56,272 | 38 |
| | | | | | | | | | |

1035 9/6/96 VOIDED

PL.EX.17 006

1997/99

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 9-2 | BALANCE BROUGHT FORWARD | | | | | | $ 56,272 | 38 |
| 1043 | 10-23 | PMLIC | $ | | | $ 5718 | 83 | 50,553 | 55 |
| 1044 | 12-22 | Principal Holding Co. | | | | 1600 | — | 48,953 | 55 |
| | 12-29 | GE Capital Notes | 250,000 | — | | 267,325 | 67 | 31,627 | 88 |
| 1045 | 1-23-98 | PMLIC | | | | 5117 | 32 | 26,510 | 56 |
| 1046 | ⊥ | IA Sec of State | | | | 45 | — | 26,465 | 56 |
| | 3-2-98 | Int from USTNote | 27,814 | 23 | | | | 54,279 | 79 |
| 1047 | 4-24 | PMLIC | | | | 6138 | 20 | 48,141 | 59 |
| | 6-29 | GE Capital Gep Notes | 275,000 | — | | 291,764 | 50 | 31,377 | 09 |
| 1048 | 7-22 | 2nd Qtr IC Federal Tax Settlement | | | | 4,783 | 65 | 26,593 | 44 |
| 1049 | 10/22 | PMLIC | | | | 7,8[illegible] | 89 | 18,770 | 55 |
| | 8/31 | USTNote Int Rec'd | 28,125 | 00 | | | | 46,895 | 55 |
| 1050 | 12-3 | Principal Holding Co. | | | | 2135 | 00 | 44,760 | 55 |
| | 12-15 | Deposit | 3 | 25 | | | | 44,763 | 80 |
| | 12-28 | GE Capital (Purch 12/30) | 300,000 | 00 | | 317,281 | 25 | 27,482 | 55 |
| | 1-4-99 | | 99999999 | 99 | | 99999999 | 99 | | |
| | | | 99999999 | 99 | | 99999999 | 99 | | |
| | | | 39,238,347 | 02 | | 39,238,347 | 02 | | |
| | | | 18,749,109 | 25 | | 11,802,059 | 25 | | |
| | | | | | | 4,086,500 | 00 | | |
| | | | | | | 2,860,550 | 00 | 27482 | 55 |
| 1051 | 1-28 | PLIC | | | | 5704 | 00 | 21,778 | 55 |
| | 2-28 | Int on USTNotes | 28,125 | 00 | | | | 49,903 | 55 |
| 1052 | 4-28 | PLIC | | | | 6340 | 00 | 43,563 | 55 |
| | 6-28 | GE Capital Notes | 325,000 | 00 | | 341,788 | 61 | 26,774 | 94 |

PL.EX.17 007

1999/

| CK NO. | DATE | DESCRIPTION OF TRANSACTION | DEPOSIT | | | WITHDRAWAL | | BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| --- | 6-28 | BALANCE BROUGHT FORWARD | | | | | | $ 26,774 | 94 |
| | 7-1 | Incoming / Outgoing | $ 9,776,475 | 05 | | $ 9,776,475 | 05 | | |
| 1053 | 7-23 | PLIC | | | | 4,661 | 00 | 22,113 | 94 |
| | 8-23 | Int on UST Notes | 28,125 | 00 | | | | 50,238 | 94 |
| | ~~8-2[illegible]~~ | | | | | | | | |
| 1054 | 10-21 | PLIC | | | | 8,112 | 00 | 42,126 | 94 |
| 1055 | 11-23 | PLIC | | | | 2,977 | 00 | 39,149 | 94 |
| | 12-9 | GE Capital Notes | 350,000 | 00 | | 339,920 | 00 | 49,229 | 94 |

01/23/2003 Principal FC @ Wells Fargo Bank (7051417)

| Date | Description | Ck # | Distributions | Contributions | Balance | | |
|---|---|---|---|---|---|---|---|
| 12/31/1999 | Balance Brought Forward | [redacted] | [redacted] | [redacted] | $49,229.94 | | |
| 01/31/2000 | P L I C | [redacted] | | 3,960.00 | $45,269.94 | | |
| 02/28/2000 | Int Rec'd on UST Note due 8/2002 | [redacted] | 28,125.00 | | $73,394.94 | | |
| 03/02/2000 | Iowa Secretary of State | 1057 | | 45.00 | $73,349.94 | x | |
| 04/26/2000 | P L I C | 1058 | | 8,321.00 | $65,028.94 | x | |
| 06/06/2000 | GE Capital Notes | [redacted] | 350,000.00 | 362,556.25 | $52,472.69 | x | |
| 07/26/2000 | ACH to PLIC | [redacted] | | 6,799.00 | $45,673.69 | x | |
| 08/31/2000 | ACH for UST Notes interest | [redacted] | 28,125.00 | | $73,798.69 | x | |
| 10/11/2000 | V O I Ded to MRI | 1059 | | | $73,798.69 | x | |
| 10/26/2000 | ACH to PLIC | [redacted] | | 7,096.00 | $66,702.69 | x | |
| 12/04/2000 | GE Capital Notes | [redacted] | 375,000.00 | 397,148.78 | $44,553.91 | x | |
| 12/05/2000 | *ACH to PLIC* | [redacted] | | *645.00* | $43,908.91 | x | |
| 01/03/2000 | ACH from Prundential | [redacted] | 9,776,475.05 | | $9,820,383.96 | x | |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $6,990,958.91 | x | |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,130,408.91 | x | |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $43,908.91 | x | |
| 01/26/2001 | ACH to PLIC | [redacted] | | 6,968.00 | $36,940.91 | x | |
| 02/28/2001 | ACH for UST Notes interest | [redacted] | 28,125.00 | | $65,065.91 | x | |
| 04/25/2001 | ACH to PLIC | [redacted] | | 7,160.00 | $57,905.91 | x | |
| 06/04/2000 | GE Capital Notes maturity | [redacted] | 410,000.00 | | $467,905.91 | x | |
| | ACH to NIS | [redacted] | | 412,164.90 | $55,741.01 | x | |
| 07/02/2001 | WT from Prudential | [redacted] | 9,776,475.05 | | $9,832,216.06 | x | |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $7,002,791.01 | x | |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,142,241.01 | x | |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $55,741.01 | x | |
| 07/26/2001 | ACH to PLIC | [redacted] | | 6,906.00 | $48,835.01 | x | |
| 08/31/2001 | ACH for UST Notes interest | [redacted] | 28,125.00 | | $76,960.01 | x | |
| 10/31/2001 | ACH to PLIC | [redacted] | | 6,268.00 | $70,692.01 | x | |
| 12/03/2001 | ACH IN | [redacted] | 420,000.00 | | $490,692.01 | x | Dec bal to ledger |
| | ACH OUT | [redacted] | | 455,767.49 | $34,924.52 | x | |
| 01/02/2002 | WT from Prudential | [redacted] | 49,014,822.07 | | $49,049,746.59 | x | |
| | WT from Prudential | [redacted] | 99,999,999.99 | | $149,049,746.58 | x | |
| | WT from Prudential | [redacted] | 99,999,999.99 | | $249,049,746.57 | x | |
| | Wt to Wilmington Trust | [redacted] | | 0.01 | $249,049,746.56 | x | |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $246,220,321.51 | x | |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $243,359,771.51 | x | |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $239,273,271.51 | x | |
| | WT to Bank of New York | [redacted] | | 69,238,347.00 | $170,034,924.51 | x | |
| | WT to Bank of New York | [redacted] | | 70,000,000.00 | $100,034,924.51 | x | |
| | Wt to Wilmington Trust | [redacted] | | 99,999,999.99 | $34,924.52 | x | |
| 01/29/2002 | ACH to PLIC | [redacted] | | 6,154.00 | $28,770.52 | x | Jan bal to ledger |
| 02/18/2002 | Ia Sec of State | 1060 | | 30.00 | $28,740.52 | x | |
| 02/28/2002 | *ACH for UST Notes interest for $28,125* | [redacted] | 28,125.00 | | $56,865.52 | x | Feb/Mar bal to ledger |
| 04/30/2002 | ACH to PLIC | [redacted] | | 12,466.00 | $44,399.52 | x | Apr/May bal to ledger |
| 06/03/2002 | GE Capital Notes maturity | [redacted] | 460,000.00 | | $504,399.52 | x | |
| 06/04/2002 | ACH OUT-purchase note | [redacted] | | 473,014.10 | $31,385.42 | x | Jun bal to ledger |
| 07/26/2002 | ACH from PLIC | [redacted] | 1,151.00 | | $32,536.42 | x | Jul bal to ledger |
| 08/30/2002 | Maturity of GE Capital Note-booked 11/02 | [redacted] | 475,000.00 | | $507,536.42 | x | Aug bal to ledger |
| 09/03/2002 | ACH for UST Notes maturity of $928,125-booked 11/02 | [redacted] | 900,000.00 | | $1,407,536.42 | x | |
| 09/03/2002 | ACH for UST Notes interest for $28,125-booked 10/02 | [redacted] | 28,125.00 | | $1,435,661.42 | x | Sept/Oct bal to ledger |
| 11/13/2002 | ACH to PLIC | [redacted] | | 2,830.00 | $1,432,831.42 | x | Nov/Dec bal to ledger |

PL.EX.17 008

02/05/2004 Principal FC @ Wells Fargo Bank (7051417)

| Date | Description | Ck # | Distributions | Contributions | Balance | |
|---|---|---|---|---|---|---|
| 12/31/1999 | Balance Brought Forward | [redacted] | [redacted] | [redacted] | $49,229.94 | |
| 01/31/2000 | P L I C | [redacted] | | 3,960 00 | $45,269.94 | |
| 02/28/2000 | Int Rec'd on UST Note due 8/2002 | [redacted] | 28,125.00 | | $73,394.94 | |
| 03/02/2000 | Iowa Secretary of State | 1057 | | 45.00 | $73,349.94 | x |
| 04/26/2000 | P L I C | 1058 | | 8,321.00 | $65,028.94 | x |
| 06/06/2000 | GE Capital Notes | [redacted] | 350,000 00 | 362,556.25 | $52,472.69 | x |
| 07/26/2000 | ACH to PLIC | [redacted] | | 6,799.00 | $45,673 69 | x |
| 08/31/2000 | ACH for UST Notes interest | [redacted] | 28,125 00 | | $73,798.69 | x |
| 10/11/2000 | V O I Ded to MRI | 1059 | | | $73,798.69 | x |
| 10/26/2000 | ACH to PLIC | [redacted] | | 7,096 00 | $66,702.69 | x |
| 12/04/2000 | GE Capital Notes | [redacted] | 375,000.00 | 397,148.78 | $44,553 91 | x |
| 12/05/2000 | ACH to PLIC | [redacted] | | 645 00 | $43,908.91 | x |
| 01/03/2000 | ACH from Prundential | [redacted] | 9,776,475 05 | | $9,820,383.96 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425 05 | $6,990,958.91 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,130,408.91 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500 00 | $43,908.91 | x |
| 01/26/2001 | ACH to PLIC | [redacted] | | 6,968 00 | $36,940.91 | x |
| 02/28/2001 | ACH for UST Notes interest | [redacted] | 28,125.00 | | $65,065.91 | x |
| 04/25/2001 | ACH to PLIC | [redacted] | | 7,160.00 | $57,905 91 | x |
| 06/04/2000 | GE Capital Notes maturity | [redacted] | 410,000 00 | | $467,905 91 | x |
| | ACH to NIS | [redacted] | | 412,164.90 | $55,741.01 | x |
| 07/02/2001 | WT from Prudential | [redacted] | 9,776,475.05 | | $9,832,216 06 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $7,002,791 01 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550.00 | $4,142,241 01 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $55,741 01 | x |
| 07/26/2001 | ACH to PLIC | [redacted] | | 6,906.00 | $48,835 01 | x |
| 08/31/2001 | ACH for UST Notes interest | [redacted] | 28,125 00 | | $76,960 01 | x |
| 10/31/2001 | ACH to PLIC | [redacted] | | 6,268 00 | $70,692.01 | x |
| 12/03/2001 | ACH IN | [redacted] | 420,000.00 | | $490,692 01 | x |
| | ACH OUT | [redacted] | | 455,767.49 | $34,924.52 | x |
| 01/02/2002 | WT from Prudential | [redacted] | 49,014,822.07 | | $49,049,746.59 | x |
| | WT from Prudential | [redacted] | 99,999,999.99 | | $149,049,746.58 | x |
| | WT from Prudential | [redacted] | 99,999,999 99 | | $249,049,746.57 | x |
| | Wt to Wilmington Trust | [redacted] | | 0.01 | $249,049,746.56 | x |
| | WT to Bank of New York | [redacted] | | 2,829,425.05 | $246,220,321.51 | x |
| | WT to Bank of New York | [redacted] | | 2,860,550 00 | $243,359,771.51 | x |
| | Wt to Wilmington Trust | [redacted] | | 4,086,500.00 | $239,273,271.51 | x |
| | WT to Bank of New York | [redacted] | | 69,238,347.00 | $170,034,924.51 | x |
| | WT to Bank of New York | [redacted] | | 70,000,000.00 | $100,034,924.51 | x |
| | Wt to Wilmington Trust | [redacted] | | 99,999,999.99 | $34,924.52 | x |
| 01/29/2002 | ACH to PLIC | [redacted] | | 6,154.00 | $28,770.52 | x |
| 02/18/2002 | Ia Sec of State | 1060 | | 30.00 | $28,740 52 | x |
| 02/28/2002 | ACH for UST Notes interest for $28,125 | [redacted] | 28,125 00 | | $56,865 52 | x |
| 04/30/2002 | ACH to PLIC | [redacted] | | 12,466.00 | $44,399.52 | x |
| 06/03/2002 | GE Capital Notes maturity | [redacted] | 460,000 00 | | $504,399.52 | x |
| 06/04/2002 | ACH OUT-purchase note | [redacted] | | 473,014 10 | $31,385.42 | x |
| 07/26/2002 | ACH from PLIC | [redacted] | 1,151.00 | | $32,536.42 | x |
| 08/30/2002 | Maturity of GE Capital Note-booked 11/02 | [redacted] | 475,000 00 | | $507,536.42 | x |
| 09/03/2002 | ACH for UST Notes maturity of $928,125-booked | [redacted] | 900,000.00 | | $1,407,536.42 | x |
| 09/03/2002 | ACH for UST Notes interest for $28,125-booked 1 | [redacted] | 28,125 00 | | $1,435,661.42 | x |
| 11/13/2002 | ACH to PLIC | [redacted] | | 2,830.00 | $1,432,831.42 | x |
| 01/28/2003 | ACH to PLIC | [redacted] | | 9,548.00 | $1,423,283 42 | x |
| 09/30/2003 | ACH from PLIC | [redacted] | 6,809.00 | | $1,430,092.42 | x |
| | | [redacted] | | | $1,430,092.42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092 42 | |
| | | [redacted] | | | $1,430,092.42 | |