IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S EXHIBIT 9**
**AFFIDAVIT OF JILL HITTNER**

STATE OF IOWA )
) ss
COUNTY OF POLK )

The undersigned, Jill Hittner, being first duly sworn on oath, hereby deposes and states as follows:

1. I am an employee and officer of Principal Life Insurance Company ("Principal Life") and hold the title of Second Vice President & Chief Accounting Officer.

2. I have been employed by Principal Life since 1989 and have worked in the Investment Accounting department since commencing employment. During the years 1991 – 2002, the titles I held were as follows: 1991- 1993, Investment Accounting Analyst; 1993 – 1997, Senior Accounting Analyst; 1997 – 1999, Assistant Director, Investment Accounting; 2000 – 2002, Director, Investment Accounting.

3. I am familiar with Principal FC, Ltd., a corporation established by Principal Life in 1991, and my department performed the financial accounting for the operations and transactions of that corporation during the years 1991 - 2002.

4. Plaintiff's Exhibits 12, 13, 14, 15, 16, and 17 are copies of financial records of Principal FC, Ltd. Such records were prepared and/or maintained in my department and under supervision, control and custody of the senior officer in the Investment Accounting department (and since the year 2000, under my supervision, control and custody). Such records are regularly and routinely prepared and maintained in my department for and on behalf of Principal Life Insurance Company and its subsidiaries.

5. Plaintiff's Exhibit 12 consists of the records reflecting expenditures by Principal FC, Ltd. during the years 1991-2002 for purchases of securities on 45 separate occasions. Such securities were debt instruments of unrelated issuers, including General Electric Capital Corporation Notes, Associates Corporation of North America Notes, American Express Credit Corporation Notes, and U.S. Treasury Notes. The records in Plaintiff's Exhibit 12 are preceded by a summary of the transactions. None of such expenditures or transactions involved an amount less than $99,000.00, the majority were in excess of $200,000 each, and 11 were in excess of $900,000.00 each. As shown by Plaintiff's Exhibits 15 and 16, such securities, once purchased, became assets of Principal FC, Ltd.

6. As shown by Plaintiff's Exhibit 12, the following shows the number of the separate expenditures made by Principal FC, Ltd. during each of the years 1991 through 2002 for the purchase of securities in separate purchase transactions:

| Year | Number Of Expenditures |
| --- | --- |

| | |
|---|---|
| 1991 | 1 |
| 1992 | 14 |
| 1993 | 11 |
| 1994 | 4 |
| 1995 | 2 |
| 1996 | 2 |
| 1997 | 2 |
| 1998 | 2 |
| 1999 | 2 |
| 2000 | 2 |
| 2001 | 2 |
| 2002 | 1 |
| Total | 45 |

7. Plaintiff's Exhibit 13 consists of the records relating to Principal FC, Ltd.'s expenditures for reimbursement of Principal Life Insurance Company for its share of the affiliated group's federal and state income taxes during the years 1991-2002, preceded by a summary thereof.

8. Plaintiff's Exhibit 14 consists of the records relating to expenditures by Principal FC, Ltd. during the years 1991-2002 for payment of its corporate maintenance fees, preceded by a summary thereof.

9. Plaintiff's Exhibit 15 consists of Principal FC, Ltd.'s interim and year-end financial statements prepared during the years 1991-2002. Such statements show the expenses incurred and expenditures made by Principal FC, Ltd. during those years.

10. Plaintiff's Exhibit 16 consists of Principal FC, Ltd.'s general journal and ledger during the years 1991-2002 in which its transactions and expenditures were recorded.

11. Plaintiff's Exhibit 17 consists of Principal FC, Ltd.'s check register during the years 1991-2002.

12. As shown by Plaintiff's Exhibits 13, 14, 15, 16, and 17, the following represents a summary of the other expenditures made, incurred, or accrued by Principal FC, Ltd. during the years 1991 -2002 (other than the payments made to Prudential or its subsidiaries and other than the expenditures for purchases of securities referred to in paragraphs 5 and 6 above):

| | |
|---|---|
| <u>1991</u> | |
| Federal income tax | $571.53 |
| State income tax | 190.04 |
| | |
| <u>1992</u> | |
| Federal income tax | 14,398.84 |
| State income tax | 4,310.56 |
| Filing fees | 130.00 |
| Miscellaneous expense | 60.51 |
| | |
| <u>1993</u> | |
| Federal income tax | 16,080.11 |
| State income tax | 3,400.31 |
| Environmental tax | 16.17 |
| Filing fees | 30.00 |
| | |
| <u>1994</u> | |
| Federal income tax | 18,649.13 |
| State income tax (refund) | (3,511.40) |
| Environmental tax | 58.00 |
| Filing fees | 30.00 |
| | |
| <u>1995</u> | |
| Federal income tax | 21,704.38 |
| State income tax | 2,360.00 |
| Environmental tax | 71.00 |
| Filing fees | 30.00 |
| | |
| <u>1996</u> | |
| Federal income tax | 20,602.97 |
| State income tax | 1,794.00 |
| Environmental tax | 69.00 |
| Filing fees | 30.00 |
| | |
| <u>1997</u> | |
| Federal income tax | 21,715.92 |

| | |
|---|---|
| State income tax | 1,600.00 |
| Filing fees | 30.00 |
| 1998 | |
| Federal income tax | 24,445.49 |
| State income tax | 2,135.00 |
| Filing fees | 45.00 |
| 1999 | |
| Federal income tax | 23,073.00 |
| State income tax | 2,977.00 |
| 2000 | |
| Federal income tax | 29,184.00 |
| Environmental tax | 645.00 |
| Filing fees | 45.00 |
| 2001 | |
| Federal income tax | 26,488.00 |
| 2002 (3/31) | |
| Federal income tax | 12,466.00 |
| Filing fees | 30.00 |

Dated and signed at Des Moines, Iowa on this 28th day of February, 2006.

Jill Hittner

Jill Hittner

Subscribed and sworn to before me on this 28 day of February, 2006.

NOTARIAL SEAL IOWA
SARAH E. CLARK
Commission Number 735334
My Commission Expires
07-07-2008

Notary Public

Sarah E. Clark