IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DECLARATION OF MARY M. ABATE

I, Mary M. Abate, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service files for the above-captioned case, and I am authorized to receive copies of documents from or on behalf of plaintiff that are relevant to this litigation.

3. Being filed electronically, simultaneously with the filing of this declaration, are Defendant's Exhibits 1 (47 pages), 2 (10 pages), 3 (21 pages), and 4 (11 pages).

These exhibits consist exclusively of documents received by me on February 27, 2006, from plaintiff's counsel's outside copying service, on behalf of plaintiff and with the permission of plaintiff's counsel. These documents comprise the contents of one box of Principal documents that were located and submitted by Principal to plaintiff's counsel in response to the Court's order of March 2, 2006.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed in Washington, D.C., on March 15, 2006.

Respectfully submitted,

/S/ Mary M. Abate

MARY M. ABATE
Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)