DELIVER TO: WAGONER.DEB REQUEST DATE: 01/29/92

*************************************************************

DATE: FRIDAY, 24 JANUARY 1992 11:00AM CT
TO: WAGONER.DEB, BOHR.JILL, *
FROM: DEATON.LORI
SUBJECT: PRINCIPAL FC,LTD.

JILL, YOU MIGHT WANT TO GET TOGETHER WITH DEB ON THE $50.00 ENTRY FROM YESTERDAY, SHE WILL BE DOING THE LEDGER ON THIS ACCOUNT AND I DIDN'T WANT TO CAUSE A DOUBLE ENTRY.

DEB, THE FOLLOWING IS A LIST OF ACTIVITY SO FAR ON THIS ACCOUNT, JILL HAS SOME OF THE BACK-UP AND HAS DONE THE ENTRIES. I DIDN'T KNOW IF YOU NEEDED COPIES FOR THE LEDGER BOOK.

| | | |
|---|---|---|
| 12-18-91 | $1,000,000.00 | FUNDING (CINDY CANNON) |
| | $ 5.20 | IN |
| | $ 5.20 | OUT |
| | $ 946,397.92 | PURCHASE-IN |
| 01-17-92 | $ 986,568.00 | OUT |
| | $ 950,000.00 | OUT |

IF YOU HAVE ANY QUESTIONS LET ME KNOW
LORI
X3648

DEFENDANT'S EXHIBIT
1

Date: Wednesday, 12 February 1992 12:57pm CT
To: BOHR.JILL
From: JENSEN.BRAD
Subject: PRINCIPAL FC AND MICHIGAN
In-Reply-To: THE LETTER OF WEDNESDAY, 12 FEBRUARY 1992 7:13AM CT

SOUNDS PRETTY INNOCENT TO ME. I SAY THEY HAVE THEIR REGULATORY RIGHT TO ASK!
-------------( end of letter )--------------------------------------------------

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

SB± LUA G685G11 30 NUM PRNTER BUSY R 23 C 71

Date: Tuesday, 11 February 1992 3:04pm CT
To: BOHR.JILL, *
From: HAMBORG.STEVE
Subject: PRINCIPAL FC AND MICHIGAN

I WANTED TO PASS SOMETHING BY YOU BEFORE I SUBMIT SOME COMPLIANCE MATERIAL.

MICHIGAN TECHNICALLY REQUIRES ALL RECEIVABLES TO BE DELINEATED AS TO AMOUNT ANDPAYOR. SAME FOR PAYABLES. THE QUESTION IS WHETHER OR NOT THERE IS A PROBLEM IN SPECIFICALLY IDENTIFYING THIS TRANSACTION FOR THE STATE'S REVIEW. I TALKED TO THE STATE ON A DIFFERENT MATTER AND IT WOULD APPEAR THAT THEY DO REVIEW THE MATERIAL.

ALSO, THE RECEIVABLE IS FROM PRU AND THE PAYABLE IS TO PRU, CORRECT?

THANKS
X8560
-------------( end of letter )--------------------------------------------------

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

SB± LUA G685G11 30 NUM PRNTER BUSY R 23 C 71

NT-67-80

NON-LIFE INSURANCE SUBSIDIARY TAX QUESTIONNAIRE
FOR THE PERIOD 1/1/91 - 12/31/91

Principal FC, Ltd.

Please respond to the following questions by circling Y for "yes" and N for "no". If your response is positive, please go to the following sentence and provide information requested. If you have any questions call David Galligan at x3229. This completed questionnaire is due March 2, 1992. Thanks for your assistance!

1. Does the sub invest excess cash in a PMLIC intercompany note? . . . . . . . . . . Y / (N)
If YES, please include in the detail for request #2.

2. Any investments?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (Y) / N
If YES, please provide detail of investments and related income in the following format (with example):

| Investment Description | Stocks % ownership | L-T (>6 mo) or S-T | Invested Amount | Income |
|---|---|---|---|---|
| T-Bills | N/A | S-T | 200,000.00 | 2,000.00 |
| Municipals | N/A | L-T | 500,000.00 | 5,000.00 |
| 200 IBM (cost) | 0.01% | | 10,000.00 | 500.00 |
| Less sales: | | | | |
| 50 IBM | | | (2,500.00) | 200.00 |
| Ties to B/S AND I/S | | | 707,500.00 | 7,700.00 |

3. Any investments in mutual funds?. . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, provide copies of 1099-div's and any tax-related notices.

4. Does the sub have a miscellaneous/other income and/or expense account?. . . . . Y / (N)
If YES, provide description and amounts.

| | | |
|---|---|---|
| Example: | Consulting fees | 4,590.00 |
| | Payroll penalties | 120.00 |
| | Ohio excise tax | 189.00 |
| | Total misc. expense | 4,899.00 |

5. Any year-end accruals of interest, compensation, other expenses payable to >50% shareholders?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, give amount and actual payment date.

6. Any penalty expenses related to late filings, licenses, payroll taxes, etc? . . Y / (N)
If YES, how were these accounted for? List description and amount.

7. Were any charitable contributions made? . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, provide description of property, cost, market value, and donee.

8. Any intangible assets being amortized?. . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, provide a list of information in this format:

NT-67-80

NON-LIFE INSURANCE SUBSIDIARY TAX QUESTIONNAIRE
FOR THE PERIOD 1/1/91 - 12/31/91

Principal FC, Ltd.

| Description | Date Acq'd | Cost Basis | Amortization Period | Current Amortization |
|---|---|---|---|---|
| Customer lists | 1/2/86 | 5,000.00 | 60 months | 1,000.00 |
| Organization costs | 1/2/86 | 2,500.00 | 60 months | 500.00 |

9. Are there any mortgages, notes, bonds payable? . . . . . . . . . . . . . . . . . . (Y) / N
If YES, identify amount, type, and whether short-term or long-term.

10. Are there any differences between books and audited financials? . . . . . . . . Y / (N)
If YES, give itemized list of differences by description and amount.
No audited financials

11. Any legal fees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, how were they accounted for? Amounts? Descriptions?

12. Any bonuses (success sharing, performance) accrued? . . . . . . . . . . . . . . . Y / (N)
If YES, list amounts accrued for 1991 and actual amount paid by 3/15/92.
Also indicate amounts paid in 1991 that were accrued in 1990.

NT-67-80
The Principal FC, Ltd.

NON-LIFE INSURANCE SUBSIDIARY TAX QUESTIONNAIRE
FOR THE PERIOD 1/1/91 - 12/31/91

INTERROGATORIES

1. At any time during the tax year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)
If YES, give name of foreign country ____________ (attach a list if necessary).

2. Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year? . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)

3. Did the corporation issue publicly offered debt instruments with original issue discount? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Y / (N)

4. List the amount of tax-exempt interest received or accrued during the year:

Ø

OTHER

1. Would you like a copy of the following:
(If you are responding to this for more than one company please indicate "yes" once and "NA" on all others). N/A
a. Federal consolidated income tax return? . . . . . . . . . . . . . . . . . . . . Y / N
b. Iowa consolidated income tax return? . . . . . . . . . . . . . . . . . . . . . Y / N

2. Provide us with a set of pre-audited financials. We need this information in specific detail for completing the subs federal tax return and for a basis of comparison with the audited financials.

3. When can we expect to receive a complete copy of the audited financials? N/A
. . . and who will provide us with this copy? N/A

TB:an/dg-204

PRINCIPAL FC, LTD.
NON-LIFE INURANCE SUBSIDIARY TAX QUESTIONNAIRE
DECEMBER 31, 1991

Item #2

| Investment Description | L-T/S-T | Amount Invested | Income | Agrees to F/S |
|---|---|---|---|---|
| Commercial Paper | S-T | 948,078.89 | 1,680.97 | Y |
| Note Receivable | L-T | 478,476,694.00 | 937,455.46 | Y |

Item #9

| | | | | |
|---|---|---|---|---|
| Note Payable | L-T | 478,476,694.00 | 937,455.46 | Y |

UNAUDITED
Final

Principal FC, Ltd
Balance Sheet
December 31, 1992

| | | |
|---|---|---|
| **ASSETS** | | |
| Cash | | 53,602.08 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest – Note Receivable | | 1,249,940.62 |
| Bond Par | 950,000.00 | |
| Less: Bond Discount | (1,921.11) | |
| | | 948,078.89 |
| TOTAL ASSETS | | 480,728,315.59 |

| | |
|---|---|
| **Liabilities and Stockholders' Equity** | |
| A/P Federal Income Tax Settlement | 571.53 |
| A/P Iowa Income Tax Settlement | 190.04 |
| Note Payable | 478,476,694.00 |
| Accrued Interest Payable – Intercompany Note | 1,249,940.62 |
| Capital Stock, $1 Par Value | |
| 1,000,000 shares authorized | 1,000,000.00 |
| Paid–In Capital in excess of Par | 0.00 |
| Retained Earnings | 919.40 |
| TOTAL STOCKHOLDERS' EQUITY | 1,000,919.40 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 480,728,315.59 |

JBohr
JBohr

UNAUDITED
Final

Principal FC, Ltd
Income Statement and Statement of Retained Earnings
For the Period Ended December 31, 1991

| | | |
|---|---|---|
| **REVENUE** | | |
| Discount Accrual | 1,680.97 | |
| Note Receivable – Interest Received | 937,455.46 | |
| | | 939,136.43 |
| **EXPENSES** | | |
| Filing Fees | 0.00 | |
| Interest Paid – Note Payable | 937,455.46 | |
| | | 937,455.46 |
| Net Income (Loss) Before Tax Settlement | | 1,680.97 |
| Intercompany Tax Settlement | | |
| Federal Income Tax | (571.53) | |
| State Income Tax | (190.04) | |
| | | (761.57) |
| Total Earnings | | 919.40 |
| Retained Earnings, December 31, 1990 | | 0.00 |
| Retained Earnings, September 30, 1990 | | 919.40 |

JBohr

Date: Tuesday, 1 Septembe 1992 10:02am CT
To: BOHR.JILL
From: HALTER.PAT
Subject: PRINCIPAL FC
In-Reply-To: THE LETTER OF TUESDAY, 1 SEPTEMBER 1992 8:02AM CT

JILL:
I THINK THIS ALSO SOUNDS FINE...WE JUST NEED TO ASSURE OURSELVES THAT ENOUGH ANNUAL INCOME AND MONEY IN THE ST ACCOUNTS EXIST TO COVER ALL EXPENSES ON A ANNUAL BASIS OVER THE NEXT 5 YEARS.

PAT
-------------( end of letter )--------------------------------------------------

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

Date: Tuesday, 1 Septembe 1992 8:23am CT
To: BOHR.JILL, HALTER.PA
From: JOHNSON.MARGIE
Subject: PRINCIPAL FC
In-Reply-To: THE LETTER OF TUESDAY, 1 SEPTEMBER 1992 8:02AM CT

THAT STRATEGY SOUNDS FINE WITH ME. THE ONLY OTHER EXPENSE I CAN THINK OF IS AN ANNUAL AUDIT. THIS IS NOT REQUIRED BY THE DOCUMENTS, BUT I ASSUME IT IS REQUIRED FOR FC FOR INCLUSION IN THE HOLDING CO. STATEMENTS. IN THE EVENT THAT THE IRS AUDITS US ON THIS TRANSACTION IN A FEW YEARS, I ASSUME ANY COSTS ASSOCIATED WITH THIS WILL BE BORNE BY MUTUAL. THANKS

-------------( end of letter )----------------------------------------------------

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

Date: Tuesday, 1 Septembe 1992 8:02am CT
To: HALTER.PAT, JOHNSON.M GIE, *
Cc: JOHNSON.MIKE
From: BOHR.JILL
Subject: PRINCIPAL FC

PRINCIPAL FC HAS $975,000 IN COMMERCIAL PAPER ROLLING TODAY. I HAVE SPOKEN WITH JERRY ABOUT THEIR CONTINUED INVESTMENT STRATEGY. WE WOULD PROPOSE THAT THEY NOW INVEST $900,000 IN A 5 YEAR TREASURY WITH THE REMAINDER INVESTED SHORT TERM. THIS WOULD LEAVE ABOUT $119,000 IN THE BANK ACCOUNT AND IN SHORT TERMS INVESTMENTS TO COVER FILING FEES, WIRE TRANSFER FEES, FEDERAL AND STATE INCOME TAXES, ETC. CAN YOU THINK OF ANY MAJOR EXPENSES WHICH I AM MISSING?

IF THIS IS OK WITH YOU, WE WILL PROCEED. PLEASE LET ME KNOW AS SOON AS POSSIBLE SO THAT WE CAN GET IT INVESTED TODAY. RIGHT NOW YOU ARE EARNING ABOUT 3.15% ON THE COMMERCIAL PAPER AND YOU COULD GET ABOUT 5.4% ON A 5 YEAR TREASURY. CURRENTLY WE HAVE $44,000 SITTING IN THE BANK ACCOUNT. ALONG WITH $75,000 FROM TODAY'S ROLLOVER THAT WE WILL NOT INVEST LONG TERM, WE COULD PROBABLY STILL INVEST ABOUT $100,000 IN SHORT TERM (MAYBE WITH A 1 MONTH MATURITY).

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

Date: Tuesday, 8 September 1992 8:15am CT
To: SANDERS.ANGIE, *
Cc: WAGONER.DEB, KARLI.JANE
From: BOHR.JILL
Subject: QUESTION

I HAVE A QUESTION ABOUT ACCOUNT NUMBERS AVAILABLE ON THE ZFINS COMPANIES. WE HAVE BEEN USING ACCOUNT 0500500 - BOND PAR TO RECORD PRINCIPAL FC'S INVESTMENT IN SHORT TERM COMMERCIAL PAPER. LAST WEEK WE ROLLED THIS INVESTMENT AND INVESTED PART IN LONG TERM TREASURIES AND A PART REMAINED IN SHORT TERMS. IS THERE A SHORT TERM BOND PAR ACCOUNT ON THE ZFINS CORPORATION? I JUST WANTED TO MAKE SURE THAT ONE DID NOT ALREADY EXIST BEFORE I REQUEST ONE. WE WOULD ALSO NEED SHORT TERM BOND DISCOUNT ACCOUNT AND DISCOUNT ACCRUAL ACCOUNTS. I DO THINK THAT WE WANT TO KEEP THE LONG AND SHORT TERM INVESTMENTS SEPARATE FOR FINANCIAL STATEMENT PREPARATION, ETC. PLEASE LET ME KNOW IF THESE ACCOUNTS ALREADY EXIST. IF THEY DO NOT, I WILL REQUEST THEM THROUGH JANE.

THANKS.
-------------( end of letter )------------------------------------------------

PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward EMCC0000

SB± LUA G284CCB 32 NUM CAPS R 23 C 71

Date: Monday, 28 September 1992 7:38am CT
To: SANDERS.ANGIE, *
From: BOHR.JILL
Subject: PRINCIPAL FC
In-Reply-To: THE LETTER OF SATURDAY, 26 SEPTEMBER 1992 12:21PM CT

PRINCIPAL FC. LTD IS AN INVESTMENT SUBSIDIARY. IT WAS SET UP TO HOLD NOTES RECEIVABLE AND NOTES PAYABLE FOR THE PRUDENTIAL MORTGAGE SWAP. THIS DESIGN OR STRUCTURE IS PRIMARILY TAX DRIVEN SO I AM NOT SURE HOW MUCH YOU WOULD WANT TO ELABORATE ON THAT.

THE ARTICLES OF INCOPORATION REFER TO IS A SINGLE PURPOSE SUBSIDIARY WHICH CAN EITHER OWN OR ASSUME LIMITED FORMS OF ASSETS.

HOPE THIS HELPS.

Date: Saturday, 26 September 1992 12:21pm CT
To: BOHR.JILL
From: SANDERS.ANGIE
Subject: PRINCIPAL FC

COULD YOU PLEASE DEFIN WHAT PRINCIPAL FC DOES IN ABOUT ONE OR TWO SENTENCES? FOR RECRUITING WE HAVE A BROCHURE THAT LISTS ALL OF THE SUBSIDIARIES AND A LITTLE BIT ABOUT WHAT THEY DO. I GUESS THE FIRST QUESTION I SHOULD ASK IS WHETHER OR NOT THEY SHOULD BE INCLUDED AT ALL?

THANKS--ANGIE

Date: Monday, 5 October 1992 7:02am CT
To: BOHR.JILL
From: JOHNSON.MIKE
Subject: PRINCIPAL FC, LTD

WE HAVE OUR SMALL 100,000.00 MATURITY TODAY, I WILL ASSUME WE WANT TO ROLL IT ONE MONTH UNLESS I HEAR BACK FROM YOU EARLY THIS MORNING.

THANKS

MRJ...

Date: Friday, 29 September 1995 3:29pm CT
To: WOOD.JEFF, *
From: CANNON.CINDY
Subject: PRIN FC

YOU HAD ASKED FOR SOME INFORMATION ON PRIN FC. THE NOTE RECEIVABLE AND PAYABLE IS $478 MILLION. BOTH THE RECEIVABLE AND PAYABLE ARE WITH PRU. THE LOANS WERE ORIGINALLY SWAPED IN 1985 FOR A LOSS TO MUTUAL OF $58.5 MILLION. THE LOANS WERE THEN SWAPED BACK IN 1991 FOR A GAIN TO MUTUAL OF $64 MILLION. THIS PUT US IN THE SAME POSITION AS IF THE TRANSACTION HAD NEVER OCCURRED. THE LOANS PURCHASED BACK IN 1991 WERE PURCHASED AT A PREMIUM. THE AMOUNT OF THE UNAMORTIZED PREMIUM AT 12/31/94 WAS $10 MILLION. I IMAGINE WE WOULD HAVE TO REVERSE OUT ANY UNAMORTIZED PREMIUM SINCE IF THE TRANSACTION NEVER OCCURRED WE WOULD NOT HAVE PREMIUM ON THE BOOKS.
ANOTHER THOUGHT WAS TO LOOK AT THE PAYABLE AND RECEIVABLE AS A TRADE ACCOUNT AND NET THE AMOUNTS SINCE THEY ARE WITH THE SAME CUSTOMER(PRU).
I REALIZE THAT THIS TRANSACTION DOES NOT QUALIFY FOR DEFEASANCE, BUT IF WE LOOK AT IT AS AN ACCOUNT WITH A CUSTOMER, MAYBE WE COULD NET THE RECEIVABLE/PAYABLE.THIS IDEA IS PROBABLY A LONG SHOT. ALSO WE MAY DECIDE THAT WE DON'T MIND SHOWING THE PAYABLE AND RECEIVABLE, PRU SHOWS BOTH IN THEIR ANNUAL STMT. I'M NOT SURE WHO WILL MAKE THESE DECISIONS, BUT HOPEFULLY I HAVE PROVIDED THE RELEVANT INFO. CALL WITH ANY QUESTIONS.

Printed For: WAGONER.DEB Department: H097000 INV ACTG-M&R
********************************************************************************
ate: Tuesday, 2 September 1997 1:05pm CT
o: MORGAN.DEBORAH, *
rom: WAGONER.DEB
ubject: Principal FC

n Friday we had a maturity of our long-term investment and we should have een $925,312.50 coming into Principal FC. They are repurchasing a long term reasury as of today and you should see $900,155.39 going out of the account oday. If you have any questions, please let me know.

hanks
eb

Page: 1 Document Name: Sessi

```
> GU     FINSV,H097PRINFC,09/11/97,00000,000,      30                    ON VLJ02
                                                        LEVEL 03 LINK FROM VJC01
           ---------------------- JOURNAL ENTRY ----------------------
EDIT   CORP    JOURNAL ID  EFF DATE   SEQ    SUSP   TYPE        CONTROL AMOUNT
 3     FINSV   H097PRINFC  09/11/97     0      0    CY CM  1 ____________________

     COMPNY ACCOUNT SUBA CENTER     PROD    FUNCTN TOCO    MSC1 MISC2
____  3100   05005   00  _______   ____    ____   ____    __   ____
  DC D AMT             900,000.00  SUBLEDGER _ ________________ SOURCE WAGONER,DE
  DESC RECORD PURCHASE OF L ONG TERM T REASURY/MATURITY 8/31/02  __________
____  3100   30010   00  _______   ____    ____   ____    __   ____
  DC D AMT                 152.85  SUBLEDGER _ ________________ SOURCE WAGONER,DE
  DESC RECORD PURCHASE OF L ONG TERM T REASURY/ACCRUED INTEREST  __________
____  3100   00101   00  _______   ____    ____   ____    __   ____
  DC C AMT             900,152.85  SUBLEDGER _ ________________ SOURCE WAGONER,DE
  DESC RECORD PURCHASE OF L ONG TERM T REASURY/MATURITY 8/31/02  __________

____ ____   _____   __  _______   ____    ____   ____    __   ____
  DC _ AMT _____________________   SUBLEDGER _ ________________ SOURCE WAGONER,DE
  DESC ____________________ __________ _______________________ __________

____ ____   _____   __  _______   ____    ____   ____    __   ____
  DC _ AMT _____________________   SUBLEDGER _ ________________ SOURCE WAGONER,DE
  DESC ____________________ __________ _______________________ __________
1HELP 2UHLP 3     4LNDN 5ALT   6          7SWDN 8ERRS 9      10FYI  11NEXT 12BACK
                                          09/11/97  15:09:18 1 M3LL PROD ____
```

Date: 9/11/97 Time: 03:09:26 PM

**YOUR CONFIRMATION**

Norwest Investment Services, Inc.

NORWEST

DES MOINES INSTITUTIONAL
666 WALNUT STREET
DES MOINES IA 50309

REGISTERED REP
LINDA M BROICH
TELEPHONE NUMBER
(515)245-8350

PRINCIPAL FC LTD
ATTN MIKE JOHNSON
801 GRAND AVE
DES MOINES IA 50309

SOLICITED TRADE

| Account Number | TYPE* | Social Security/Tax ID Number | Rep. # | MKT* | CAP* | Transaction # | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01592989 | 1 | 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 | WNLB | 0 | 2 | 00120 | 09/02/97 | 09/03/97 |

| | Shares/Par | CUSIP | Symbol | Price | Tax Lot Number |
|---|---|---|---|---|---|
| YOU BOUGHT | 900,000 | 9128273G5 | | 100.00 | 06399 |

| Security Description | Coupon | Maturity Date | Issue Date |
|---|---|---|---|
| U S TREASURY NOTE | 6.25000 | 08/31/02 | 09/02/97 |

1ST COUPON: 02/28/98
YIELD GIVEN DOLLAR PRICE 6.250 TO MATURITY

(Payment and Delivery Instructions)

CHARGE YOUR CHECKING ACCOUNT
DDA# 0007051417 ABA# 073000228

INT FROM 09/02/97 TO 09/03/97

PRINCIPAL 900,000.00

INTEREST 152.85

DR 0500500 900,000
DR 3001000 152.85
CR 0010100 900,152.85

Def. Ex. 1 p. 19

NET AMOUNT 900,152.85

*SEE LEGEND ON REVERSE SIDE

*This confirmation is subject to the terms and conditions stated herein and on the reverse side hereof.* PLEASE RETAIN FOR INCOME TAX PURPOSES.

| Investments offered by NISI are NOT FDIC insured | MAY LOSE VALUE. NO BANK GUARANTEE. | Norwest Investment Services, Inc. (NISI). Member NASD/Chicago Stock Exchange/SIPC |
|---|---|---|

NC 28037 BND (10-96-186163)

## Wagoner, Deb

**From:** Wagoner, Deb
**Sent:** Tuesday, February 09, 1999 2:31 PM
**To:** Anderson, Gary
**Subject:** RE: Principal FC, Ltd

Note Receivable is Prudential
Commercial Paper (ST) is General Electric Capital Corp
Bond is US Treasury Note
Sorry it took so long to get back to you.
Thanks
Deb

-----Original Message-----
**From:** Anderson, Gary
**Sent:** Monday, February 08, 1999 1:53 PM
**To:** Wagoner, Deb
**Cc:** Anderson, Gary
**Subject:** Principal FC, Ltd

The IRS has requested a reconciliation of all dividend and interest income that PMLIC and its subsidiaries received in 1995 and 1996. For 1995 Principal FC, Ltd had three investments on which it received interest income:

| | 12/31/95 Invested Amount |
|---|---|
| Note Receivable (LT) | $ 478,476,694 |
| Commercial Paper (ST) | 205,204 |
| Bond Par (LT) | 901,898 |

It looks like Principal FC, Ltd. held the same three investments at 12/31/96. Could you tell me who the note, commercial paper, and bond were with? I'd like to have the information by late tomorrow morning if I could.

Thanks!

Gary

**Wright, Patty**

**From:** Thomas, Deb A
**Sent:** Tuesday, June 06, 2000 7:56 AM
**To:** Wright, Patty; Morgan, Deborah
**Subject:** Principal FC

The commercial paper for $350,000 matures today. I have given Mark Kooeinga the go ahead to roll over $375,000 into another 6 month commercial paper. He will send down the paper work.
If you have any questions, please let me know.
Thanks
Deb

Deb (Wagoner) Thomas
Inv Acct. - Mtgs. & Real Estate
Principal Capital Management, LLC
G-017-S42
248-3382
thomas.deb a@principal.com

**Sent:** Friday, December 14, 20( :7 PM
**To:** Schmidt, John
**Subject:** RE: Pru Installment Note

I called Lorraine and left a message. She might be gone for the day....so I may not have this info till Monday.

Thanks,
Patty

-----Original Message-----
**From:** Schmidt, John
**Sent:** Friday, December 14, 2001 3:09 PM
**To:** Wright, Patty
**Cc:** Lettow, Kurt; Chen, Lillian
**Subject:** RE: Pru Installment Note

Since Kurt is out today, I will try to fax a letter and send you a copy. Do you have a title for Ms. Coppola? An address?

john

-----Original Message-----
**From:** Wright, Patty
**Sent:** Friday, December 14, 2001 2:04 PM
**To:** Lettow, Kurt
**Cc:** Hixson, Jean; Thomas, Deb A; Hittner, Jill; Kuper, Chad; Westholm, Dan; Chen, Lillian; Halter, Pat; Schmidt, John
**Subject:** RE: Pru Installment Note

I spoke with Lorraine at Prudential and they have asked for a written formal request to move funds on 12/31/2001.

Contact at Prudential is Lorraine Coppola, fax#973-802-9048. I can fax your formal request for you if needed. If you fax this info, please provide me with a copy for backup.

Thanks,
Patty

**Wright, Patty**

**From:** Lettow, Kurt
**Sent:** Tuesday, December 18, 2001 9:09 AM
**To:** Wright, Patty
**Cc:** Schmidt, John; Hittner, Jill; Thomas, Deb A; Kuper, Chad; Westholm, Dan; Chen, Lillian; Lettow, Kurt; Meyer, Mark; Bergstrom, Randy Lee
**Subject:** RE: Pru Installment Note

Patty,

You asked us for which date to move the funds. After weighing the pros and cons, we have determined that our best option is to pay the note off on **1/2/2002** as scheduled. Other considerations outweighed the amount of potential interest that we would save by paying the note off early. Thanks for your patience with us. If you have any questions, please call me at 8-4651.

Kurt

-----Original Message-----
**From:** Wright, Patty
**Sent:** Monday, December 17, 2001 3:01 PM
**To:** Lettow, Kurt
**Cc:** Schmidt, John; Hittner, Jill; Thomas, Deb A; Kuper, Chad; Westholm, Dan
**Subject:** RE: Pru Installment Note

I listened to your audix message regarding this payoff. You have requested we hold off for at least a few days before checking with Pru on changing the movement of funds date to 12/31/2001 vs 1/2/2002. That is fine, but we need to know which date ASAP.

We have many channels to go through before sending the monies to Pru and that would be the same for Pru's side of things. Because it is yearend....and people like to take time off or are busy or in meetings all day...it can be difficult to find people for approvals, etc. Basically I'm saying we need time to get this all setup to go while the appropriate people are available to do so whether it be PLIC or Prudential.

So does this mean you will not be faxing a formal request to Pru to find out if it is a possibility to move the date up?

I will be contacting Lorraine today to let her know to hold off for now.

Thanks for your help,
Patty

-----Original Message-----
**From:** Wright, Patty
**Sent:** Monday, December 17, 2001 10:18 AM
**To:** Schmidt, John
**Cc:** Lettow, Kurt
**Subject:** FW: Pru Installment Note

Today I got an audix message from Lorraine at Prudential. Her title is Senior Accounting Associate and her department name is Private Investment Operations Enterprise Reporting.

Do you need her address since it will be a faxed letter?? She did not leave me this info, but I could call her back if you need it.

Thanks,
Patty

-----Original Message-----
**From:** Schmidt, John
**Sent:** Friday, December 14, 2001 3:35 PM
**To:** Wright, Patty
**Subject:** RE: Pru Installment Note

Monday will be fine if we don't get it today.

john

-----Original Message-----
**From:** Wright, Patty

Def. Ex. 1 p. 23

**Wright, Patty**

**From:** Wright, Patty
**Sent:** Tuesday, December 18, 2001 1:54 PM
**To:** Hittner, Jill; Bassett, Craig; Schoon, Steve
**Subject:** FW: Principal FC Prudential Note Interest pmts for 1/1/2002 of $9M AND NOTE PAYOFF of $239M

The Pru wire transfers are setup and ready for approvals. I will need two of you to approve the wires below as soon as you have time:

Interest due for prior 6mo:
#0013361718
#0013361762
#0013361766

Note payoff:
#0013361776
#0013361782
#0013361784

Please let me know once you have approved the wires.
Thanks,
Patty

-----Original Message-----
**From:** Hittner, Jill
**Sent:** Wednesday, December 12, 2001 3:05 PM
**To:** Wright, Patty
**Subject:** RE: Principal FC Prudential Note Interest pmts for 1/1/2002 of $9M AND NOTE PAYOFF of $239M

I will be here the 27th, 28th and all of the week of the 31st.

-----Original Message-----
**From:** Wright, Patty
**Sent:** Wednesday, December 12, 2001 2:49 PM
**To:** Wright, Patty; Bassett, Craig; Hittner, Jill; Bramwell, Bill; Schoon, Steve
**Cc:** Thomas, Deb A; Kuper, Chad; Westholm, Dan; Davisson, Aleyna; Clifton, Brenda; Dodds, Gregory
**Subject:** RE: Principal FC Prudential Note Interest pmts for 1/1/2002 of $9M AND NOTE PAYOFF of $239M
**Importance:** High

Just wanted to let you know that it is that time again for the wires to go out to Prudential on 1/1/2002 for interest payments PLUS these notes are maturing on 1/1/2002 for $239,238,347.00. After 1/1/2002 the Prudential swap of interest and notes will be complete.

Will you be around to approve these pact wires this week? I already have the wires setup on pact.

Please let me know today if you can approve these wires and then I will send you the pact transaction numbers.

Thanks,

Patty Wright
Staff Accountant I
Principal Capital
G-17-S42
235-1761

**Babel, Kari**

**From:** Babel, Kari
**Sent:** Thursday, September 23, 2004 2:53 PM
**To:** Scholten, Brenda
**Subject:** RE: Principal FC dissolution

The checkbook is in an odd-shaped binder so I have just put it in the second drawer of my armoire in my office.
-----Original Message-----
**From:** Scholten, Brenda
**Sent:** Tuesday, September 21, 2004 3:53 PM
**To:** Babel, Kari
**Subject:** RE: Principal FC dissolution

I can't think of any reason to keep them but can you just throw them in Principal FC folder/binder for a few months in case something were to come up.

-----Original Message-----
**From:** Babel, Kari
**Sent:** Tuesday, September 21, 2004 2:32 PM
**To:** Scholten, Brenda
**Subject:** RE: Principal FC dissolution

Brenda,

Now that Principal FC is dissolved, what should we do with it's checkbook and deposit slips. Should we throw them away?

-----Original Message-----
**From:** Clark, Sarah E
**Sent:** Tue 9/21/2004 10:21 AM
**To:** Babel, Kari
**Cc:**
**Subject:** RE: Principal FC dissolution

Kari,

What should I do with the Principal FC checkbook and the deposit slips I have?

Sarah

-----Original Message-----
**From:** Babel, Kari
**Sent:** Monday, September 20, 2004 4:17 PM
**To:** Clark, Sarah E
**Subject:** FW: Principal FC dissolution

Hi Sarah,

Def. Ex. 1 p. 25

On August 30, $1,430,062.42 was transferred out of Principal FC's Wells Fargo account # 7051417. This should make the cash balance zero. This entity is being dissolved and it's bank account closed. Please make a note of this in the checking account register and print

this e-mail for documentation for your file. Please let me know if you have any questions.

Thanks!

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

-----Original Message-----
**From:** Babel, Kari
**Sent:** Thursday, August 26, 2004 4:18 PM
**To:** FIN - TREAS CCM TEAM
**Cc:** Scholten, Brenda; Hoke, LaVerna
**Subject:** Principal FC dissolution

In order to dissolve Principal FC, please transfer the balance of Principal FC's Wells Fargo account #7051417 ($1,430,062.42) to Principal Holding Company's Wells Fargo account #3000500615 on Monday, August 30. At this time, Principal FC's bank account can be closed.

Also, on the same day, transfer this amount from Principal Holding's bank account to Principal Life's Wells Fargo account #14752.

Please let me know if you have any questions or concerns. Thanks!

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

## Babel, Kari

**From:** Grosing, Cyndi
**Sent:** Monday, August 23, 2004 3:45 PM
**To:** Babel, Kari
**Subject:** RE: Dissolution of Principal FC

Will do.

-----Original Message-----
**From:** Babel, Kari
**Sent:** Monday, August 23, 2004 3:44 PM
**To:** Grosing, Cyndi
**Subject:** FW: Dissolution of Principal FC

If it is not too much trouble, can you change the forecasts to match what is going to happen in August? Thanks!

-----Original Message-----
**From:** Grosing, Cyndi
**Sent:** Monday, August 23, 2004 2:30 PM
**To:** Babel, Kari
**Subject:** RE: Dissolution of Principal FC

Kari,

We have populated 2004 forecast for Principal FC and PFG_I. Would look like me to change these or do you want them left in and roll the equity for 2005? If you recall, we load the July actual to the rest of the 2004 forecast.
Thanks
Cyndi

-----Original Message-----
**From:** Babel, Kari
**Sent:** Monday, August 23, 2004 10:56 AM
**To:** Grosing, Cyndi; Miller, Michelle
**Subject:** Dissolution of Principal FC

Please let me know if you approve of these entries. Thanks!

<< File: Dissolution of Principal FC.xls >>

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

08/23/2004 11:38 AM

### *Dissolution of Principal FC*
***1-C-1079, Segment 0101, BRU 8010***
***Effective date: 8/23/2004***

| Principal FC, LSUBS, legal entity 3100 | | | | | |
|---|---|---|---|---|---|
| **Acctg Basis** | **Account #** | **Account Description** | **Debit** | **Credit** | |
| 1-Cash | 1990302 | Dividends paid to stockholders | 430,062.42 | | ** |
| 1-Cash | 1850200 | Change in APIC | 1,000,000.00 | | |
| 1-Cash | 0029800 | Cash, bank | | 1,430,062.42 | |
| | | *(To return the capital and earnings of Principal FC to PHoC)* | | | |

| Principal Holding Company, LSUBS, legal entity 2000 | | | | | |
|---|---|---|---|---|---|
| **Acctg Basis** | **Account #** | **Account Description** | **Debit** | **Credit** | |
| 1-Cash | 0029800 | Cash, bank | 1,430,062.42 | | ** |
| 1-Cash | 0682628 | Undistributed Equity in Subs | | 430,062.42 | |
| 1-Cash | 0682564 | Investment in Principal FC | | 1,000,000.00 | |
| | | *(Capital and earnings received from Principal FC)* | | | |
| 1-Cash | 1991008 | RE - Equity Method Adustment | 430,062.42 | | ** |
| 1-Cash | 1850200 | Change in APIC | 1,000,000.00 | | |
| 1-Cash | 0029800 | Cash, bank | | 1,430,062.42 | |
| | | *(Capital and earnings sent up to PLIC)* | | | |

| Principal Life Insurance Company - Segment 0101, BRU 8010 | | | | | |
|---|---|---|---|---|---|
| **Acctg Basis** | **Account #** | **Account Description** | **Debit** | **Credit** | |
| 1-Cash | 0020400 | Bank, Wells Fargo | 1,430,062.42 | | * |
| 1-Cash | 3040404 | Dividend Income, Affiliated C/S | | 430,062.42 | |
| 1-Cash | 0682000 | Common Stock, Affiliated - cost | | 1,000,000.00 | |
| | | *(Capital and Earnings from PHoC - sale of Principal FC)* | | | |
| 3-SAP | 3740804 | Decr by adjust, C/S affil | 430,062.42 | | ** |
| 3-SAP | 0682400 | Common Stock, net accum, affil | | 430,062.42 | |
| | | *(To reverse dividended earnings previously recorded as unrealized)* | | | |
| 4-GAAP | 3040404 | Dividend Income, Affiliated C/S | 430,062.42 | | ** |
| 4-GAAP | 1990308 | Dividends Rec'd, Affiliated C/S | | 430,062.42 | |
| | | *(To reclass dividend income to dividends paid for GAAP)* | | | |

* Rocky will do the AB 1 PLIC entry.
** Kari will do the Principal FC entries, the PHoC entries, and the AB 3 and AB 4 PLIC entries.

Def. Ex. 1 p. 28

**Babel, Kari**

**From:** Babel, Kari
**Sent:** Monday, August 23, 2004 11:08 AM
**To:** Barry, Pat
**Subject:** FW: Dissolution of Principal FC

Let's make the effective date, August 31, 2004. Thanks!

-----Original Message-----
**From:** Babel, Kari
**Sent:** Monday, August 23, 2004 11:06 AM
**To:** Barry, Pat
**Subject:** Dissolution of Principal FC

Principal FC only has cash. In order to dissolve Principal FC, we need to transfer $1M of capital and $430,062.42 of earnings to PHoC. PHoC will return this capital and earnings to PLIC. Please draw up the minutes for this dissolution. Please let me know if you have any questions. Thanks!

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

**Babel, Kari**

---

**From:** Scholten, Brenda
**Sent:** Monday, August 23, 2004 8:16 AM
**To:** Babel, Kari
**Cc:** Hittner, Jill; Scholten, Brenda
**Subject:** FW: Principal FC

Looks like we can go ahead and dissolve. Kari, will you work with Pat to get this taken care of.

Thanks,
Brenda
-----Original Message-----
**From:** Schmidt, John
**Sent:** Friday, August 20, 2004 4:55 PM
**To:** Barry, Pat; Scholten, Brenda
**Cc:** Babel, Kari; Bergstrom, Randy Lee; Welch, Tina
**Subject:** RE: Principal FC

Pat,

The government has accepted most of the facts to which we asked it to stipulate and discovery has closed. The trial is scheduled for March 7, 2005. I do not think any action we take now will affect the case, so I am willing to dissolve it.

John

> -----Original Message-----
> **From:** Barry, Pat
> **Sent:** Friday, August 20, 2004 4:53 PM
> **To:** Schmidt, John; Scholten, Brenda
> **Cc:** Babel, Kari; Bergstrom, Randy Lee; Welch, Tina
> **Subject:** RE: Principal FC
>
> John,
> I've continued to operate under your earlier instructions to change nothing with regards to this entity. If we don't need Principal FC any longer, it is certainly advisable to dissolve it.
> Let me know how you want to handle.
>
> Thanks!
> Pat
>
>> -----Original Message-----
>> **From:** Schmidt, John
>> **Sent:** Friday, August 20, 2004 4:51 PM
>> **To:** Scholten, Brenda
>> **Cc:** Babel, Kari; Bergstrom, Randy Lee; Welch, Tina
>> **Subject:** RE: Principal FC
>>
>> Brenda, I see no problem with a transfer of funds by Principal FC to its shareholder. The notes that it held and the liabilities it assumed have been paid. For tax purposes, it will be a dividend to the extent of earnings and profits and a return of capital to the extent the transfer exceeds earnings and profits.

Should we consider dissolving this entity?

John

**Babel, Kari**

---

**From:** Schmidt, John
**Sent:** Friday, August 20, 2004 4:51 PM
**To:** Scholten, Brenda
**Cc:** Babel, Kari; Bergstrom, Randy Lee; Welch, Tina
**Subject:** RE: Principal FC

Brenda, I see no problem with a transfer of funds by Principal FC to its shareholder. The notes that it held and the liabilities it assumed have been paid. For tax purposes, it will be a dividend to the extent of earnings and profits and a return of capital to the extent the transfer exceeds earnings and profits.

Should we consider dissolving this entity?

John

-----Original Message-----
**From:** Scholten, Brenda
**Sent:** Friday, August 20, 2004 10:49 AM
**To:** Schmidt, John
**Cc:** Scholten, Brenda; Babel, Kari
**Subject:** FW: Principal FC

Hi John - I have one more question regarding Principal FC. This entity has approximately $1.4M sitting in a bank accounting not earning any interest. I'd like to do a return of earnings and capital up to PHoC so we could get this cash invested. My question to you is, do I need to leave a certain amount of capital at Principal FC so it's still a regarded entity legally for tax purposes? I don't want to jeopardize any of your tax litigation by sending the cash upstream. We could leave $1000 or more if necessary. Please let me know what your thoughts are. When the litigation settles, we could do a capital contribution back down to Principal FC if we need to settle the cash at that level.

Brenda

-----Original Message-----
**From:** Schmidt, John
**Sent:** Wed 8/18/2004 4:30 PM
**To:** Barry, Pat; Babel, Kari
**Cc:**
**Subject:** RE: Principal FC

Kari, we are litigating our tax liability for the years 1991-94. There are two issues, one of which involves the sale of commercial mortgage loans to Prudential. The IRS assessed additional tax following the audit of our tax returns for those years and we filed suit asking for a refund. We expect a decision in the trial court in the next year or so. Since we have paid the tax for all of the years that have been audited (1991-98), and have accrued the tax for the remaining years (1999-2001, currently under audit), I do not see any need for an additional accrual.

Let me know if you have any questions.

John

**Babel, Kari**

---

**From:** Schmidt, John
**Sent:** Friday, August 20, 2004 4:42 PM
**To:** Scholten, Brenda
**Cc:** Babel, Kari
**Subject:** RE: Principal FC

Brenda, we do not have any contingency reserve for this issue, because we paid the tax long ago. We are suing for a refund (which we have not yet accrued, since we do not think it is highly likely we will receive it). Let me know if you still have questions.

John

> -----Original Message-----
> **From:** Scholten, Brenda
> **Sent:** Friday, August 20, 2004 7:21 AM
> **To:** Schmidt, John
> **Cc:** Babel, Kari
> **Subject:** FW: Principal FC
>
> John -- just so I'm clear. The audit items/litigation for Principal FC below are included in the total company contingency reserve that is sitting in Corporate Segment, correct?
>
> Thanks,
> Brenda
>
> > -----Original Message-----
> > **From:** Schmidt, John
> > **Sent:** Wed 8/18/2004 4:30 PM
> > **To:** Barry, Pat; Babel, Kari
> > **Cc:**
> > **Subject:** RE: Principal FC
> >
> > Kari, we are litigating our tax liability for the years 1991-94. There are two issues, one of which involves the sale of commercial mortgage loans to Prudential. The IRS assessed additional tax following the audit of our tax returns for those years and we filed suit asking for a refund. We expect a decision in the trial court in the next year or so. Since we have paid the tax for all of the years that have been audited (1991-98), and have accrued the tax for the remaining years (1999-2001, currently under audit), I do not see any need for an additional accrual.
> >
> > Let me know if you have any questions.
> >
> > John
> >
> > > -----Original Message-----
> > > **From:** Barry, Pat
> > > **Sent:** Wednesday, August 18, 2004 4:24 PM
> > > **To:** Babel, Kari; Schmidt, John
> > > **Subject:** RE: Principal FC
> > >
> > > Kari,
> > > Your question needs to be directed to John.

Page 2 of 2

-----Original Message-----
**From:** Babel, Kari
**Sent:** Wednesday, August 18, 2004 3:45 PM
**To:** Barry, Pat
**Subject:** Principal FC

Hi Pat,

Regarding the Principal FC litigation, I don't know how much you can tell me about it but I was wondering if I should set up a payable for it. Are there any contingencies that I should be accruing for?

**Babel, Kari**

---

**From:** Scholten, Brenda
**Sent:** Friday, August 20, 2004 7:24 AM
**To:** Babel, Kari
**Subject:** RE: Principal FC

Kari -- thanks for the information. I think we'll want to go ahead and dividend most of the cash sitting in Principal FC up to PHoC. Let's talk next week.

Thanks,
Brenda

-----Original Message-----
**From:** Babel, Kari
**Sent:** Wednesday, August 18, 2004 6:31 PM
**To:** Scholten, Brenda
**Subject:** FW: Principal FC

-----Original Message-----
**From:** Schmidt, John
**Sent:** Wed 8/18/2004 4:30 PM
**To:** Barry, Pat; Babel, Kari
**Cc:**
**Subject:** RE: Principal FC

Kari, we are litigating our tax liability for the years 1991-94. There are two issues, one of which involves the sale of commercial mortgage loans to Prudential. The IRS assessed additional tax following the audit of our tax returns for those years and we filed suit asking for a refund. We expect a decision in the trial court in the next year or so. Since we have paid the tax for all of the years that have been audited (1991-98), and have accrued the tax for the remaining years (1999-2001, currently under audit), I do not see any need for an additional accrual.

Let me know if you have any questions.

John

-----Original Message-----
**From:** Barry, Pat
**Sent:** Wednesday, August 18, 2004 4:24 PM
**To:** Babel, Kari; Schmidt, John
**Subject:** RE: Principal FC

Kari,
Your question needs to be directed to John.
Thanks!
Pat

-----Original Message-----
**From:** Babel, Kari
**Sent:** Wednesday, August 18, 2004 3:45 PM
**To:** Barry, Pat

**Subject:** Principal FC

Hi Pat,

Regarding the Principal FC litigation, I don't know how much you can tell me about it but I was wondering if I should set up a payable for it. Are there any contingencies that I should be accruing for?

Thanks!
Kari Babel
x35705

**Babel, Kari**

---

**From:** Scholten, Brenda
**Sent:** Wednesday, August 18, 2004 7:56 AM
**To:** Babel, Kari
**Subject:** RE: Principal FC

I just thought of one more item -- Can you ask Pat, if she could share a few of the details about the litigation with you? What I'm wondering is whether we need to set up a liability and if so how much?

Let me know what you find out.

Thanks,
Brenda

-----Original Message-----
**From:** Babel, Kari
**Sent:** Tuesday, August 17, 2004 2:16 PM
**To:** Scholten, Brenda
**Subject:** FW: Principal FC

fyi

-----Original Message-----
**From:** Barry, Pat
**Sent:** Tuesday, August 17, 2004 2:16 PM
**To:** Mills, Amy; Babel, Kari
**Subject:** RE: Principal FC

Kari,

Principal FC is involved in tax litigation and should not be changed at this time.

Thanks!
Pat

-----Original Message-----
**From:** Mills, Amy
**Sent:** Tuesday, August 17, 2004 1:16 PM
**To:** Babel, Kari
**Cc:** Barry, Pat
**Subject:** FW: Principal FC

Kari, this one is Pat's, so I'll let her respond. We are looking at dissolving Principal Asset Markets, Inc., but also have pending litigation against that company

-----Original Message-----
**From:** Babel, Kari
**Sent:** Tuesday, August 17, 2004 1:03 PM
**To:** Mills, Amy
**Subject:** FW: Principal FC

Also, to let you know, there has not been any income or activity since 2002. There is $1.4M sitting in a bank account, not earning any interest.

-----Original Message-----
**From:** Babel, Kari
**Sent:** Tuesday, August 17, 2004 12:59 PM
**To:** Mills, Amy
**Subject:** Principal FC

Hi Amy,

Def. Ex. 1 p. 37

I just recently took over the reporting of Principal FC, as well. The person who transferred it to me said that there was a possibility of some litigation on this one, too. Can you confirm this for me? This is another one that we are thinking about looking into possibly dissolving. Thanks!

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

**Babel, Kari**

**From:** Thomas, Deb A
**Sent:** Tuesday, August 17, 2004 11:18 AM
**To:** Babel, Kari
**Subject:** RE: Principal FC

I would ask Jill Hittner. A year or 2 ago there was some litigation going on. I don't know if that was resolved or not.
I would be anxious to know what she says.

Thanks
Deb

-----Original Message-----
**From:** Babel, Kari
**Sent:** Tuesday, August 17, 2004 11:02 AM
**To:** Thomas, Deb A
**Subject:** Principal FC

Hi Deb,

I was wondering if you knew of any reason that Principal FC needs to remain open? If not, I think that I will request permission from Legal to get it closed. It still has a $1.4M balance in it's bank but that could just be transfered up to PLIC. Any thoughts? Thanks!

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

**Babel, Kari**

**From:** Thomas, Deb A
**Sent:** Monday, April 12, 2004 5:13 PM
**To:** Babel, Kari
**Subject:** RE: Principal FC Tax Questionnaire

yes I would, as there is nothing in it anymore.

-----Original Message-----
**From:** Babel, Kari
**Sent:** Monday, April 12, 2004 5:11 PM
**To:** Thomas, Deb A
**Subject:** Principal FC Tax Questionnaire

Hi Deb,

I answered no to everything... nothing unusual, no changes to M-1's, no fixed held or disposed of, no tax payable/receivable balances, etc. Would you agree? Thanks!

<< File: 2003 Principal FC Tax Questionnaire.doc >>

***Kari Babel***
Principal Global Investors
Investment Accounting - Reporting
babel.kari@principal.com
(515) 283-5705

# Subsidiary General Information
# Tax Questionnaire
# For the calendar year 2003

Entity Name _____**Principal FC**___________________________________________

Was the above named entity inactive during the calendar year 2003 with no financial activity to report? If yes, please write "INACTIVE" at the top of this document, sign, and date and return to the Corporate Tax Department.

**I have read the questions below and either provided additional information as requested or responded with an answer of 'NO'. Based on my knowledge, the financial statements, and other financial information submitted with this document fairly present in all material respects the financial condition, results of operations and cash flows of the above named entity as of December 31, 2003.**

Signed By ______________________________
Phone Number __**515-283-5705**__________________
Email __**babel.kari@principal.com**___________
Date __**04/12/2004**______________________

The following information is requested by the Corporate Tax department and is necessary to complete federal and state income tax returns. We will be using the information you provided at 4th quarter as a starting point to complete the returns. In addition, we will need the documentation supporting the book/tax adjustments. Thus, please provide the workpapers used to compute the adjustments or identify the account numbers on the trial balance. Please answer the following question:

__**X**__There is **NO** change in the tax adjustment amounts supplied to Corporate Tax at 4th quarter 2003.

_______There **HAVE** been changes in the tax adjustment amounts supplied to Corporate Tax at 4th quarter 2003. Attached is a revised M-1 Template and supporting documents.

Please also submit a copy of the internal financial statements. Please provide details of any non-ledger adjustments included in these statements if applicable.

Since this is a general information questionnaire it does not include questions specific to each entity. We will work with each individual entity and request additional information necessary to complete the returns. Please also provide any additional information you feel is necessary to complete the tax return

**The completed questionnaire is due April 15.** Please call with any questions. Thank you for your assistance.

Yes <u>No</u> 1. Is this entity audited? If yes, please provide a copy of the Audit report and details of any required adjustments. **If the audit will not be completed by April 15th, please submit the completed general information questionnaire and other documents and provide a date of anticipated audit completion.**

Yes <u>No</u> 2. Did the entity record any prior period adjustments that affect equity? If yes, please provide a reconciliation of this account and details of the adjustments including journal entries.

C:\Documents and Settings\K948029\Local Settings\Temporary Internet Files\OLK6\2003 Principal FC Tax Questionnaire.doc

Yes No 3. Does this entity have an Other or Miscellaneous Income account with a balance on the general ledger? If yes, please provide detail of these amounts.

Yes No 4. Does this entity have an Other or Miscellaneous Expense account with a balance on the general ledger? If yes, please provide detail of these amounts.

Yes No 5. Does this entity have a Legal Expense account with a balance on the general ledger? If yes, please provide detail of these amounts.

Yes No 6. Does this entity have a State Income Tax Payable/Receivable account with a balance on the general ledger? If yes, please provide detail of these amounts.

Yes No 7. Does this entity have a Federal Income Tax Payable/Receivable account with a balance on the general ledger? If yes, please provide detail of these amounts.

Yes No 8. Does this entity have prepaid expenses? If so, please provide detail of this account balance and when these items are expected to reverse.

Yes No 9. Does the entity have any expense for professional dues or membership fees, such as the American Institute of CPAs? If so, please list the name of the organization, the amount of the fees paid, and what portion of their dues, if any, is nondeductible

Yes No 10. Does the entity pay for any employee's membership in a social club? If so please provide the amount of the payments.

Yes No 11. Did the entity make any contributions to political parties or political action committees? If yes, provide details.

Yes No 12. Did the entity pay directly any state taxes or receive state refunds? If yes, please list the state and amount paid or received.

Yes No 13. Did the entity pay taxes to a foreign country? If yes, please provide details.

Yes No 14. Did the entity have any penalty expense related to late filings, license, payroll taxes, etc? If yes, provide a description and amount.

Yes No 15. Were any charitable contributions made? If yes, please provide the name of organization and the contribution amount. If non-cash contributions were made, please provide the fair market value of the items donated or any documents received from the charitable organization.

Yes No 16. Did the entity receive any Municipal interest? If yes, please indicate the amount and G/L Account number.

Yes No 17. Did the entity receive any Federal Interest? If yes, please indicate the amount and G/L Account number. (Mortgage backed federal securities do not qualify for federal interest exclusion on stat returns.)

Yes No 18. Did the entity accrue for bonuses other than Prinpay or VP Long-term Bonus? If yes, please provide the amount of the accrual and a schedule of when the bonus will be paid.

Yes No 19. Are there any reserves (other than bad debts), deferred revenue or severance accruals? If yes, please provide a description of the item along with balances at the beginning and end of the

year and when the payments will be made or revenue will be earned.

Yes No 20. Did the company have any Inter-company transactions that created a gain or loss? If yes please provide a description of the transaction and the amount of any gain or loss.

Yes No 21. Does the entity have any unrealized gains or losses? If yes, are these items included in the Income Statement or on the Balance Sheet? Please provide a reconciliation of any unrealized gain or loss account.

Yes No 22. Does this entity have any investments in partnerships? If yes, please provide copies of all K-1's from these investments and indicate which ledger accounts contain activity from these investments. (We do not need all the 1099s you receive.)

Yes No 23. Have any investments of the business been disposed of? If yes, please provide the following information.

| Description | Date Acq'd | Date Sold | Cost Basis | Sales Price | Book Gain |
|---|---|---|---|---|---|

Yes No 24. Did the entity enter into any new leases where they are the lessee receiving a rent holiday or rent abatement?

Yes No 25. Did this entity hold any fixed assets during 2003? If yes, please provide a fixed asset listing at 12/31/2003 and reports indicating book, tax, ACE and AMT depreciation expense for these items.

Yes No 26. Did this entity acquire or dispose of any fixed assets during 2003? If yes, please provide details on these transactions and indicate if bonus depreciation was recorded for any of these items during 2003. Include date sold and sales price on all disposals.

Yes No 27. Does the entity capitalize any expense amounts allocated from Principal Life Insurance Company? If yes, please provide details of these items.

Yes No 28. Does the entity amortize any intangible asset? If yes, please provide the following information.

| Description | Date Acq'd | Cost Basis | Amortization Period | Current Amort |
|---|---|---|---|---|

Yes No 29. Are you aware of any unusual transactions regarding this entity? If yes, please provide details.

Yes No 30. Are you aware of any accounting method changes during 2003? If yes, please provide details about the old and new methods used.

Yes No 31. At any time during the year, did the entity have an interest in or signature or other authority over a financial account in a foreign country? If yes, name the foreign country.

Yes No 32. Was the corporation the grantor of, or transfer to, a foreign trust, which existed during the current tax year?

Yes No 33. Did the corporation issue publicly offered debt instruments with original issue discount?

## Babel, Kari

**From:** Thomas, Deb A
**Sent:** Monday, February 09, 2004 6:55 AM
**To:** Sinclair, Cathy; Wright, Patty
**Cc:** Babel, Kari; Haugen, Jeannette
**Subject:** RE: Principal FC-IC tax settlements

Go ahead and send them to me and I will work with Kari to get the information back to you.

-----Original Message-----
**From:** Sinclair, Cathy
**Sent:** Friday, February 06, 2004 2:52 PM
**To:** Wright, Patty
**Cc:** Thomas, Deb A; Babel, Kari; Haugen, Jeannette
**Subject:** RE: Principal FC-IC tax settlements

I agree that it did not appear to have any income during 2003, but since it still existed at the end of the return (and until it is liquidated) we will have to include it in the federal return and state returns if it is still qualifed anywhere. We will be sending out the information requests next week and just need to know where to send them.
Cathy

-----Original Message-----
**From:** Wright, Patty
**Sent:** Friday, February 06, 2004 2:09 PM
**To:** Sinclair, Cathy
**Cc:** Thomas, Deb A; Babel, Kari; Haugen, Jeannette
**Subject:** RE: Principal FC-IC tax settlements

I don't think so. I thought Corporate reporting was handling that piece. Principal FC has not had income since 9/2002 and the last time we paid a federal tax settlement was 9/2003 for 2002 income.

I will check with Deb on Monday.

Thanks,
Patty

-----Original Message-----
**From:** Sinclair, Cathy
**Sent:** Friday, February 06, 2004 2:02 PM
**To:** Wright, Patty
**Cc:** Thomas, Deb A; Babel, Kari; Haugen, Jeannette
**Subject:** RE: Principal FC-IC tax settlements

Patty, will Kari also handle any information requests related to the 2003 federal and or state income tax returns?
Thanks.
Cathy

-----Original Message-----
**From:** Wright, Patty
**Sent:** Thursday, February 05, 2004 11:14 AM
**To:** Haugen, Jeannette; Sinclair, Cathy
**Cc:** Thomas, Deb A; Babel, Kari
**Subject:** Principal FC-IC tax settlements

As of today, Kari Babel will be responsible for the Principal FC asset. Please update your attachments you send for tax settlements to include her name and remove Deb Thomas and Brett Cassabum's name since our area is no longer responsible for this asset. I know Kari receives these tax settlement emails already because of Principal Holding.

I think if there is any activity for Principal FC, Kari will ask Treasury to move funds versus setting up an ACH like I was doing for the payments. The last time we had any tax pmt activity was 9/2003, which dealt with 2002 final tax. So we

should not see much activity going forward.

Please let me know if you have questions,

Thanks,
Patty

**Babel, Kari**

**From:** Wright, Patty
**Sent:** Thursday, February 05, 2004 11:14 AM
**To:** Haugen, Jeannette; Sinclair, Cathy
**Cc:** Thomas, Deb A; Babel, Kari
**Subject:** Principal FC-IC tax settlements

As of today, Kari Babel will be responsible for the Principal FC asset. Please update your attachments you send for tax settlements to include her name and remove Deb Thomas and Brett Cassabum's name since our area is no longer responsible for this asset. I know Kari receives these tax settlement emails already because of Principal Holding.

I think if there is any activity for Principal FC, Kari will ask Treasury to move funds versus setting up an ACH like I was doing for the payments. The last time we had any tax pmt activity was 9/2003, which dealt with 2002 final tax. So we should not see much activity going forward.

Please let me know if you have questions,

Thanks,
Patty

Principal F.C. - Shell co.
Documents in Deb's office or storage

LSUB 3100

ask Jill about cash in Principal FC -
- litigation over
- Cash sitting w/o earning interest
- Dissolution?

Let Sarah know if ACH happens

Should not be anymore tax settlements
- No income since 2002