** BOHR, JILL **

** G17INV A&T-ANLYT/SYS **

Def. Ex. 2 p. 1

0ĭH2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 2000 | 0601900 | PRINCIPAL FC, LTD.-COMMON STOCK | A | CY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER PROD FUNC TOCO M1 M2 SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | |
| H081--MISC | 0 | 12/18/91 | TO RECORD INVESTMENTIN NEW SUB -PRINCIPAL FC, LTD | 1000000.00 | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | 1000000.00 | | | |
| | | | ENDING BALANCE CURRENT PERIOD | 1000000.00 | | | |

Def. Ex. 2 p. 2

0?H2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 0010100 | CASH IN BANK-CHECKING | A | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER | PROD | FUNC | TOCO | M1 | M2 | SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | | | | | | | |
| H081--MISC | 0 | 12/18/91 | TO RECORD CAPITALIZATION FROM PRINCIPAL HOLDING | 1000000.00 | | | | | | | | | JBOHR |
| H081--MISC | 0 | 12/18/91 | TO RECORD INVESTMENTIN CMCL PAPER | | 946397.92- | | | | | | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | 1000000.00 | 946397.92- | | | | | | | | |
| | | | ENDING BALANCE CURRENT PERIOD | 53602.08 | | | | | | | | | |

OTR2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 0100100 | INTEREST RECEIVABLE | A | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER PROD FUNC TOCO M1 M2 SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | |
| H081--MISC | 0 | 12/31/91 | TO RECORD ACCRUED INTEREST RECEIVABLE | 312485.16 | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | 312485.16 | | | |
| | | | ENDING BALANCE CURRENT PERIOD | 312485.16 | | | |

Def. Ex. 2 p. 4

07H2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 0500500 | BOND PAR | A | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER PROD FUNC TOCO M1 M2 SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | |
| H081--MISC | 0 | 12/18/91 | TO RECORD INVESTMENTIN CMCL PAPER | 950000.00 | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | 950000.00 | | | |
| | | | ENDING BALANCE CURRENT PERIOD | 950000.00 | | | |

Def. Ex. 2 p. 5

01H2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 0500600 | DISCOUNT ON BOND | A | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER | PROD | FUNC | TOCO | M1 | M2 | SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | | | | | | | |
| H081--MISC | 0 | 12/18/91 | TO RECORD INVESTMENTIN CMCL PAPER | | 3602.08- | | | | | | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | | 3602.08- | | | | | | | | |
| | | | ENDING BALANCE CURRENT PERIOD | | 3602.08- | | | | | | | | |

OTR2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 0501000 | NOTE RECEIVABLE | A | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER | PROD | FUNC | TOCO | M1 | M2 | SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | | | | | | | |
| H081--MISC | 0 | 12/31/91 | TO RECORD 7 YEAR NOTE RECEIVABLE ACQUIRED 12/23/91 | 239238347.00 | | | | | | | | | JBOHR |
| H081--MISC | 0 | 12/31/91 | TO RECORD 10 YEAR NOTE RECEIVABLE ACQUIRED 12/23/91 | 239238347.00 | | | | | | | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | 478476694.00 | | | | | | | | | |
| | | | ENDING BALANCE CURRENT PERIOD | 478476694.00 | | | | | | | | | |

Def. Ex. 2 p. 7

OTH2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 1004201 | ACCRUED INTEREST, NOTES PAYABLE | L | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER | PROD | FUNC | TOCO | M1 | M2 | SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | | | | | | | |
| H081--MISC | 0 | 12/31/91 | TO RECORD ACCRUED INTEREST PAYABLE | | 312485.16- | | | | | | | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | | 312485.16- | | | | | | | | |
| | | | ENDING BALANCE CURRENT PERIOD | | 312485.16- | | | | | | | | |

Def. Ex. 2 p. 8

0TH2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 1300300 | NOTES PAYABLE | L | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER PROD FUNC TOCO M1 M2 SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | |
| H081--MISC | 0 | 12/31/91 | TO RECORD 7 YEAR NOTE PAYABLE - 12/23/91 | | 239238347.00- | | JBOHR |
| H081--MISC | 0 | 12/31/91 | TO RECORD 10 YEAR NOTE PAYABLE - 12/23/91 | | 239238347.00- | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | | 478476694.00- | | |
| | | | ENDING BALANCE CURRENT PERIOD | | 478476694.00- | | |

Def. Ex. 2 p. 9

OTH2284

ACCOUNT ACTIVITY LISTING

CURRENT POSTING YEAR: 1991 CURRENT POSTING MONTH: 12 RUN DATE: 01/04/92 060453

| COMPNY | ACCOUNT | DESCRIPTION | ACCT TYPE | AMOUNT CLASS |
|---|---|---|---|---|
| 3100 | 1800100 | CAPITAL STOCK | L | LY |

| JOURNAL ID | SEQ | EFF DATE | DESCRIPTION | DEBITS | CREDITS | CENTER PROD FUNC TOCO M1 M2 SLID/SLAC | SOURCE |
|---|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE CURRENT PERIOD | | 0.00 | | |
| H081--MISC | 0 | 12/18/91 | TO RECORD CAPITALIZATION FROM PRINCIPAL HOLDING | | 1000000.00- | | JBOHR |
| | | | CURRENT PERIOD TOTAL ACTIVITY | | 1000000.00- | | |
| | | | ENDING BALANCE CURRENT PERIOD | | 1000000.00- | | |

the Principal Financial Group

Principal Mutual
Life Insurance Company

June 18, 1992

Mr. Mark Warner
Prudential Mortgage Capital
751 Broad Street
Newark, NJ 07102-3777

Dear Mark

Pursuant to your recent phone message, attached please find a breakdown of the payments which I have calculated to be due under the various notes from our 1991 transaction which will be due on July 1. I have also included wiring instructions for the payments to be made to Principal FC, Ltd.

Our accounting area has wiring instructions for the $100,000,000 note to Prusupply Capital Assets but has not yet received instructions for the other three notes. You may have sent these and they are still being forwarded to the appropriate parties here. If not, please forward these instructions to my attention.

Jill Bohr in our Investment Accounting area will be coordinating the wiring of funds on July 1. We thought it might be helpful if she also had a point person at Prudential to coordinate the timing and receipt of the wire transfers. Jill can be reached at 515-248-2153. Also, please feel free to contact me with any questions or comments concerning these payments.

I hope all is going well with you. I look forward to talking with you soon.

Sincerely

Margie A. Johnson
Mortgage Manager
Commercial Real Estate
Phone: 515-247-7987
Fax: 515-248-8090

Attachment

cc Jill Bohr
Pat Halter

Def. Ex. 3 p. 1

Kathy Carlon
201-86 -9239

**Interest Payments Due July 1, 1992**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = ~~$4,086,500.00~~ 4,336,230.56

$70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = ~~$2,860,550.00~~ 3,035,361.39

$69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = ~~$2,829,425.05~~ 3,002,334.36

$239,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 7.501%
Payment = $~~8,972,634.21~~ 9,520,961.85

Total = 12,523,296.22

Total Payment = ~~$18,749,109.26~~ 19,894,888.~~18~~ 17

II. Prudential Notes to Principal

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = ~~$9,776,475.05~~ 10,373,926.30

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = ~~$8,972,634.21~~ 9,520,961.85

Total Payment = $1~~8,749,109.26~~ 19,894,888.18

Morgan Guaranty
NY, NY
ABA 021000238
A/c Name Pru Realty Securities II, Inc.
B/A # 050-53-459

Morgan Guaranty
NY, NY
A/C Pruco Life Ins. Company
050-52-582

Sharie Egger 201-86 4606

the Principal® Financial Group

Principal Mutual
Life Insurance Company

December 20, 1991

The Prudential Insurance Company of America
751 Broad Street
Newark, NJ 07102

Dear Sirs:

Please wire transfer the payments due with respect to the Purchase Money Notes issued by you pursuant to that certain Purchase and Sale Agreement dated December 20, 1991, between The Prudential Insurance Company of America and Principal Mutual Life Insurance Company and payable to the undersigned to:

Norwest Bank, Iowa, N.A.
7th and Walnut Streets
Des Moines, Iowa 50309
ABA No. 073000228

for credit to Principal FC, Ltd.
Account No. 7051417

(please identify each payment as The Prudential Insurance Company of America 7.501% 8.173% Note, Due 1999 2002 , Attn: Investment Accounting, Elaine Conkel).

Very truly yours,

PRINCIPAL FC, LTD.

By: ____________________
[illegible] ELLINGSON
[illegible] General Counsel

By: ____________________
JoELLEN J WATTS, Assistant Counsel

/jjw/pru21219.ltr

Def. Ex. 3 p. 3

**INTEREST PAYMENTS DUE JANUARY 1, 1993**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 4, 1993 through January 1, 1993.

| Post-It™ brand fax transmittal memo 7671 | # of pages ▸ 1 |
|---|---|
| To Andy Semegen | From Jill Bohr |
| Co. Prudential | Co. Principal Mutual |
| Dept. | Phone # 515-248-2153 |
| Fax # 201-824-4955 | Fax # 515-248-2643 |

Andy Semegen
201-802-7299

**INTEREST PAYMENTS DUE JULY 1, 1993**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 000-75-079/Morgan Guaranty Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 050-52-502/Morgan Guaranty Trust

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 050-53-459/Morgan Guaranty Trust

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 050-53-459/Morgan Guaranty Trust

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid July 1, 1993.

| Post-it™ brand fax transmittal memo 7671 | # of pages ▸ 1 |
|---|---|
| To Andy Scmegen | From Jill Bohr |
| Co. Prudential | Co. Principal Mutual |
| Dept. | Phone # 515-248-2153 |
| Fax # 201-824-4955 | Fax # 515-248-2643 |

**INTEREST PAYMENTS DUE JANUARY 1, 1994**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 000-75-079/Morgan Guaranty Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 050-52-502/Morgan Guaranty Trust

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 050-53-459/Morgan Guaranty Trust

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 050-53-459/Morgan Guaranty Trust

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 3, 1994.

| Post-It™ brand fax transmittal memo 7671 | # of pages ▸ 1 |
| --- | --- |
| To Andy Semegen | From Cindy Cannon |
| Co. Prudential | Co. 515 248 4280 |
| Dept. | Phone # |
| Fax # 201 824 4955 | Fax # |

**INTEREST PAYMENTS DUE JULY 1, 1994**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 000-75-079/Morgan Guaranty Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 050-52-502/Morgan Guaranty Trust

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 050-53-459/Morgan Guaranty Trust

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 050-53-459/Morgan Guaranty Trust

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid July 1, 1994.

Post-It™ brand fax transmittal memo 7671 | # of pages ▸ 1

| | |
|---|---|
| To Kathy Carlon | From Jill Hittner |
| Co. | Co. |
| Dept. | Phone # 515-248-2153 |
| Fax # 201-824-4955 | Fax # 515-248-2643 |

**INTEREST PAYMENTS DUE JANUARY 1, 1995**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 000-75-079/Morgan Guaranty Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 050-52-502/Morgan Guaranty Trust

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 050-53-459/Morgan Guaranty Trust

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 050-53-459/Morgan Guaranty Trust

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 3, 1995.

**INTEREST PAYMENTS DUE JULY 1, 1995**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 000-75-079/Morgan Guaranty Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 050-52-502/Morgan Guaranty Trust

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 050-53-459/Morgan Guaranty Trust

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 050-53-459/Morgan Guaranty Trust

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid July 3, 1995.

Post-It™ brand fax transmittal memo 7671 | # of pages ▸ 1

| | |
|---|---|
| To Kathy Carlon | From Cindy Cannon |
| Co. | Co. |
| Dept. | Phone # 515 248 4280 |
| Fax # 201-824-4955 | Fax # 515 248 2643 |

**INTEREST PAYMENTS DUE JANUARY 1, 1997**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 890-0304-855/Bank of New York

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 2,1997.

**INTEREST PAYMENTS DUE JULY 1, 1997**

I. Principal Notes to Prudential

$100,000,000 note to Prusupply Capital Assets, Inc.
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 890-0304-855/Bank of New York

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

$239,238,347 note to Prudential Realty Securities II, Inc
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = 18,749,109.25**

II. Prudential notes to Principal

$239,238,347 note to Principal FC, Ltd
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$239,238,347 note to Principal FC, Ltd.
Interest Rate = 7.501%
Payment = 8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid July 1,1997.

**INTEREST PAYMENTS DUE JANUARY 1, 1998**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

$ 239,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $18,749,109.25**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$ 239,238,347 note to Principal FC, LTD
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 2, 1998.

**INTEREST PAYMENTS DUE JULY 1, 1998**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

$ 239,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $18,749,109.25**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$ 239,238,347 note to Principal FC, LTD
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid July 1, 1998.

**PRINCIPAL PAYMENTS DUE JANUARY 1, 1999**

I. Payment of Principal Notes to Prudential

$ 239,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 7.501%
Payment = $239,238,347.00
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $239,238,347.00**

II. Payment of Prudential Notes to Principal

$ 239,238,347 note to Principal FC, LTD
Interest Rate = 7.501%
Payment = $239,238,347.00
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $239,238,347.00**

Payments will be made January 4, 1999

**INTEREST PAYMENTS DUE JANUARY 1, 1999**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

$ 239,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $18,749,109.25**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

$ 239,238,347 note to Principal FC, LTD
Interest Rate = 7.501%
Payment = $8,972,634.20
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $18,749,109.25**

Payments will be paid January 4, 1999.

**INTEREST PAYMENTS DUE JULY 1, 1999**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $9,776,475.05**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $9,776,475.05**

**INTEREST PAYMENTS DUE JANUARY 1, 2000**
**(Payments will be paid January 3, 2000)**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $9,776,475.05**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $9,776,475.05**

**INTEREST PAYMENTS DUE JULY 1, 2000**
**(Payments will be paid July 3, 2000)**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $9,776,475.05**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $9,776,475.05**

**INTEREST PAYMENTS DUE JANUARY 1, 2001**
**(Payments will be paid January 2, 2001)**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $9,776,475.05**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $9,776,475.05**

**INTEREST PAYMENTS DUE JULY 1, 2001**
**(Payments will be paid July 2, 2001)**

I. Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $4,086,500.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $2,860,550.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $2,829,425.05
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $9,776,475.05**

II. Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $9,776,475.05
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $9,776,475.05**

**PRINCIPAL PAYMENTS DUE JANUARY 1, 2002** DATE REVISED
**(Payments will be paid January 2, 2002)**

I. Payment of Principal Notes to Prudential

$100,000,000 note to SVIIT Holdings, Inc. (formerly Prusupply Capital Assets, Inc.)
Interest Rate = 8.173%
Payment = $100,000,000.00
Account # 40163-1/Wilmington Trust

$ 70,000,000 note to Pruco Life Insurance Company
Interest Rate = 8.173%
Payment = $70,000,000.00
Account # 890-0304-421/Bank of New York

$ 69,238,347 note to Prudential Realty Securities II, Inc.
Interest Rate = 8.173%
Payment = $69,238,347.00
Account # 890-0305-355/Bank of New York

**TOTAL PAYMENT = $239,238,347.00**

II. Payment of Prudential notes to Principal

$ 239,238,347 note to Principal FC, Ltd.
Interest Rate = 8.173%
Payment = $239,238,347.00
Account # 7051417/Norwest Bank, Iowa, N.A.

**TOTAL PAYMENT = $239,238,347.00**

| Post-It™ brand fax transmittal memo 7671 | # of pages ▸ 2 |
|---|---|
| To Lorraine Coppola | From Patty Wright |
| Co. Prudential | Co. Principal Capital |
| Dept. | Phone # 515-235-1761 |
| Fax # 973-802-9048 | Fax # 515-248-2643 |