6-28-1999

Principal FC – maturity / purchase

1. Call chad on date of maturity + ask them to purchase another 6 mo. bond. (After you figure out funds available on ledger)

2. JE to reflect maturity – $325,000 PAR 6/28/99
maturity:
A. Dr 0010100
Cr 0201500 ST Bond PAR acct

B. Dr 0201600 Discount ST (reverse prior purchase amt discount)
Cr 3100500 earned discount

purchase:
C. Dr 0201500 $350,000.00 purchase
Cr 0201600 8211.39 discount
Cr 0010100 341,788.61 cost

Prudential – each qtr record int for that qtr, semiannually on 7/1 + 1/1 wire int to them + they wire it back to us.

1 note

3 notes – us

A. accrue int inc + int exp entries [redacted]

Dr 0100100 Int rec
3002500 rec inc.

Cr 3703000 exp
1004200 pay

[redacted]

[redacted]

(PFCT) ★ Send 6 mo. int wires on 7/1/99. Fax to 2 people before 7-1-99. Faxsheets in folder. ★ ~~only send fax to Bob Campbell going forward~~ 1-4-2000 per Dinesh @ Prudential

UNAUDITED
Final

PRINCIPAL FC, LTD.
Balance Sheet
December 31, 1995

| | | |
|---|---|---|
| ASSETS | | |
| Cash | | $14,256.70 |
| Note Receivable | | 478,476,694.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 |
| L-T Bond Par | 900,000.00 | |
| Plus: Premium on L-T Bond | 1,897.68 | 901,897.68 |
| Accrued Interest on L-T Bond | | 16,875.00 |
| S-T Bond Par | 210,000.00 | |
| Less: S-T Bond Discount | (4,795.74) | 205,204.26 |
| Total Assets | | $498,364,036.89 |
| LIABILITES | | |
| A/P-Federal Income Tax | | $4,483.16 |
| Note Payable | | 478,476,694.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 |
| Total Liabilities | | $497,230,286.41 |
| STOCKHOLDERS EQUITY | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 |
| Retained Earnings | | 133,750.48 |
| Total Stockholders Equity | | $1,133,750.48 |
| Total Liabilities & Stockholders Equity | | $498,364,036.89 |

Deb Wagoner
X8-3382

UNAUDITED
Final

PRINCIPAL FC, LTD.
Income Statement and Statement of Retained Earnings
For the Period Ended December 31, 1995

| | | |
|---|---|---|
| REVENUES: | | |
| Discount Accrual | $10,506.59 | |
| Note Receivable - Interest Received | 37,498,218.50 | |
| Interest on L-T Bonds | 50,625.00 | |
| | | $37,559,350.09 |
| EXPENSES: | | |
| Interest Paid - Note Payable | $37,498,218.50 | |
| Amortization of Premium on Bonds | 1,058.17 | |
| Filing Fees | 30.00 | |
| Total Expenses | | $37,499,306.67 |
| Net Income (Loss) | | $60,043.42 |
| Intercompany Tax Settlement: | | |
| Federal Income Tax | | (21,704.38) |
| Iowa State Income Tax | | (2,360.00) |
| Environmental Tax | | (71.00) |
| Other State Income Tax | | 0.00 |
| Net After Intercompany Tax Settlement | | $35,908.04 |
| Retained Earnings 12/31/94 | | 97,842.44 |
| Retained Earnings 12/31/95 | | $133,750.48 |

Deb Wagoner
X 8-3382

## Principal FC

Template accounts and current values that relate to the note transaction with Prudential:

| Account Label | Template Account Description | Year-to-Date Actuals December 31, 1995 |
|---|---|---|
| AREC010I | Notes Receivable | 478,476,694.00 |
| AINV270C | Accrued Investment Income | 18,749,109.25 |
| LPAY010I | Notes Payable | 478,476,694.00 |
| LINT010I | Interest Payable | 18,749,109.25 |
| INII020I | Other Investment Income | 37,498,218.50 |
| EINT010I | Interest Expense | 37,498,218.50 |

NOTES TO FINANCIAL STATEMENT

PRINCIPAL FC, LTD.

NOTE A -- SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Description of Business: Principal FC, LTD. was incorporated on December 17, 1991 as an Iowa Corporation to primarily engage in the ownership of certain mortgages and short-term investments.

Basis of Presentation: The Company is a subsidiary of Principal Holding Company which is a subsidiary of Principal Mutual Life Insurance Company. The Company is accounted for under the equity method and is included in the consolidated financial statements of Principal Mutual Life Insurance Company. The accounting records for the Company are prepared on the basis used for federal income tax purposes, which basis differs from GAAP.

Federal Income Taxes: The Company is part of an affiliated group which files a consolidated federal income tax return. The Company is allocated income tax expenses and credits by its parent based upon pro rata contribution of taxable income or operating losses using a subgroup method of allocation.

NOTE B -- NOTES RECEIVABLE

Notes Receivable at December 31:

| | |
|---|---|
| 7-Year 7.501% note receivable | $239,238,347 |
| 10-Year 8.173% note receivable | $239,238,347 |

NOTE C -- NOTES PAYABLE

Notes Payable at December 31:

| | |
|---|---|
| 7-Year 7.501% note payable | $239,238,347 |
| 10-Year 8.173% note payable | $100,000,000 |
| 10-Year 8.173% note payable | $ 70,000,000 |
| 10-Year 8.173% note payable | $ 69,238,347 |

NOTE D -- COMMITMENTS AND CONTINGENCIES

The Company has entered into commitments and various forms of guarantees in the ordinary course of business. In the opinion of management, these commitments and guarantees do not materially affect the financial position of the company as of December 31, 1995 nor the results of its operations for the period then ended.

NOTES TO FINANCIAL STATEMENTS -- Continued
Page 2

There are no legal proceedings pending which would have a material financial effect.

______________________________
Deb Wagoner:afd
960104CC.3

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Balance Sheet**

| | For Quarters Ended | | | |
|---|---|---|---|---|
| | December 31,1998 | | December 31,1999 | |
| ASSETS | | | | |
| Cash | | $27,482.55 | | $49,229.94 |
| Note Receivable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest - Note Receivable | | 18,749,109.25 | | 9,776,475.06 |
| L-T Bond Par | | 900,000.00 | | 900,000.00 |
| Accrued Interest on L-T Bond | | 18,647.70 | | 14,178.12 |
| S-T Bond Par | $325,000.00 | | $350,000.00 | |
| Less: S-T Bond Discount | (7,675.87) | 317,324.13 | (8,848.00) | 341,152.00 |
| Total Assets | | $498,489,257.63 | | $250,319,382.12 |
| LIABILITES | | | | |
| A/P-Federal Income Tax | | $5,704.00 | | $3,960.00 |
| A/P-State Income Tax | | 0.00 | | 0.00 |
| Note Payable | | 478,476,694.00 | | 239,238,347.00 |
| Accrued Interest on Notes Payable | | 18,749,109.25 | | 9,776,475.05 |
| Total Liabilities | | $497,231,507.25 | | $249,018,782.05 |
| STOCKHOLDERS EQUITY | | | | |
| Capital Stock, $1 par value, 1,000,000 shares authorized, issued and outstanding. | | $1,000,000.00 | | $1,000,000.00 |
| Paid in Capital in excess of par | | 0.00 | | 0.00 |
| Retained Eamings | | 257,750.38 | | 300,600.07 |
| Total Stockholders Equity | | $1,257,750.38 | | $1,300,600.07 |
| Total Liabilities & Stockholders Equity | | $498,489,257.63 | | $250,319,382.12 |

Deb Wagoner
X8-3382

**STATUTORY**
**UNAUDITED**
**Final**

**PRINCIPAL FC, LTD.**
**Comparative Income Statement and Statement of Retained Earnings**

| | *For Quarters Ended December 31* | | | |
|---|---|---|---|---|
| | *1998* | | *1999* | |
| **REVENUES:** | | | | |
| Discount Accrual | $15,785.89 | | $17,119.26 | |
| Note Receivable - Interest Received | 37,498,218.50 | | 19,552,950.11 | |
| Interest on L-T Bonds | 56,247.84 | | 51,780.42 | |
| Total Revenues | | $37,570,252.23 | | $19,621,849.79 |
| **EXPENSES:** | | | | |
| Interest Paid - Note Payable | $37,498,218.50 | | $19,552,950.10 | |
| Amortization of Premium on Bonds | 0.00 | | 0.00 | |
| Filing Fees | 45.00 | | 0.00 | |
| Total Expenses | | 37,498,263.50 | | 19,552,950.10 |
| Net Income (Loss) | | $71,988.73 | | $68,899.69 |
| Intercompany Tax Settlement: | | | | |
| Federal Income Tax | | ($24,445.49) | | ($23,073.00) |
| Iowa State Income Tax | | (2,135.00) | | (2,977.00) |
| Environmental Tax | | 0.00 | | 0.00 |
| Other State Income Tax | | 0.00 | | 0.00 |
| Net After Intercompany Tax Settlement | | $45,408.24 | | $42,849.69 |
| Retained Earnings December 31, prior year | | 212,342.14 | | 257,750.38 |
| Retained Earnings, current | | $257,750.38 | | $300,600.07 |

_______________________
Deb Wagoner
X 8-3382

# Principal FC

Template accounts and current values that relate to the note transaction with Prudential:

| Account Label | Template Account Description | Year-to-Date Actuals 31-Dec-99 |
|---|---|---|
| AREC010I | Notes Receivable | 239,238,347.00 |
| AINV270C | Accrued Investment Income | 9,776,475.06 4B 54 [illegible] 4/00 |
| LPAY010I | Notes Payable | 239,238,347.00 |
| LINT010I | Interest Payable | 9,776,475.05 |
| INII020I | Other Investment Income | 19,552,950.11 |
| EINT010I | Interest Expense | 19,552,950.10 |

H:\subdata\prin_fc\Prfc_adj.xls



01/07/2000

NOTES TO FINANCIAL STATEMENT

PRINCIPAL FC, LTD.

NOTE A -- SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Description of Business: Principal FC, LTD. was incorporated on December 17, 1991 as an Iowa Corporation to primarily engage in the ownership of certain mortgages and short-term investments.

Basis of Presentation: The Company is a subsidiary of Principal Holding Company which is a subsidiary of Principal Life Insurance Company. The Company is accounted for under the equity method and is included in the consolidated financial statements of Principal Life Insurance Company. The accounting records for the Company are prepared on the basis used for federal income tax purposes, which basis differs from GAAP.

Federal Income Taxes: The Company is part of an affiliated group which files a consolidated federal income tax return. The Company is allocated income tax expenses and credits by its parent based upon pro rata contribution of taxable income or operating losses using a subgroup method of allocation.

NOTE B -- NOTES RECEIVABLE

Notes Receivable at December 31:

| | |
|---|---|
| 10-Year 8.173% note receivable | $239,238,347 |

NOTE C -- NOTES PAYABLE

Notes Payable at December 31:

| | |
|---|---|
| 10-Year 8.173% note payable | $100,000,000 |
| 10-Year 8.173% note payable | $ 70,000,000 |
| 10-Year 8.173% note payable | $ 69,238,347 |

NOTE D -- COMMITMENTS AND CONTINGENCIES

The Company has entered into commitments and various forms of guarantees in the ordinary course of business. In the opinion of management, these commitments and guarantees do not materially affect the financial position of the company as of December 31, 1999 nor the results of its operations for the period then ended.

There are no legal proceedings pending which would have a material financial effect.

____________________________

Deb Wagoner:slh
960104CC.3