IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO SUBSTITUTE THE ATTACHED DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT PURSUANT TO THE COURT'S ORDER OF MARCH 2, 2006

Defendant, the United States, respectfully moves the Court for leave to substitute the attached "Defendant's Response to Plaintiff's Statement Pursuant to the Court's Order of March 2, 2006" for the identically-titled document filed electronically on March 15, 2006.

As reason for its request, defendant states that its counsel realized today that, through some inadvertent error, only one page of the 6-page document was converted to PDF format and filed, rather than the entire 6-page document, which is attached hereto.

Respectfully submitted,

S/Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

S/Steven I. Frahm
Of Counsel

March 16, 2006