IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT MOTION FOR ENLARGEMENT OF TIME

The parties respectfully move the Court for an enlargement of time of 60 days from May 31, 2006, to and including July 30, 2006, within which to file their status report as to the amount of the judgment to be entered in accordance with the Court's decision in this case. This is the first enlargement requested for this purpose.

As reason for their request, the parties state that plaintiff's counsel submitted a draft computation of tax and interest, as well as new complete copies of plaintiff's federal income tax returns and all attachments filed for the tax years 1991 through 1994. Defendant's counsel forwarded those materials, along with a memorandum detailing the background of the case and other instructions for preparing a computation of tax, assessed

interest, and statutory interest, to the Tax Division's computation specialist, Ms. Micheline Maritz. Defendant's counsel was notified on May 23, 2006, that Ms. Maritz reassigned the computation project to the division's other computation specialist, Mr. Thomas Blake. This change was necessitated by Ms. Maritz's preexisting backlog of case computations that she is required to complete before she can address the computation in this case.

On May 23, Mr. Blake notified defendant's counsel that he anticipates that he will need at least two months to complete the project. His estimate takes into account the fact that plaintiff's draft computation incorporates global interest netting. Mr. Blake anticipates that the parties will need to address the possibility of issues arising from plaintiff's request for global interest netting that would be governed by the opinions of the Court of Appeals for the Federal Circuit in *Computervision Corp. v. United States*, __ F.3d __, 2006 WL 1028581 (Fed. Cir. 2006); and *Federal Nat'l Mortgage Ass'n v. United States*, 379 F.3d 1303 (Fed. Cir. 2004), *rehear. & rehear. en banc denied* (Nov. 22, 2004). In order to determine whether any such issues exist, defendant's counsel asked plaintiff's counsel to submit a memorandum setting forth plaintiff's position on the global interest netting question, and he has agreed to do so.

Plaintiff's counsel has authorized defendant's counsel to sign this Joint Motion for Enlargement of Time on his behalf.

Respectfully submitted,

May 25, 2006
Date

s/ Bruce Graves
BRUCE GRAVES
Brown, Winick, Graves, Gross, Baskerville
and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
(515) 242-2400 (telephone)
(515) 283-0231 (facsimile)
Attorney for plaintiff

May 25, 2006
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 25, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant