IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties respectfully move the Court for an enlargement of time of 30 days from July 30, 2006, to and including August 29, 2006, within which to file their status report as to the amount of the judgment to be entered in accordance with the Court's decision in this case. This is the second enlargement requested for this purpose, the first having been allowed for 60 days.

As reason for their request, the parties state that, as detailed in our first motion for enlargement of time, the Tax Division's recomputation specialist (Ms. Micheline Maritz) to whom the computation project was assigned had to reassign the project to Mr. Thomas Blake (the division's other computation specialist), on May 23, 2006.



1832282.1

On July 11, 2006, defendant's counsel forwarded Mr. Blake's computations to plaintiff's counsel; and on July 18, she forwarded Mr. Blake's chart reflecting and explaining the differences between his computations and the draft computations prepared by plaintiff. As noted in our prior motion, the computations involve all of the suit years (1991-1994), and they incorporate global interest netting.[1] Plaintiff is currently reviewing Mr. Blake's computations. As a preliminary matter, it appears that the parties' basic numbers are relatively close; two additional potential issues have arisen, however, with respect to the 1993 and 1994 years that the parties will attempt to resolve during the period of enlargement requested.

Respectfully submitted,

July 27, 2006
Date

s/ Bruce Graves
BRUCE GRAVES
Brown, Winick, Graves, Gross, Baskerville
and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
(515) 242-2400 (telephone)
(515) 283-0231 (facsimile)
Attorney for plaintiff

---

[1]As explained in our prior motion, plaintiff's request for global interest netting posed a potential issue, in light of the opinions of the Court of Appeals for the Federal Circuit in *Computervision Corp. v. United States*, __ F.3d __, 2006 WL 1028581 (Fed. Cir. 2006); and *Federal Nat'l Mortgage Ass'n v. United States*, 379 F.3d 1303 (Fed. Cir. 2004), *rehear. & rehear. en banc denied* (Nov. 22, 2004). Plaintiff's counsel submitted a memorandum setting forth plaintiff's position on that issue. It appears that the parties will be able to resolve the issue of plaintiff's entitlement to global interest netting without requesting the Court's intervention.

July 27, 2006
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 27, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant