IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of July 28, 2006, the parties respectfully report herewith on the status of their efforts to agree on the amount of the judgment to be entered in accordance with the Court's decision in this case.

The parties have now reached agreement on the computations prepared by the Tax Division's recomputation specialist, Mr. Thomas Blake (in consultation with plaintiff's representatives), with one exception that concerns one of the four suit years--tax year 1994. Specifically, the application of the alternative minimum tax computation in the overall recomputation for that year results in a tax *deficiency* in the amount of $426,132.00, the assessment of which is barred by the statute of limitations. Defendant's

counsel has notified plaintiff's counsel that defendant intends to file a motion for leave to amend the answer to assert an additional defense (that the deficiency for 1994 should be offset against plaintiff's recovery for tax years 1991 through 1993), based on the doctrine of equitable recoupment. Defendant's counsel expects to file the motion no later than September 15, 2006. Plaintiff's counsel has indicated to defendant's counsel that plaintiff will oppose the motion.

Respectfully submitted,

August 31, 2006
Date

s/ Bruce Graves
BRUCE GRAVES
Brown, Winick, Graves, Gross, Baskerville
and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
(515) 242-2400 (telephone)
(515) 283-0231 (facsimile)
Attorney for plaintiff



1893517.1

August 31, 2006
Date

s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

August 31, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant