IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Further to the parties' joint status report filed August 31, 2005, defendant reports on the current status of the case.

As the parties reported, they have now reached agreement on the computations prepared by the Tax Division's recomputation specialist, Mr. Thomas Blake (in consultation with plaintiff's representatives), with one exception that concerns one of the four suit years--tax year 1994. Specifically, the application of the alternative minimum tax computation in the overall recomputation for that year results in a tax *deficiency* in the amount of $426,132.00, the assessment of which is barred by the statute of limitations.

In that report, we noted that defendant's counsel had discussed the issue with plaintiff's counsel and intended to file a motion (which plaintiff would oppose) for leave to amend the answer to assert an additional defense (that the deficiency for 1994 should be offset against plaintiff's recovery for tax years 1991 through 1993), based on the doctrine of equitable recoupment, by September 15, 2006.

Subsequently, plaintiff's counsel informally proposed a possible method of settling the issue that defendant's counsel is currently considering. In light of this situation, defendant's counsel now expects that by October 15, 2006, either the parties will inform the Court by motion that counsel have reached informal agreement (and that plaintiff will submit a formal offer in compromise of the issue), or defendant will file the motion for leave to amend the answer.

Respectfully submitted,

September 15, 2006
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

September 15, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant