IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

As reported in previous reports by the parties, they have reached agreement on the computations necessary to determine the amount of the judgment to be entered as a result of the Court's decision on the substantive issues in the case, with the exception of the potential issue for tax year 1994–*i.e.*, a tax *deficiency* in the amount of $426,132.00, the assessment of which is barred by the statute of limitations, that results from the application of the alternative minimum tax for that year. As previously reported, plaintiff's counsel informally proposed a possible method of settling the issue, as an alternative to the proposed filing by defendant of a motion for leave to amend the answer (to raise the issue by way of equitable recoupment) that plaintiff would oppose. Although defendant's counsel had expected to be able to determine by October 15, 2006, whether

she would be able to recommend a settlement, she has not yet reached a conclusion in that regard and is now in the process of requesting additional information from plaintiff's counsel that he has agreed to provide. Accordingly, either the parties will inform the Court by motion that counsel have reached informal agreement (and that plaintiff will submit a formal offer in compromise of the issue), or defendant will file the motion for leave to amend the answer, within the next 30 days.

Respectfully submitted,

October 16, 2006
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

October 16, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant