IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278T
(Judge Francis M. Allegra)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

As reported in previous reports by the parties, plaintiff's counsel informally proposed a possible method of settling a potential issue raised by the computation of the amount of the judgment, for one of the four suit years (1994), to be entered as a result of the Court's decision on the substantive issues in the case. (As previously reported, except for this one issue they have reached agreement on the computations necessary to determine the amount of the judgment for all suit years.) Defendant's counsel still has that proposal under serious consideration, and the process is taking longer than anticipated, in large part because the proposed settlement would affect later (non-suit) years. She has been discussing the proposal informally with Internal Revenue Service personnel, and is requesting additional information from plaintiff's counsel. In the

circumstances, defendant now expects to file another report on the status of the proposed settlement (or to raise the new issue by motion for leave to amend the answer) by December 15, 2006.

Respectfully submitted,

November 15, 2006
Date

s/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

November 15, 2006
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for defendant



065.1