# In the United States Court of Federal Claims

No. 02-1278T

(Filed: November 20, 2006)

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In its March 13, 2006, opinion and order, the court determined that plaintiff is entitled to a refund of tax, but indicated that it would withhold the entry of judgment in this case to permit the parties to submit computations consistent with the court's determination of the issues, showing the correct amount of the judgment to be entered. The court ordered the parties to file a status report showing the correct amount of the judgment to be entered on or before May 31, 2006. After a series of enlargements, the parties filed their joint status report on August 31, 2006, and stated that they had reached agreement on all but one of the four tax years at issue in this case. The status report also stated that defendant intended to file a motion for leave to amend the answer in order to assert an additional defense. In subsequent status reports, defendant states that the parties are in informal settlement negotiations with respect to the remaining tax year at issue.

Barring extraordinary circumstances that this court cannot foresee, this court is strongly disinclined to allow the filing of post-trial counterclaims or defenses. *See* Rules of the Court of Federal Claims (RCFC) 13(a), (e), (f); RCFC 15(a), (d). On or before December 22, 2006, the parties shall file a memorandum providing the computations previously requested by the court in its March 13, 2006, order and opinion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge