| Principal Life Insurance Company<br>Federal Claims No. 02-1278 T | Tax Year Ended: 31-Dec-1991 | | |
|---|---|---|---|
| | **Before Suit** | **After Suit** | **Difference** |
| Taxable Income, as adjusted | 324,152,542.00 | 326,438,659.00 | 2,286,117.00 |
| Other Deductions - Section 453(A) | | | 2,288,864.00 |
| Environmental Tax Deduction | | | (2,747.00) |
| Total Adjustments to Taxable Income | | | 2,286,117.00 |
| *'Regular'* Income Tax | | | |
| 34% of Taxable Income [Corp Rates] | 110,211,864.00 | 110,989,144.00 | |
| Section 453 Tax * | 0.00 | 0.00 | |
| Total *'Regular'* Income Tax | 110,211,864.00 | 110,989,144.00 | |
| (Less): Foreign Tax Credit | (445,334.00) | (445,334.00) | |
| *'Regular'* Tax *less* Foreign Tx Cr | 109,766,530.00 | 110,543,810.00 | |
| Alternative Minimum Taxable Income, as adjusted | 366,104,063.00 | 368,390,179.00 | 2,286,116.00 |
| Alternative Minimum Tax | | | |
| 20% of Alt-MinTaxable Income | 73,220,813.00 | 73,678,036.00 | |
| (Less): Alt-Min-Tax Foreign Tax Credit | 0.00 | 0.00 | |
| Tenative Minimum Tax | 73,220,813.00 | 73,678,036.00 | 457,223.00 |
| (Less): *'Regular'* Tax *less* Foreign Tx Cr | (109,766,530.00) | (110,543,810.00) | |
| Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| Income Tax Liability, as adjusted | | | |
| Tax from Corporate Rates | 110,211,864.00 | 110,989,144.00 | 777,280.00 |
| (Less): Credits | | | |
| a) Foreign Tax Credit | (445,334.00) | (445,334.00) | 0.00 |
| b) General Business Credits | (308,640.00) | (308,640.00) | 0.00 |
| c) Research Credits per IRS | 0.00 | 0.00 | 0.00 |
| d) Section 29 Non-Conv Fuel Credit | (18,763.00) | (18,763.00) | 0.00 |
| Balance | 109,439,127.00 | 110,216,407.00 | |
| Add: Other Taxes | | | |
| a) Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| b) Environmental Tax | 481,883.00 | 484,630.00 | 2,747.00 |
| c) Section 453 Tax | 2,292,649.00 | 3,785.00 | (2,288,864.00) |
| Corrected Income Tax Liability, as adjusted | 112,213,659.00 | 110,704,822.00 | (1,508,837.00) |

* In the recomputation of alternative minimum tax for this tax year, IRS Appeals did not include the IRC Section 453 Tax in its *'Regular'* Tax amount. In this case, it does not make a difference.

| Principal Life Insurance Company<br>Federal Claims No. 02-1278 T | Tax Year Ended: 31-Dec-1992<br>Before Suit | <br>After Suit | <br>Difference |
|---|---|---|---|
| Taxable Income, as adjusted | 364,878,416.00 | 366,477,565.00 | 1,599,149.00 |
| Other Deductions - Section 453(A) | | | 1,601,070.00 |
| Environmental Tax Deduction | | | (1,921.00) |
| Total Adjustments to Taxable Income | | | 1,599,149.00 |
| *'Regular'* Income Tax | | | |
| 34% of Taxable Income [Corp Rates] | 124,058,661.00 | 124,602,372.00 | |
| Section 453 Tax | 1,604,855.00 | 3,785.00 | |
| Total *'Regular'* Income Tax | 125,663,516.00 | 124,606,157.00 | |
| (Less): Foreign Tax Credit | (605,100.00) | (605,100.00) | |
| *'Regular'* Tax *less* Foreign Tx Cr | 125,058,416.00 | 124,001,057.00 | |
| Alternative Minimum Taxable Income, as adjusted | 418,804,273.00 | 420,403,422.00 | 1,599,149.00 |
| Alternative Minimum Tax | | | |
| 20% of Alt-MinTaxable Income | 83,760,855.00 | 84,080,684.00 | |
| (Less): Alt-Min-Tax Foreign Tax Credit | (605,100.00) | (605,100.00) | |
| Tenative Minimum Tax | 83,155,755.00 | 83,475,584.00 | 319,829.00 |
| (Less): *'Regular'* Tax *less* Foreign Tx Cr | (125,058,416.00) | (124,001,057.00) | |
| Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| Income Tax Liability, as adjusted | | | |
| Tax from Corporate Rates | 124,058,661.00 | 124,602,372.00 | 543,711.00 |
| (Less): Credits | | | |
| a) Foreign Tax Credit | (605,100.00) | (605,100.00) | 0.00 |
| b) General Business Credits | (277,068.00) | (277,068.00) | 0.00 |
| c) Research Credits per IRS | 0.00 | 0.00 | 0.00 |
| d) Section 29 Non-Conv Fuel Credit | (276,187.00) | (276,187.00) | 0.00 |
| Balance | 122,900,306.00 | 123,444,017.00 | |
| Add: Other Taxes | | | |
| a) Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| b) Environmental Tax | 542,378.00 | 544,299.00 | 1,921.00 |
| c) Section 453 Tax | 1,604,855.00 | 3,785.00 | (1,601,070.00) |
| Corrected Income Tax Liability, as adjusted | 125,047,539.00 | 123,992,101.00 | (1,055,438.00) |

| Principal Life Insurance Company<br>Federal Claims No. 02-1278 T | Tax Year Ended: 31-Dec-1993 | | |
|---|---|---|---|
| | Before Suit | After Suit | Difference |
| Taxable Income, as adjusted | 281,007,419.00 | 282,653,609.00 | 1,646,190.00 |
| Other Deductions - Section 453(A) | | | 1,648,167.00 |
| Environmental Tax Deduction | | | (1,977.00) |
| Total Adjustments to Taxable Income | | | 1,646,190.00 |
| *'Regular'* Income Tax | | | |
| 35% of Taxable Income [Corp Rates] | 98,352,597.00 | 98,928,763.00 | |
| Section 453 Tax* | 1,652,039.00 | 3,872.00 | |
| Total *'Regular'* Income Tax | 100,004,636.00 | 98,932,635.00 | |
| (Less): Foreign Tax Credit | (1,131,453.00) | (1,131,453.00) | |
| *'Regular'* Tax *less* Foreign Tx Cr | 98,873,183.00 | 97,801,182.00 | |
| Alternative Minimum Taxable Income, as adjusted | 343,479,828.00 | 345,126,018.00 | 1,646,190.00 |
| Alternative Minimum Tax | | | |
| 20% of Alt-MinTaxable Income | 68,695,966.00 | 69,025,204.00 | |
| (Less): Alt-Min-Tax Foreign Tax Credit | (1,131,453.00) | (1,131,453.00) | |
| Tenative Minimum Tax | 67,564,513.00 | 67,893,751.00 | 329,238.00 |
| (Less): *'Regular'* Tax *less* Foreign Tx Cr | (98,873,183.00) | (97,801,182.00) | |
| Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| Income Tax Liability, as adjusted | | | |
| Tax from Corporate Rates | 98,352,597.00 | 98,928,763.00 | 576,166.00 |
| (Less): Credits | | | |
| a) Foreign Tax Credit | (1,131,453.00) | (1,131,453.00) | 0.00 |
| b) General Business Credits | 0.00 | 0.00 | 0.00 |
| c) Research Credits per IRS | (61,735.00) | (61,735.00) | 0.00 |
| d) Section 29 Non-Conv Fuel Credit | (3,492,280.00) | (3,492,280.00) | 0.00 |
| Balance | 93,667,129.00 | 94,243,295.00 | |
| Add: Other Taxes | | | |
| a) Alternative Minimum Tax | 0.00 | 0.00 | 0.00 |
| b) Environmental Tax | 447,521.00 | 449,498.00 | 1,977.00 |
| c) Section 453 Tax | 1,652,039.00 | 3,872.00 | (1,648,167.00) |
| Corrected Income Tax Liability, as adjusted | 95,766,689.00 | 94,696,665.00 | (1,070,024.00) |

* In the recomputation of alternative minimum tax for this tax year shown above, the IRC Section 453A Tax has been included in the *'Regular'* Tax amount.

| Principal Life Insurance Company<br>Federal Claims No. 02-1278 T | Tax Year Ended: 31-Dec-1994 | | |
|---|---|---|---|
| | Before Suit | After Suit | Difference |
| Taxable Income, as adjusted | 97,743,440.00 | 99,861,380.00 | 2,117,940.00 |
| Other Deductions - Section 453(A) | | | 2,120,182.00 |
| Environmental Tax Deduction | | | (2,242.00) |
| Total Adjustments to Taxable Income | | | 2,117,940.00 |
| *'Regular'* Income Tax | | | |
| 35% of Taxable Income [Corp Rates] | 34,210,204.00 | 34,951,483.00 | |
| Section 453 Tax | 2,124,018.00 | 3,836.00 | |
| Total *'Regular'* Income Tax | 36,334,222.00 | 34,955,319.00 | |
| (Less): Foreign Tax Credit | (2,339,147.00) | (2,339,147.00) | |
| *'Regular'* Tax *less* Foreign Tx Cr | 33,995,075.00 | 32,616,172.00 | |
| Alternative Minimum Taxable Income, as adjusted | 204,460,701.00 | 206,578,640.00 | 2,117,939.00 |
| Alternative Minimum Tax | | | |
| 20% of Alt-MinTaxable Income | 40,892,140.00 | 41,315,728.00 | |
| (Less): Alt-Min-Tax Foreign Tax Credit | (2,339,147.00) | (2,339,147.00) | |
| Tenative Minimum Tax | 38,552,993.00 | 38,976,581.00 | 423,588.00 |
| (Less): *'Regular'* Tax *less* Foreign Tx Cr | (33,995,075.00) | (32,616,172.00) | |
| Alternative Minimum Tax | 4,557,918.00 | 6,360,409.00 | 1,802,491.00 |
| Income Tax Liability, as adjusted | | | |
| Tax from Corporate Rates | 34,210,204.00 | 34,951,483.00 | 741,279.00 |
| (Less): Credits | | | |
| a) Foreign Tax Credit | (2,339,147.00) | (2,339,147.00) | 0.00 |
| b) General Business Credits | 0.00 | 0.00 | 0.00 |
| c) Research Credits per IRS | (90,178.00) | (90,178.00) | 0.00 |
| d) Section 29 Non-Conv Fuel Credit | 0.00 | 0.00 | 0.00 |
| Balance | 31,780,879.00 | 32,522,158.00 | |
| Add: Other Taxes | | | |
| a) Alternative Minimum Tax | 4,557,918.00 | 6,360,409.00 | 1,802,491.00 |
| b) Environmental Tax | 318,208.00 | 320,752.00 | 2,544.00 |
| c) Section 453 Tax | 2,124,018.00 | 3,836.00 | (2,120,182.00) |
| Corrected Income Tax Liability, as adjusted | 38,781,023.00 | 39,207,155.00 | 426,132.00 |