Principal Life Insurance Company and Subsidiaries

Comparison of Tax Liability Changes

| | | Plaintiff's Computations | Government's Computations |
|---|---|---|---|
| **1991 Tax Year** | | | |
| Increases (Decreases) to Taxable Income | | | |
| Other Deductions - Section 453(A) Interest | | 2,288,864.00 | 2,288,864.00 |
| Environmental Tax Deduction | See Environmental Tax W/S | - | (2,747.00) |
| Total Adjustments to Taxable Income | | 2,288,864.00 | 2,286,117.00 |
| Increases (Decreases) to Tax Liability | | | |
| Income Tax @ 34% Marginal Rate | | 778,214.00 | 777,279.00 |
| Environmental Tax | See Environmental Tax W/S | 0.00 | 2,747.00 |
| Section 453 (A) Tax | | (2,288,864.00) | (2,288,864.00) |
| (Decrease) to 1991 Tax Liability | | (1,510,650.00) | (1,508,838.00) |
| **1992 Tax Year** | | | |
| Increases (Decreases) to Taxable Income | | | |
| Other Deductions - Section 453(A) Interest | | 1,601,070.00 | 1,601,070.00 |
| Environmental Tax Deduction | See Environmental Tax W/S | - | (1,921.00) |
| Total Adjustments to Taxable Income | | 1,601,070.00 | 1,599,149.00 |
| Increases (Decreases) to Tax Liability | | | |
| Income Tax @ 34% Marginal Rate | | 544,364.00 | 543,711.00 |
| Environmental Tax | See Environmental Tax W/S | 0.00 | 1,921.00 |
| Section 453 (A) Tax | | (1,601,070.00) | (1,601,070.00) |
| (Decrease) to 1992 Tax Liability | | (1,056,706.00) | (1,055,438.00) |
| **1993 Tax Year** | | | |
| Increases (Decreases) to Taxable Income | | | |
| Other Deductions - Section 453(A) Interest | | 1,648,167.00 | 1,648,167.00 |
| Environmental Tax Deduction | See Environmental Tax W/S | - | (1,977.00) |
| Total Adjustments to Taxable Income | | 1,648,167.00 | 1,646,190.00 |
| Increases (Decreases) to Tax Liability | | | |
| Income Tax @ 35% Marginal Rate | | 576,858.00 | 576,167.00 |
| Environmental Tax | See Environmental Tax W/S | 0.00 | 1,977.00 |
| Section 453 (A) Tax | | (1,648,167.00) | (1,648,167.00) |
| (Decrease) to 1993 Tax Liability | | (1,071,309.00) | (1,070,023.00) |
| **1994 Tax Year** | | | |
| Increases (Decreases) to Taxable Income | | | |
| Other Deductions - Section 453(A) Interest | | 2,120,182.00 | 2,120,182.00 |
| Environmental Tax Deduction | See Below * | - | (2,242.00) |
| Total Adjustments to Taxable Income | | 2,120,182.00 | 2,117,940.00 |
| Increases (Decreases) to Tax Liability | | | |
| Income Tax @ 35% Marginal Rate | | 742,064.00 | 741,279.00 |
| Alternative Minimum Tax | See Alternative Minimum Tax W/S | 0.00 | 1,802,491.00 |
| Environmental Tax | See Environmental Tax W/S | 0.00 | 2,544.00 |
| Section 453 (A) Tax | | (2,120,182.00) | (2,120,182.00) |
| Increase (Decrease) to 1994 Tax Liability | | (1,378,118.00) | 426,132.00 |
| * Environmental Tax Deduction Allowed by IRS Appeals | | | 318,510.00 |
| Less> Environmental Tax Deduction Allowed by ***D o J*** | | | 320,752.00 |
| Increase in Allowable Environmental Tax Deduction | | | (2,242.00) |