# In The United States Court of Federal Claims

No. 02-1278T

(Filed: March 5, 2007)

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 7, 2005, a trial was held in this tax refund suit. Following post-trial briefing, on March 13, 2006, the court issued an opinion and order, wherein it determined that plaintiff is entitled to a refund of tax, but that the court would withhold the entry of judgment to permit the parties to submit computations showing the correct amount of the judgment to be entered. *Principal Life Ins. Co. v. United States*, 70 Fed. Cl. 144 (2006). The court ordered the parties to file a status report showing the correct amount of the judgment to be entered on or before May 31, 2006. *Id.* at 171. After a series of enlargements, on December 22, 2006, plaintiff filed a memorandum proposing its computations for judgment, while defendant filed a motion for leave to amend its answer seeking to assert offset and equitable recoupment claims. The court denied defendant's motion on January 9, 2007, and subsequently denied defendant's motion for reconsideration on February 14, 2007. In its February 14, 2007, order, the court instructed defendant to file a memorandum setting forth its proposed computations for judgment on or before March 2, 2007. This memorandum was timely filed.

On or before March 26, 2007, plaintiff shall file its response to defendant's memorandum.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge