# In The United States Court of Federal Claims

No. 02-1278T

(Filed: April 16, 2007)

PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Based on this court's opinions and orders of March 13, 2006, January 9, 2007, and February 14, 2007, as well as the parties' memoranda, the court has determined the following computations for judgment:

| Tax Year | Tax Overpayment | Assessed Interest |
|---|---|---|
| 1991 | $1,508,838.00 | $609,820.46 |
| 1992 | $1,055,438.00 | $318,505.64 |
| 1993 | $1,070,023.08 | $482,468.86 |
| 1994 | $1,378,903.00 | $0 |

Accordingly, the Clerk is hereby instructed to enter judgment in favor of plaintiff, in the amount of $6,423,997.04, plus any statutory interest as provided by law (to include any interest arising from 26 U.S.C. § 6621(d)).

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge