# In the United States Court of Federal Claims

**No. 02-1278 T**

**PRINCIPAL LIFE INSURANCE COMPANY and SUBSIDIARIES**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Court's Order, filed April 16, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 68, that the plaintiff recover of and from the United States the sum of $6,423,997.04, computed as follows:

| Tax Year | Tax Overpayment | Assessed Interest |
|---|---|---|
| 1991 | $1,508,838.00 | $609,820.46 |
| 1992 | $1,055,438.00 | $318,505.64 |
| 1993 | $1,070,023.08 | $482,468.86 |
| 1994 | $1,378,903.00 | $ 0 |

plus any statutory interest as provided by law (to include any interest arising from 26 U.S.C. §6621(d)).

Brian Bishop
Clerk of Court

April 17, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.