United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 24, 2007

Bruce Graves, Esq.
Brown, Winick & Graves
2000 Ruan Center
666 Grand
Des Moines, IA 50309

In re: Principal Life Insurance Co. and Subsidiaries v. United States,
No. 02-1278 T

Dear Mr. Graves:

I forward herewith a certified transcript of the judgment, dated April 18, 2007, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Very truly yours,

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure