IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-1278 T
(Judge Francis M. Allegra)

FILED
JUN 15 2007
U.S. COURT OF FEDERAL CLAIMS

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,
Plaintiff

v.

THE UNITED STATES,
Defendant

# NOTICE OF APPEAL

Defendant, the United States, hereby gives notice of its appeal from the judgment of this Court entered April 17, 2007.

Respectfully submitted,

June 15, 2007

Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

June 15, 2007

Steven I. Frahm/MMA

Of Counsel
Attorneys for defendant



2529779.1

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appeal has been made on plaintiff's counsel by mailing a copy thereof, by first-class mail, this 15th day of June 2007, to the following address:

Bruce Graves, Esquire
Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, P.L.C.
666 Grand Avenue
Suite 2000
Des Moines, Iowa 50309-2510

Mary M. Abate

Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440