ORIGINAL

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

FILED
SEP 4 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5135

PRINCIPAL LIFE INSURANCE COMPANY
and subsidiaries,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

ORDER

12/13

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
SEP 4 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

09/04/07

cc: Clerk's Office, CFC
Deborah K. Snyder
Bruce Graves

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 04 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/04/07

PRINCIPAL LIFE INSURANCE V US, 2007-5135
CFC - 02-CV-1278

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: ____________ Date: 3/11/08