**U.S. Department of Justice**

Tax Division

*Washington, D.C. 20530*

NJH:DDG:WEThompson:wet
154-1931
CMN 2003100010

March 3, 2008

Honorable John S. Buckley
Acting Clerk, United States
Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: Principal Life Insurance Company and Subsidiaries v. United States
<u>Federal Claim No. 02-1278 T</u>

Dear Mr. Buckley:

At the request of the plaintiff's counsel, the Department of Treasury arranged for payment of the Judgment in this case to be made by means of electronic funds transfer. The total payment of $14,847,488.05, included statutory interest of $8,423,491.01.

Kindly see that the Judgment is marked satisfied.

Sincerely yours,

NATHAN J. HOCHMAN
Assistant Attorney General
Tax Division

By: David D. Gustafson

DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

Enclosure